# EXHIBIT B

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

| | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

JOHNSON & JOHNSON

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

AUSTIN RUGG, individually and on behalf of a class of similarly situated persons

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case. *¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Superior Court of California
County of Santa Clara, 191 N. First St., San Jose, CA 95113

| CASE NUMBER:<br>*(Número del Caso).* |
|---|
| 17cv313463 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Stephanie R. Tatar, Tatar Law Firm, 3500 W. Olive Ave., Ste 300, Burbank, CA 91505; (323) 744-1146

DATE: _____ Clerk, by _____, Deputy _____
*(Fecha)* *(Secretario)* *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☑ on behalf of *(specify):* Johnson & Johnson

under: ☑ CCP 416.10 (corporation)   ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
☐ other *(specify):*
4. ☑ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courtinfo.ca.gov*

EXHIBIT B

Stephanie R. Tatar – State Bar No. 237792
**TATAR LAW FIRM, APC**
3500 West Olive Avenue
Suite 300
Burbank, California 91505
Tel. (323) 744-1146
Fax. (888) 778-5695
Stephanie@thetatarlawfirm.com

*Attorneys for Plaintiff Austin Rugg*
*and the proposed Class*

*Additional attorneys on signature page*

E-FILED
7/21/2017 1:14:27 PM
Clerk of Court
Superior Court of CA,
County of Santa Clara
17CV313463
Reviewed By:R. Walker

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF SANTA CLARA

| | |
|---|---|
| AUSTIN RUGG,<br>individually and on behalf of a class of<br>similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>JOHNSON & JOHNSON,<br>Defendant. | Case No. **17CV313463**<br><br>**CLASS ACTION COMPLAINT FOR BREACH OF EXPRESS WARRANTY, UNJUST ENRICHMENT, VIOLATIONS OF THE CALIFORNIA CONSUMERS LEGAL REMEDIES ACT, THE CALIFORNIA FALSE ADVERTISING LAW AND THE CALIFORNIA UNFAIR COMPETITION LAW**<br><br>**JURY TRIAL DEMANDED** |

1.      Plaintiff Austin Rugg, by his attorneys, bring this class action against Defendant Johnson & Johnson ("J&J"), on his own behalf and on behalf of all others similarly situated, and alleges as follows.

## <u>INTRODUCTION</u>

2.      Whether by an annoying patch of dry skin or an oozing rash that affects one's social life, as much as 70% of the U.S. population is allergic to at least one personal care product ingredient.  Most of these skin allergies are of unknown cause.

3.      It is extremely difficult for people to identify what ingredient they are allergic to.

Allergic reactions are attenuated in both space and time.  Some allergic reactions will not manifest until a week after exposure to the allergen.  Even worse – some allergic reactions will not manifest on the body part exposed to the allergen.  Instead, the immune system will sometimes "remember" the first exposure and the allergic reaction will develop on the body part that was *first* exposed to the allergen.

4.     Thus, consumers increasingly seek hypoallergenic products.  Those who do not suffer from skin allergies seek hypoallergenic products to avoid developing a skin allergy.  Those who do suffer from a skin allergy seek hypoallergenic products to avoid the inflammatory cascade caused by an unidentified skin allergen.

5.     Since its founding, J&J bases its brand as providing hypoallergenic products for babies and adults.



**Baby Care Products**

**JOHNSON'S Baby**

For over 125 years, JOHNSON'S® has provided safe, mild and gentle products for babies and adults. All JOHNSON'S® baby products are soap-free, hypoallergenic, dermatologist-tested and paraben-free as part of our promise to enable a healthy future for all babies. Every JOHNSON'S® product is made with the purest and highest-quality ingredients because we are committed to happy, healthy development.

Exhibit A.[1]

---

[1] Exhibit A reads:

Baby Care Products
JOHNSON'S Baby
For over 125 years, JOHNSON'S® has provided safe, mild and gentle products for babies and adults. All JOHNSON'S® baby products are soap-free, hypoallergenic, dermatologist-tested and paraben-free as part of our promise to enable a healthy future for all babies. Every JOHNSON'S® product is made with the purest and highest-quality ingredients because we are committed to happy, healthy development.
Exhibit A.

6.      J&J repeats this promise on the labels of almost all its products, claiming them to be hypoallergenic. *See* Product Labels attached as Exhibits B, C.

7.      However, despite its marketing scheme, J&J's products are chock-full of known skin sensitizers (allergens), agents that cause serious skin damage, chemicals that cause serious eye damage lasting longer than 21 days, skin irritants, and eye irritants.  Even more, J&J's products also contain known carcinogens, mutagens, reproductive toxins, and other chemicals extremely hazardous to human health. *See* Exhibits B, C, D, ¶¶ 65-143, *infra*.

8.      For example, J&J labels its popular "pink" baby lotion as hypoallergenic, despite the fact that it contains a smorgasbord of known skin sensitizers.  Other than water, the highest ingredient by volume is ***cocamidopropyl betaine***, which was named the Allergen of the Year in 2004 by the American Contact Dermatitis Society.  The second highest ingredient by volume is ***PEG-80 sorbitan laurate***, a Category 1 skin sensitizer – the highest categorization given to allergens. The so-called "hypoallergenic" product also contains ***PEG-150 distearate***, which is known to cause contact urticarial, ***sodium hydroxide***, which is known to cause dermatitis and causes serious skin corrosion, irreversibly damaging the skin.  Concentrations as low as 5% cause Category 1A skin corrosion, meaning that it irreversibly damages the skin after less than 3 minutes of exposure. Corrosive reactions are typified by ulcers, bleeding, bloody scabs, and, by the end of observation at 14 days, by discoloration due to blanching of the skin, complete areas of alopecia, and scars. Even minute amounts (0.5%) are irritating to the skin and eyes. It causes Category 1 eye damage, *i.e.*, it causes serious damage to the eye tissue or serious physical decay of vision which is not fully reversible within 21 days of application.  The product contains still more skin sensitizers, skin irritants, and eye irritants.  *See* Exhibits B, D, ¶¶ 65-143, *infra*.

9.      This is a class action on behalf of a national class of consumers who purchased J&J's body care products that were falsely and misleadingly marketed as "hypoallergenic."  These products in fact contain a shocking array of compounds known to cause allergic responses.  These products are also stuffed with other chemicals that have not been analyzed for its skin sensitization potential.  Finally, these products also contain a plethora of other compounds known to cause severe skin corrosion, serious eye damage, cancer, genetic mutations, birth defects, or are

1   otherwise toxic or hazardous to a person's skin, their overall health, or to the environment.

2       10.    Many of the ingredients are permitted body care products.   Yet J&J did not simply

3   claim that its household products are "legal."  J&J falsely and misleadingly claimed that the

4   ingredients in its products are "hypoallergenic" when they are not.

5       11.    By deceiving consumers about the nature, quality, and/or ingredients of its

6   products, J&J can command a premium price, increasing consumers' willingness to pay and take

7   away market share from competing products, thereby increasing its own sales and profits.

8       12.    Consumers lack the ability to test or independently ascertain the toxicity of a

9   chemical, especially at the point of sale.  Reasonable consumers must and do rely on the chemicals

10  company to honestly report the nature of the product's ingredients.

11      13.    J&J further encouraged consumers to rely on its representations, marketing itself as

12  an honest company that provides transparent and truthful information about its products'

13  ingredients.

14      14.    J&J intended for consumers to rely on its representations, and hundreds of

15  thousands of reasonable consumers did in fact so rely.

16      15.    As a result of their false and misleading labeling, J&J was able to sell these products

17  to hundreds of thousands of consumers throughout the United States and to profit handsomely

18  from these transactions.

19      16.    J&J's false and misleading representations and omissions violate state and federal

20  law, both civil and criminal, detailed more fully below, including California's Unfair Competition

21  Law, False Advertising Law and Consumer Legal Remedies Act, and common law.

22      17.    Plaintiff brings this action to stop J&J's deceptive and misleading practices.

23  **JURISDICTION AND VENUE**

24      18.    This Court has personal jurisdiction over the parties in this case.

25      19.    Plaintiff Austin Rugg resides in Santa Clara County, California.

26      20.    Defendant Johnson & Johnson is a corporation with sufficient minimum contacts

27  in California or otherwise intentionally avails itself of the laws of this State through its marketing

28  and sales of the products at issue in California, to consumers in California, and to retailers

EXHIBIT B          CLASS ACTION COMPLAINT          4

1   throughout California, so as to render the exercise of jurisdiction by this Court consistent with

2   traditional notions of fair play and substantial justice.

3       21.    Venue is proper in this Court.  Substantial acts in furtherance of the alleged

4   improper conduct, including the dissemination of false, misleading and deceptive information

5   regarding the nature, quality, and/or ingredients of the products described herein, occurred within

6   this District.

7       22.    No other forum would be more convenient for the parties and witnesses to litigate

8   this action.

9                                   **PARTIES**

10      23.    Plaintiff Rugg is an individual consumer who, at all times material hereto, is a

11  citizen of the State of California.  During the class period, in or around January 2016, Plaintiff

12  Rugg purchased the J&J products Baby Bedtime Moisture Wash and Baby Bedtime Lotion from

13  a Target department store located in Santa Clara, California.

14      24.    In deciding to make these purchases, Plaintiff Rugg saw, relied upon, and

15  reasonably believed the label representation that the products were "hypoallergenic."  These

16  representations were a significant reason for her purchases.

17      25.    Had Plaintiff Rugg known at the time that these products were not hypoallergenic

18  as promised, he would not have purchased these products.

19      26.    Had Plaintiff Rugg known at the time that these products contained irritating, toxic,

20  hazardous, or otherwise harmful chemicals, he would not have purchased these products.

21      27.    Plaintiff Rugg purchased, purchased more of, or paid more for, these products than

22  he would have had he known that the products contained skin sensitizers, irritants, toxins,

23  carcinogens, or otherwise harmful chemicals.

24      28.    If J&J's products were reformulated such that its representations were truthful,

25  Plaintiff Rugg would consider purchasing J&J's products in the future.

26      29.    Defendant J&J is an international company in the business of marketing and selling

27  consumer healthcare products, medical devices and pharmaceuticals, through its more than 250

28  companies located in 60 countries.  See http://www.jnj.com/about-jnj/company-structure.

EXHIBIT B                      CLASS ACTION COMPLAINT                          5

30.     Defendant J&J is a New Jersey corporation with its principal place of business located in New Brunswick, New Jersey.  J&J manufactures and/or causes the manufacture of personal care and baby care products.  J&J labels these products under its own name, and markets and distributes the products through its online website and through retail stores in California, and throughout the United States.

## CONSUMERS ACTIVELY SEEK
## HYPOALLERGENIC BODYCARE PRODUCTS

31.     According to the Centers for Disease Control and Prevention ("CDC"), 8.8 million children (12%) reported skin allergies in 2012. Skin allergies are even more prevalent among young children; CDC reports that 14.2% of children between 0 and 4 suffered a skin allergy in 2012.

32.     These numbers are likely to underreport the prevalence of allergic contact dermatitis; recent studies show that somewhere between 14-70% of children suffer from skin allergies, based on positive patch skin tests.

33.     Skin allergies are similarly prevalent among adults.

34.     When skin is exposed to a sufficient amount of a chemical allergen, the skin is "sensitized."  Upon re-exposure to the allergen, the skin initiates an inflammatory cascade, causing skin changes associated with allergic contact dermatitis. These include redness, oedema (fluid retention), scaling, fissures (cracking), vesicles (fluid-filled sacs), bullae (bubble-like cavity), and eventually oozing.

35.     Contact sensitization and related skin allergies can severely affect a person's quality of life, depending on the severity and the site of skin sensitization.  People suffering from noticeable skin allergies will try to hide the symptoms under clothing if possible, and if not, will avoid public spaces entirely.  In either case, skin allergies can dramatically affect a person's confidence and engagement in life.

36.     It is difficult to identify the substance causing an allergic response.  Allergic contact dermatitis develops several days after exposure to a skin allergen.  Some substances do not cause symptoms until a week after exposure.

37.     Even more, once an individual is sensitized to an allergen, future contact with the allergen can trigger a response in the *original* site of sensitization. For example, if someone had an allergic response to a product used on the face, and later used a different product containing the same allergen on the legs, the allergic response will occur again on the *face* – even if the face was never exposed to the second product.

38.     When a consumer cannot identify the material to which they are allergic, allergic contact dermatitis will persist, and, it is believed, will take longer to resolve even after the cause is identified.

39.     Thus, consumers will actively seek out hypoallergenic products – to avoid a skin allergy from occurring at all and/or to prevent a known skin allergy from repeating the inflammatory cascade.

40.     Once skin is sensitized, even a *minute* amount of the chemical allergen is enough to cause the full-blown allergic response.  Thus, consumers seeking hypoallergenic products demand and expect that the product does not contain *any* skin sensitizers.

<u>**DEFINITION OF HYPOALLERGENIC**</u>

41.     A hypoallergenic product is a product that contains no ingredients that are known to induce an allergenic response. Similarly, consumers also believe and expect that a product that is labeled as hypoallergenic contains no ingredients that are known to induce an allergenic response.

42.     J&J's products are not hypoallergenic as they contain ingredients that are known to induce an allergenic response.

43.     Thus, J&J's on-the-label promise that its products are "hypoallergenic" is false.

44.     Consumers also believe and expect that a product that is labeled as hypoallergenic contains no ingredients known to produce a negative reaction -- skin irritation, skin corrosion, eye damage, birth defects, cancer, genetic mutations, etc.

45.     J&J's products contain ingredients known to produce a negative reaction -- skin irritation, skin corrosion, eye damage, birth defects, cancer, genetic mutations, etc.

46.     Thus, J&J's on-the-label promise that its products are "hypoallergenic" is *also*

1    misleading.

2        47.    J&J knows how consumers define "hypoallergenic," and encourages this

3    understanding.

4        48.    As J&J explains:

5            Our ingredients are carefully selected and reviewed for safety, and our
6        product formulations are clinically evaluated with appropriate testing. We ensure
         each product displaying the NO MORE TEARS® or CLINICALLY PROVEN
7        MILDNESS® trademark has the right body of research and support behind it and
         that claims like "hypoallergenic" and "designed gentle enough for newborns" have
8        appropriate data behind them.

     Exhibit E.

9        49.    Because even a *minute* amount of a chemical allergen is enough to cause a full-

10   blown allergic response, consumers reasonably expect and believe that when a product is labeled

11   as "hypoallergenic," this representation is true not just for the final formulation, but to every

12   ingredient in the product.

13       50.    J&J knows and encourages this understanding.

14       51.    J&J knows that consumers rely upon it to not only test the final product

15   formulation for basic safety, but to select only those ingredients that it considers to be safe.

16       52.    J&J stresses not only product safety, but *ingredient* safety. As J&J explains, "For

17   us, safe ingredients aren't just a consideration. Safe ingredients are the focus of how our baby and

18   beauty personal care products are created." Exhibit F.

19       53.    For example, as J&J explains on its website:

20           We know you wouldn't use a product on your baby without researching it
21       first. Neither would we. We examine every ingredient, combination of ingredients
         and the safety of our products with the level of scrutiny we would want for our own
22       babies. Our scientists review the latest research to choose ingredients that are best
23       for your baby.

24   Exhibit G.  *See also* Exhibit H, Exhibit I (discussing "Clinically Proven Mildness" seal, "Every

25   ingredient is evaluated by safety experts.").  *See also* Exhibit J, Why is JOHNSON's Special?

26   ("Proven scientific methods are used to assess the ingredients used in our products and to ensure,

27   based on the evidence, that all ingredients are safe and appropriate for baby.").

28

     EXHIBIT B                        CLASS ACTION COMPLAINT                              8

54.      J&J promises that it has evaluated "every single" raw material in its products, and assures consumers that "ingredients without a full safety profile or without full composition are rejected."

Level 2
# Toxicology Assessment

*Toxicology is about assessing safety – in our case, about the safe use of ingredients in our products. We conduct tiered assessments by accredited toxicologists and from independent safety experts.*



global regulatory standards our products meet or exceed



raw materials in our products – and we've evaluated every single one



ingredients without a full safety profile or without full composition are rejected

Exhibit K. *See also* Exhibits L, M, N.

55.      As J&J explains in its "Ingredient Guidelines,"

JOHNSON'S Ingredient Guidelines

There is so much information out there; it sometimes can be difficult to feel confident you're making the best choices for your little one.

We know you wouldn't use a product on your baby without researching it first. Neither would we. We examine every ingredient, combination of ingredients and the safety of our products with the level of scrutiny we would want for our own babies.

Exhibit H.

56.      In its "Ingredient Guidelines," J&J explains that consumers can rely on it for "Selecting the Right Preservatives" ("There are lots of preservatives worldwide but only a small number meet all of our strict requirements for babies.") and that its products contain "Non-Toxic Ingredients." Exhibit H.

57.      Similarly, J&J explains in its "Ingredient Policies" that it assesses each individual

ingredient in its "five-level safety assurance process."

Our Position

The ingredients we use are all thoroughly evaluated during our <u>five-level safety assurance process</u>. We also test each formulation to be confident that the raw materials we've selected remain safe and effective when we combine them in a product.

Exhibit O.  *See also* Exhibit P  ("Our scientists ensure that the preservatives we use have been thoroughly evaluated for safety, are mild, and that we use the minimum amounts necessary to protect the product from spoiling. This is part of <u>Our Safety & Care Commitment</u> to you. . . .  We also evaluate any preservatives we use for mildness and the potential to cause allergies.)

58.     However, very few ingredients in J&J's products have been adequately studied for safety.  Moreover, very few have been assessed for their sensitization potential.  *See* ¶¶ 65-143, *infra*.

## J&J's FALSE REPRESENTATIONS

59.     On the products' labels, and again on its retail website, J&J represents that certain of its products are "hypoallergenic." These products, (collectively, the "Falsely Labeled Products") are all falsely labeled, as all of these products contain skin sensitizers, skin irritants, eye irritants, and other deleterious compounds.

60.     These products are:

baby bedtime moisture wash
baby head-to-toe wash
baby moisture wash
baby moisture wash with shea & cocoa butter
baby moisture wash with vanilla oatmeal
baby wash honey apple
baby head-to-toe wash
baby powder
baby powder with soothing aloe & vitamin e
baby powder with medicated zinc oxide skin protectant
baby bedtime lotion
baby cream
baby intense moisture cream
baby lotion
baby lotion with aloe & vitamin e
baby lotion with shea & cocoa butter

EXHIBIT B                    CLASS ACTION COMPLAINT                    10

> baby lotion with vanilla oatmeal
> baby bedtime lotion
> no more tangles shampoo & conditioner
> baby shampoo
> kids detangling spray sun-ripened strawberry
> baby bedtime bath
> baby bedtime bath + lotion
> baby wash + lotion
> no more tangles shampoo
> no more tangles detangling spray
> head-to-toe baby cleansing cloths
> head-to-toe extra moisturizing cream
> head-to-toe extra moisturizing baby wash
> head-to-toe baby lotion
> baby powder refreshing magnolia petals
> baby shampoo with calming lavender

61.     The labels of these products are attached as Exhibits B and C.

62.     Further encouraging consumers' reliance on J&J's "hypoallergenic" promise, J&J labels only *some* products as hypoallergenic, giving consumers the (false) impression that J&J carefully reviewed each ingredient in its products to ensure that the "hypoallergenic" promise was made for only those products that truly are hypoallergenic.  *See, e.g.,* Exhibit Q.

63.     Yet, contrary to J&J's promise, ***all*** these products in fact contain known skin sensitizers.  They also ***all*** contain known skin or eye irritants, carcinogens, teratogens, mutagens, or pollutants.  Finally, they ***all*** contain substances that have not been adequately assessed for safety or skin sensitization potential.

64.     All J&J's Falsely Labeled Products contain one or more of the following chemicals.

65.     The safety profile of ***acrylates copolymer*** has not been thoroughly investigated.  The limited testing done by the ingredient manufacturers, however, indicates that it is a skin irritant and eye irritant, causing skin damage in less than four hours and serious irritation to the cornea, iris, conjunctiva.  It is also a suspected mutagen.

66.     In animal testing, ***acrylates/C10-30 alkyl acrylate crosspolymer*** was shown to be a sensitizer at concentrations as low as 2%.  It also causes eye irritation that takes three days to clear.

67.     ***Anthemis nobilis flower oil*** is a known skin and eye irritant. Moreover, it is classified as a Category 1 skin sensitizer, based on positive testing, demonstrating that repeated

skin contact can be expected to cause allergic response in a substantial number of persons.

68.    The safety of *disodium EDTA* has not been adequately studied, and it has not been found to be non-sensitizing by any reputable authority. However, based on its chemical structure and similarity to other known skin sensitizers, disodium EDTA is a likely skin sensitizer.  The limited testing completed also demonstrates that it is a skin irritant and eye irritant, causing skin damage in less than four hours and serious irritation to the cornea, iris, conjunctiva.  It is also suspected of being a mutagen and reproductive toxin.

69.    *Glyceryl oleate* is a skin irritant and eye irritant, causing skin damage in less than four hours and serious irritation to the cornea, iris, conjunctiva. Its sensitization potential has not been assessed by any reputable authority. However, based on its chemical structure and similarity to other known skin sensitizers, it is a suspected skin sensitizer.

70.    *Lauryl glucoside* is a skin irritant and a suspected skin sensitizer, based on its chemical structure and similarity to other known skin sensitizers.  Some tests also classify it as a Category 1 skin sensitizer, meaning that repeated skin contact causes a skin allergy in a substantial number of persons.  In these sensitized individuals, very low future exposure can cause itching and a skin rash.  Furthermore, it causes Category 1 eye damage, *i.e.*, it causes serious damage to the eye tissue or serious physical decay of vision which is not fully reversible within 21 days of application.

71.    *Lavandula angustifolia (lavender) oil* is classified as a Category 1 skin sensitizer, based on positive testing demonstrating that repeated skin contact can be expected to cause an allergic response in a substantial number of persons.  It causes Category 1 eye damage, *i.e.*, it causes serious damage to the eye tissue or serious physical decay of vision which is not fully reversible within 21 days of application. It is also classified as a skin irritant, causing skin damage in less than four hours.

72.    *PEG-40 hydrogenated castor oil* has produced adverse reactions in human tests; a minute amount (0.05%) of PEG-40 hydrogenated castor oil caused skin reactions in 4% of human test subjects. In another test, small concentrations (0.1%) of PEG-40 hydrogenated castor oil in a leg cream caused strong eczema reactions.

EXHIBIT B

73. ***Polyquaternium-7*** is also a skin sensitizer. In human testing, concentrations of 8% polyquaternium-7 has caused sensitization in 5% of test subjects.

74. ***Potassium cetyl phosphate*** is a skin irritant, causing skin damage in less than four hours. It also causes serious eye damage lasting 21 days or longer. It is suspected to be toxic to reproduction.

75. The sensitization characteristics of ***styrene/acrylates copolymer*** have not been assessed by any reputable authority.

76. The sensitization characteristics of ***polyglyceryl-2 dipolyhydroxystearate*** have not been assessed by any reputable authority.

77. ***Coco-glucoside*** is a skin irritant, causing skin damage in less than four hours, and a Category 1 eye damage, *i.e.*, it causes serious damage to the eye tissue or serious physical decay of vision which is not fully reversible within 21 days of application.

78. The sensitization potential of ***Red 40*** has not been assessed by any reputable authority. However, based on its chemical structure and similarity to other known skin sensitizers, it is a likely skin sensitizer. The limited testing performed on this ingredient demonstrates that it is a skin irritant and eye irritant.

79. The sensitization characteristics of ***glyceryl polyacrylate*** have not been assessed by any reputable authority.

80. ***Zinc oxide*** is a skin and eye irritant, a reproductive toxin that is known to damage fertility or the unborn child based on human evidence, a carcinogen that is known to induce cancer or increase its incidence in humans, based on human evidence, a suspected germ cell mutagen, *i.e.*, it is suspected of mutating human cells in a way that can be transmitted to children conceived after exposure. It is also very toxic to aquatic life with long lasting effects. Some testing indicates that it is a Category 1 skin sensitizer, based on positive animal and/or human testing demonstrating that repeated skin contact can be expected to cause an allergic response in a substantial number of persons, and that it causes Category 1B skin corrosion, meaning that it irreversibly damages the skin after short exposure; in animal tests, the substance caused visible necrosis after less than 1 hour of exposure. Corrosive reactions are typified by ulcers, bleeding, bloody scabs, and, by the

end of observation at 14 days, by discoloration due to blanching of the skin, complete areas of alopecia, and scars, and Category 1 eye damage, *i.e.*, it causes serious damage to the eye tissue or serious physical decay of vision which is not fully reversible within 21 days of application.

81.  **Zea mays (corn) starch** is a mild skin irritant.

82.  **Yellow 6** has produced allergenic responses in humans. It is also a skin and eye irritant.

83.  **Yellow 10** is a skin sensitizer, based on positive animal and human testing, demonstrating that repeated skin contact can be expected to cause allergic response in a substantial number of persons. It is also a skin and eye irritant.

84.  Though **xanthan gum** is safe as a food ingredient, it is an irritant to both the skin and eyes.  It is a Category 2 eye irritant, causing adverse effects on the cornea, iris, conjunctiva. It is also a Category 2 skin irritant, meaning that it causes significant erythema/eschar (redness and dead tissue) or edema (abnormal accumulation of fluid beneath the skin) lasting more than three days, or skin inflammation lasting longer than 14 days. Some testing indicates that it is also a skin sensitizer.

85.  The sensitization potential of **trisiloxane** has not been assessed by any reputable authority. The limited testing done, however, indicates that it is a suspected skin sensitizer and may be an eye irritant. It is also environmentally persistent, bioaccumulative, and inherently toxic to aquatic organisms.

86.  **Tricalcium phosphate** has not been assessed for its skin sensitization potential.  It is, however, a known skin and eye irritant.

87.  The sensitization potential of **tetrasodium EDTA** has not been assessed by any reputable authority. However, based on its chemical structure and similarity to other known skin sensitizers, it is classified as a likely skin sensitizer. Some testing classifies tetrasodium EDTA as a Category 1 skin sensitizer, based on positive animal and/or human testing demonstrating that repeated skin contact can be expected to cause an allergic response in a substantial number of persons. It causes Category 1 eye damage, *i.e.*, it causes serious damage to the eye tissue or serious physical decay of vision which is not fully reversible within 21 days of application. It is an aliphatic

1    amine, which is known to be environmentally toxic.

2        88.    ***Talc*** is an eye and skin irritant, and a possible human carcinogen.

3        89.    ***Stearic acid*** is classified as a skin and eye irritant.  It causes Category 1B skin

4    corrosion, meaning that it irreversibly damages the skin after short exposure; in animal tests, the

5    substance caused visible necrosis after less than 1 hour of exposure. Corrosive reactions are

6    typified by ulcers, bleeding, bloody scabs, and, by the end of observation at 14 days, by

7    discoloration due to blanching of the skin, complete areas of alopecia, and scars.  It is also a skin

8    sensitizer, based on positive human testing, demonstrating that repeated skin contact can be

9    expected to cause erythema in a substantial number of persons.  According to the National Institute

10   for Occupational Safety and Health, the health effects of exposure to stearic acid have not been

11   adequately investigated.  Nonetheless, animal testing has found it to be acutely toxic and a possible

12   carcinogen. Testing also indicates that it causes skin corrosion, irreversibly damaging the skin after

13   short exposure; in animal tests, the substance caused visible necrosis after less than 1 hour of

14   exposure. It is also inherently toxic to aquatic animals.  Nonetheless, stearic acid makes up 1-5%

15   of some of J&J's "hypoallergenic" products. Exhibit D.

16       90.    ***Stearyl alcohol*** is a skin sensitizer, based on human evidence, and a known skin

17   and eye irritant.

18       91.    Based on human evidence, ***sorbitan laurate*** has caused contact dermatitis at

19   concentrations as low as 2%. It is also a known skin and eye irritant.

20       92.    ***Sodium trideceth sulfate*** has not been adequately tested for safety.  However,

21   based on its chemical structure and similarity to other known skin sensitizers, sodium tricedeth

22   sulfate is classified as a likely skin sensitizer.  The little testing was done on the substance indicates

23   that it causes serious eye damage lasting 21 days or longer.  It is also a skin irritant, causing skin

24   damage in less than four hours. It is also harmful to aquatic life with long lasting effects.

25   Nonetheless, sodium trideceth sulfate makes up 1-5% of some of J&J's "hypoallergenic" products.

26   Exhibit D.

27       93.    The toxicological properties of ***sodium lauroamphoacetate*** have not been

28   adequately examined. However, based on its chemical structure and similarity to other known skin

sensitizers, it is a suspected skin sensitizer. Existing data indicates that the substance is hazardous by definition, may cause burns and/or dermatitis through repeated skin contact, and may cause irreversible damage through repeated eye contact.  Based on its molecular structure, the chemical may be an aliphatic amine, which is known to be environmentally toxic, an anionic surfactant, which known to be toxic to a wide variety of aquatic organisms, and/or a cationic (quaternary ammonium) surfactant, which is known to be biocidal to a wide array of species.

94.     **Sodium laureth sulfate** is classified as a Category 1 skin sensitizer, based on positive animal and/or human testing, demonstrating that repeated skin contact can be expected to cause an allergic response in a substantial number of persons.  It causes Category 1 eye damage, *i.e.*, it causes serious damage to the eye tissue or serious physical decay of vision which is not fully reversible within 21 days of application. Sodium laureth sulfate is also harmful to aquatic life and toxic by definition under federal law, based on animal testing demonstrating that the substance is lethal even in very small doses.

95.     Repeated skin contact with **sodium hydroxide** is known to cause dermatitis. It also causes serious skin corrosion, irreversibly damaging the skin.  Concentrations as low as 5% cause Category 1A skin corrosion, meaning that it irreversibly damages the skin after short exposure; in animal tests, the substance caused visible necrosis after less than 3 minutes of exposure. Corrosive reactions are typified by ulcers, bleeding, bloody scabs, and, by the end of observation at 14 days, by discoloration due to blanching of the skin, complete areas of alopecia, and scars. Even minute amounts (0.5%) are irritating to the skin and eyes. It causes Category 1 eye damage, *i.e.*, it causes serious damage to the eye tissue or serious physical decay of vision which is not fully reversible within 21 days of application. It is also a suspected skin or sense organ toxicant.  Sodium hydroxide is regulated by numerous federal laws as a toxic and hazardous substance.  It is also federally regulated as a hazardous substance which, when discharged to navigable waters or adjoining shorelines (as by, e.g., washing J&J's product off the body), present an imminent and substantial danger to the public health or welfare.

96.     The sensitization potential of **sodium citrate** has not been assessed by any reputable authority. Based on its chemical structure and similarity to other known skin sensitizers, it is

classified as a suspected skin sensitizer.  It is also classified as a skin and eye irritant.

97.     ***Sodium benzoate*** is a known skin sensitizer, based on positive animal and human testing, demonstrating that repeated skin contact has a high frequency of causing an allergic response in a substantial number of persons. It is also a skin irritant and causes serious eye damage. Additionally, it is toxic to the female reproductive system, and it is suspected to be toxic to the male reproductive system.   It is also a suspected mutagen, meaning that it is suspected of producing inheritable mutations in human germ cells in a way that can be transmitted to children conceived after exposure. It may cause birth defects, and may also be toxic to blood, the liver, and the central nervous system. It is hazardous by definition under federal law, and is acutely toxic based on animal testing.  Its use is limited in Europe.

98.     ***Red 33*** is a known skin irritant.  Like most of J&J's ingredients, it has not been assessed for skin sensitization.

99.     ***Quaternium-15*** is a skin and eye irritant, a relatively common cause of allergic contact dermatitis in consumers, and is classified as a Category 1 skin sensitizer, as animal and/or human studies demonstrate that repeated skin contact causes allergic contact dermatitis in a substantial number of persons.  In these sensitized individuals, very low future exposure can cause itching and a skin rash.  It is recognized as an allergen by the American Contact Dermatitis Society. It is also a respiratory sensitizer.  It contains methylene chloride (which is known to cause cancer in animal studies) and releases formaldehyde (a suspected carcinogen). It is very toxic to aquatic life and environmentally persistent (*i.e.*, not biodegradable).  It is toxic by definition under federal law, based on animal testing demonstrating that the substance is lethal even in very small doses.

100.    Some studies classify ***propylparaben*** as a Category 1 skin sensitizer, based on positive animal and/or human testing demonstrating that repeated skin contact can be expected to cause an allergic response in a substantial number of persons. It causes Category 1 eye damage, *i.e.*, it causes serious damage to the eye tissue or serious physical decay of vision which is not fully reversible within 21 days of application.  It is also a suspected skin or sense organ toxicant.

101.    Because J&J failed to specify the chemical used, the safety of ***potassium acrylates copolymer*** cannot be determined.  Discovery is therefore necessary.

102.    ***PEG-80 sorbitan laurate***, a.k.a. ***polysorbate 20***, is classified as a Category 1 skin sensitizer, based on multiple positive tests demonstrating that repeated skin contact can be expected to cause allergic response in a substantial number of persons.   It is also a Category 2 skin and eye irritant, causing skin damage in less than four hours and adverse effects on the cornea, iris, and conjunctiva. Nonetheless, PEG-80 sorbitan laurate is in a substantial number of J&J products.  In many, it is second to only water in volume.

103.    ***Polyquaternium-10*** is a skin and eye irritant.  Its sensitivity potential has not been assessed.

104.    ***Phenoxyethanol*** is a skin and severe eye irritant. It has induced an allergic response in both human and animal testing. It is recognized as an allergen by the American Contact Dermatitis Society. It is toxic by all routes (inhalation, ingestion, and dermal contact). It is extremely hazardous in case of eye contact and very hazardous in case of skin contact (defatting the skin and causing skin inflammation characterize by itching, scaling, reddening, or, occasionally, blistering). Even short exposure can cause serious temporary or residual injury. It is toxic to the kidneys, the nervous system, and the liver, adversely affecting the central nervous system and peripheral nervous system, causing headaches, tremors, and central nervous system depression. It degrades into substances that are even more toxic.  It is a germ cell mutagen, suspected of mutating human cells in a way that can be transmitted to children conceived after exposure.  It is also a reproductive toxin, suspected of damaging fertility or the unborn child based on human or animal evidence. Phenoxyethanol is an ethylene glycol ether, which is known to cause wasting of the testicles, reproductive changes, infertility, and changes to kidney function. Phenoxyethanol is also carcinogen, meaning that it is suspected to induce cancer or increase its incidence. Case studies indicate that repeated exposure to phenoxyethanol results in acute neurotoxic effects, as well as chronic solvent- induced brain syndrome, constant irritability, impaired memory, depression, alcohol intolerance, episodes of tachycardia and dyspnea, and problems with balance and rash.  Phenoxyethanol is also toxic by definition under federal law, and is regulated as a toxic compound.  Its use is restricted in Europe.

105.    ***Petrolatum*** is an eye irritant, causing adverse effects on the cornea, iris,

EXHIBIT B                    CLASS ACTION COMPLAINT                    18

conjunctiva, reversible in 7 days. Repeated exposure to petrolatum has caused dermatitis in some human subjects. It is also a presumed human carcinogen based on demonstrated animal carcinogenicity. It is a reproductive toxin, suspected of damaging fertility or the unborn child based on human or animal evidence of skin contact. It is also environmentally persistent. Nonetheless, petrolatum makes up 1-5% of some J&J products. Exhibit D.

106. Low molecular weight polyethylene glycol compounds, like J&J's **PEG-150 distearate**, are known to cause contact urticaria. PEG-150 distearate is also a skin and eye irritant.

107. **P-anisic acid** is a skin and strong eye irritant. Its sensitization potential has not been assessed.

108. **Oleic acid** is a known skin and eye irritant. The sensitization potential of oleic acid has not been assessed by any reputable authority. However, based on its chemical structure and similarity to other known skin sensitizers, it is classified as a likely skin sensitizer. It is also inherently toxic to aquatic life. Additionally, according to a supplier, in humans, it passes the placental barrier and has been detected in maternal milk. Animal data suggests that it may cause cancer. It may also affect genetic material (mutagenic).

109. **Mineral oil** is a skin irritant, causing skin damage in less than four hours, and an eye irritant, causing adverse effects on the cornea, iris, conjunctiva lasting 7-21 days. Some testing indicates that it is also a skin sensitizer, based on positive animal tests demonstrating that repeated skin contact can be expected to cause allergic response in a substantial number of persons. It is a suspected germ cell mutagen, meaning that it is suspected of mutating human cells in a way that can be transmitted to children conceived after exposure. It is a arget organ systemic toxin in humans, as generally low dermal exposure causes damage to the skin.  Nonetheless, J&J adds mineral oil to its products, at concentrations ranging from 1-5% to 10-20%. Exhibit D.

110. **Methylparaben**'s use in cosmetics and topical products has caused allergic contact dermatitis. It is classified as a Category 1 skin sensitizer, based on positive animal and/or human testing demonstrating that repeated skin contact can be expected to cause an allergic response in a substantial number of persons. It is also a skin and eye irritant.

111. The sensitization potential of **magnesium aluminum silicate** has not been assessed

by any reputable authority.

112. **Lauryl methyl gluceth-10 hydroxypropyldimonium chloride** is a proprietary chemical that has not been adequately tested for safety or skin sensitization potential. Nonetheless, the ingredient manufacturer has admitted that it is a moderate to strong eye irritant.

113. **Laureth-4** has caused allergic skin reactions in humans. It is also classified as a suspected skin sensitizer, based on its chemical structure and similarity to other known skin sensitizers that produce erythema in animal tests. Laureth-4 causes Category 1A skin corrosion, meaning that it irreversibly damages the skin after short exposure; in animal tests, the substance caused visible necrosis after less than 3 minutes of exposure. Corrosive reactions are typified by ulcers, bleeding, bloody scabs, and, by the end of observation at 14 days, by discoloration due to blanching of the skin, complete areas of alopecia, and scars. It causes Category 1 eye damage, *i.e.*, it causes serious damage to the eye tissue or serious physical decay of vision which is not fully reversible within 21 days of application. It is a suspected target organ systemic toxin, and it is highly toxic to aquatic life with long lasting effects. It is an ethylene glycol ether, which is known to be toxic to the environment and to human health, e.g., it is known to cause wasting of the testicles, reproductive changes, infertility, and changes to kidney function.

114. **Isopropyl palmitate** is a skin and eye irritant. Moreover, it is an ester, a class of chemicals known to be environmentally toxic

115. According to the manufacturer, there is no data regarding **hydroxyethyl behenamidopropyl dimonium chloride**'s sensitization profile or dermal toxicity. However, it is composed of behentrimonium methosulfate (which is very toxic to aquatic life, is toxic to aquatic life with long lasting effects, causes serious eye damage lasting 21 days or longer, causes skin damage in less than four hours, and may cause damage to organs through prolonged or repeated exposure) and cetearyl alcohol (a skin and eye irritant, causing skin damage in less than four hours and causing adverse effects on the cornea, iris, and conjunctiva).

116. According to trade associations, concentrations as little as 0.05% of **glycol distearate** caused slight to severe skin irritation.

117. **Glyceryl stearate** is a skin and eye irritant. It is also inherently toxic to aquatic life.

118.   *Glycerin* is classified as a skin and eye irritant. It is also known to cause eczema in humans. Based on its chemical structure and similarity to other known skin sensitizers, it is a suspected skin sensitizer. Nonetheless, J&J adds glycerin to its products at concentrations of 5-10%. Exhibit D.

119.   J&J does not disclose the identity of the fragrances it uses, listing only the generic *fragrance*, or *parfum* on its product label.  Many synthetic fragrances are known to be human sensitizers, toxins and environmental hazards, and are associated with adverse reproductive effects, genetic mutations, and other ill effects.

120.   *Ethylparaben* is classified as a Category 1 skin sensitizer, based on positive animal and/or human testing demonstrating that repeated skin contact can be expected to cause an allergic response in a substantial number of persons. It is also a Category 2 eye irritant, causing adverse effects on the cornea, iris, conjunctiva, and a Category 2 skin irritant, meaning that it causes significant erythema/eschar (redness and dead tissue) or edema (abnormal accumulation of fluid beneath the skin) lasting more than three days, or skin inflammation lasting longer than 14 days. It is linked to reproductive-specific developmental abnormalities.

121.   *Ethylhexylglycerin* causes Category 1 eye damage, *i.e.*, it causes serious damage to the eye tissue or serious physical decay of vision which is not fully reversible within 21 days of application. It is also toxic to aquatic organisms, with long-term adverse effects.

122.   The sensitization potential of *disodium lauroamphodiacetate* has not been assessed by any reputable authority. Based on its chemical structure and similarity to other known skin sensitizers, disodium lauroamphodiacetate is classified as a likely skin sensitizer. Moreover, based on its structure, this chemical maybe an anionic surfactant and/or cationic surfactant, both known to be toxic to a variety of aquatic organisms.

123.   The sensitization potential of *dimethicone* has not been assessed by any reputable authority. However, based on its chemical structure and similarity to other known skin sensitizers, it is classified as a likely skin sensitizer. The limited testing of dimethicone demonstrates that it causes Category 1A skin corrosion, meaning that it irreversibly damages the skin after short exposure; in animal tests, the substance caused visible necrosis after less than 3 minutes of

exposure. Corrosive reactions are typified by ulcers, bleeding, bloody scabs, and, by the end of observation at 14 days, by discoloration due to blanching of the skin, complete areas of alopecia, and scars. It causes Category 1 eye damage, *i.e.*, it causes serious damage to the eye tissue or serious physical decay of vision which is not fully reversible within 21 days of application. Dimethicone is presumed to cause damage to organs after generally moderate exposure, and it is suspected of damaging fertility or the unborn child based on human or animal evidence. It is inherently toxic to aquatic life, hazardous to the environment, and environmentally persistent (*i.e.*, not biodegradable). It is considered to impair fertility in rats by inhalation, and is a potential carcinogen (uterine tumors).

124.    ***Cocamidopropyl betaine*** is a known skin sensitizer, based on positive animal and/or human testing demonstrating that repeated skin contact can be expected to cause allergic response in a substantial number of persons.  In fact, cocamidopropyl betaine was named the Allergen of the Year in 2004 by the American Contact Dermatitis Society. Cocamidopropyl betaine is also a skin irritant and causes Category 1 eye damage, *i.e.*, it causes serious damage to the eye tissue or serious physical decay of vision which is not fully reversible within 21 days of application. Based on human or animal evidence, it is suspected of damaging fertility or the unborn child. It is also very toxic to aquatic life. Nonetheless, J&J includes cocamidopropyl betaine in a significant number of its products -- in many products, it is second only to water in terms of volume.  It is in J&J products at 1-5% concentrations, Exhibit D, an amount that is known to cause skin sensitization.

125.    While ***citric acid*** is a common food ingredient, skin contact is known to cause allergic reactions in humans.  It has been reported to cause Category 1B skin corrosion, meaning that it irreversibly damages the skin after short exposure; in animal tests, the substance caused visible necrosis after less than 1 hour of exposure. Corrosive reactions are typified by ulcers, bleeding, bloody scabs, and, by the end of observation at 14 days, by discoloration due to blanching of the skin, complete areas of alopecia, and scars. It causes Category 1 eye damage, *i.e.*, it causes serious damage to the eye tissue or serious physical decay of vision which is not fully reversible within 21 days of application. It is classified as a skin and eye irritant.

126.    **Cetyl alcohol** has caused urticaria-like dermatitis in humans. It is also a skin and eye irritant, and it is inherently toxic to aquatic life with long-lasting effects.  Nonetheless, J&J adds cetyl alcohol to its products, at concentrations of 1-5%.  Exhibit D.

127.    The sensitization potential of **ceteth-10** has not been assessed by any reputable authority. However, based on its chemical structure and similarity to other known skin sensitizers, it is a suspected skin sensitizer. Moreover, Ceteth-10 also has not been sufficiently analyzed for safety. What little data exists shows it to be harmful to the skin; concentrations as low as 1% led to erythema and edema, and concentrations over 10% led to thickening of the skin. It is a Category 2 skin irritant, causing skin damage in less than four hours, and causes Category 1 eye damage -- serious eye damage lasting 21 days or longer. It is toxic by definition under federal law and very toxic to the aquatic environment.

128.    **Cetearyl glucoside** has not been adequately studied for safety in personal care products. However, based on its chemical structure and similarity to other known skin sensitizers, cetearyl glucoside is classified as a likely skin sensitizer.   The limited testing done on cetearyl glucoside demonstrates that it causes Category 1 serious eye damage lasting 21 days or longer and is a Category 2 skin irritant, causing skin damage in less than four hours. It is also very toxic to aquatic life.

129.    **Cetearyl alcohol**'s safety for use in bodycare products has not been adequately assessed.  The limited testing done, however, shows it to be a skin irritant and eye irritant, causing skin damage in less than four hours and adverse effects on the cornea, iris, conjunctiva. It is inherently toxic to aquatic life, It is also toxic to the mucous membranes, and is hazardous by definition under federal law.

130.    The sensitization properties of **ceteareth-12** and **ceteareth-20** have not been thoroughly investigated.  The limited testing done, however, indicates that it is a skin irritant and corrosive to ocular tissue, causing serious eye damage lasting 21 days or longer.  Ceteareth-12 and -20 are also very toxic to the aquatic environment and toxic by definition under federal law, based on animal testing demonstrating that the substance is lethal even in very small doses.

131.    The sensitization properties of **ceteareth-6** have not been thoroughly

investigated.  The limited testing done, however, indicates that it is a skin irritant and corrosive to ocular tissue, causing serious eye damage lasting 21 days or longer.  Ceteareth-6 is also very toxic to the aquatic environment and toxic by definition under federal law, based on animal testing demonstrating that the substance is lethal even in very small doses.

132.   J&J adds "*carbomer*" to its products, but does not specify what substance it is adding.  "Carbomer" could refer to Carbomer 934, which is a weak sensitizer that irreversibly damages the skin after short exposure; in animal tests, the substance caused visible necrosis after less than 3 minutes of exposure. Corrosive reactions are typified by ulcers, bleeding, bloody scabs, and, by the end of observation at 14 days, by discoloration due to blanching of the skin, complete areas of alopecia, and scars. Some studies indicate that Carbomer 934 is a germ cell mutagen known or presumed to mutate human cells in a way that can be transmitted to children conceived after exposure. Some studies indicate that it is also a carcinogen. Or "Carbomer" could refer to carboxypolymethylene, Carbomer 940, or Carbomer 941, all of which lack sufficient safety testing. All carbomers contain 0.1-0.5% benzene, a known human carcinogen that causes acute central nervous system damage and chronic bone marrow damage.

133.   *Benzyl alcohol* is classified as a Category 1 skin sensitizer, based on positive animal and/or human testing demonstrating that repeated skin contact can be expected to cause an allergic response in a substantial number of persons. It is known to cause allergic reactions in 1.2 to 15% of patients with eczema from cosmetic products.  It is also known to induce nonimmunologic contact reactions without any previous sensitization. It is also a skin and eye irritant, causing serious eye damage lasting 21 days or longer. It is recognized as an allergen by the American Contact Dermatitis Society. It may also be a teratogen, causing birth defects. Animal studies have shown it causes lung, liver, kidney, and central nervous system disorders. It is a suspected immunotoxicant, suspected neurotoxicant, and suspected skin or sense organ toxicant. It is toxic to aquatic organisms, toxic by definition under federal law, and its use is restricted in Europe.

134.   *Benzalkonium chloride* is classified as a Category 1 skin sensitizer, based on positive animal and/or human testing demonstrating that repeated skin contact can be expected to

cause an allergic response in a substantial number of persons. It causes Category 1B skin corrosion, meaning that it irreversibly damages the skin after short exposure; in animal tests, the substance caused visible necrosis after less than 1 hour of exposure. Corrosive reactions are typified by ulcers, bleeding, bloody scabs, and, by the end of observation at 14 days, by discoloration due to blanching of the skin, complete areas of alopecia, and scars. It causes Category 1 eye damage, *i.e.*, it causes serious damage to the eye tissue or serious physical decay of vision which is not fully reversible within 21 days of application. It is recognized as an allergen by the American Contact Dermatitis Society. Additionally, benzalkonium chloride is a Category 2 reproductive toxin, meaning that it is suspected of damaging fertility or the unborn child based on human or animal evidence. Its use is restricted in Europe.

135.   ***Behentrimonium methosulfate*** has not been studied for skin sensitizing potential.  However, it is closely related to behentrimonium chloride, which is a sensitizer. Behentrimonium methosulfate is known to cause serious eye damage lasting 21 days or longer. It is a skin irritant, causing skin damage in less than four hours. It is also very toxic to aquatic life.

136.   ***Caprylyl glycol*** causes Category 1 eye damage, *i.e.*, it causes serious damage to the eye tissue or serious physical decay of vision which is not fully reversible within 21 days of application.

137.   The sensitization potential of ***PEG-100 stearate*** has not been assessed by any reputable authority. Based on its chemical structure and similarity to other known skin sensitizers, it is classified as a suspected skin sensitizer.  It is also classified as a skin and eye irritant.

138.   ***Steareth-20*** causes Category 1 eye damage, *i.e.*, it causes serious damage to the eye tissue or serious physical decay of vision which is not fully reversible within 21 days of application.

139.   The sensitization potential of ***sorbitol*** has not been assessed by any reputable authority. However, based on its chemical structure and similarity to other known skin sensitizers, it is a suspected skin sensitizer.

140.   ***Violet 2*** is classified as a Category 1 skin sensitizer, based on positive animal and/or human testing, demonstrating that repeated skin contact can be expected to cause an allergic

response in a substantial number of persons.

141.   According to ingredient manufacturers, **Orange 4** is a skin and strong eye irritant that may cause allergic reactions in sensitive individuals.

142.   Several tests classify **avena sativa (oat) kernel flour** as a Category 1 skin sensitizer, based on positive animal and/or human testing, demonstrating that repeated skin contact can be expected to cause an allergic response in a substantial number of persons.

143.   **Propylene glycol** is a skin irritant, eye irritant, and a Category 1 skin sensitizer, meaning that repeated skin contact causes a skin allergy in a substantial number of persons.  In these sensitized individuals, very low future exposure can cause itching and a skin rash.  Moreover, animal test data indicate that propylene glycol may cause adverse reproductive effects and birth defects.  It is also very toxic to aquatic life. It is recognized as an allergen by the American Contact Dermatitis Society.  Though not disclosed on ingredient labels, J&J's popular pink lotion contains 1-5% of propylene glycol.  Exhibit D.

## THE REPRESENTATIONS ARE
## FALSE, DECEPTIVE, AND MISLEADING

144.   J&J's conduct deceived and/or was likely to deceive the public.  Consumers were deceived into believing that the Falsely Labeled Products were hypoallergenic, as labeled.

145.   All these representations were false, as explained *supra*.

146.   Consumers would not know the true nature of the ingredients merely by reading the ingredient label.  Its discovery requires investigation beyond the grocery store and knowledge of chemistry beyond that of the average reasonable consumer.

## LOCATION OF THE MISREPRESENTATIONS

147.   J&J made the above false, deceptive, and misleading misrepresentations and omissions on the package of the Falsely Labeled Products.  *See* Exhibit B.

148.   J&J repeated the above false, deceptive, and misleading misrepresentations and omissions on its online retail product page for the Falsely Labeled Products. *See* Exhibit C.

149.   The misrepresentations and omissions were uniform and have actually been communicated to Plaintiff and to each member of the Class at every point of purchase and

1  consumption.

2  ## J&J'S DECEPTIVE AND MISLEADING OMISSIONS

3  150.    J&J presents itself as an expert in baby skincare.  J&J boasts:

4
      That's why we have published more research in this area than any other global skin
5      care company over the last five years. Our research is being used to set the standards
      in baby care around the world. As a global healthcare company focused on skin
6      health, we have strived to fill critical research gaps by helping to advance 90% of
      publications and peer -reviewed scientific literature on the understanding of baby
7      skin.

8  Exhibit R.

9  151.    In 2011, in a letter to its customers outlining its "Safety and Care Commitment," J&J

10  explained:

11
      We understand that earning your trust means more than meeting government safety
12      regulations, and sometimes even more than meeting the highest scientific standards
      for safety. Trust means gaining your complete confidence in our ingredient
13      selection and decision-making process as a company, and also making your views
      and concerns a part of this process. That's why we've created a website that brings
14      to life all we do to ensure the quality and safety of every product: Our Safety &
      Care Commitment.
15

16  Exhibit S.

17  152.    J&J deceptively and misleadingly conceals other material facts about the Falsely Labeled

18  Products, including:

19          a.      the true nature of the Falsely Labeled Products' ingredients;

20          b.      the identity of the Falsely Labeled Products' ingredients;

21          c.      that the Falsely Labeled Products contain sensitizers, irritants, toxins,

22  carcinogens, pollutants, and/or otherwise hazardous substances;

23          d.      the concentration of the sensitizers, irritants, toxins, carcinogens, pollutants,

24  and/or otherwise hazardous substances in the Falsely Labeled Products;

25          e.      that the Falsely Labeled Products are not "hypoallergenic";

26          f.      that the Falsely Labeled Products are not what a reasonable consumer would

27  consider to be "hypoallergenic;"

28          g.      that the Falsely Labeled Products contain chemicals that a reasonable

EXHIBIT B                    CLASS ACTION COMPLAINT                                    27

1   consumer would not expect in a product labeled as "hypoallergenic."

2   153.   Plaintiff and the members of the Class are not at fault for failing to discover J&J's

3   wrongs earlier, and had no actual or presumptive knowledge of facts sufficient to put them on

4   inquiry notice.

5   154.   J&J has concealed the identity of several ingredients. Discovery is therefore

6   necessary to determine their identity.  These ingredients may also be sensitizers, irritants, or

7   otherwise toxic.

8   155.   For example, J&J adds "*fragrance*" or "*parfum*" to its products, but does not

9   identify what chemical is used. Many ingredients used as fragrances are known skin sensitizers.

10   Many are also extremely toxic to a person's skin, their overall health, and/or to the environment.

11   156.   As another example, J&J adds "*carbomer*" to its products, but does not specify

12   what substance it is adding.  "Carbomer" could refer to Carbomer 934, which irreversibly damages

13   the skin after short exposure; in animal tests, the substance caused visible necrosis after less than

14   3 minutes of exposure. Some studies indicate that it is a germ cell mutagen known or presumed to

15   mutate human cells in a way that can be transmitted to children conceived after exposure. Some

16   studies indicate that it is also a carcinogen.  Or "Carbomer" could refer to carboxypolymethylene,

17   Carbomer 940, Carbomer 941, or another carbomer, for which there is insufficient safety testing.

18   157.   Similarly, because J&J failed to specify the chemical used, the safety of *potassium*

19   *acrylates copolymer* cannot be determined absent discovery.

20   158.   Furthermore, J&J has not disclosed the concentration of each ingredient in its

21   products. Further investigation and discovery is needed so that Plaintiff can ascertain whether

22   entire products are also toxic.

23   159.   J&J has also concealed from consumers the nature of its products' ingredients

24   despite consumers' requests.  The possible carcinogenic, toxic, and environmental effects of its

25   ingredients are still concealed from consumers today.

26   160.   These facts are not ascertainable and are still not known to Plaintiff, the Class

27   members, and reasonable consumers. J&J's concealment tolls the applicable statute of limitations.

28   161.   To this day, J&J continues to conceal and suppress the existence, true identity,

1    nature, and concentration of the sensitizers, irritants, toxins, carcinogens, pollutants, and/or

2    otherwise hazardous substances in the Falsely Labeled Products.

3        162.   Similarly, to this day, J&J continues to conceal and suppress the fact that the Falsely

4    Labeled Products are not "hypoallergenic" as promised.

5        163.   J&J represents elsewhere on the product label and on its website that the products

6    are "safe," "gentle," "mild," cause "no more tears," etc.  This further obscures the fact that J&J's

7    products are not hypoallergenic.

8        164.   For example, in its Safety and Care Commitment, J&J also promises that its

9    ingredients are "not only gentle on baby, but also gentle on the environment long after you use

10   them."  As J&J knows, consumers care about the environmental effect of their bodycare products,

11   "[s]ince many of our products are washed off the body into the local wastewater systems, which

12   then feed into the broader water supply . . ."  Exhibit T.  *See also* Exhibit U ("We believe that

13   human health and environmental health are inextricably linked, and our sustainability goals are

14   designed to advance the health and well-being of people around the world and our planet.");

15   Exhibit V (Ingredient Policies) ("When dealing with human or environmental safety, there are no

16   shortcuts and we do not compromise on safety for expediency in the process."); Exhibit W ("All

17   ingredients are assessed for human and environmental safety.").

18       165.   Nonetheless, many ingredients in J&J's products are known to be toxic to aquatic

19   life.  Some are even regulated under the Clean Water Act as a hazardous substance which, when

20   discharged to navigable waters or adjoining shorelines, present an imminent and substantial danger

21   to the public health or welfare.  *See* ¶¶ 65-143, *supra*.

22                       **J&J KNEW ITS REPRESENTATIONS WERE FALSE**

23       166.   J&J holds itself out to the public as trusted experts in the area of hypoallergenic,

24   safe, mild, and gentle personal care products.

25       167.   J&J knew what representations it made regarding the Falsely Labeled Products, as

26   all representations appear on the products' packages.

27       168.   J&J also knew what ingredients were added to each product, as (presumably) all

28   product ingredients listed on the product packages and are further disseminated on their websites.

EXHIBIT B                         CLASS ACTION COMPLAINT                              29

169.   J&J is governed by and thus is presumed to know the federal regulations and state laws that control the labeling of the Falsely Labeled Products, and thus is aware that many of the ingredients have been federally declared to be chemical compounds that require inventory reporting under the Toxic Substance Control Act, are hazardous or toxic compounds that require special disclosures on safety data sheets, or are carcinogens or reproductive toxins that require product label warnings under state law.

170.   J&J thus knew all the facts demonstrating that its Falsely Labeled Products contain sensitizers, irritants, and otherwise toxic ingredients, and that these products were therefore falsely labeled.

## J&J INTENDED CONSUMERS RELY

171.   As J&J knows, consumers prefer hypoallergenic products. As J&J knows, consumers will pay a premium for hypoallergenic products or would not purchase these products at all unless they were hypoallergenic, as advertised.

172.   J&J encourages consumers' preference for hypoallergenic products – specifically for J&J's products – explaining to consumers that:

> Your baby's skin is different than adult skin. It may look perfect, but it is very delicate so it needs extra special care throughout the first years of life. Compared to adult's skin, baby's skin:
>
> - Is about 30% thinner
> - Can lose moisture faster
> - Is more prone to irritation
> - Absorbs water at a faster rate, and can lose it faster, too
>
> Because it is more delicate, baby's skin needs more protection from environmental changes and harsh cleansers. So when caring for your little one, use a mild and gentle cleanser and moisturizer that are developed especially for baby like JOHNSON'S® baby HEAD-TO-TOE® wash and JOHNSON'S® baby lotion.

Exhibit X.

173.   J&J's misleading affirmative statements (e.g., that the products were mild, gentle, safe, caused "no more tears," or were environmentally safe) further obscured what J&J failed to disclose.  Thus, reliance upon J&J's misleading and deceptive representations and omissions may

1  be presumed.

2      174.  J&J made the false, deceptive, and misleading representations and omissions,

3  intending Plaintiff and Class members to rely upon these representations and omissions in

4  purchasing and using one or more Falsely Labeled Products.

5      175.  In making the false, misleading, and deceptive representations and omissions at

6  issue, J&J knew and intended that consumers would purchase the J&J products when consumers

7  would otherwise purchase a competing product or employ an alternate regimen (such as using an

8  oil for moisturizing).

9      176.  In making the false, misleading, and deceptive representations and omissions at

10  issue, J&J also knew and intended that consumers would pay a premium for hypoallergenic

11  products, furthering J&J's private interest of increasing sales of its products and decreasing the

12  sales of products marketed by its competitors.

13  **CONSUMERS REASONABLY RELIED**

14      177.  Consumers frequently rely on ingredient representations and information in making

15  purchase decisions, especially in purchasing personal care products.

16      178.  When Plaintiff and the Class members purchased the Falsely Labeled Products,

17  Plaintiff and the Class members saw the false, misleading, and deceptive representations detailed

18  above, and did not receive disclosure of the facts concealed, as detailed above.

19      179.  These misrepresentations were uniform and were communicated to Plaintiff and

20  every other member of the Class at every point of purchase and consumption.

21      180.  Plaintiff and the Class members were among the intended recipients of J&J's

22  deceptive representations and omissions.

23      181.  Plaintiff and the Class members reasonably relied to their detriment on J&J's

24  misleading representations and omissions.

25      182.  J&J's false, misleading, and deceptive misrepresentations and omissions deceived

26  and misled, and are likely to continue to deceive and mislead, Plaintiff, the Class members,

27  reasonable consumers, and the general public.

28      183.  J&J's misleading affirmative statements further obscured what it failed to disclose.

EXHIBIT B  CLASS ACTION COMPLAINT  31

Thus, reliance upon J&J's misleading and deceptive representations and omissions may be presumed.

184.    J&J made the deceptive representations and omissions with the intent to induce Plaintiff and the Class members to purchase the Falsely Labeled Products. Plaintiff's and the Class members' reliance upon such representations and omissions may be presumed.

185.    J&J's deceptive representations and omissions are material in that a reasonable person would attach importance to such information and would be induced to act upon such information in making purchase decisions. Thus, Plaintiff's and the Class members' reliance upon such representations and omissions may be presumed as a matter of law. The materiality of those representations and omissions also establishes causation between J&J's conduct and the injuries sustained by Plaintiff and the Class members.

## J&J'S WRONGFUL CONDUCT CAUSED PLAINTIFF'S INJURY

186.    As an immediate, direct, and proximate result of J&J's false, misleading, and deceptive representations and omissions, J&J injured Plaintiff and the Class members in that they:

      a.    paid a sum of money for a product that was not as represented;

      b.    paid a premium price for a product that was not as represented;

      c.    were deprived the benefit of the bargain because the Falsely Labeled Products they purchased were different from what J&J warranted;

      d.    were deprived the benefit of the bargain because the Falsely Labeled Products they purchased had less value than what was represented;

      e.    did not receive a product that measured up to their expectations as created by J&J;

      f.    used (or caused their children to use) a substance that Plaintiff and the members of the Class did not expect or consent to;

      g.    used (or caused their children to use) a product that was not hypoallergenic;

      h.    without their knowing consent, used (or caused their children to use) a substance that is generally harmful to their health or their children's health;

      i.    without their knowing consent, used (or caused their children to use) a

substance that is a skin sensitizer, irritant, or a known or suspected toxin, carcinogen, mutagen, teratogen, environmental pollutant, or otherwise is harmful to the environment and/or their health.

187.    Had J&J not made the false, misleading, and deceptive representations and omissions, Plaintiff and the Class members would not have been injured as listed above. Accordingly, Plaintiff and the Class members have suffered "injury in fact" as a result of J&J's wrongful conduct.

188.    Plaintiff and the Class members all paid money for the Falsely Labeled Products, but did not obtain the full value of the advertised products due to J&J's misrepresentations and omissions.  Plaintiff and the Class members purchased, purchased more of, or paid more for, the Falsely Labeled Products than they would have had they known the truth about the Falsely Labeled Products.  Accordingly, Plaintiff and the Class members have suffered "injury in fact" and lost money or property as a result of J&J's wrongful conduct.

## J&J BENEFITTED FROM ITS MISLEADING AND DECEPTIVE REPRESENTATIONS AND OMISSIONS

189.    As the intended, direct, and proximate result of J&J's false, misleading, and deceptive representations and omissions, J&J has been unjustly enriched through more sales of Falsely Labeled Products and higher profits at the expense of Plaintiff and the Class members.  As a direct and proximate result of its deception, J&J also unfairly obtained other benefits, including the higher value associated with a "hypoallergenic" brand and the resulting higher stock value, redirecting sales to it and away from its competitors, and increased sales of its other products.

## CLASS ALLEGATIONS

190.    Plaintiff Rugg brings this action on behalf of himself and all other similarly situated California residents who purchased the Falsely Labeled Products (as defined herein) (the "California Class").

191.    Plaintiff Rugg also brings this action on behalf of himself and all other similarly situated United States residents who purchased the Falsely Labeled Products (as defined herein) (the "Nationwide Class").

192.    Excluded from the California Class and the Nationwide Class ("Classes" or "Class") are officers and directors of J&J; members of the immediate families of the officers and

1   directors of J&J; J&J's legal representatives, heirs, successors, or assigns; and any entity in which

2   they have or have had a controlling interest.

3      193.   At this time, Plaintiff does not know the exact number of the Class members; given

4   the nature of the claims and the number of sales that J&J has made of the products, Plaintiff

5   believes that members of each Class are so numerous that joinder of all members is impracticable.

6      194.   There is a well-defined community of interest in the questions of law and fact

7   involved in this case.   Questions of law and fact common to the members of the Class that

8   predominate over questions that may affect individual Class members include:

9         a.   whether J&J misrepresented and/or failed to disclose material facts

10   concerning the Falsely Labeled Products;

11         b.   whether J&J's conduct was unfair and/or deceptive; and

12         c.   whether J&J breached an express warranty created through the

13   labeling and marketing of its Falsely Labeled Products.

14      195.   Plaintiff's claims are typical of those of the Class because Plaintiff, like all

15   members of the Class, purchased one or more of J&J's Falsely Labeled Products at a premium

16   price, relying on J&J's false and misleading representations, and Plaintiff sustained damages from

17   J&J's wrongful conduct.

18      196.   Plaintiff will fairly and adequately protect the interests of the Class because

19   Plaintiff is similarly situated with, and has suffered similar injuries as, the members of the Class

20   he seeks to represent.   Plaintiff feels that he has been deceived, wishes to obtain redress of the

21   wrong, and wants J&J to be stopped from perpetrating similar wrongs on others.   Plaintiff is an

22   adequate representative of the Class because his interests do not conflict with the interests of the

23   Class members he seeks to represent, and he has retained counsel competent and experienced in

24   conducting complex class action litigation, who were the first to publicly uncover the true scope

25   and extent of J&J's wrongs.   Plaintiff has no interests adverse to those of the Class members, and

26   will vigorously prosecute this litigation.

27      197.   A class action is superior to other available methods for the fair and efficient

28   adjudication of this controversy.   Specifically, no Class member has a substantial interest in

individually controlling the prosecution of a separate action.  The damages suffered by each individual Class member likely will be relatively small, especially given the burden and expense of individual prosecution of the complex litigation necessitated by J&J's conduct.  Thus, it would be virtually impossible for the Class members individually to redress effectively the wrongs done to them.

198.    The prerequisites to maintaining a class action for injunctive or equitable relief are met as J&J has acted or refused to act on grounds generally applicable to the Class, thereby making appropriate final injunctive or equitable relief with respect to the Class as a whole.

199.    Upon information and belief, there are no pending lawsuits concerning the products at issue in this case.  Concentration of the litigation concerning this matter in this Court is desirable, and the difficulties likely to be encountered in the management of a class action are not great.  The resolution of the claims of all Class members in a single forum, and in a single proceeding, would be a fair and efficient means of resolving the issues raised in this litigation.

200.    The prosecution of separate actions by Class would create a risk of establishing inconsistent rulings and/or incompatible standards of conduct for J&J.

201.    J&J's conduct is generally applicable to the Class as a whole and Plaintiff seeks, *inter alia*, equitable remedies with respect to the Class as a whole.  As such, J&J's systematic policies and practices make declaratory relief appropriate with respect to the Class.

202.    The Class is specifically identifiable to facilitate provision of adequate notice and there will be no significant problems managing this case as a class action.  Notice to the Class can be made through various means, such as in-store leaflets, website notices, Facebook notices, notices on the labels of the packages, and/or direct notice to those consumers for which J&J knows the e-mail or physical mailing address.

## CAUSES OF ACTION

203.    The allegations in each Cause of Action are repeated and realleged in every other Cause of Action as if set forth in full therein.

## COUNT 1

### Breach of Express Warranty

#### *On Behalf of the Nationwide Class and, in the alternative, the California Class*

204.    J&J provided Plaintiff and other members of the Class with written express warranties including, but not limited to, warranties that its Falsely Labeled Products were "hypoallergenic."

205.    These affirmations of fact or promises by J&J relate to the goods and became part of the basis of the bargain.

206.    Plaintiff and members of each Class purchased the Falsely Labeled Products, believing them to conform to the express warranties.

207.    J&J breached these warranties.  This breach resulted in damages to Plaintiff and other members of the Class, who bought Falsely Labeled Products but did not receive the goods as warranted.

208.    As a proximate result of the breach of warranties by J&J, Plaintiff and the other members of the Class did not receive goods as warranted.  Plaintiff and the members of the Class therefore have been injured and have suffered damages in an amount to be proven at trial.  Among other things, Plaintiff and members of the Class did not receive the benefit of the bargain and have suffered other injuries as detailed above.  Moreover, had Plaintiff and the Class members known the true facts, they would not have purchased the products, would have purchased fewer products, or would not have been willing to pay the premium price J&J charged for the products.

WHEREFORE, Plaintiff prays for relief as set forth below.

## COUNT 2

### Unjust Enrichment

#### *On Behalf of the Nationwide Class and, in the alternative, the California Class*

209.    As a result of J&J's deceptive, fraudulent, and misleading labeling, advertising, marketing, and sales of the Falsely Labeled Products, J&J was enriched at the expense of Plaintiff and the other members of the Class through the payment of the purchase price for J&J's Falsely Labeled Products.

210. Under the circumstances, it would be against equity and good conscience to permit J&J to retain the ill-gotten benefits that it received from Plaintiff and the other members of the Class, in light of the fact that the Falsely Labeled Products purchased by Plaintiff and the other members of the Class were not what J&J purported them to be. Thus, it would be unjust or inequitable for J&J to retain the benefit without restitution to Plaintiff and the other members of the Class for the monies paid to J&J for such Falsely Labeled Products.

WHEREFORE, Plaintiff prays for relief as set forth below.

## COUNT 3

### Unfair and Deceptive Acts and Practices

### *On Behalf of the Nationwide Class and, in the alternative, the California Class*

211. This cause of action is brought pursuant to California's Consumers Legal Remedies Act, Cal. Civ. Code §§ 1750-1785 (the "CLRA") and similar statutes.

212. Plaintiff and the other members of the Class are "consumers," as the term is defined by California Civil Code § 1761(d) and similar statutes, because they bought the Falsely Labeled Products for personal, family, or household purposes. J&J is a "person" under Cal. Civ. Code § 1761(c) and similar statutes.

213. The Falsely Labeled Products are "goods" under Cal. Civ. Code § 1761(a) and similar statutes. Plaintiff, the other members of the Class, and J&J have engaged in "transactions," as that term is defined by California Civil Code § 1761(e) and similar statutes. For the California Class, these transactions all occurred in the State of California.

214. The conduct alleged in this Complaint constitutes unfair methods of competition and unfair and deceptive acts and practices for the purposes of the CLRA and similar statutes, and the conduct was undertaken by J&J in transactions intended to result in, and which did result in, the sale of goods to consumers.

215. J&J's false and fraudulent representations and omissions have violated, and continue to violate the CLRA and similar statutes because they extend to transactions that are intended to result, or have resulted, in the sale of goods to consumers, including the Plaintiff and the Class members.

216.    J&J's conduct violates Cal. Civ. Code § 1770(a)(5) and similar statutes, which prohibits "[r]epresenting that goods . . . have . . . characteristics [or] ingredients . . . which they do not have," and Cal. Civ. Code § 1770(a)(7) and similar statutes, which prohibits: "[r]epresenting that goods  . . . are of a particular standard, quality, or grade . . . if they are of another," causing injury to Plaintiff and the Class.

217.    As a result of engaging in such conduct, J&J has violated California Civil Code § 1770(a)(5), (a)(7), and (a)(9) and similar statutes.

218.    Plaintiff will serve J&J with notice of its CLRA violations by certified mail, return receipt requested.  If, after the requisite thirty days of receiving notice, J&J continues to refuse to correct its wrongs, Plaintiff will amend this Complaint to include a claim for punitive damages for J&J's CLRA violations.

219.    Plaintiff and the Class members seek preliminary injunctive relief, and permanent injunctive relief against J&J's unfair and deceptive acts and conduct.

220.    Pursuant to California Civil Code § 1780(a)(2) and (a)(5) and similar statutes, Plaintiff seeks an order of this Court that includes, but is not limited to, an order enjoining J&J from continuing to engage in unlawful, unfair, or fraudulent business practices or any other act prohibited by law.

221.    Plaintiff and the other Class members may be irreparably harmed and/or denied an effective and complete remedy if such an order is not granted.

222.    The unfair and deceptive acts and practices of J&J, as described above, present a serious threat to Plaintiff and the other members of the Class.

WHEREFORE, Plaintiff prays for relief as set forth below.

## COUNT 4

### Violations of California's False Advertising Law and Similar Statutes
### *On Behalf of the Nationwide Class and, in the alternative, the California Class*

223.    This cause of action is brought pursuant to California's False Advertising Law (the "FAL"), Cal. Bus. & Prof. Code § 17500 *et seq.* and similar statutes.

224.    Such acts of J&J, as described above, and each of them constitute unlawful,

deceive, and fraudulent business acts and practices.

225.   At all material times, J&J engaged in a scheme of offering the Falsely Labeled Products for sale to Plaintiff and the other members of the Class by way of distributing within the State of California (or the residence) to the public, *inter alia*, commercial marketing and advertising, the World Wide Web (Internet), Falsely Labeled Product packaging and labeling, and other promotional materials and offered for sale the Falsely Labeled Products on a nationwide basis, including in California.

226.   The misrepresentations and non-disclosures by J&J of the material facts detailed above constitute false and misleading advertising, and therefore constitute a violation of Cal. Bus. & Prof. Code § 17500, *et seq*. and similar statutes.

227.   Said advertisements and inducements were made within the state of residence and come within the definition of advertising contained in the FAL in that such promotional materials were intended as inducements to purchase J&J's Falsely Labeled Products and are statements disseminated by J&J to Plaintiff and the other Class members.   J&J knew, or in the exercise of reasonable care should have known, that these representations were misleading and deceptive.

228.   Consumers, including Plaintiff and the other Class members, necessarily and reasonably relied on these materials concerning J&J's Falsely Labeled Products.   Consumers, including Plaintiff and the Class members, were among the intended targets of such representations.

229.   The above acts of J&J did and were likely to deceive reasonable consumers, including Plaintiff and the other members of the Class, by obfuscating the nature, quality, and/or ingredients of the Falsely Labeled Products, in violation of the "misleading" prong of the FAL and similar statutes.

230.   The business practices alleged above are unlawful under the CLRA and similar statutes, which forbids misleading and deceptive advertising.

231.   Plaintiff and the other members of the Class have suffered injury in fact and have lost money or property as a result of J&J's violations of the FAL and similar statutes.

232.   As a result, J&J has been unjustly enriched at the expense of Plaintiff and the other

members of the Class.  Plaintiff and the Class, pursuant to California Business and Professions Code § 17535 and similar statutes, are entitled to an order of this Court enjoining such future conduct on the part of J&J, and such other orders and judgments which may be necessary to disgorge J&J's ill-gotten gains and restore to any person in interest any money paid for its Falsely Labeled Products as a result of the wrongful conduct of J&J.

WHEREFORE, Plaintiff prays for relief as set forth below.

## COUNT 5

### Violation of California's Unfair Competition Law and Similar Statutes

### *On Behalf of the Nationwide Class and, in the alternative, the California Class*

233.    This cause of action is brought pursuant to California's Unfair Competition Law (the "UCL"), Cal. Bus. & Prof. Code § 17200 *et seq*. and similar statutes.

234.    By committing the acts and practices alleged herein, J&J has engaged in deceptive, unfair, and unlawful business practices in violation of the UCL and similar statutes.

235.    Plaintiff has standing to pursue this claim as he has suffered injury in fact and has lost money or property as a result of J&J's actions as set forth above.  Class members also have suffered injury in fact and have lost money or property as a result of J&J's actions as set forth above.

236.    The violation of any law constitutes an "unlawful" business practice under Cal. Bus. & Prof. Code § 17200 and similar statutes.

237.    Each of J&J's false representations alleged herein violates U.S.C. § 331; Cal. Civ. Code § 1709; Cal. Civ. Code § 1750 *et seq*.; and Cal. Bus. & Prof. Code § 17500 *et seq., and* similar statutes.

238.    J&J has violated the UCL's proscription against engaging in unlawful conduct as a result of its violations of (i) the CLRA and similar statutes, as alleged above, and (ii) the FAL and similar statutes, as alleged above.

239.    In addition, J&J has violated the UCL's proscription against engaging in unlawful conduct as a result of its violations of the Sherman Law, Cal. Health & Safety Code § 109875 *et seq*., and similar statutes, which forbid (1) misbranding of any cosmetic, *id.* at §§ 110398 and

111445, and (2) manufacturing, selling, delivering, holding, or offering for sale any cosmetic that is misbranded or delivering or proffering such for delivery.  Cal. Health & Safety Code §§ 110390, 110395, 110398, 110400, 110550, 110585, 110620, 110625, 110660, 110770, 110705, 110740, 110760, 110765, 110770, 111445, and 111450.

240.    The Sherman Law defines a "person" as "any individual, firm, partnership, trust, corporation, limited liability company, company, estate, public or private institution, association, organization, group, city, county, city and county, political subdivision of this state, other governmental agency within the state, and any representative, agent, or agency of any of the foregoing."  Cal. Health & Safety Code § 109995.  J&J is a "person" within the meaning of the Sherman Law.

241.    As more fully described herein, J&J's misleading marketing, advertising, packaging, and labeling of the Falsely Labeled Products is likely to deceive a reasonable consumer.  Indeed, Plaintiff and the other Class members were unquestionably deceived regarding the characteristics of J&J's Falsely Labeled Products, as J&J's marketing, advertising, packaging, and labeling of the Falsely Labeled Products misrepresents and/or omits the true nature, quality, and/or ingredients of the Falsely Labeled Products.

242.    There is no benefit to consumers or competition from deceptively marketing and labeling products.  Indeed, the harm to consumers and competition is substantial.  Plaintiff and the other members of the Class who purchased the Falsely Labeled Products suffered a substantial injury as alleged herein.

243.    Plaintiff and the other members of the Class who purchased the Falsely Labeled Products had no way of reasonably knowing that the Falsely Labeled Products they purchased were not as marketed, advertised, packaged, and labeled.  Thus, they could not have reasonably avoided the injury each of them suffered.

244.    J&J's acts and omissions alleged above constitutes unfair business practices under Cal. Bus. & Prof. Code § 17200 and similar statutes because the gravity of the consequences of J&J's conduct as described above outweighs any justification, motive, or reason therefor, particularly considering the available legal alternatives which exist in the marketplace, and such

1    conduct is immoral, unethical, unscrupulous, offends established public policy, or is substantially

2    injurious to Plaintiff and the other members of the Class.    J&J's false and misleading

3    representations and omissions also violate legislatively declared policy as they have violated

4    numerous state and federal laws. Moreover, the gravity of the harm to Plaintiff and Class members

5    resulting from J&J's conduct outweighs J&J's legitimate reasons, justifications and/or motives for

6    engaging in such deceptive acts and practices

7    245.    Each false and misleading representation and omission constitutes fraudulent

8    business practices under Cal. Bus. & Prof. Code § 17200 and similar statutes because the

9    representations and omissions were false.    Even if these representations were true, J&J's

10   representations and deceptive concealment were nonetheless fraudulent under the statute because

11   they were misleading and were likely to and did deceive the reasonable consumer, including

12   Plaintiff and the Class members.

13   246.    J&J's violations continue to this day.

14   247.    Pursuant to California Business and Professions Code § 17203 and similar statutes,

15   Plaintiff and the other members of the Class seek an order of this Court that includes, but is not

16   limited to, an order enjoining such future conduct on the part of J&J and such other orders and

17   judgments which may be necessary to disgorge J&J's ill-gotten gains and to restore to any person

18   in interest any money paid for J&J's Falsely Labeled Products as a result of the wrongful conduct

19   of J&J.

20   WHEREFORE, Plaintiff prays for relief as set forth below.

21   **<u>PRAYER FOR RELIEF</u>**

22   **WHEREFORE**, Plaintiff demands judgment on behalf of himself and the proposed

23   Classes providing such relief as follows:

24   A.    Certification of the Classes proposed herein; appointment of Plaintiff Rugg as

25   representative of the California Class, and as representative of the Nationwide Class; and

26   appointment of the undersigned counsel as counsel for the Class;

27   B.    A declaration that J&J is financially responsible for notifying members of the

28   Class of the pendency of this suit;

C.      An order requiring an accounting for, and imposition of a constructive trust upon, all monies received by J&J as a result of the unfair, misleading, fraudulent, and unlawful conduct alleged herein;

D.      Restitution, disgorgement, refund, and/or other monetary damages, together with costs and disbursements, including reasonable attorneys' fees pursuant to the applicable statutes and prejudgment interest at the maximum rate allowable by law;

E.      Injunctive relief on behalf of the Classes, enjoining J&J's unlawful and deceptive acts;

F.      Statutory damages in the maximum amount provided by law;

G.      Punitive damages in accordance with proof and in an amount consistent with applicable precedent; and

H.      Such further relief as this Court may deem just and proper.

## **JURY TRIAL DEMANDED**

Plaintiff and the Class members hereby demand a trial by jury.

DATED: July 21 , 2017                Respectfully submitted,

Stephanie R. Tatar
**TATAR LAW FIRM**
3500 West Olive Avenue
Suite 300
Burbank, CA 91505
Tel. (323) 744-1146
Fax. (888) 778-5695

**THE GOLAN FIRM**
Yvette Golan (*pro hac vice* forthcoming)
1712 N Street, NW, Suite 302
Washington, D.C. 20036
Tel: (866) 298-4150, ext. 101
Fax: (928) 441-8250

EXHIBIT B

CLASS ACTION COMPLAINT         43

**FRANCIS & MAILMAN, P.C.**
James A. Francis (*pro hac vice* forthcoming)
David A. Searles (*pro hac vice* forthcoming)
Land Title Building, Suite 1902
100 South Broad Street
Philadelphia, PA 19110
Tel. (215) 735-8600
Fax. (215) 950-8000

**TURKE & STRAUSS, LLP**
Samuel J. Strauss (*pro hac vice* forthcoming)
613 Williamson Street #209
Madison, WI 53703
Tel: 608.237.1775
Fax: 608.509.4423

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|

Stephanie R. Tatar -- State Bar No. 237792
Tatar Law Firm, APC
3500 W. Olive Ave., Suite 300
Burbank, CA 91505
TELEPHONE NO.: (323) 744-1146   FAX NO.: (888) 778-5695
ATTORNEY FOR (Name): Austin Rugg, Plaintiff

**FOR COURT USE ONLY**

E-FILED
7/21/2017 1:14:27 PM
Clerk of Court
Superior Court of CA,
County of Santa Clara
17CV313463
Reviewed By:R. Walker

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Santa Clara
STREET ADDRESS: 191 North First Street
MAILING ADDRESS: 191 North First Street
CITY AND ZIP CODE: San Jose, 95113
BRANCH NAME: Downtown Superior Court

CASE NAME:
Rugg v. Johnson & Johnson

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| ☑ Unlimited (Amount demanded exceeds $25,000) ☐ Limited (Amount demanded is $25,000 or less) | ☐ Counter ☐ Joinder Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | **17CV313463** |
| | | JUDGE: |
| | | DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☑ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition (not specified above) (43)

2. This case ☑ is ☐ is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☑ Large number of separately represented parties   d. ☑ Large number of witnesses
   b. ☑ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. ☑ Substantial amount of documentary evidence   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. ☑ monetary   b. ☑ nonmonetary; declaratory or injunctive relief   c. ☑ punitive
4. Number of causes of action (specify): 5
5. This case ☑ is ☐ is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date:

Stephanie R. Tatar
(TYPE OR PRINT NAME)                                          (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use Judicial Council of California CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740; Cal. Standards of Judicial Administration, std. 3.10 www.courtinfo.ca.gov |
|---|---|---|

EXHIBIT B

# Exhibit A

EXHIBIT B

**Johnson&Johnson**                                                    ☰  🔍  ♥

## Consumer Products



### Secrets of a Scent Scientist: 6 Unique Fragrances That Can Boost Your Mood

Read the Story ⟩

| Baby & Beauty Products | Health & Healing Products |

As part of one of the largest and most diverse healthcare companies in the world, our baby and beauty brands leverage the company's world-class research tools and scientific prowess to provide consumers across the globe with innovative skin, sun, and hair care solutions. Our portfolio of baby brands include JOHNSON'S® baby, which has been trusted by moms and hospitals for over 115 years.

### Baby Care Products



**JOHNSON'S Baby**

For over 125 years, JOHNSON'S® has provided safe, mild and gentle products for babies and adults. All JOHNSON'S® baby products are soap-free, hypoallergenic, dermatologist-tested and paraben-free as part of our promise to enable a healthy future for all babies. Every JOHNSON'S® product is made with the purest and highest-quality ingredients because we are committed to happy, healthy development.

**Visit the JOHNSON'S® Baby Website**

❝

It is a privilege to work on JOHNSON'S® Baby Care products. We work to earn the trust of parents every day, using the purest ingredients to create the safest and gentlest products for babies' delicate skin.

**— Sarita Finnie,**
Senior Director, JOHNSON'S® and DESITIN®, Consumer

❞

**Other Products & Solutions:**

AVEENO® Baby          Baby.com

BabyCenter.com        DESITIN®

PENATEN®

Exhibit A: https://www.jnj.com/healthcare-products/consumer, retrieved July 20, 2017

EXHIBIT B

# Exhibit B



EXHIBIT B

**We love babies.**

And we understand that their delicate skin and eyes are sensitive. That's why we made our unique NO MORE TEARS® HEAD-TO-TOE® wash gentle enough to cleanse sensitive baby skin without drying. Now with hypoallergenic fragrance, it's dermatologist-tested, dye-free, soap-free, and hypoallergenic. No wonder it's the #1 choice of hospitals and at home.

**Moms Trust JOHNSON'S® Baby™ Always Mild & Gentle®**

**To Use:** Wet baby's hair and body with warm water, apply wash with your hand or washcloth, gently lather, rinse & snuggle.

*Para Usar: Humedezca con agua tibia el cuerpo y el cabello del bebé, aplique el producto con sus manos o con un paño, enjabone suavemente, enjuague y acurruque al bebé.*

**SAFETY TIP: Keep out of reach of children.** Do not use if quality seal is broken.

*CONSEJO DE SEGURIDAD: Mantener fuera del alcance de los niños. No usar si el sello de seguridad está roto.*

Ingredients: Water, Cocamidopropyl Betaine, PEG-80 Sorbitan Laurate, Sodium Trideceth Sulfate, PEG-150 Distearate, Glycerin, Polyquaternium-10, Tetrasodium EDTA, Citric Acid, Sodium Hydroxide, Sodium Benzoate, Ethylhexylglycerin, Phenoxyethanol, Fragrance. The Triple Teardrop design is a trademark of Johnson & Johnson.


♻ Care To Recycle™ our babies will inherit our planet®

US/Canada, **866-JNJ-BABY**; Outside US & Canada, dial collect **215-273-8755**.
*EE. UU./Canadá, 866-JNJ-BABY; fuera de los EE. UU. y Canadá, llamada de cobro revertido al 215-273-8755.*




www.johnsonsbaby.com

Distributed in the U.S. by: / *Distribuido en los EE. UU. por:*
**JOHNSON & JOHNSON CONSUMER PRODUCTS COMPANY**
Division of / *División de* Johnson & Johnson Consumer Companies, Inc. Skillman, NJ 08558-9418

EXHIBIT B

enough to cleanse sensitive baby skin without drying. Now with hypoallergenic fragrance, it's dermatologist-tested, dye-free, soap-free, and hypoallergenic. No wonder it's the #1 choice of hospitals and at home.

**Moms Trust JOHNSON'S® Baby™ Always Mild & Gentle®**

**To Use:** Wet baby's hair and body with warm water, apply wash with your hand or washcloth, gently lather, rinse & snuggle.

*Para Usar:* Humedezca con agua tibia el cuerpo y el cabello del bebé, aplique el producto con sus manos o con un paño, enjabone suavemente, enjuague y acurruque al bebé.

**SAFETY TIP: Keep out of reach of children.** Do not use if quality seal is broken.

*CONSEJO DE SEGURIDAD: Mantener fuera del alcance de los niños.* No usar si el sello de seguridad está roto.

Ingredients: Water, Cocamidopropyl Betaine, PEG-80 Sorbitan Laurate, Sodium Trideceth Sulfate, PEG-150 Distearate, Glycerin, Polyquaternium-10, Tetrasodium EDTA, Citric Acid, Sodium Hydroxide, Sodium Benzoate, Ethylhexylglycerin, Phenoxyethanol, Fragrance. The Triple Teardrop design is a trademark of Johnson & Johnson.

EXHIBIT B



EXHIBIT B



EXHIBIT B



EXHIBIT B



EXHIBIT B

We love
babies.

And we
understand that their
delicate skin loses
moisture more quickly than
adults' skin. That's why we
created this nourishing formula,
which moisturizes for 24 hours to
keep baby's skin soft and smooth.
Now paraben-free, it is pediatrician- and
dermatologist-tested, hypoallergenic, and
gentle enough for sensitive baby skin.

**Moms Trust JOHNSON'S® Baby™
Always Mild & Gentle®**

**To Use:** Massage lotion over entire body
to nourish baby's skin.

*Para Usar: Frote la loción por todo el cuerpo del bebé
para nutrir su piel.*

**SAFETY TIP: Keep out of reach of children.**
Do not use if quality seal is broken.

*CONSEJO DE SEGURIDAD: Mantener fuera del alcance de
los niños. No usar si el sello de seguridad está roto.*

Ingredients: Water, Isopropyl Palmitate, Glycerin,
Stearic Acid, Glyceryl Stearate, Cetyl Alcohol, Cetearyl Alcohol,
Dimethicone, Mineral Oil, Phenoxyethanol, Polysorbate 20,
Magnesium Aluminum Silicate, Fragrance, Carbomer, p-Anisic Acid,
Sodium Hydroxide, Xanthan Gum, Ethylhexylglycerin,
Pentaerythrityl Tetra-di-t-butyl Hydroxyhydrocinnamate, Red 33.

EXHIBIT B



EXHIBIT B



**We love babies.**
And we understand their delicate skin loses moisture more quickly than adults' skin. That's why our Aloe & Vitamin E Baby Lotion helps protect skin from dryness for 24 hours. This CLINICALLY PROVEN MILDNESS™ formula is pediatrician-tested, dermatologist-tested and hypoallergenic.

**Moms Trust JOHNSON'S®**
**Always Mild & Gentle™**

**To Use:** Massage lotion over entire body to soften baby's skin.

**SAFETY TIP: Keep out of reach of children.**
Do not use if quality seal is broken.

Ingredients: Water, Isopropyl Palmitate, Glycerin, Glyceryl Stearate, Cetyl Alcohol, Stearic Acid, Cetearyl Alcohol, Dimethicone, Mineral Oil, Oleic Acid, Polysorbate 20, Benzyl Alcohol, Magnesium Aluminum Silicate, Methylparaben, Fragrance, Carbomer, Propylparaben, Xanthan Gum, Sodium Hydroxide, Tocopheryl Acetate, Aloe Barbadensis Leaf Juice.

The Triple Teardrop design is a trademark of Johnson & Johnson.

**Our Babies Will Inherit Our Planet.™**
Please Recycle.

Questions? **866-JNJ-BABY**; Outside US, dial collect **215-273-8755**
www.johnsonsbaby.com

Distributed in the U.S. by:
**JOHNSON & JOHNSON CONSUMER PRODUCTS COMPANY**
Division of Johnson & Johnson Consumer Companies, Inc.
Skillman, NJ 08558-9418

©J&J CCI 2011

30001810

8137-003557

EXHIBIT B



EXHIBIT B



**We love
babies.**
And we understand
that their skin loses
moisture more quickly than
adults' skin. That's why our
shea & cocoa butter baby lotion
moisturizes for 24 hours and contains
ingredients known to soothe and relieve
dry skin. This CLINICALLY PROVEN
MILDNESS™ formula is also pediatrician and
dermatologist tested, and dye-free so it can be
used on all skin types. For extra baby soft skin,
use with JOHNSON'S® shea & cocoa butter baby
moisture wash during bath time.

**Moms Trust JOHNSON'S®
Always Mild & Gentle®**

**To Use:** Massage lotion over entire body for sweet
smelling baby soft skin.

*Para Usar: Frote la loción por todo el cuerpo del bebé para
dejar un aroma dulce y una piel suave.*

**SAFETY TIP: Keep out of reach of children.**
Do not use if quality seal is broken.

*CONSEJO DE SEGURIDAD: Mantener fuera del alcance de los niños.
No usar si el sello de seguridad está roto.*

Ingredients: Water, Mineral Oil, Glycerin, Cetyl Alcohol, Theobroma
Cacao (Cocoa) Seed Butter, Butyrospermum Parkii (Shea) Butter,
Dimethicone, Carbomer, Stearic Acid, Steareth-20, Tetrasodium EDTA,
Sodium Citrate, Citric Acid, Sodium Hydroxide, Ethylhexylglycerin,
Phenoxyethanol, Fragrance

**Care To Recycle™**
our babies will inherit our planet®

US/Canada, **866-JNJ-BABY**; Outside
US & Canada, dial collect **215-273-8755**.
*EE. UU./Canadá, **866-JNJ-BABY**; fuera
de los EE. UU. y Canadá, llamada de
cobro revertido al **215-273-8755**.*
www.johnsonsbaby.com
Distributed in the U.S. by: /
*Distribuido en los EE. UU. por:*
**JOHNSON & JOHNSON
CONSUMER PRODUCTS
COMPANY**
Division of / *División de*
Johnson & Johnson
Consumer Companies, Inc.
Skillman, NJ 08558-9418
**©J&J OCI 2015**
30031205

3  8137-002492  7

30029730

EXHIBIT B

Ingredients: Water, Mineral Oil, Glycerin, Cetyl Alcohol, Theobroma Cacao (Cocoa) Seed Butter, Butyrospermum Parkii (Shea) Butter, Dimethicone, Carbomer, Stearic Acid, Steareth-20, Tetrasodium EDTA, Sodium Citrate, Citric Acid, Sodium Hydroxide, Ethylhexylglycerin, Phenoxyethanol, Fragrance

EXHIBIT B



EXHIBIT B



## We love babies.

And we understand babies' delicate eyes need special care. That's why we made our NO MORE TEARS® JOHNSON'S® Baby Shampoo as gentle to the eyes as pure water. Clinically proven mild, it cleanses gently and rinses easily, leaving hair beautifully soft and shiny and smelling baby fresh. Now with hypoallergenic fragrance, it's also 100% soap-free, dermatologist-tested, and hypoallergenic.

### Moms Trust JOHNSON'S® Baby™ Always Mild & Gentle®

**To Use:** Wet baby's hair with warm water, apply shampoo, gently lather, rinse and snuggle.

*Para Usar: Humedezca con agua tibia el cabello del bebé, aplique el champú, enjabone suavemente, enjuague y acurruque al bebé.*

**SAFETY TIP: Keep out of reach of children.** Do not use if quality seal is broken.

*CONSEJO DE SEGURIDAD: Mantener fuera del alcance de los niños. No usar si el sello de seguridad está roto.*

Ingredients: Water, PEG-80 Sorbitan Laurate, Cocamidopropyl Betaine, Sodium Trideceth Sulfate, PEG-150 Distearate, Phenoxyethanol, Glycerin, Citric Acid, Fragrance, Sodium Benzoate, Tetrasodium EDTA, Polyquaternium-10, Ethylhexylglycerin, Sodium Hydroxide, Potassium Acrylates Copolymer, Yellow 6, Yellow 10.

The Triple Teardrop design is a trademark of Johnson & Johnson.

Care To Recycle™ our babies will inherit our planet®

US/Canada, **866-INJ-BABY**; Outside US & Canada, dial collect **215-273-8755**. *EE. UU./Canadá, 866-INJ-BABY; fuera de los EE. UU. y Canadá, llamada de cobro revertido al 215-273-8755.*

www.johnsonsbaby.com
Distributed in the U.S. by: / *Distribuido en los EE. UU. por:* **JOHNSON & JOHNSON CONSUMER PRODUCTS COMPANY** Division of / *División de* Johnson & Johnson Consumer Companies, Inc. Skillman, NJ 08558-9418 ©J&J CCI 2013 US Patent No. 7,803,403

8137-003740

30023594



EXHIBIT B



EXHIBIT B

Ingredients: Water, PEG-80 Sorbitan Laurate, Cocamidopropyl Betaine, Sodium Laureth Sulfate, Disodium Lauroamphodiacetate, Acrylates Copolymer, Sodium Hydroxide, Citric Acid, Tocopheryl Acetate, Glycerin, Polysorbate 20, Glycol Distearate, Mineral Oil, Lauryl Methyl Gluceth-10 Hydroxypropyldimonium Chloride, Laureth-4, PEG-150 Distearate, Potassium Acrylates Copolymer, Tetrasodium EDTA, Sodium Benzoate, Ethylhexylglycerin, Phenoxyethanol, Fragrance

EXHIBIT B



EXHIBIT B



**We love babies.**

And we understand
that their delicate skin is
sensitive. That's why our
honey apple baby lotion uses
gentle emollients to help maintain
skin's natural moisture. This
CLINICALLY PROVEN MILDNESS™
formula is also pediatrician and
dermatologist tested, and dye-free so it can
be used on all skin types. For extra baby soft
skin, use with JOHNSON'S® honey apple baby
moisture wash during bath time.

**Moms Trust JOHNSON'S®
Always Mild & Gentle®**

**To Use:** Massage lotion over entire body for sweet
smelling baby soft skin.

***Para Usar:*** *Frote la loción por todo el cuerpo del bebé para
dejar un aroma dulce y una piel suave.*

**SAFETY TIP: Keep out of reach of children.**
Do not use if quality seal is broken.

***CONSEJO DE SEGURIDAD: Mantener fuera del alcance de los niños.***
*No usar si el sello de seguridad está roto.*

Ingredients: Water, Mineral Oil, Glycerin, Cetyl Alcohol,
Steareth-20, Dimethicone, Carbomer, Stearic Acid, Sodium Citrate,
Ethylhexylglycerin, Citric Acid, Sodium Hydroxide,
Phenoxyethanol, Fragrance

**Care To Recycle™**
our babies will inherit our planet®

US/Canada, **866-JNJ-BABY**: Outside US & Canada, dial collect **215-273-8755**.
*EE. UU./Canadá, **866-JNJ-BABY**; fuera de los EE. UU. y Canadá, llamada de
cobro revertido al **215-273-8755**.*

www.johnsonsbaby.com
Distributed in the U.S. by: /
*Distribuido en los EE. UU. por:*
**JOHNSON & JOHNSON
CONSUMER PRODUCTS
COMPANY**
Division of / *División de*
Johnson & Johnson
Consumer Companies, Inc.
Skillman, NJ 08558-9418
Made in Canada
©J&J CCI 2015

30028677

8137-102902

30028682

EXHIBIT B



EXHIBIT B



EXHIBIT B



EXHIBIT B



EXHIBIT B

Do not use if quality seal is br...

Ingredients: Water, Cocamidopropyl Betaine, PEG-80 Sorbitan Laurate, Sodium Trideceth Sulfate, Acrylates Copolymer, Phenoxyethanol, Glycol Distearate, Glycerin, Fragrance, Lauryl Methyl Gluceth-10 Hydroxypropyldimonium Chloride, Tetrasodium EDTA, Laureth-4, Methylparaben, Propylparaben, Sodium Hydroxide, Mineral Oil, Tocopheryl Acetate, Aloe Barbadensis Leaf Juice.

EXHIBIT B



EXHIBIT B



EXHIBIT B



Remove quality
seal before use. Do
not use if seal is broken.
Removeva el sello de calidad
antes de usar. No lo utilice
si el sello está roto.

**JOHNSON'S® Baby**
**Shampoo is as gentle to eyes**
**as pure water.**

**JOHNSON'S® Baby Shampoo** is made
from a very special combination of ingredients
designed not to irritate delicate skin or eyes.
It rinses easily and leaves hair smelling fresh and
looking shiny and healthy.

**JOHNSON'S® Baby Shampoo** is soap free,
hypoallergenic, and dermatologist tested.

**JOHNSON'S®, THE NUMBER ONE CHOICE OF HOSPITALS.**

**SAFETY TIP: Keep out of reach of children.**

El shampoo para bebé de **JOHNSON'S®** es tan suave con
los ojos como el agua pura.

El shampoo para bebé de **JOHNSON'S®** ha sido creado con una
combinación muy especial de ingredientes, diseñados para no irritar la
piel delicada o los ojos. Se enjuaga fácilmente dejando el cabello con un
aroma fresco, y una apariencia brillante y saludable.

**CONSEJOS DE SEGURIDAD: Mantenga fuera del alcance de los niños.**

**Ingredients:** Water, Cocamidopropyl Betaine, PEG-80 Sorbitan Laurate, Sodium
Trideceth Sulfate, PEG-150 Distearate, Fragrance, Tetrasodium EDTA, Polyquaternium-10,
Quaternium-15, Sodium Hydroxide, Citric Acid, Yellow 10, Orange 4.

**Questions?** 1-866-JNJ-BABY
Distributed in the U.S. by/
Distribuido en los Estados Unidos por:

*Johnson & Johnson*

**CONSUMER PRODUCTS COMPANY**
Division of
Johnson & Johnson Consumer Companies, Inc.
Skillman, NJ 08558-9418
©J&J CCI 2007
730226

3 8137-003740 8



EXHIBIT B



EXHIBIT B

**Best for Baby™ Standards**
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
- No Parabens       - No Phthalates
- No Dyes           - Hypoallergenic
This product is not tested on animals

**To Use:** After a warm bath with JOHNSON'S® BEDTIME® baby moisture wash, gently massage lotion over entire body to relax baby and leave skin feeling soft and smooth.

**Modo de uso:** Luego de un baño tibio con el baño humectante para bebés JOHNSON'S® BEDTIME®, masajee suavemente la loción sobre todo el cuerpo para que el bebé se relaje y le quede la piel suave y tersa.
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**SAFETY TIP: Keep out of reach of children.**
Do not use if quality seal is broken.

**CONSEJO DE SEGURIDAD: Mantener fuera del alcance de los niños.**
No usar si el sello de seguridad está roto.

Ingredients: Water, Mineral Oil, Glycerin, Cetyl Alcohol, Steareth-20, Dimethicone, Carbomer, Stearic Acid, Sodium Citrate, Sodium Hydroxide, Ethylhexylglycerin, Citric Acid, Phenoxyethanol, Fragrance

EXHIBIT B



EXHIBIT B



EXHIBIT B



EXHIBIT B



EXHIBIT B

Pediatrician and dermatologist tested

### Best for Baby™ Standards
................................................
- ♥ No Parabens  ♥ No Phthalates
- ♥ No Soap or Dye  ♥ Hypoallergenic

This product is not tested on animals

**To Use:** Wet baby's hair and body with warm water, apply wash with your hand or washcloth, gently lather and rinse. Follow with a gentle massage using JOHNSON'S® BEDTIME® baby lotion.

**Modo de uso:** Humedezca con agua tibia el cuerpo y el cabello del bebé, aplique el producto con las manos o con un paño, enjabone suavemente y enjuague. Continúe con un suave masaje usando la loción para bebés JOHNSON'S® BEDTIME®.
................................................
**SAFETY TIP: Keep out of reach of children.**
Do not use if quality seal is broken.
**CONSEJO DE SEGURIDAD: Mantener fuera del alcance de los niños.**
No usar si el sello de seguridad está roto.

Ingredients: Water, PEG-80 Sorbitan Laurate, Cocamidopropyl Betaine, Sodium Laureth Sulfate, Disodium Lauroamphodiacetate, Acrylates Copolymer, Sodium Hydroxide, Citric Acid, Tocopheryl Acetate, Glycerin, Polysorbate 20, Glycol Distearate, Mineral Oil, Lauryl Methyl Gluceth-10 Hydroxypropyldimonium Chloride, Laureth-4, PEG-150 Distearate, Potassium Acrylates Copolymer, Tetrasodium EDTA, Ethylhexylglycerin, Phenoxyethanol, Sodium Benzoate, Fragrance

EXHIBIT B



EXHIBIT B



**We love babies.**

That's why we created a clinically proven nighttime routine. With a warm bath using JOHNSON'S® Baby BEDTIME® Moisture Wash, a massage using JOHNSON'S® Baby BEDTIME® Lotion and some quiet time, your baby will drift off to a better night's sleep. This NO MORE TEARS® formula is dermatologist-tested and hypoallergenic.

**Moms Trust JOHNSON'S® Always Mild & Gentle®**

**To Use:** Wet baby's hair and body with warm water, apply wash with your hand or washcloth, gently lather, rinse and snuggle.

**SAFETY TIP: Keep out of reach of children.** Do not use if quality seal is broken.

Ingredients: Water, Cocamidopropyl Betaine, PEG-80 Sorbitan Laurate, Sodium Trideceth Sulfate, Acrylates Copolymer, Phenoxyethanol, Glycol Distearate, Glycerin, Fragrance, Laureth-4, Lauryl Methyl Gluceth-10 Hydroxypropyldimonium Chloride, Methylparaben, Sodium Hydroxide, Propylparaben, Tetrasodium EDTA, Mineral Oil.

The Triple Teardrop design is a trademark of Johnson & Johnson.

**Our Babies Will Inherit Our Planet®** Please Recycle.

US/Canada, 866-INJ-BABY; Outside US & Canada, dial collect 215-273-8755 www.johnsonsbaby.com

Distributed in the U.S. by: **JOHNSON & JOHNSON CONSUMER PRODUCTS COMPANY** Division of Johnson & Johnson Consumer Companies, Inc. Skillman, NJ 08558-9418

©J&J CCI 2012 30019975

8137-002779

EXHIBIT B

This NO MORE TEARS® formula is dermatologist-tested and hypoallergenic.

**Moms Trust JOHNSON'S®
Always Mild & Gentle®**

**To Use:** Wet baby's hair and body with warm water, apply wash with your hand or washcloth, gently lather, rinse and snuggle.

**SAFETY TIP: Keep out of reach of children.**
Do not use if quality seal is broken.

Ingredients: Water, Cocamidopropyl Betaine, PEG-80 Sorbitan Laurate, Sodium Trideceth Sulfate, Acrylates Copolymer, Phenoxyethanol, Glycol Distearate, Glycerin, Fragrance, Laureth-4, Lauryl Methyl Gluceth-10 Hydroxypropyldimonium Chloride, Methylparaben, Sodium Hydroxide, Propylparaben, Tetrasodium EDTA, Mineral Oil.

EXHIBIT B



EXHIBIT B

JOHNSON'S® KIDS®
NO MORE TANGLES® detangling
spray makes caring for hard to
manage hair easy.

On wet or dry hair, after a
bath or on bedhead and
cowlicks JOHNSON'S®
KIDS® NO MORE
TANGLES® detangling
spray provides extra
detangling and
manageability to unlock
knots and tangles and
tame fly-aways. The gentle
NO MORE TEARS® formula won't
sting your child's eyes. The
NO MORE TANGLES® formula has a
strawberry scent kids will love
and is hypoallergenic.

JOHNSON'S® KIDS® NO MORE TANGLES®
detangling spray helps a brush or a comb get
through your child's hair with a gentle touch.

**Directions:** Shake well before using.
Spray onto wet or dry hair. No need
to rinse out.

**WARNING: Keep out of reach of
children unless supervised by an
adult. Contains small parts
which could cause choking.**
Do not use if quality seal is broken.

Ingredients: Water, Behentrimonium
Methosulfate, Sodium Benzoate,
Dimethicone, Polysorbate 20, Cetearyl
Alcohol, Trisiloxane, Hydroxyethyl
Behenamidopropyl Dimonium Chloride,
Citric Acid, Fragrance, Ceteth-10, Laureth-4

Questions? 1-866-JUSTKIDS (1-866-587-8543);

EXHIBIT B



EXHIBIT B



EXHIBIT B

manage. This clinically proven mild, NO MORE TEARS® formula has a light, fresh scent and is paraben-free, dye-free, soap-free, and hypoallergenic.

## Moms Trust JOHNSON'S® Always Mild & Gentle®

**To Use:** Wet child's hair with warm water, apply shampoo, gently lather, rinse and snuggle.

· *Para Usar: Humedecer el cabello del niño con agua tibia, aplicar el champú, hacer espuma suavemente, enjuagar y acurrucar al niño.*

**SAFETY TIP: Keep out of reach of children.** Do not use if quality seal is broken. *CONSEJO DE SEGURIDAD: Mantener fuera del alcance de los niños. No usar si el sello de seguridad está roto.*

Ingredients: Water, Cocamidopropyl Betaine, PEG-80 Sorbitan Laurate, Sodium Trideceth Sulfate, Glycerin, Polyquaternium-10, PEG-150 Distearate, Sodium Lauroamphoacetate, Disodium Lauroamphodiacetate, Sodium Hydroxide, Citric Acid, Sodium Benzoate, Ethylhexylglycerin, Phenoxyethanol, Fragrance.

EXHIBIT B



EXHIBIT B





This clinically proven mild, NO MORE TEARS® formula has a light, fresh scent and is paraben-free, dye-free, soap-free, and hypoallergenic.

**Moms Trust JOHNSON'S® Always Mild & Gentle®**

**Follow these three steps to unlock 75% more knots and tangles**

STEP 1 + STEP 2 + STEP 3

Shampoo    Condition    Spray

**To Use:** Wet child's hair with warm water, apply shampoo, gently lather, rinse and snuggle.
*Para Usar:* Humedecer el cabello del niño con agua tibia, aplicar el champú, hacer espuma suavemente, enjuagar y acurrucar al niño.

**SAFETY TIP: Keep out of reach of children.**
Do not use if quality seal is broken.
*CONSEJO DE SEGURIDAD: Mantener fuera del alcance de los niños.*
*No usar si el sello de seguridad está roto.*

Ingredients: Water, Cocamidopropyl Betaine, PEG-80 Sorbitan Laurate, Sodium Trideceth Sulfate, Glycerin, Polyquaternium-10, PEG-150 Distearate, Sodium Lauroamphoacetate, Disodium Lauroamphodiacetate, Sodium Hydroxide, Citric Acid, Sodium Benzoate, Ethylhexylglycerin, Phenoxyethanol, Fragrance.

EXHIBIT B



EXHIBIT B



EXHIBIT B



unlock knots and tangles in dry or wet hair. Our
NO MORE TEARS® formula is dermatologist tested
and hypoallergenic so it is gentle enough to use every day.

### Moms Trust JOHNSON'S®
### Always Mild & Gentle®

Follow these three steps to unlock 75%
more knots and tangles

STEP 1 + STEP 2 + STEP 3

Shampoo    Condition    Spray

**To Use:** Shake bottle, spray directly on dry or wet hair,
and comb. No rinsing needed.
*Para Usar: Agitar el envase, rociar directamente sobre el cabello
seco o húmedo y peinar. No necesita enjuague.*

**SAFETY TIP: Keep out of reach of children.**
**WARNING: Contains small parts which may cause a choking hazard.**
Do not use if quality seal is broken.
*CONSEJO DE SEGURIDAD: Mantener fuera del alcance de los niños.*
*ADVERTENCIA: Contiene piezas pequeñas que pueden significar un
peligro de asfixia.*
*No usar si el sello de seguridad está roto.*

Ingredients: Water, Behentrimonium Methosulfate, Sodium Benzoate, Dimethicone,
Polysorbate 20, Cetearyl Alcohol, Trisiloxane, Hydroxyethyl Behenamidopropyl
Dimonium Chloride, Citric Acid, Fragrance, Ceteth-10, Laureth-4.

EXHIBIT B



EXHIBIT B



EXHIBIT B

moisture. Our formula is as gentle to the eyes as pure water and is soap-free, dye-free, and dermatologist tested so it can be used on all skin types. For extra baby soft skin, use JOHNSON'S® vanilla oatmeal baby lotion after bath time.

**Moms Trust JOHNSON'S® Always Mild & Gentle®**

**To Use:** Wet baby's hair and body with warm water, apply wash with your hand or washcloth, gently lather, rinse and snuggle.

*Para Usar: Humedezca con agua tibia el cuerpo y el cabello del bebé, aplique el producto con sus manos o con un paño, enjabone suavemente, enjuague y acurruque al bebé.*

**SAFETY TIP: Keep out of reach of children.** Do not use if quality seal is broken.

*CONSEJO DE SEGURIDAD: Mantener fuera del alcance de los niños. No usar si el sello de seguridad está roto.*

Ingredients: Water, PEG-80 Sorbitan Laurate, Cocamidopropyl Betaine, Sodium Laureth Sulfate, Disodium Lauroamphodiacetate, Acrylates Copolymer, Sodium Hydroxide, Citric Acid, Tocopheryl Acetate, Glycerin, Avena Sativa (Oat) Kernel Flour, Polysorbate 20, Glycol Distearate, Mineral Oil, Lauryl Methyl Gluceth-10 Hydroxypropyldimonium Chloride, Laureth-4, PEG-150 Distearate, Potassium Acrylates Copolymer, Tetrasodium EDTA, Sodium Benzoate, Ethylhexylglycerin, Phenoxyethanol, Fragrance

Protect from Excessive Heat (40°C/104°F)

EXHIBIT B



EXHIBIT B



We love
babies.
And we understand
they can sometimes
be uncomfortable in their
own skin. That's why we
created our Vanilla Oatmeal
Baby Wash, which goes beyond
cleansing to comfort and nourish skin.
This NO MORE TEARS® formula is
dermatologist-tested and hypoallergenic.

**Moms Trust JOHNSON'S®**
**Always Mild & Gentle®**

**To Use:** Wet baby's hair and body with warm
water, apply wash with your hand or washcloth,
gently lather, rinse and snuggle.

**SAFETY TIP: Keep out of reach of children.**
Do not use if quality seal is broken.

Ingredients: Water, Cocamidopropyl Betaine, PEG-80
Sorbitan Laurate, Sodium Trideceth Sulfate, Acrylates
Copolymer, Phenoxyethanol, Glycol Distearate, Glycerin,
Fragrance, Lauryl Methyl Gluceth-10 Hydroxypropyldimonium
Chloride, Laureth-4, Tetrasodium EDTA, Methylparaben,
Propylparaben, Sodium Hydroxide, Mineral Oil, Tocopheryl Acetate,
Avena Sativa (Oat) Kernel Flour, Aloe Barbadensis Leaf Juice.

The Triple Teardrop design is a trademark of Johnson & Johnson.

**Our Babies Will Inherit Our Planet.®**
Please Recycle.

US/Canada, 866-JNJ-BABY;
Outside US & Canada, dial collect
215-273-8755
www.johnsonsbaby.com
Distributed in the U.S. by:
**JOHNSON & JOHNSON**
**CONSUMER PRODUCTS**
**COMPANY**
Division of Johnson & Johnson
Consumer Companies, Inc.
Skillman, NJ 08558-9418
US Patent No. 7,187,414
©J&J CCI 2012
30019979

8137-004023

EXHIBIT B

This NO MORE TEARS® formula is dermatologist-tested and hypoallergenic.

**Moms Trust JOHNSON'S®
Always Mild & Gentle®**

**To Use:** Wet baby's hair and body with warm water, apply wash with your hand or washcloth, gently lather, rinse and snuggle.

**SAFETY TIP: Keep out of reach of children.** Do not use if quality seal is broken.

Ingredients: Water, Cocamidopropyl Betaine, PEG-80 Sorbitan Laurate, Sodium Trideceth Sulfate, Acrylates Copolymer, Phenoxyethanol, Glycol Distearate, Glycerin, Fragrance, Lauryl Methyl Gluceth-10 Hydroxypropyldimonium Chloride, Laureth-4, Tetrasodium EDTA, Methylparaben, Propylparaben, Sodium Hydroxide, Mineral Oil, Tocopheryl Acetate, *Avena Sativa* (Oat) Kernel Flour, Aloe  Barbadensis Leaf Juice.

The Triple Teardrop design is a trademark of Johnson & Johnson.

EXHIBIT B



EXHIBIT B



**To Use:** Gently wipe cloth over baby's entire body and go.

**SAFETY TIP: Keep out of reach of children.**

Ingredients: Water, Glycerin, Glyceryl Polyacrylate, Carbomer, Coco-Glucoside, Polyglyceryl-2 Dipolyhydroxystearate, Lauryl Glucoside, Glyceryl Oleate, p-Anisic Acid, Sodium Hydroxide, Citric Acid, Phenoxyethanol, Sodium Benzoate, Fragrance.

Distributed by:
**JOHNSON & JOHNSON CONSUMER INC.**
Skilman, NJ 08558
Made in Germany
© J&JCI 2016

Questions?
**1-866-JNJ-BABY;** Outside US,
dial collect 215-273-8755.

We proudly support early child development programs. Join us in helping every child reach their full potential. Learn more at www.johnsonsbaby.com.

30033447
PR-016667

Johnson's

head-to-toe®
**baby cleansing cloths**

**So Much More™**
More snuggles, more cuddles, more play. With our ultra-mild baby cleansing cloths you can give your baby a quick, refreshing, all-over clean, without the need for water so you can experience more special moments with baby anytime, anywhere.

Dermatologist tested
**Best for Baby™ Standards**
♥ No Parabens or Phthalates
♥ No Soap or Dye
♥ Alcohol-free
♥ Hypoallergenic
This product is not tested on animals

Our NO MORE TEARS® formula is as mild to the eyes as pure water, which means the wipes are suitable to use even on baby's face.

EXHIBIT B



**To Use:** Gently wipe cloth over baby's entire body and go.

**SAFETY TIP: Keep out of reach of children.**

Ingredients: Water, Glycerin, Glyceryl Polyacrylate, Carbomer, Coco-Glucoside, Polyglyceryl-2 Dipolyhydroxystearate, Lauryl Glucoside, Glyceryl Oleate, p-Anisic Acid, Sodium Hydroxide, Citric Acid, Phenoxyethanol, Sodium Benzoate, Fragrance.

Distributed by:
**JOHNSON & JOHNSON CONSUMER INC.**
Skillman, NJ 08558
Made in Germany
© J&JCI 2016

Questions?
**866-INJ-BABY**; Outside US, dial collect 215-273-8755.

We proudly support early child development programs. Join us in helping every child reach their full potential. Learn more at www.johnsonsbaby.com.

no more tears®

**Johnson's®**

**head-to-toe®**
**baby cleansing cloths**

............................

**So Much More™**
More snuggles, more cuddles, more play.

With our ultra-mild baby cleansing cloths you can give your baby a quick, refreshing, all-over clean, without the need for water so you can experience more special moments with baby anytime, anywhere.

soft and thick cloth

**Dermatologist tested**
**Best for Baby™ Standards**
............................
♥ No Parabens or Phthalates
♥ No Soap or Dye
♥ Alcohol-free
♥ Hypoallergenic
This product is not tested on animals

EXHIBIT B



EXHIBIT B



EXHIBIT B

**Gentle care for your baby from the first days of life.**

**Pediatrician and dermatologist tested**

**Best for Baby™ Standards**

- No Parabens
- No Phthalates
- No Dyes
- Hypoallergenic

This product is not tested on animals

**To Use:** After a warm bath with JOHNSON'S® HEAD-TO-TOE® extra moisturizing baby wash, gently massage lotion over entire body to bond with baby and hydrate even the most dry/sensitive skin.

**Para usar:** Luego de un baño tibio con el baño extra humectante para bebés JOHNSON'S® HEAD-TO-TOE®, masajee suavemente la loción sobre todo el cuerpo para conectarse con el bebé e hidratar incluso la piel más seca y sensible.

**SAFETY TIP: Keep out of reach of children.**
Do not use if quality seal is broken.

**CONSEJO DE SEGURIDAD: Mantener fuera del alcance de los niños.**
No usar si el sello de seguridad está roto.

Ingredients: Water, Mineral Oil, Glycerin, Sorbitol, Glyceryl Oleate, Caprylyl Glycol, PEG-40 Hydrogenated Castor Oil, Glyceryl Stearate, PEG-100 Stearate, Sodium Citrate, Carbomer, Sodium Hydroxide, p-Anisic Acid, Fragrance

EXHIBIT B



EXHIBIT B



EXHIBIT B

Uniquely designed for baby's delicate skin.
**#1 choice of hospitals and moms**
**Pediatrician and dermatologist tested**

### Best for Baby™ Standards
• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •
♥ No Parabens    ♥ No Phthalates
♥ No Soap or Dye    ♥ Hypoallergenic
This product is not tested on animals

**To Use:** Wet baby's hair and body with warm water, apply wash
with your hand or washcloth, gently lather, and rinse.
**Modo de uso:** Humedezca con agua tibia el cuerpo y el
cabello del bebé, aplique el producto con las manos o con un
paño, enjabone suavemente, y enjuague.
**SAFETY TIP: Keep out of reach of children.**
Do not use if quality seal is broken.
**CONSEJO DE SEGURIDAD: Mantener fuera del alcance de los niños.**
No usar si el sello de seguridad está roto.
Ingredients: Water, PEG-80 Sorbitan Laurate, Cocamidopropyl
Betaine, Sodium Trideceth Sulfate, PEG-150 Distearate, Citric Acid,
Glycerin, Phenoxyethanol, Sodium Hydroxide, Sodium Benzoate,
Tetrasodium EDTA, Fragrance, Polyquaternium-10, Ethylhexylglycerin

EXHIBIT B



EXHIBIT B



EXHIBIT B

Warm Bath     Moisturizing Massage

Uniquely designed to gently cleanse even the
most dry/sensitive skin.

**Gentle care for your baby from the first days of life.
Pediatrician and dermatologist tested**

### Best for Baby™ Standards

♥ No Parabens     ♥ No Phthalates
♥ No Soap or Dye  ♥ Hypoallergenic

This product is not tested on animals

**To Use:** Wet your baby's hair and body with warm water, apply wash
with your hand or washcloth, gently lather, and rinse. Follow with a
moisturizing massage using JOHNSON'S® HEAD-TO-TOE® extra
moisturizing baby cream.

**Para usar:** Humedezca con agua tibia el cuerpo y el cabello del bebé,
aplique el producto con las manos o con un paño, enjabone suavemente y
enjuague. Continúe con un masaje humectante usando la crema extra
humectante para bebés JOHNSON'S® HEAD-TO-TOE®.

**SAFETY TIP: Keep out of reach of children.**
Do not use if quality seal is broken.

**CONSEJO DE SEGURIDAD: Mantener fuera del alcance de los niños.**
No usar si el sello de seguridad está roto.

Ingredients: Water, Glycerin, Cocamidopropyl Betaine, Sodium Lauroamphoacetate,
Hydroxypropyl Starch Phosphate, Coco-Glucoside, Polyquaternium-7,
Acrylates/C10-30 Alkyl Acrylate Crosspolymer, Styrene/Acrylates Copolymer,
Disodium EDTA, Sodium Hydroxide, Citric Acid, Sodium Benzoate, Fragrance

EXHIBIT B



EXHIBIT B



**So Much More™** Sights, scents, sounds, & your loving touch. Make bath time about more than just getting clean. Enrich the senses and help support baby's happy development with our recommended routine.

Warm Bath  Gentle Massage

Uniquely designed for baby's delicate skin and a gentle massage.

**Gentle care for your baby from the first days of life.**
**Pediatrician and dermatologist tested**

**Best for Baby™ Standards**

♥ No Parabens     ♥ No Phthalates
♥ No Dyes         ♥ Hypoallergenic

This product is not tested on animals

**To Use:** After a warm bath with JOHNSON'S® HEAD-TO-TOE® baby wash, gently massage lotion over entire body to bond with baby and leave skin feeling soft and smooth.

**Para usar:** Luego de un baño tibio con el baño para bebés JOHNSON'S® HEAD-TO-TOE®, masajee suavemente la loción sobre todo el cuerpo para conectarse con el bebé y dejar su piel suave y tersa.

**SAFETY TIP: Keep out of reach of children.**
Do not use if quality seal is broken.

**CONSEJO DE SEGURIDAD: Mantener fuera del alcance de los niños.**
No usar si el sello de seguridad está roto.

Ingredients: Water, Glycerin, Cetyl Alcohol, Helianthus Annuus (Sunflower) Seed Oil, Tocopheryl Acetate, Zea Mays (Corn) Starch, Dimethicone, Ethylhexylglycerin, Potassium Cetyl Phosphate, Hydrogenated Palm Glycerides, Disodium EDTA, Carbomer, Sodium Hydroxide, p-Anisic Acid, Phenoxyethanol, Fragrance

Questions? **866-JNJ-BABY;** Outside US, dial collect **215-273-8755.** ¿Preguntas? Llame al **866-JNJ-BABY;** fuera de los EE. UU., llame a cobro revertido al **215-273-8755.**

Distributed by: Distribuido por: **JOHNSON & JOHNSON CONSUMER INC.** Skillman, NJ 08558 © J&JCI 2016 We proudly support early child development programs. Join us in helping every child reach their full potential. Learn more at www.johnsonsbaby.com.

**Care To Recycle®** our babies will inherit our planet ®

3 8137-116885 9

30033593

EXHIBIT B

and a gentle massage.

**Gentle care for your baby from the first days of life.**
**Pediatrician and dermatologist tested**

**Best for Baby™ Standards**
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
♥ No Parabens      ♥ No Phthalates
♥ No Dyes          ♥ Hypoallergenic

This product is not tested on animals

**To Use:** After a warm bath with JOHNSON'S® HEAD-TO-TOE® baby wash, gently massage lotion over entire body to bond with baby and leave skin feeling soft and smooth.

**Para usar:** Luego de un baño tibio con el baño para bebés JOHNSON'S® HEAD-TO-TOE®, masajee suavemente la loción sobre todo el cuerpo para conectarse con el bebé y dejar su piel suave y tersa.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**SAFETY TIP: Keep out of reach of children.**
Do not use if quality seal is broken.

**CONSEJO DE SEGURIDAD: Mantener fuera del alcance de los niños.**
No usar si el sello de seguridad está roto.

Ingredients: Water, Glycerin, Cetyl Alcohol, Helianthus Annuus (Sunflower) Seed Oil, Tocopheryl Acetate, Zea Mays (Corn) Starch, Dimethicone, Ethylhexylglycerin, Potassium Cetyl Phosphate, Hydrogenated Palm Glycerides, Disodium EDTA, Carbomer, Sodium Hydroxide, p-Anisic Acid, Phenoxyethanol, Fragrance

EXHIBIT B



EXHIBIT B



**We love babies.**

And we understand they can sometimes be uncomfortable in their own skin. That's why we created our Vanilla Oatmeal Baby Lotion, which comforts and nourishes babies' delicate skin. Held to our high standard of safety, this CLINICALLY PROVEN MILDNESS™ formula is dermatologist-tested and hypoallergenic.

**Moms Trust JOHNSON'S®
Always Mild & Gentle™**

**To Use:** Massage lotion over entire body to soften baby's skin.

**SAFETY TIP: Keep out of reach of children.**
Do not use if quality seal is broken.

Ingredients: Water, Mineral Oil, Glycerin, Carbomer, Phenoxyethanol, Ceteareth-6, Fragrance, Methylparaben, Sodium Citrate, Stearyl Alcohol, Sodium Hydroxide, Citric Acid, Ethylparaben, Propylparaben, *Avena Sativa* (Oat) Kernel Flour, Tocopheryl Acetate.

The Triple Teardrop design is a trademark of Johnson & Johnson.

**Our Babies Will Inherit Our Planet.™**
Please Recycle.

USA 1-866-JNJ-BABY
www.johnsonsbaby.com

Distributed in the U.S. by:
**JOHNSON & JOHNSON
CONSUMER PRODUCTS
COMPANY**
Division of Johnson & Johnson
Consumer Companies, Inc.
Skillman, NJ 08558-9418

©J&J CCI 2010

3 8137-004146 7

30012337

EXHIBIT B

CLINICALLY PROVEN MILDNESS™
formula is dermatologist-tested
and hypoallergenic.

**Moms Trust JOHNSON'S®
Always Mild & Gentle™**

**To Use:** Massage lotion over entire body
to soften baby's skin.

**SAFETY TIP: Keep out of reach of children.**
Do not use if quality seal is broken.

Ingredients: Water, Mineral Oil, Glycerin, Carbomer,
Phenoxyethanol, Ceteareth-6, Fragrance, Methylparaben,
Sodium Citrate, Stearyl Alcohol, Sodium Hydroxide, Citric
Acid, Ethylparaben, Propylparaben, *Avena Sativa* (Oat)
Kernel Flour, Tocopheryl Acetate.

EXHIBIT B



EXHIBIT B



EXHIBIT B

oatmeal baby moisture wash during bath time.

**Moms Trust JOHNSON'S®**
**Always Mild & Gentle®**

**To Use:** Massage lotion over entire body for sweet smelling baby soft skin.

*Para Usar: Frote la loción por todo el cuerpo del bebé para dejar un aroma dulce y una piel suave.*

**SAFETY TIP: Keep out of reach of children.**
Do not use if quality seal is broken.

*CONSEJO DE SEGURIDAD: Mantener fuera del alcance de los niños.*
*No usar si el sello de seguridad está roto.*

Ingredients: Water, Mineral Oil, Glycerin, Cetyl Alcohol, Avena Sativa (Oat) Kernel Flour, Steareth-20, Dimethicone, Carbomer, Stearic Acid, Sodium Citrate, Sodium Hydroxide, Citric Acid, Ethylhexylglycerin, Phenoxyethanol, Fragrance

EXHIBIT B



EXHIBIT B



JOHNSON'S® Baby intense moisture cream

**We love babies.**
And we understand that their skin can be dry and uncomfortable. That's why we made this deep-hydrating cream that provides intensive, long-lasting moisture to help relieve dry skin. It's clinically proven to improve dry skin after just one use, and it seals in 24 hours of moisture for baby soft skin. Held to our high standard of safety, this cream is dermatologist-tested, hypoallergenic and gentle enough to use every day.

**Moms Trust JOHNSON'S®
Always Mild & Gentle®**

### Drug Facts

| Active ingredient | Purpose |
|---|---|
| Dimethicone 2%................................................. | Skin protectant |

**Uses**
• Helps prevent and temporarily protects chafed, chapped, or cracked skin
• Helps prevent and protect from the drying effects of wind and cold weather

**Warnings**
For external use only

When using this product
• Do not get into eyes

Stop use and ask a doctor if   • Condition worsens   • Symptoms last more than 7 days or clear up and occur again within a few days

Do not use on
• Deep or puncture wounds   • Animal bites   • Serious burns

Keep out of reach of children. If swallowed, get medical help or contact a Poison Control Center right away.

**Directions**   • Apply as needed

**Other information**   • Store at room temperature

**Inactive ingredients** Water, Glycerin, Glycine Soja (Soybean) Oil, Cetearyl Alcohol, Zea Mays (Corn) Starch, Phenoxyethanol, Cetearyl Glucoside, Carbomer, Fragrance, Hydrogenated Cottonseed Oil, Ethylhexylglycerin, Tocopheryl Acetate, Citric Acid, Sodium Hydroxide

**Questions?**
1-800-JNJ-BABY; Outside US & Canada, dial collect 215-273-8755

The Triple Teardrop design is a trademark of Johnson & Johnson
Do not use if quality seal is broken.

**Our Babies Will Inherit Our Planet.®**
Please Recycle.

www.johnsonsbaby.com
Distributed in the U.S. by:
**JOHNSON & JOHNSON
CONSUMER PRODUCTS COMPANY**
Division of Johnson & Johnson
Consumer Companies, Inc.
Skillman, NJ 08558-9418
Made in Canada ©J&J CCI 2012

30018790

EXHIBIT B

moisture for baby soft skin. Held to our high standard of safety, this cream is dermatologist-tested, hypoallergenic and gentle enough to use every day.

### Moms Trust JOHNSON'S®
### Always Mild & Gentle®

---

## Drug Facts

**Active ingredient** | **Purpose**

Dimethicone 2%.........................................................................Skin protectant

---

**Uses**
- Helps prevent and temporarily protects chafed, chapped, or cracked skin
- Helps prevent and protect from the drying effects of wind and cold weather

---

**Warnings**
**For external use only**

**When using this product**
- Do not get into eyes

**Stop use and ask a doctor if** • Condition worsens • Symptoms last more than 7 days or clear up and occur again within a few days

**Do not use on**
- Deep or puncture wounds • Animal bites • Serious burns

**Keep out of reach of children.** If swallowed, get medical help or contact a Poison Control Center right away.

---

**Directions** • Apply as needed

---

**Other information** • Store at room temperature

---

**Inactive ingredients** Water, Glycerin, Glycine Soja (Soybean) Oil, Cetearyl Alcohol, Zea Mays (Corn) Starch, Phenoxyethanol, Cetearyl Glucoside, Carbomer, Fragrance, Hydrogenated Cottonseed Oil, Ethylhexylglycerin, Tocopheryl Acetate, Citric Acid, Sodium Hydroxide

EXHIBIT B



EXHIBIT B



**We love babies.**

And we understand their delicate skin loses moisture more quickly than adults' skin. That's why our rich, thick formula is enriched with a special blend of emollients to moisturize all day and all night, leaving skin softer longer. Held to our high standard of safety, this CLINICALLY PROVEN MILDNESS™ formula is dermatologist-tested and hypoallergenic.

**Moms Trust JOHNSON'S®
Always Mild & Gentle™**

**To Use:** Massage lotion over entire body to soften baby's skin.

**SAFETY TIP: Keep out of reach of children.** Do not use if quality seal is broken.

Ingredients: Water, Glycerin, Petrolatum, Mineral Oil, Dimethicone, Cetyl Alcohol, Carbomer, Ceteareth-6, Methylparaben, Fragrance, Sodium Hydroxide, Sodium Citrate, Tetrasodium EDTA, Stearyl Alcohol, Ethylparaben, Benzalkonium Chloride, Propylparaben, Citric Acid, Red 40, Red 33, Yellow 10.

The Triple Teardrop design is a trademark of Johnson & Johnson.

**Our Babies Will Inherit Our Planet.™**
Please Recycle.

USA 1-866-JNJ-BABY
www.johnsonsbaby.com

Distributed in the U.S. by
**JOHNSON & JOHNSON
CONSUMER PRODUCTS
COMPANY**
Division of Johnson & Johnson
Consumer Companies, Inc.
Skillman, NJ 08558-9418

©J&J CCI 2010

30014596

EXHIBIT B

emollients to moisturize all day and all night, leaving skin softer longer. Held to our high standard of safety, this CLINICALLY PROVEN MILDNESS™ formula is dermatologist-tested and hypoallergenic.

**Moms Trust JOHNSON'S®
Always Mild & Gentle™**

**To Use:** Massage lotion over entire body to soften baby's skin.

**SAFETY TIP: Keep out of reach of children.**
Do not use if quality seal is broken.

Ingredients: Water, Glycerin, Petrolatum, Mineral Oil, Dimethicone, Cetyl Alcohol, Carbomer, Ceteareth-6, Methylparaben, Fragrance, Sodium Hydroxide, Sodium Citrate, Tetrasodium EDTA, Stearyl Alcohol, Ethylparaben, Benzalkonium Chloride, Propylparaben, Citric Acid, Red 40, Red 33, Yellow 10.

EXHIBIT B



EXHIBIT B



We love
babies.

And we understand
their skin loses
moisture quickly. That´s
why our Shea & Cocoa
Butter Baby Wash combines
gentle cleansers with ingredients
known to soothe dry skin. This
NO MORE TEARS® formula is
dermatologist-tested and hypoallergenic.

**Moms Trust JOHNSON'S®
Always Mild & Gentle®**

**To Use:** Wet baby's hair and body with warm
water, apply wash with your hand or washcloth,
gently lather, rinse and snuggle.

**SAFETY TIP: Keep out of reach of children.**
Do not use if quality seal is broken.

Ingredients: Water, Cocamidopropyl Betaine, PEG-80
Sorbitan Laurate, Sodium Trideceth Sulfate, Acrylates
Copolymer, Phenoxyethanol, Glycol Distearate, Glycerin,
Fragrance, Lauryl Methyl Gluceth-10 Hydroxypropyldimonium
Chloride, Laureth-4, Methylparaben, Sodium Hydroxide,
Propylparaben, Tetrasodium EDTA, Mineral Oil, Theobroma Cacao
(Cocoa) Seed Butter, Butyrospermum Parkii (Shea) Butter,
Tocopheryl Acetate, Aloe Barbadensis Leaf Juice, Yellow 10, Red 40.

The Triple Teardrop design is a trademark of Johnson & Johnson.

**Our Babies Will Inherit Our Planet.®**
Please Recycle.

US/Canada, **866-JNJ-BABY;**
Outside US & Canada, dial collect
**215-273-8755**
www.johnsonsbaby.com

Distributed in the U.S. by:
**JOHNSON & JOHNSON
CONSUMER PRODUCTS
COMPANY**
Division of Johnson & Johnson
Consumer Companies, Inc.
Skillman, NJ 08558-9418

US Patent No. 7,157,414

©J&J CCI 2012

30019978

3 8137-002494 1

EXHIBIT B

gentle cleansers with ingredients known to soothe dry skin. This NO MORE TEARS® formula is dermatologist-tested and hypoallergenic.

**Moms Trust JOHNSON'S® Always Mild & Gentle®**

**To Use:** Wet baby's hair and body with warm water, apply wash with your hand or washcloth, gently lather, rinse and snuggle.

**SAFETY TIP: Keep out of reach of children.** Do not use if quality seal is broken.

Ingredients: Water, Cocamidopropyl Betaine, PEG-80 Sorbitan Laurate, Sodium Trideceth Sulfate, Acrylates Copolymer, Phenoxyethanol, Glycol Distearate, Glycerin, Fragrance, Lauryl Methyl Gluceth-10 Hydroxypropyldimonium Chloride, Laureth-4, Methylparaben, Sodium Hydroxide, Propylparaben, Tetrasodium EDTA, Mineral Oil, Theobroma Cacao (Cocoa) Seed Butter, Butyrospermum Parkii (Shea) Butter, Tocopheryl Acetate, Aloe Barbadensis Leaf Juice, Yellow 10, Red 40.

The Triple Teardrop design is a trademark of Johnson & Johnson.

EXHIBIT B



EXHIBIT B



EXHIBIT B

known to soothe dry skin. Our formula is as gentle to the eyes as pure water and is soap-free, dye-free, and dermatologist tested so it can be used on all skin types. For extra baby soft skin, use JOHNSON'S® shea & cocoa butter baby lotion after bath time.

**Moms Trust JOHNSON'S® Always Mild & Gentle®**

**To Use:** Wet baby's hair and body with warm water, apply wash with your hand or washcloth, gently lather, rinse and snuggle.

*Para Usar:* Humedezca con agua tibia el cuerpo y el cabello del bebé, aplique el producto con sus manos o con un paño, enjabone suavemente, enjuague y acurruque al bebé.

**SAFETY TIP: Keep out of reach of children.**
Do not use if quality seal is broken.

*CONSEJO DE SEGURIDAD: Mantener fuera del alcance de los niños.*
*No usar si el sello de seguridad está roto.*

Ingredients: Water, PEG-80 Sorbitan Laurate, Cocamidopropyl Betaine, Sodium Laureth Sulfate, Disodium Lauroamphodiacetate, PEG-150 Distearate, Sodium Hydroxide, Citric Acid, Theobroma Cacao (Cocoa) Seed Butter, Butyrospermum Parkii (Shea) Butter, Glycerin, Tocopheryl Acetate, Mineral Oil, Lauryl Methyl Gluceth-10 Hydroxypropyldimonium Chloride, Polysorbate 20, Laureth-4, Potassium Acrylates Copolymer, Glycol Distearate, Tetrasodium EDTA, Sodium Benzoate, Ethylhexylglycerin, Phenoxyethanol, Fragrance

EXHIBIT B



EXHIBIT B



EXHIBIT B

**We love babies.**

And we understand that their skin loses moisture more quickly than adults' skin. That's why our baby moisture wash, enriched with baby lotion, goes beyond cleansing to help maintain hydrated skin and leave it feeling moisturized. Our NO MORE TEARS® forumla is soap-free, dye-free, and dermatologist tested so it can be used on all skin types. For extra baby soft skin, use JOHNSON'S® baby lotion after bath time.

**To Use:** Wet baby's hair and body with warm water, apply wash with your hand or washcloth, gently lather, rinse and snuggle.

**Para Usar:** *Humedezca con agua tibia el cuerpo y el cabello del bebé, aplique el producto con sus manos o con un paño, enjabone suavemente, enjuague y acurruque al bebé.*

**SAFETY TIP: Keep out of reach of children.** Do not use if quality seal is broken.

**CONSEJO DE SEGURIDAD:** *Mantener fuera del alcance de los niños. No usar si el sello de seguridad está roto.*

Ingredients: Water, PEG-80 Sorbitan Laurate, Cocamidopropyl Betaine, Sodium Laureth Sulfate, Disodium Lauroamphodiacetate, Acrylates Copolymer, Tocopheryl Acetate, Glycerin, Polysorbate 20, Glycol Distearate, Mineral Oil, Lauryl Methyl Gluceth-10 Hydroxypropyldimonium Chloride, Laureth-4, PEG-150 Distearate, Potassium Acrylates Copolymer, Tetrasodium EDTA, Sodium Hydroxide, Citric Acid, Sodium Benzoate, Ethylhexylglycerin, Phenoxyethanol, Fragrance

EXHIBIT B



EXHIBIT B



EXHIBIT B

cleansing to help protect from dryness.
This NO MORE TEARS® formula is
dermatologist-tested and hypoallergenic.

**Moms Trust JOHNSON'S®**
**Always Mild & Gentle®**

**To Use:** Wet baby's hair and body with warm
water, apply wash with your hand or washcloth,
gently lather, rinse and snuggle.

**SAFETY TIP: Keep out of reach of children.**
Do not use if quality seal is broken.

Ingredients: Water, Cocamidopropyl Betaine, PEG-80
Sorbitan Laurate, Sodium Trideceth Sulfate, Acrylates
Copolymer, Phenoxyethanol, Glycol Distearate,
Glycerin, Fragrance, Lauryl Methyl Gluceth-10
Hydroxypropyldimonium Chloride, Laureth-4, Methylparaben,
Sodium Hydroxide, Propylparaben, Tetrasodium EDTA, Mineral
Oil, Tocopheryl Acetate, Aloe Barbadensis Leaf Juice, Red 33.

The Triple Teardrop design is a trademark of Johnson & Johnson.

EXHIBIT B



EXHIBIT B



EXHIBIT B

fresh and looking shiny and healthy.

**JOHNSON'S® Baby Shampoo** is soap free and hypoallergenic.

**JOHNSON'S®, the number one choice of hospitals.**

**SAFETY TIP: Keep out of reach of children.**

El shampoo para bebé de **JOHNSON'S®** es tan suave con los ojos como el agua pura.

El shampoo para bebé de **JOHNSON'S®** con lavanda natural, está enriquecido con lavanda y manzanilla, ingredientes conocidos por sus propiedades relajantes.  Se enjuaga fácilmente dejando el cabello con aroma fresco, y una apariencia brillante y saludable.

**CONSEJOS DE SEGURIDAD: Mantenga fuera del alcance de los niños.**

**Ingredients:** Water, Cocamidopropyl Betaine, PEG-80 Sorbitan Laurate, Sodium Trideceth Sulfate, PEG-150 Distearate, Fragrance, Tetrasodium EDTA, Polyquaternium-10, Quaternium-15, Violet 2. May also contain: Citric Acid, Sodium Hydroxide.

EXHIBIT B



EXHIBIT B



**We love babies.**

And we understand how to soothe and relieve baby soft skin. That's why JOHNSON'S® Baby Powder is designed to gently absorb excess moisture helping skin feel comfortable. Our incredibly soft, hypoallergenic, dermatologist and allergy-tested formula glides over skin to leave it feeling delicately soft and dry while providing soothing relief.

**WARNING: Keep powder away from child's face to avoid inhalation, which can cause breathing problems. Avoid contact with the eyes. For external use only.**

**To Use:**

1. Shake powder directly into your hand, away from the face, before smoothing onto the skin.

2. Close tightly after use, store in a cool, dry place.

**SAFETY TIP: Keep out of reach of children.**

Do not use if quality seal is broken.

Ingredients: Talc, Fragrance

**Our Babies Will Inherit Our Planet.®** Please Recycle.

US/Canada, 866-JNJ-BABY; Outside US & Canada, dial collect 215-273-8755 www.johnsonsbaby.com

Distributed in the U.S. by: **JOHNSON & JOHNSON CONSUMER PRODUCTS COMPANY** Division of Johnson & Johnson Consumer Companies, Inc. Skillman, NJ 08558-9418

©J&J CCI 2012

Talc Made in China

30019243

EXHIBIT B



EXHIBIT B



**We love babies.**
And we understand how to help preserve and protect baby soft skin. That's why JOHNSON'S® Baby Powder with Calming Lavender & Chamomile is designed to gently absorb excess moisture on the skin, helping baby's skin feel dry, fresh and smooth. Our hypoallergenic, dermatologist tested formula, made with pure cornstarch and scents of lavender and chamomile leaves skin feeling soft while soothing the senses.

**WARNING: Keep powder away from child's face to avoid inhalation, which can cause breathing problems. Avoid contact with the eyes. For external use only. Avoid contact with open flame.**

**To Use:**
1. Shake powder directly into your hand, away from the face, before smoothing onto the skin.

2. Close tightly after use, store in a cool, dry place.

**SAFETY TIP: Keep out of reach of children.**
Do not use if quality seal is broken.

Ingredients: Zea Mays (Corn) Starch, Tricalcium Phosphate, Fragrance (Lavendula Angustifolia (Lavender) Oil, Ormenis Multicaulis Oil (Chamomile))

The Triple Teardrop design is a trademark of Johnson & Johnson.

**Our Babies Will Inherit Our Planet.™**
Please Recycle.

USA 1-866-JNJ-BABY
www.johnsonsbaby.com

Distributed in the U.S. by:
**JOHNSON & JOHNSON CONSUMER PRODUCTS COMPANY**
Division of Johnson & Johnson Consumer Companies, Inc.
Skillman, NJ 08558-9418

©J&J CCI 2011

8137-003017

30017330

EXHIBIT B



EXHIBIT B



**We love babies.**

And we understand how to help preserve and protect baby soft skin. That's why JOHNSON'S® Baby Powder with soothing Aloe & Vitamin E is designed to gently absorb excess moisture on the skin, helping baby's skin feel dry, fresh and smooth. Our hypoallergenic, dermatologist tested formula is made with pure cornstarch and clinically proven to be gentle and mild on the skin.

**WARNING: Keep powder away from child's face to avoid inhalation, which can cause breathing problems. Avoid contact with the eyes. For external use only. Avoid contact with open flame.**

**To Use:**

1. Shake powder directly into your hand, away from the face, before smoothing onto the skin.

2. Close tightly after use, store in a cool, dry place.

**SAFETY TIP: Keep out of reach of children.**

Do not use if quality seal is broken.

Ingredients: Zea Mays (Corn) Starch, Tricalcium Phosphate, Fragrance (Aloe Barbadensis Leaf Juice, Tocopheryl (Vitamin E))

The Triple Teardrop design is a trademark of Johnson & Johnson.

**Our Babies Will Inherit Our Planet.™** Please Recycle.

USA 1-866-JNJ-BABY
www.johnsonsbaby.com

Distributed in the U.S. by:
**JOHNSON & JOHNSON CONSUMER PRODUCTS COMPANY**
Division of Johnson & Johnson Consumer Companies, Inc.
Skillman, NJ 08558-9418

©J&J CCI 2011

8137-0030597

30016927

EXHIBIT B



EXHIBIT B



LOT248 RB

We Love babies.
And we understand how to help preserve and
protect baby soft skin. That's why JOHNSON'S®
Baby Powder Medicated with zinc oxide helps
treat and soothe rashes and minor skin
irritations. Our hypoallergenic, dermatologist
tested formula is made with pure cornstarch
and clinically proven to be gentle and mild on
the skin.

## Drug Facts

**Active Ingredients:**                         **Purpose**
Zinc Oxide (10%) ...............................Skin Protectant

**Uses:** • Help treat and prevent diaper rash. •
Protects chafed skin due to diaper rash and helps seal
out wetness.

**Warnings: For external use only.** Keep away from
face and mouth to avoid inhalation which can cause
breathing problems. When using this product – do not
get into eyes. Stop use and ask a doctor if - condition
worsens, symptoms last more than 7 days or clear up
and occur again within a few days. **Keep out of reach
of children.** If swallowed, get medical help or contact a
Poison Control Center right away.

**Directions:** • Change wet and soiled diapers
promptly, cleanse the diaper area, and allow to dry.
Apply powder liberally as often as necessary, with each
diaper change, especially at bedtime or anytime when
exposure to wet diapers may be prolonged. • Apply
powder close to the body away from child's face.
Carefully shake the powder into the diaper or into the
hand and apply to diaper area.

**Other Information:** • Do not use if quality seal
is broken. • Avoid contact with open flame. • Close
tightly after use. • Store at room temperature.

**Inactive Ingredients:** Zea Mays (Corn) Starch,
Fragrance (Aloe Barbadensis Leaf Juice, Tocopheryl
(Vitamin E))

**Questions?**
1-866-JNJ-BABY
(1-866-565-2229)

USA 1-866-JNJ-BABY
www.johnsonsbaby.com

Distributed in the U.S. by:
**JOHNSON & JOHNSON
CONSUMER PRODUCTS
COMPANY**
Division of Johnson & Johnson
Consumer Companies, Inc.
Skillman, NJ 08558-9418

©J&J CCI 2011

30017334

8137-003072

EXHIBIT B



EXHIBIT B



**We love babies.**
And we understand how to help preserve and protect baby soft skin. That's why JOHNSON'S® Baby Powder with the aroma of refreshing magnolia petals is designed to gently absorb excess moisture, helping baby's skin feel dry, fresh and smooth. Our hypoallergenic, dermatologist tested formula is made with pure cornstarch and is clinically proven to be gentle and mild on the skin.

**WARNING: Keep powder away from child's face to avoid inhalation, which can cause breathing problems. Avoid contact with the eyes. For external use only. Avoid contact with open flame.**

**To Use:**
1. Shake powder directly into your hand, away from the face, before smoothing onto the skin.

2. Close tightly after use, store in a cool, dry place.

**SAFETY TIP: Keep out of reach of children.**
Do not use if quality seal is broken.
Ingredients: Zea Mays (Corn) Starch, Tricalcium Phosphate, Fragrance

The Triple Teardrop design is a trademark of Johnson & Johnson.

**Our Babies Will Inherit Our Planet.™** Please Recycle.

USA 1-866-JNJ-BABY
www.johnsonsbaby.com

Distributed in the U.S. by:
**JOHNSON & JOHNSON CONSUMER PRODUCTS COMPANY**
Division of Johnson & Johnson Consumer Companies, Inc.
Skillman, NJ 08558-9418

©J&J CCI 2011

8137-102675

30017335

EXHIBIT B



EXHIBIT B



EXHIBIT B

**We love babies.**

And we understand they sometimes have trouble sleeping. That's why we created a clinically proven nighttime routine. Treat your baby to a warm bath with JOHNSON'S® BEDTIME® Bath, a gentle massage with JOHNSON'S® BEDTIME® Lotion, a few minutes of quiet time, and your baby will drift off to a better night's sleep. Held to our high standard of safety, this NO MORE TEARS® formula is dermatologist-tested and hypoallergenic.

**Moms Trust JOHNSON'S®
Always Mild & Gentle™**

**To Use:** Pour into warm bath. Infant tubs use 1 capful, full-size tubs use 3 capfuls.

**SAFETY TIP: Keep out of reach of children.** Do not use if quality seal is broken.

Ingredients: Water, PEG-80 Sorbitan Laurate, Cocamidopropyl Betaine, Sodium Laureth Sulfate, Sodium Lauroamphoacetate, Polysorbate 20, PEG-150 Distearate, Sodium Benzoate, Fragrance, Citric Acid, Sodium Hydroxide.

The Triple Teardrop design is a trademark of Johnson & Johnson.

EXHIBIT B

# Exhibit C

EXHIBIT B

# JOHNSON'S® HEAD-TO-TOE™ baby wash



★★★★★ ⌄   Be the first to review

**PRODUCT OVERVIEW**   −

Gently cleanses without drying.

- #1 choice of hospitals*
- NO MORE TEARS® formula is as gentle to the eyes as pure water
- Dermatologist-tested
- Hypoallergenic
- No parabens, phthalates, dyes or soaps

Baby's skin is 10 times more sensitive than adults. JOHNSON'S® HEAD-TO-TOE™ baby wash is a mildcleanser for your baby's delicate skin and hair. The NO MORE TEARS® formula is as gentle to the eyes as pure water. It's the #1 choice of hospitals* and designed to be gentle enough to cleanse delicate newborn skin without drying.
*Based on US studies.

**HOW & WHEN TO USE**   +

EXHIBIT B

Home > JOHNSON'S® BEDTIME® baby lotion

# JOHNSON'S® BEDTIME® baby lotion

★★★★★ ⌄     64 Reviews     Write a Review



**PRODUCT OVERVIEW**     —

Clinically proven routine helps baby fall asleep faster and stay asleep longer.*

- Releases NATURALCALM® essences—a special blend of gentle and calming aromas
- Clinically shown to last all night long to leave your baby's skin feeling touchably soft and smooth
- Clinically proven mild and gentle formula
- Dermatologist-tested and hypoallergenic

Sometimes babies have trouble sleeping. This nighttime routine is proven to help your baby go to sleep easier and sleep better through the night in just 7 days.

*With a bath using JOHNSON'S® BEDTIME® baby bath, a gentle massage using JOHNSON'S® BEDTIME® baby lotion and a few minutes of quiet time, you can help your baby drift off to a better night's sleep. Clinically shown to last all night long to leave your baby's skin feeling touchably soft and smooth, our lotion is a mild and gentle formula for baby's delicate skin.

**Available in:** 266 mL, 444 mL, 798 mL

EXHIBIT B

# JOHNSON'S® baby lotion

★★★★★ ∨ | 187 Reviews | Write a Review



## PRODUCT OVERVIEW —

Nourishes baby's skin for 24 hours. #1 choice of hospitals.*

- Classic JOHNSON'S® Baby fresh scent
- CLINICALLY PROVEN MILDNESS formula designed gentle for sensitive newborn skin
- Dermatologist-tested, pediatrician-tested and hypoallergenic
- Paraben-free

Baby's delicate skin loses moisture nearly two times faster than yours. JOHNSON'S® baby lotion softens and nourishes your baby's skin, and is gentle enough to use morning and night.  As the #1 choice of hospitals*, this CLINICALLY PROVEN MILDNESS formula is designed gentle for newborns. With a classic JOHNSON'S® Baby fresh scent, this hypoallergenic lotion soothes and softens while moisturizing your baby's skin.

**Available in:** 88 mL, 266 mL, 444 mL, 798 mL



### More for You

From helping you remember special moments to removing stubborn makeup, discover all

EXHIBIT B

# JOHNSON'S® Baby Lotion with Aloe Vera & Vitamin E



★★★★★ ∨ | 7 Reviews | Write a Review

**PRODUCT OVERVIEW** −

Helps protect skin from dryness for 24 hours.

- Enriched with Aloe Vera & Vitamin E
- Clinically proven to be gentle and mild for your baby's skin
- Dermatologist-tested, pediatrician-tested, and hypoallergenic
- Mild enough for delicate newborn skin

Baby's delicate skin loses moisture more quickly than adults' skin. JOHNSON'S® Baby Lotion with Aloe Vera & Vitamin E helps protect your baby's skin from dryness for 24 hours. This unique baby skincare lotion is enriched with natural Aloe Vera, an ingredient known for its dry skin soothing qualities, and Vitamin E, a natural skin conditioner. Clinically proven to be gentle and mild, our baby lotion is hypoallergenic and leaves your baby's dry skin feeling soft, smooth, and non-greasy.

**Available in:** 444 mL

EXHIBIT B

# JOHNSON'S® baby lotion with shea & cocoa butter



★★★★★ ⌄    | 9 Reviews | Write a Review

## PRODUCT OVERVIEW                                                    −

Soothes dry skin for 24 hours.

- Shea & Cocoa Butter lotion soothes dry skin for 24 hours
- Clinically proven to be gentle and mild for your baby's skin
- Dermatologist-tested and hypoallergenic
- Non-greasy, fast-absorbing, and allergy tested

Baby's delicate skin loses moisture more quickly than adults' skin. JOHNSON'S® baby lotion with shea & cocoa butter combines shea and cocoa butters, ingredients long known to soothe and relieve your baby's dry skin, with hydrating emollients to maintain skin's moisture for 24 hours. This CLINICALLY PROVEN MILDNESS formula nourishes and conditions baby's dry skin, leaving it feeling soft and smooth.

**Available in**: 444 mL

EXHIBIT B

# JOHNSON'S® baby shampoo

★★★★★ ∨ | 70 Reviews | Write a Review



## PRODUCT OVERVIEW —

As gentle to the eyes as pure water.

- Leaves your baby's hair smelling fresh and looking shiny
- NO MORE TEARS® formula is gentle for newborns
- Soap-free and clinically proven hypoallergenic
- Dermatologist-tested
- Paraben-free

Baby's delicate eyes need special care during bathtime.  JOHNSON'S® baby shampoo is as gentle and mild to the eyes as pure water.  This baby shampoo's NO MORE TEARS® formula cleanses gently and rinses easily, leaving your baby's hair soft, shiny, manageable and clean while smelling baby-fresh.

**Available in:** 88 mL, 444 mL, 592 mL

EXHIBIT B

# JOHNSON'S® baby moisture wash with honey apple



| ⭐⭐⭐⭐⭐ ⌄ | 7 Reviews | Write a Review |

## PRODUCT OVERVIEW

Nourishing for sweet, baby-soft skin.

- NO MORE TEARS® formula is as gentle to the eyes as pure water
- Dermatologist-tested and hypoallergenic
- Gentle enough for everyday use

JOHNSON'S® baby moisture wash with honey apple, ingredients long known for their sweet smell and nourishing benefits, with gentle cleansers for baby-soft skin. This baby formula's rich and creamy lather nourishes as it cleans, leaving baby's delicate and sensitive skin feeling moisturized and soft after bathtime.

**Available in**: 444 mL

EXHIBIT B

# JOHNSON'S® BEDTIME® baby moisture wash



★★★★★ ⌄    54 Reviews    Write a Review

**PRODUCT OVERVIEW**    —

**Clinically proven routine helps baby fall asleep faster and stay asleep longer.\***

Help your baby go to sleep easier and sleep better through the night in just 7 days.

- Releases NATURALCALM® essences—a special blend of gentle and calming aromas
- Contains gentle cleansers and nourishing emollients that rinse quickly and easily and soften baby's skin
- NO MORE TEARS® formula is as gentle to the eyes as pure water
- Dermatologist-tested and hypoallergenic

Sometimes babies have trouble sleeping. This nighttime baby wash routine is proven to help your baby go to sleep easier and sleep better through the night in just 7 days.\*

\*With a warm bath using JOHNSON'S® BEDTIME® baby moisture wash, a gentle massage using JOHNSON'S® baby BEDTIME® lotion, and a few minutes of quiet time, you can help your baby drift off to a better night's sleep. Make bath and bedtime a soothing routine for baby's easy and calm sleep.

EXHIBIT B

# JOHNSON'S® baby moisture wash with vanilla oatmeal



★★★★★ ⌄    8 Reviews    Write a Review

## PRODUCT OVERVIEW —

Comforts & moisturizes skin.

- Rich, creamy formula gently cleanses while helping to nourish, soften, and protect skin from dryness
- NO MORE TEARS® formula is gentle enough for everyday use
- Milder than baby soap
- Dermatologist-tested, dye-free, soap-free, and hypoallergenic

Baby's dry skin can make them uncomfortable. JOHNSON'S® baby moisture wash with vanilla oatmeal is a gentle baby skincare cleanser that goes beyond cleansing to comfort and nourish your baby's skin with moisture. It combines oatmeal, an ingredient long known to help moisturize, with an essence of vanilla for baby-soft skin. JOHNSON'S® baby moisture wash with vanilla oatmeal with NO MORE TEARS® formula is allergy-tested and gentle enough for everyday use.

**Available in**: 444 mL, 828 mL

EXHIBIT B

# NEW JOHNSON'S® HEAD-TO-TOE ® baby cleansing cloths



★★★★★ ∨     143 Reviews     Write a Review

**PRODUCT OVERVIEW**     −

Enjoy a quick and gentle all-over clean between baths.

- 2x the size of average baby wipes
- Thick, ultra-soft texture
- Enriched with JOHNSON'S® baby lotion
- Pre-moistened, no water needed
- Leaves no residue and won't dry out skin
- The NO MORE TEARS® formula is mild to the eyes as pure water, which means the wipes are suitable to use even on baby's face.
- Hypoallergenic, alcohol free and dermatologist tested
- Free of parabens, phthalates, dyes, or soaps
- Not tested on animals

Sometimes a bath just isn't possible. That's why JOHNSON'S® HEAD-TO-TOE® baby cleansing cloths are designed as a quick, convenient way to give your baby a gentle, all-over clean without the need for water or drying. Now you can have the gentle cleansing power of a JOHNSON'S® bath without the tub, whenever, wherever your baby needs it.

EXHIBIT B

# NEW JOHNSON'S® HEAD-TO-TOE® extra moisturizing baby cream

★★★★★ ⌄   |   132 Reviews   |   Write a Review



**PRODUCT OVERVIEW** —

Moisturizes baby's dry, sensitive skin.

- Gentle enough for newborns
- Hypoallergenic and pediatrician and dermatologist-tested
- Clinically proven mildness
- Specially formulated with extra moisturizers and enriched with baby oil to help hydrate baby's skin as you massage
- Designed to nourish dry, sensitive baby skin for a full 24 hours
- pH balanced for baby's skin
- Contains no parabens, phthalates, or dyes
- Not tested on animals

Your baby's delicate skin is up to 30 % thinner and loses moisture 2x faster than yours. JOHNSON'S® HEAD-TO-TOE® extra moisturizing baby cream is specially-formulated to keep your baby's skin soft and healthy from morning 'til night.

EXHIBIT B

# NEW JOHNSON'S® HEAD-TO-TOE® extra moisturizing baby wash



★★★★★ ▼ | 134 Reviews | Write a Review

## PRODUCT OVERVIEW —

This rich, creamy bath wash hydrates as it cleans and is 10x more moisturizing*.

- Gentle enough for newborns
- Hypoallergenic and pediatrician and dermatologist-tested
- Designed to gently cleanse dry, sensitive skin, leaving baby's skin soft and moisturized
- NO MORE TEARS® formula hydrates skin for a full 24 hours
- pH balanced for baby's skin
- No parabens, phthalates, dyes, or soaps
- Not tested on animals

Baby's skin is up to 30% thinner and loses moisture 2x faster than yours, so they need superior moisturization to keep skin healthy. JOHNSON'S® HEAD-TO-TOE® extra moisturizing baby wash is moisture enriched for baby's dry, sensitive skin, so you can enjoy the wonders of bath time without the worry of dryness or irritation.

EXHIBIT B

# NEW JOHNSON'S® HEAD-TO-TOE® baby lotion



★★★★★ ∨ | 143 Reviews | Write a Review

## PRODUCT OVERVIEW —

Use as part of JOHNSON'S® 2-step bath time routine to gently nourish your baby's skin while stimulating their happy, healthy development.

- Leaves skin feeling soft and smooth
- Designed and tested for newborns
- Enriched with Vitamin E
- pH balanced for baby's skin
- Hypoallergenic and pediatrician and dermatologist-tested
- No parabens, phthalates, or dyes
- Not tested on animals

For a gentle way to care for your baby's skin, JOHNSON'S® HEAD-TO-TOE® baby wash and NEW lotion have been specially designed to complement your touch in gently and delicately nourishing your baby's skin while stimulating their happy, healthy development. pH balanced for baby's skin, it is clinically proven to be safe and provide gentle care for your baby from the first days of life.

EXHIBIT B

# JOHNSON'S® baby lotion with vanilla oatmeal



★★★★★ ∨ | 5 Reviews | Write a Review

**PRODUCT OVERVIEW** —

Comforts and moisturizes baby's skin.

- Non-greasy, fast-absorbing lotion with oatmeal and vanilla
- Moisturizes for 24 hours and helps maintain your baby's skin's natural moisture
- Clinically proven to be gentle and mild for your baby's skin
- Dermatologist-tested and hypoallergenic

Babies' dry skin can make them uncomfortable. JOHNSON'S® baby lotion with vanilla oatmeal moisturizes to comfort and nourish babies' delicate skin for 24 hours. This unique baby skincare lotion combines oatmeal, an ingredient long known for its moisturizing properties, with gentle emollients and the comforting essence of vanilla. Held to our high standard of safety, this hypoallergenic baby lotion is a CLINICALLY PROVEN MILDNESS formula that can be used on all skin types.

**Available in:** 444 mL

EXHIBIT B

# JOHNSON'S® baby intense moisture cream



★★★★★ ⌄ | 40 Reviews | Write a Review

**PRODUCT OVERVIEW**                                                        −

Dry skin relief. 24-hour MOISTURELOCK™ formula.

- 24-hour MOISTURELOCK™ formula
- Hypoallergenic
- Dermatologist-tested
- Gentle enough to use every day

We love babies, and we understand that their skin can be dry and uncomfortable. That's why we made JOHNSON'S® baby intense moisture cream a deep-hydrating cream that provides intensive, long-lasting moisture with a 24-hour MOISTURELOCK™ formula to help relieve your baby's dry skin. It's clinically proven to improve dry skin after just one use, and it seals in 24 hours of moisture for baby-soft skin. Held to our high standard of safety, this baby skincare cream is dermatologist tested, hypoallergenic and gentle enough to use every day.

**Available in**: 222 mL

EXHIBIT B

# JOHNSON'S® baby cream



★★★★★ ∨  |  85 Reviews  |  Write a Review

**PRODUCT OVERVIEW**                                    −

Moisturizes baby's soft skin for 24 hours.

- Rich, creamy formula
- Clinically proven to be gentle and mild for your baby's skin
- Dermatologist-tested and hypoallergenic

Baby's delicate skin loses moisture more quickly than adult's skin. This rich, creamy formula is enriched with a special blend of emollients to moisturize all day and all night, leaving delicate baby skin softer, longer. Held to our high standard of safety, this baby skincare cream is a CLINICALLY PROVEN MILDNESS formula.

**Available in:** 223 mL

**HOW & WHEN TO USE**                                   +

**INGREDIENTS**                                         +

EXHIBIT B

# JOHNSON'S® baby moisture wash with shea & cocoa butter



| ★★★★★ ∨ | 9 Reviews | Write a Review |

**PRODUCT OVERVIEW** —

Helps protect from dry skin.

- Combines shea butter and cocoa butter with gentle cleansers
- NO MORE TEARS® formula is as gentle to the eyes as pure water
- Dermatologist-tested, ophthalmologist-tested, and hypoallergenic

A baby's skin loses moisture quickly. JOHNSON'S® Baby Wash soothes and relieves your baby's dry skin with a smooth touch of shea and cocoa butters. This cleanser's rich and creamy lather nourishes as it cleans, leaving baby's skin feeling soft. This hypoallergenic wash can be used anytime to bathe and bond with your baby.

**Available in:** 444 mL

EXHIBIT B

# JOHNSON'S® baby powder



★★★★☆ ∨ | 42 Reviews | Write a Review

**PRODUCT OVERVIEW** —

Absorbs excess moisture for silky-soft skin.

- Helps eliminate friction
- Clean, classic scent
- Clinically proven to be gentle and mild for your baby's skin
- Dermatologist- and allergy-tested, hypoallergenic

It's a classic. JOHNSON'S® baby powder gently absorbs excess moisture to help skin feel comfortable. With a clean, classic scent, this incredibly soft baby powder formula glides over your baby's skin to eliminate friction and leave it feeling delicately soft and dry while providing soothing comfort.

**Available in**: 113 g, 425 g, 623 g

EXHIBIT B

# JOHNSON'S® BEDTIME® baby bath

★★★★★ ⌄



## PRODUCT OVERVIEW　　—

Clinically proven routine helps baby fall asleep faster and stay asleep longer*

- Releases NATURALCALM® essences—a special blend of gentle and calming aromas
- NO MORE TEARS® formula is as gentle to the eyes as pure water
- Dermatologist-tested and hypoallergenic
- Formulated to keep baby's skin feeling soft

Sometimes babies have trouble sleeping. This 3-step nighttime baby bath routine is clinically proven to help your baby go to sleep easier and sleep better through the night in just 7 days.*

*With a bath using JOHNSON'S® BEDTIME® baby bath, a gentle massage using JOHNSON'S® BEDTIME® baby lotion, and a few minutes of quiet time, you can let your baby drift off to a better night's sleep. Make bathtime a gentle and calming time, with NATURALCALM® essences that blend aromas to soothe your baby.

**Available in:** 266 mL, 444 mL, 828 mL

EXHIBIT B

# Exhibit D



# SAFETY DATA SHEET

**Issue Date** 16-Jun-2015

## 1. IDENTIFICATION

**Product identifier**

| | |
|---|---|
| **Product Name** | Johnson's Baby Cream |
| **Specification No.** | PR-000416 |
| **Pure substance/mixture** | Mixture |

**Other means of identification**

| | |
|---|---|
| **Product Code** | NA-10571-075 |

**Recommended use of the chemical and restrictions on use**

| | |
|---|---|
| **Recommended Use** | Personal care. |
| **Uses advised against** | None known |

**Details of the supplier of the safety data sheet**

| | |
|---|---|
| **Supplier Address** | Johnson & Johnson Consumer Companies Inc. |
| | 199 Grandview Road, Skillman, New Jersey |
| | 08558 |
| | Canada: 1-877-223-9807 USA: 1800-361-8068 |

**Emergency telephone number** | Call 3E company at 1-877-236-9871. Provide Technician with the following tracking code: 2277, Hours Open: 24 hours emergency assistance

## 2. HAZARDS IDENTIFICATION

**Classification**

**OSHA Regulatory Status**
This chemical is not considered hazardous by the 2012 OSHA Hazard Communication Standard (29 CFR 1910.1200)

**Label elements**

### Emergency Overview

**Hazard statements**
None

**Precautionary Statements - Prevention**
None

**Precautionary Statements - Response**
None

**Precautionary Statements - Storage**

EXHIBIT B

SDS Code:  NA-10571-075

_____

None

**Precautionary Statements - Disposal**
None

**Hazards not otherwise classified (HNOC)**
Not applicable

**Other Information**
None

## 3. COMPOSITION/INFORMATION ON INGREDIENTS

**Mixture**

| Chemical Name | CAS No. | Weight-% | Trade Secret |
|---------------|---------|----------|--------------|
| Glycerin | 56-81-5 | 5 - 10 | * |
| Petrolatum | 8009-03-8 | 1 - 5 | * |
| Mineral Oil | 8020-83-5 | 1 - 5 | * |

## 4. FIRST AID MEASURES

**Description of first aid measures**

**Eye contact**             Rinse immediately with plenty of water, also under the eyelids, for at least 15 minutes. If eye irritation persists: Get medical advice/attention.

**Skin contact**            In the case of skin irritation or allergic reactions see a physician.

**Inhalation**              Not an expected route of exposure. Remove to fresh air. If symptoms persist, call a physician.

**Ingestion**               Not an expected route of exposure. If swallowed, do not induce vomiting: seek medical advice immediately and show this container or label.

**Most important symptoms and effects, both acute and delayed**

**Symptoms**                No information available.

**Indication of any immediate medical attention and special treatment needed**

**Note to physicians**      Treat symptomatically.

## 5. FIRE-FIGHTING MEASURES

**Suitable extinguishing media**

Use extinguishing measures that are appropriate to local circumstances and the surrounding environment.

**Unsuitable extinguishing media**  None known

**Specific hazards arising from the chemical**

None known

**Explosion data**

**Sensitivity to Mechanical Impact** None

_____

EXHIBIT B

SDS Code:  NA-10571-075

---

**Sensitivity to Static Discharge**      None

**Protective equipment and precautions for firefighters**

As in any fire, wear self-contained breathing apparatus pressure-demand, MSHA/NIOSH (approved or equivalent) and full protective gear.

## 6. ACCIDENTAL RELEASE MEASURES

**Personal precautions, protective equipment and emergency procedures**

**Personal precautions**              Use personal protective equipment as required. See section 8.

**Environmental precautions**

**Environmental precautions**        Do not allow into any sewer, on the ground or into any body of water.

**Methods and material for containment and cleaning up**

**Methods for cleaning up**          Wipe up with absorbent material (eg. cloth, fleece). Collect spillage.

## 7. HANDLING AND STORAGE

**Precautions for safe handling**

**Advice on safe handling**          Handle in accordance with good industrial hygiene and safety practice.

**Conditions for safe storage, including any incompatibilities**

**Storage Conditions**               Store in accordance with:. Product packaging.

**Incompatible materials**           None known based on information supplied.

## 8. EXPOSURE CONTROLS/PERSONAL PROTECTION

**Control parameters**

**Exposure Guidelines**                  .

| Chemical Name | ACGIH TLV | OSHA PEL | NIOSH IDLH |
|---------------|-----------|----------|------------|
| Glycerin<br>56-81-5 | - | TWA: 15 mg/m³ mist, total particulate<br>TWA: 5 mg/m³ mist, respirable fraction<br>(vacated) TWA: 10 mg/m³ mist, total particulate<br>(vacated) TWA: 5 mg/m³ mist, respirable fraction | - |

*ACGIH TLV: American Conference of Governmental Industrial Hygienists - Threshold Limit Value*
*OSHA PEL: Occupational Safety and Health Administration - Permissible Exposure Limits*
*NIOSH IDLH  Immediately Dangerous to Life or Health*

**Other Information**                Vacated limits revoked by the Court of Appeals decision in AFL-CIO v. OSHA, 965 F.2d 962 (11th Cir., 1992).

**Appropriate engineering controls**

**Engineering Controls**          None.

**Individual protection measures, such as personal protective equipment**

**Eye/face protection**           None.

---

**Page  3**

EXHIBIT B

SDS Code: NA-10571-075

_____

| | |
|---|---|
| **Skin and body protection** | None. |
| **Respiratory protection** | None. |
| **General Hygiene Considerations** | Handle in accordance with good industrial hygiene and safety practice. |

## 9. PHYSICAL AND CHEMICAL PROPERTIES

**Information on basic physical and chemical properties**

| | | | |
|---|---|---|---|
| **Physical state** | liquid | | |
| **Appearance** | cream | **Odor** | No information available |
| **Color** | pink | **Odor threshold** | No information available |

| **Property** | **Values** | **Remarks • Method** |
|---|---|---|
| **pH** | 5.2 - 6.2 | |
| **Melting point / freezing point** | No information available | |
| **Boiling point / boiling range** | No information available | |
| **Flash point** | No information available | |
| **Evaporation rate** | No information available | |
| **Flammability (solid, gas)** | No information available | |
| **Flammability Limit in Air** | | |
|    **Upper flammability limit:** | No information available | |
|    **Lower flammability limit:** | No information available | |
| **Vapor pressure** | No information available | |
| **Vapor density** | No information available | |
| **Relative density** | No information available | |
| **Water solubility** | No information available | |
| **Solubility in other solvents** | No information available | |
| **Partition coefficient** | No information available | |
| **Autoignition temperature** | No information available | |
| **Decomposition temperature** | No information available | |
| **Kinematic viscosity** | No information available | |
| **Dynamic viscosity** | No information available | |
| **Explosive properties** | No information available | |
| **Oxidizing properties** | No information available | |

**Other Information**

| | |
|---|---|
| **Softening point** | No information available |
| **Molecular weight** | No information available |
| **VOC Content (%)** | No information available |
| **Density** | No information available |
| **Bulk density** | No information available |

## 10. STABILITY AND REACTIVITY

**Reactivity**

None under normal use conditions

**Chemical stability**

Stable under recommended storage conditions

**Possibility of Hazardous Reactions**

| | |
|---|---|
| **Hazardous polymerization** | None under normal processing. |

**Conditions to avoid**

_____

EXHIBIT B

SDS Code:  NA-10571-075

_____

None under normal processing

**Incompatible materials**

None known

**Hazardous Decomposition Products**

None under normal use conditions

| 11. TOXICOLOGICAL INFORMATION |
|:---:|

**Information on likely routes of exposure**

| | |
|---|---|
| Inhalation | No known effect |
| Eye contact | No known effect |
| Skin contact | This product has been evaluated against skin irritation and no adverse effects are expected from the use of this finished product. |
| Ingestion | No data available |

**Delayed and immediate effects as well as chronic effects from short and long-term exposure**

| | |
|---|---|
| Skin corrosion/irritation | No known effect. |
| Serious eye damage/eye irritation | No known effect. |
| Irritation | No known effect |
| Corrosivity | No known effect. |
| Sensitization | This product has been evaluated for dermal sensitization and no adverse health effects are expected from the use of the finished product. |
| Germ cell mutagenicity | No known effect. |
| Carcinogenicity | No known effect. |

**Numerical measures of toxicity**

| | |
|---|---|
| Reproductive toxicity | No known effect. |
| Developmental Toxicity | No known effect. |
| Teratogenicity | No known effect. |
| STOT - single exposure | No known effect. |
| STOT - repeated exposure | No known effect. |
| Chronic toxicity | No known effect. |
| Target Organ Effects | No known effect. |
| Neurological effects | No known effect. |
| Other adverse effects | No known effect. |
| Aspiration hazard | No known effect. |

**\*This product has been evaluated against the applicable toxicological health hazards and no adverse health effects are expected from the use of this finished product.**

| 12. ECOLOGICAL INFORMATION |
|:---:|

**Ecotoxicity**

Available upon request

**Persistence and degradability**
Available upon request.

**Bioaccumulation**
Available upon request.

**Mobility**
Available upon request.

_____

EXHIBIT B

**SDS Code:  NA-10571-075**

___

<u>Other adverse effects</u>
Available upon request

| 13. DISPOSAL CONSIDERATIONS |
|---|

**Waste treatment methods**

**Disposal of wastes**          Disposal should be in accordance with applicable regional, national and local laws and
                               regulations.

| 14. TRANSPORT INFORMATION |
|---|

<u>DOT</u>
| | | |
|---|---|---|
| **14.1** | **UN/ID no.** | Not regulated |
| **14.2** | **Proper shipping name** | Not regulated |
| **14.3** | **Hazard Class** | Not regulated |
| **14.4** | **Packing Group** | Not regulated |
| **14.5** | **Special Provisions** | Not regulated |

<u>TDG</u>
| | | |
|---|---|---|
| **14.1** | **UN/ID no.** | Not regulated |
| **14.2** | **Proper shipping name** | Not regulated |
| **14.3** | **Hazard Class** | Not regulated |
| **14.4** | **Packing Group** | Not regulated |
| **14.5** | **Special Provisions** | Not regulated |

<u>IMDG</u>
| | | |
|---|---|---|
| **14.1** | **UN/ID no.** | Not regulated |
| **14.2** | **Proper shipping name** | Not regulated |
| **14.3** | **Hazard Class** | Not regulated |
| **14.4** | **Packing Group** | Not regulated |
| **14.5** | **Marine pollutant** | Not applicable |
| **14.6** | **Special Provisions** | None |
| **14.7** | **Transport in bulk according to Annex II of MARPOL 73/78 and the IBC Code** | No information available |

<u>ICAO TI IATA</u>
| | | |
|---|---|---|
| **14.1** | **UN/ID no.** | Not regulated |
| **14.2** | **Proper shipping name** | Not regulated |
| **14.3** | **Hazard Class** | Not regulated |
| **14.4** | **Packing Group** | Not regulated |
| **14.5** | **Environmental hazard** | Not applicable |
| **14.6** | **Special Provisions** | None |

| 15. REGULATORY INFORMATION |
|---|

**International Inventories**
| | |
|---|---|
| **TSCA** | Not Listed |
| **DSL/NDSL** | Not Listed |
| **EINECS/ELINCS** | Not Listed |
| **ENCS** | Not Listed |
| **IECSC** | Not Listed |
| **KECL** | Not Listed |
| **PICCS** | Not Listed |
| **AICS** | Not Listed |

**Legend:**
**TSCA** - United States Toxic Substances Control Act Section 8(b) Inventory
**DSL/NDSL** - Canadian Domestic Substances List/Non-Domestic Substances List

___

EXHIBIT B

SDS Code: NA-10571-075

---

**EINECS/ELINCS** - European Inventory of Existing Chemical Substances/European List of Notified Chemical Substances
**ENCS** - Japan Existing and New Chemical Substances
**IECSC** - China Inventory of Existing Chemical Substances
**KECL** - Korean Existing and Evaluated Chemical Substances
**PICCS** - Philippines Inventory of Chemicals and Chemical Substances
**AICS** - Australian Inventory of Chemical Substances

## US Federal Regulations

### SARA 313

Section 313 of Title III of the Superfund Amendments and Reauthorization Act of 1986 (SARA).  This product does not contain any chemicals which are subject to the reporting requirements of the Act and Title 40 of the Code of Federal Regulations, Part 372

### SARA 311/312 Hazard Categories

| | |
|---|---|
| **Acute health hazard** | No |
| **Chronic Health Hazard** | No |
| **Fire hazard** | No |
| **Sudden release of pressure hazard** | No |
| **Reactive Hazard** | No |

### CWA (Clean Water Act)

This product contains the following substances which are regulated pollutants pursuant to the Clean Water Act (40 CFR 122.21 and 40 CFR 122.42)

### CERCLA

This material, as supplied, contains one or more substances regulated as a hazardous substance under the Comprehensive Environmental Response Compensation and Liability Act (CERCLA) (40 CFR 302)

## US State Regulations

### California Proposition 65

This product is not subject to warning labeling under California Proposition 65

### U.S. State Right-to-Know Regulations

| Chemical Name | New Jersey | Massachusetts | Pennsylvania |
|---|---|---|---|
| Glycerin 56-81-5 | X | X | X |
| Mineral Oil 8020-83-5 | - | - | X |

### U.S. EPA Label Information

**EPA Pesticide Registration Number**  Not applicable

## 16. OTHER INFORMATION, INCLUDING DATE OF PREPARATION OF THE LAST REVISION

| | |
|---|---|
| **Issue Date** | 16-Jun-2015 |
| **Preparation Date:** | 18-Jun-2015 |

### Disclaimer

**The information and recommendations contained herein are based upon tests believed to be reliable. However, Johnson and Johnson does not guarantee their accuracy or completeness nor shall any of this information constitute a warranty, whether expressed or implied, as to the safety of the goods, the merchantability of the good, or the fitness of the goods for a particular purpose. Adjustment to conform to actual conditions of usage may be required. Johnson and Johnson assumes no responsibility for results obtained or for incidental or consequential damages, including lost profits arising from the use of these data. No warranty against infringement of any patent, copyright or trademark is made or implied.**

---

EXHIBIT B

**SDS Code:  NA-10571-075**

**End of Safety Data Sheet**



# SAFETY DATA SHEET

**Issue Date**  01-Jul-2015

## 1. IDENTIFICATION

**Product identifier**

| | |
|---|---|
| **Product Name** | Johnson's Baby Shampoo |
| **Specification No.** | PR-013216 |
| **Pure substance/mixture** | Mixture |

**Other means of identification**

| | |
|---|---|
| **Product Code** | NA-12647-077 |

**Recommended use of the chemical and restrictions on use**

| | |
|---|---|
| **Recommended Use** | Personal care. |
| **Uses advised against** | None known |

**Details of the supplier of the safety data sheet**

| | |
|---|---|
| **Supplier Address** | Johnson & Johnson Consumer Companies Inc.<br>199 Grandview Road, Skillman, New Jersey<br>08558<br>Canada: 1-877-223-9807 USA: 1800-361-8068 |
| **Emergency telephone number** | Call 3E company at 1-877-236-9871. Provide Technician with the following tracking code: 2277, Hours Open: 24 hours emergency assistance |

## 2. HAZARDS IDENTIFICATION

**Classification**

**OSHA Regulatory Status**

This chemical is not considered hazardous by the 2012 OSHA Hazard Communication Standard (29 CFR 1910.1200)

**Label elements**

**Emergency Overview**

**Hazard statements**
None

**Precautionary Statements - Prevention**
None

**Precautionary Statements - Response**
None

**Precautionary Statements - Storage**

EXHIBIT B

SDS Code:  NA-12647-077

___

None

**Precautionary Statements - Disposal**
None

**Hazards not otherwise classified (HNOC)**
Not applicable

**Other Information**
None

| 3. COMPOSITION/INFORMATION ON INGREDIENTS |
|:---:|

**Mixture**

| Chemical Name | CAS No. | Weight-% | Trade Secret |
|---|---|---|---|
| Cocamidopropyl Betaine | 61789-40-0 | 1 - 5 | * |

| 4. FIRST AID MEASURES |
|:---:|

**Description of first aid measures**

| | |
|---|---|
| **Eye contact** | It is unlikely that emergency treatment will be required.  If adversed effects occur, rinse immediately with plenty of water.  If irritation persists, seek medical advice/attention. |
| **Skin contact** | In the case of skin irritation or allergic reactions see a physician. |
| **Inhalation** | It is unlikely that emergency treatment will be required. If adverse effects occur, remove to uncomtaminated area. If discomfort persists, contact a physcian. |
| **Ingestion** | Not an expected route of exposure. If swallowed, do not induce vomiting: seek medical advice immediately and show this container or label. |

**Most important symptoms and effects, both acute and delayed**

| | |
|---|---|
| **Symptoms** | No information available. |

**Indication of any immediate medical attention and special treatment needed**

| | |
|---|---|
| **Note to physicians** | Treat symptomatically. |

| 5. FIRE-FIGHTING MEASURES |
|:---:|

**Suitable extinguishing media**

Use extinguishing measures that are appropriate to local circumstances and the surrounding environment.

    **Unsuitable extinguishing media**  None known

**Specific hazards arising from the chemical**

None known

    **Explosion data**

    **Sensitivity to Mechanical Impact** None

    **Sensitivity to Static Discharge**  None

___

EXHIBIT B

SDS Code:  NA-12647-077

---

**Protective equipment and precautions for firefighters**

As in any fire, wear self-contained breathing apparatus pressure-demand, MSHA/NIOSH (approved or equivalent) and full protective gear.

## 6. ACCIDENTAL RELEASE MEASURES

**Personal precautions, protective equipment and emergency procedures**

**Personal precautions**            No special precautions are needed in handling this material. See section 8.

**Environmental precautions**

**Environmental precautions**       Do not allow into any sewer, on the ground or into any body of water.

**Methods and material for containment and cleaning up**

**Methods for cleaning up**         Wipe up with absorbent material (eg. cloth, fleece). Collect spillage.

## 7. HANDLING AND STORAGE

**Precautions for safe handling**

**Advice on safe handling**         No special precautions are needed in handling this material. See section 8.

**Conditions for safe storage, including any incompatibilities**

**Storage Conditions**              Store in accordance with:. Product packaging.

**Incompatible materials**          None known based on information supplied.

## 8. EXPOSURE CONTROLS/PERSONAL PROTECTION

**Control parameters**

**Exposure Guidelines**                  .

*ACGIH TLV: American Conference of Governmental Industrial Hygienists - Threshold Limit Value*
*OSHA PEL: Occupational Safety and Health Administration - Permissible Exposure Limits*
*NIOSH IDLH  Immediately Dangerous to Life or Health*

**Appropriate engineering controls**

   **Engineering Controls**        None.

**Individual protection measures, such as personal protective equipment**

   **Eye/face protection**          None.

   **Skin and body protection**     None.

   **Respiratory protection**       None.

**General Hygiene Considerations**   Handle in accordance with good industrial hygiene and safety practice.

## 9. PHYSICAL AND CHEMICAL PROPERTIES

**Information on basic physical and chemical properties**

**Physical state**                  liquid

---

EXHIBIT B

SDS Code:  NA-12647-077

---

| **Appearance** | Liquid | **Odor** | Fruity Floral |
| **Color** | light yellow | **Odor threshold** | No information available |

| <u>Property</u> | <u>Values</u> | <u>Remarks • Method</u> |
|---|---|---|
| **pH** | 4.8 - 5.8 | |
| **Melting point / freezing point** | No information available | |
| **Boiling point / boiling range** | No information available | |
| **Flash point** | No information available | |
| **Evaporation rate** | No information available | |
| **Flammability (solid, gas)** | No information available | |
| **Flammability Limit in Air** | | |
|    **Upper flammability limit:** | No information available | |
|    **Lower flammability limit:** | No information available | |
| **Vapor pressure** | No information available | |
| **Vapor density** | No information available | |
| **Relative density** | No information available | |
| **Water solubility** | Soluble in water | |
| **Solubility in other solvents** | No information available | |
| **Partition coefficient** | No information available | |
| **Autoignition temperature** | No information available | |
| **Decomposition temperature** | No information available | |
| **Kinematic viscosity** | No information available | |
| **Dynamic viscosity** | No information available | |
| **Explosive properties** | No information available | |
| **Oxidizing properties** | No information available | |

**Other Information**

| **Softening point** | No information available |
| **Molecular weight** | No information available |
| **VOC Content (%)** | No information available |
| **Density** | No information available |
| **Bulk density** | No information available |

## 10. STABILITY AND REACTIVITY

**Reactivity**

None under normal use conditions

**Chemical stability**

Stable under recommended storage conditions

**Possibility of Hazardous Reactions**

   **Hazardous polymerization**   None under normal processing.

**Conditions to avoid**

None under normal processing

**Incompatible materials**

None known

**Hazardous Decomposition Products**

None under normal use conditions

## 11. TOXICOLOGICAL INFORMATION

---

EXHIBIT B

SDS Code:  NA-12647-077

_____

**Information on likely routes of exposure**

| | |
|---|---|
| **Inhalation** | No known effect |
| **Eye contact** | No known effect |
| **Skin contact** | No known effect |
| **Ingestion** | No known effect |

**Delayed and immediate effects as well as chronic effects from short and long-term exposure**

| | |
|---|---|
| **Skin corrosion/irritation** | No known effect. |
| **Serious eye damage/eye irritation** | No known effect. |
| **Irritation** | No known effect |
| **Corrosivity** | No known effect. |
| **Sensitization** | No known effect. |
| **Germ cell mutagenicity** | No known effect. |
| **Carcinogenicity** | No known effect. |

**Numerical measures of toxicity**

| | |
|---|---|
| **Reproductive toxicity** | No known effect. |
|    **Developmental Toxicity** | No known effect. |
|    **Teratogenicity** | No known effect. |
| **STOT - single exposure** | No known effect. |
| **STOT - repeated exposure** | No known effect. |
|    **Chronic toxicity** | No known effect. |
|    **Target Organ Effects** | No known effect. |
|    **Neurological effects** | No known effect. |
|    **Other adverse effects** | No known effect. |
| **Aspiration hazard** | No known effect. |

**\*This product has been evaluated against the applicable toxicological health hazards and no adverse health effects are expected from the use of this finished product.**

## 12. ECOLOGICAL INFORMATION

**Ecotoxicity**

Available upon request

**Persistence and degradability**
Available upon request.

**Bioaccumulation**
Available upon request.

**Mobility**
Available upon request.

**Other adverse effects**
Available upon request

## 13. DISPOSAL CONSIDERATIONS

**Waste treatment methods**

**Disposal of wastes**          Disposal should be in accordance with applicable regional, national and local laws and regulations.

## 14. TRANSPORT INFORMATION

_____

EXHIBIT B

SDS Code:  NA-12647-077

---

**DOT**

| | |
|---|---|
| **14.1 UN/ID no.** | Not regulated |
| **14.2 Proper shipping name** | Not regulated |
| **14.3 Hazard Class** | Not regulated |
| **14.4 Packing Group** | Not regulated |
| **14.5 Special Provisions** | Not regulated |

**TDG**

| | |
|---|---|
| **14.1 UN/ID no.** | Not regulated |
| **14.2 Proper shipping name** | Not regulated |
| **14.3 Hazard Class** | Not regulated |
| **14.4 Packing Group** | Not regulated |
| **14.5 Special Provisions** | Not regulated |

**IMDG**

| | |
|---|---|
| **14.1 UN/ID no.** | Not regulated |
| **14.2 Proper shipping name** | Not regulated |
| **14.3 Hazard Class** | Not regulated |
| **14.4 Packing Group** | Not regulated |
| **14.5 Marine pollutant** | Not applicable |
| **14.6 Special Provisions** | None |
| **14.7 Transport in bulk according to Annex II of MARPOL 73/78 and the IBC Code** | No information available |

**ICAO TI IATA**

| | |
|---|---|
| **14.1 UN/ID no.** | Not regulated |
| **14.2 Proper shipping name** | Not regulated |
| **14.3 Hazard Class** | Not regulated |
| **14.4 Packing Group** | Not regulated |
| **14.5 Environmental hazard** | Not applicable |
| **14.6 Special Provisions** | None |

---

## 15. REGULATORY INFORMATION

**International Inventories**

| | |
|---|---|
| **TSCA** | Not Listed |
| **DSL/NDSL** | Not Listed |
| **EINECS/ELINCS** | Not Listed |
| **ENCS** | Not Listed |
| **IECSC** | Not Listed |
| **KECL** | Not Listed |
| **PICCS** | Not Listed |
| **AICS** | Not Listed |

**Legend:**
**TSCA** - United States Toxic Substances Control Act Section 8(b) Inventory
**DSL/NDSL** - Canadian Domestic Substances List/Non-Domestic Substances List
**EINECS/ELINCS** - European Inventory of Existing Chemical Substances/European List of Notified Chemical Substances
**ENCS** - Japan Existing and New Chemical Substances
**IECSC** - China Inventory of Existing Chemical Substances
**KECL** - Korean Existing and Evaluated Chemical Substances
**PICCS** - Philippines Inventory of Chemicals and Chemical Substances
**AICS** - Australian Inventory of Chemical Substances

**US Federal Regulations**

**SARA 313**
Section 313 of Title III of the Superfund Amendments and Reauthorization Act of 1986 (SARA).  This product does not contain any chemicals which are subject to the reporting requirements of the Act and Title 40 of the Code of Federal Regulations, Part 372

---

EXHIBIT B

SDS Code:  NA-12647-077

_____

**SARA 311/312 Hazard Categories**
   **Acute health hazard**                                        No
   **Chronic Health Hazard**                          No
   **Fire hazard**                                             No
   **Sudden release of pressure hazard**     No
   **Reactive Hazard**                                No

**CWA (Clean Water Act)**
This product contains the following substances which are regulated pollutants pursuant to the Clean Water Act (40 CFR 122.21 and 40 CFR 122.42)

**CERCLA**
This material, as supplied, contains one or more substances regulated as a hazardous substance under the Comprehensive Environmental Response Compensation and Liability Act (CERCLA) (40 CFR 302)

**US State Regulations**

**California Proposition 65**
This product is not subject to warning labeling under California Proposition 65

**U.S. State Right-to-Know**
**Regulations**

**U.S. EPA Label Information**

**EPA Pesticide Registration Number**  Not applicable

| 16. OTHER INFORMATION, INCLUDING DATE OF PREPARATION OF THE LAST REVISION |
|---|

**Issue Date**                        01-Jul-2015
**Preparation Date:**              01-Jul-2015

**Disclaimer**
**The information and recommendations contained herein are based upon tests believed to be reliable. However, Johnson and Johnson does not guarantee their accuracy or completeness nor shall any of this information constitute a warranty, whether expressed or implied, as to the safety of the goods, the merchantability of the good, or the fitness of the goods for a particular purpose. Adjustment to conform to actual conditions of usage may be required. Johnson and Johnson assumes no responsibility for results obtained or for incidental or consequential damages, including lost profits arising from the use of these data. No warranty against infringement of any patent, copyright or trademark is made or implied.**

<div align="center"><span style="color:red">**End of Safety Data Sheet**</span></div>

_____

EXHIBIT B



# SAFETY DATA SHEET

**Issue Date** 01-Jul-2015

## 1. IDENTIFICATION

**Product identifier**

| | |
|---|---|
| **Product Name** | Johnson's Baby Shampoo |
| **Specification No.** | PR-013216 |
| **Pure substance/mixture** | Mixture |

**Other means of identification**

| | |
|---|---|
| **Product Code** | NA-12647-077 |

**Recommended use of the chemical and restrictions on use**

| | |
|---|---|
| **Recommended Use** | Personal care. |
| **Uses advised against** | None known |

**Details of the supplier of the safety data sheet**

| | |
|---|---|
| **Supplier Address** | Johnson & Johnson Consumer Companies Inc.<br>199 Grandview Road, Skillman, New Jersey<br>08558<br>Canada: 1-877-223-9807 USA: 1800-361-8068 |
| **Emergency telephone number** | Call 3E company at 1-877-236-9871. Provide Technician with the following tracking code: 2277, Hours Open: 24 hours emergency assistance |

## 2. HAZARDS IDENTIFICATION

**Classification**

**OSHA Regulatory Status**
This chemical is not considered hazardous by the 2012 OSHA Hazard Communication Standard (29 CFR 1910.1200)

**Label elements**

**Emergency Overview**

**Hazard statements**
None

**Precautionary Statements - Prevention**
None

**Precautionary Statements - Response**
None

**Precautionary Statements - Storage**

---

EXHIBIT B

SDS Code:  NA-12647-077

---

None

**Precautionary Statements - Disposal**
None

<u>**Hazards not otherwise classified (HNOC)**</u>
Not applicable

<u>**Other Information**</u>
None

---

## 3. COMPOSITION/INFORMATION ON INGREDIENTS

<u>**Mixture**</u>

| Chemical Name | CAS No. | Weight-% | Trade Secret |
|---|---|---|---|
| Cocamidopropyl Betaine | 61789-40-0 | 1 - 5 | * |

## 4. FIRST AID MEASURES

<u>**Description of first aid measures**</u>

**Eye contact**           It is unlikely that emergency treatment will be required.  If adversed effects occur, rinse immediately with plenty of water.  If irritation persists, seek medical advice/attention.

**Skin contact**          In the case of skin irritation or allergic reactions see a physician.

**Inhalation**            It is unlikely that emergency treatment will be required. If adverse effects occur, remove to uncomtaminated area. If discomfort persists, contact a physcian.

**Ingestion**             Not an expected route of exposure. If swallowed, do not induce vomiting: seek medical advice immediately and show this container or label.

<u>**Most important symptoms and effects, both acute and delayed**</u>

**Symptoms**              No information available.

<u>**Indication of any immediate medical attention and special treatment needed**</u>

**Note to physicians**    Treat symptomatically.

## 5. FIRE-FIGHTING MEASURES

<u>**Suitable extinguishing media**</u>

Use extinguishing measures that are appropriate to local circumstances and the surrounding environment.

   **Unsuitable extinguishing media**  None known

<u>**Specific hazards arising from the chemical**</u>

None known

   <u>**Explosion data**</u>

   **Sensitivity to Mechanical Impact** None

   **Sensitivity to Static Discharge**  None

---

EXHIBIT B

SDS Code: NA-12647-077

---

**Protective equipment and precautions for firefighters**

As in any fire, wear self-contained breathing apparatus pressure-demand, MSHA/NIOSH (approved or equivalent) and full protective gear.

## 6. ACCIDENTAL RELEASE MEASURES

**Personal precautions, protective equipment and emergency procedures**

| | |
|---|---|
| **Personal precautions** | No special precautions are needed in handling this material. See section 8. |

**Environmental precautions**

| | |
|---|---|
| **Environmental precautions** | Do not allow into any sewer, on the ground or into any body of water. |

**Methods and material for containment and cleaning up**

| | |
|---|---|
| **Methods for cleaning up** | Wipe up with absorbent material (eg. cloth, fleece). Collect spillage. |

## 7. HANDLING AND STORAGE

**Precautions for safe handling**

| | |
|---|---|
| **Advice on safe handling** | No special precautions are needed in handling this material. See section 8. |

**Conditions for safe storage, including any incompatibilities**

| | |
|---|---|
| **Storage Conditions** | Store in accordance with:. Product packaging. |
| **Incompatible materials** | None known based on information supplied. |

## 8. EXPOSURE CONTROLS/PERSONAL PROTECTION

**Control parameters**

**Exposure Guidelines** .

*ACGIH TLV: American Conference of Governmental Industrial Hygienists - Threshold Limit Value*
*OSHA PEL: Occupational Safety and Health Administration - Permissible Exposure Limits*
*NIOSH IDLH  Immediately Dangerous to Life or Health*

**Appropriate engineering controls**

| | |
|---|---|
| **Engineering Controls** | None. |

**Individual protection measures, such as personal protective equipment**

| | |
|---|---|
| **Eye/face protection** | None. |
| **Skin and body protection** | None. |
| **Respiratory protection** | None. |
| **General Hygiene Considerations** | Handle in accordance with good industrial hygiene and safety practice. |

## 9. PHYSICAL AND CHEMICAL PROPERTIES

**Information on basic physical and chemical properties**

| | |
|---|---|
| **Physical state** | liquid |

---

EXHIBIT B

SDS Code:  NA-12647-077

---

| **Appearance** | Liquid | **Odor** | Fruity Floral |
|---|---|---|---|
| **Color** | light yellow | **Odor threshold** | No information available |

| **Property** | **Values** | **Remarks • Method** |
|---|---|---|
| **pH** | 4.8 - 5.8 | |
| **Melting point / freezing point** | No information available | |
| **Boiling point / boiling range** | No information available | |
| **Flash point** | No information available | |
| **Evaporation rate** | No information available | |
| **Flammability (solid, gas)** | No information available | |
| **Flammability Limit in Air** | | |
|    **Upper flammability limit:** | No information available | |
|    **Lower flammability limit:** | No information available | |
| **Vapor pressure** | No information available | |
| **Vapor density** | No information available | |
| **Relative density** | No information available | |
| **Water solubility** | Soluble in water | |
| **Solubility in other solvents** | No information available | |
| **Partition coefficient** | No information available | |
| **Autoignition temperature** | No information available | |
| **Decomposition temperature** | No information available | |
| **Kinematic viscosity** | No information available | |
| **Dynamic viscosity** | No information available | |
| **Explosive properties** | No information available | |
| **Oxidizing properties** | No information available | |

**Other Information**

| **Softening point** | No information available |
|---|---|
| **Molecular weight** | No information available |
| **VOC Content (%)** | No information available |
| **Density** | No information available |
| **Bulk density** | No information available |

## 10. STABILITY AND REACTIVITY

**Reactivity**

None under normal use conditions

**Chemical stability**

Stable under recommended storage conditions

**Possibility of Hazardous Reactions**

   **Hazardous polymerization**   None under normal processing.

**Conditions to avoid**

None under normal processing

**Incompatible materials**

None known

**Hazardous Decomposition Products**

None under normal use conditions

## 11. TOXICOLOGICAL INFORMATION

---

EXHIBIT B

SDS Code:  NA-12647-077

---

**Information on likely routes of exposure**

| | |
|---|---|
| **Inhalation** | No known effect |
| **Eye contact** | No known effect |
| **Skin contact** | No known effect |
| **Ingestion** | No known effect |

**Delayed and immediate effects as well as chronic effects from short and long-term exposure**

| | |
|---|---|
| **Skin corrosion/irritation** | No known effect. |
| **Serious eye damage/eye irritation** | No known effect. |
| **Irritation** | No known effect |
| **Corrosivity** | No known effect. |
| **Sensitization** | No known effect. |
| **Germ cell mutagenicity** | No known effect. |
| **Carcinogenicity** | No known effect. |

**Numerical measures of toxicity**

| | |
|---|---|
| **Reproductive toxicity** | No known effect. |
|    **Developmental Toxicity** | No known effect. |
|    **Teratogenicity** | No known effect. |
| **STOT - single exposure** | No known effect. |
| **STOT - repeated exposure** | No known effect. |
|    **Chronic toxicity** | No known effect. |
|    **Target Organ Effects** | No known effect. |
|    **Neurological effects** | No known effect. |
|    **Other adverse effects** | No known effect. |
| **Aspiration hazard** | No known effect. |

**\*This product has been evaluated against the applicable toxicological health hazards and no adverse health effects are expected from the use of this finished product.**

## 12. ECOLOGICAL INFORMATION

**Ecotoxicity**

Available upon request

**Persistence and degradability**
Available upon request.

**Bioaccumulation**
Available upon request.

**Mobility**
Available upon request.

**Other adverse effects**
Available upon request

## 13. DISPOSAL CONSIDERATIONS

**Waste treatment methods**

**Disposal of wastes**  Disposal should be in accordance with applicable regional, national and local laws and regulations.

## 14. TRANSPORT INFORMATION

---

EXHIBIT B

SDS Code:  NA-12647-077

---

**DOT**

| | |
|---|---|
| **14.1 UN/ID no.** | Not regulated |
| **14.2 Proper shipping name** | Not regulated |
| **14.3 Hazard Class** | Not regulated |
| **14.4 Packing Group** | Not regulated |
| **14.5 Special Provisions** | Not regulated |

**TDG**

| | |
|---|---|
| **14.1 UN/ID no.** | Not regulated |
| **14.2 Proper shipping name** | Not regulated |
| **14.3 Hazard Class** | Not regulated |
| **14.4 Packing Group** | Not regulated |
| **14.5 Special Provisions** | Not regulated |

**IMDG**

| | |
|---|---|
| **14.1 UN/ID no.** | Not regulated |
| **14.2 Proper shipping name** | Not regulated |
| **14.3 Hazard Class** | Not regulated |
| **14.4 Packing Group** | Not regulated |
| **14.5 Marine pollutant** | Not applicable |
| **14.6 Special Provisions** | None |
| **14.7 Transport in bulk according to Annex II of MARPOL 73/78 and the IBC Code** | No information available |

**ICAO TI IATA**

| | |
|---|---|
| **14.1 UN/ID no.** | Not regulated |
| **14.2 Proper shipping name** | Not regulated |
| **14.3 Hazard Class** | Not regulated |
| **14.4 Packing Group** | Not regulated |
| **14.5 Environmental hazard** | Not applicable |
| **14.6 Special Provisions** | None |

## 15. REGULATORY INFORMATION

**International Inventories**

| | |
|---|---|
| **TSCA** | Not Listed |
| **DSL/NDSL** | Not Listed |
| **EINECS/ELINCS** | Not Listed |
| **ENCS** | Not Listed |
| **IECSC** | Not Listed |
| **KECL** | Not Listed |
| **PICCS** | Not Listed |
| **AICS** | Not Listed |

**Legend:**
**TSCA** - United States Toxic Substances Control Act Section 8(b) Inventory
**DSL/NDSL** - Canadian Domestic Substances List/Non-Domestic Substances List
**EINECS/ELINCS** - European Inventory of Existing Chemical Substances/European List of Notified Chemical Substances
**ENCS** - Japan Existing and New Chemical Substances
**IECSC** - China Inventory of Existing Chemical Substances
**KECL** - Korean Existing and Evaluated Chemical Substances
**PICCS** - Philippines Inventory of Chemicals and Chemical Substances
**AICS** - Australian Inventory of Chemical Substances

**US Federal Regulations**

**SARA 313**
Section 313 of Title III of the Superfund Amendments and Reauthorization Act of 1986 (SARA).  This product does not contain any chemicals which are subject to the reporting requirements of the Act and Title 40 of the Code of Federal Regulations, Part 372

SDS Code:  NA-12647-077

_____

**SARA 311/312 Hazard Categories**
    **Acute health hazard**                          No
    **Chronic Health Hazard**              No
    **Fire hazard**                                  No
    **Sudden release of pressure hazard**    No
    **Reactive Hazard**                    No

**CWA (Clean Water Act)**
This product contains the following substances which are regulated pollutants pursuant to the Clean Water Act (40 CFR 122.21 and 40 CFR 122.42)

**CERCLA**
This material, as supplied, contains one or more substances regulated as a hazardous substance under the Comprehensive Environmental Response Compensation and Liability Act (CERCLA) (40 CFR 302)

**US State Regulations**

**California Proposition 65**
This product is not subject to warning labeling under California Proposition 65

**U.S. State Right-to-Know Regulations**

**U.S. EPA Label Information**

**EPA Pesticide Registration Number**  Not applicable

| 16. OTHER INFORMATION, INCLUDING DATE OF PREPARATION OF THE LAST REVISION |
| --- |

**Issue Date**                          01-Jul-2015
**Preparation Date:**            01-Jul-2015

**Disclaimer**
**The information and recommendations contained herein are based upon tests believed to be reliable. However, Johnson and Johnson does not guarantee their accuracy or completeness nor shall any of this information constitute a warranty, whether expressed or implied, as to the safety of the goods, the merchantability of the good, or the fitness of the goods for a particular purpose. Adjustment to conform to actual conditions of usage may be required. Johnson and Johnson assumes no responsibility for results obtained or for incidental or consequential damages, including lost profits arising from the use of these data. No warranty against infringement of any patent, copyright or trademark is made or implied.**

<p align="center"><span style="color:red">**End of Safety Data Sheet**</span></p>

_____

EXHIBIT B



**Johnson & Johnson**
CONSUMER PRODUCTS COMPANY
Division of Johnson & Johnson Consumer Companies, Inc.

# Material Safety Data Sheet

**Product code:** JJCUS11243-089
**Revision date:** 11-03-2008

| 1. IDENTIFICATION OF THE SUBSTANCE/PREPARATION AND THE COMPANY/UNDERTAKING |
| --- |

**Supplier:**
Johnson and Johnson Consumer Companies, Inc.
199 Grandview Road
Distributor
Skillman, NJ
08558-9418

| | |
| --- | --- |
| **Customer service telephone:** | 1-866-565-2229 |
| **Emergency telephone number:** | For 24-hour emergency assistance, call the 3E Company at 1 (877) 236-9871. Provide the technician with the following product tracking code: 2277. |

| | |
| --- | --- |
| **Product name:** | JOHNSON'S® BABY HEAD-TO-TOE PUMP FOAMER |
| **Product code:** | JJCUS11243-089 |
| **Formula:** | #11243-089 |
| **Identified use:** | For external use only. |

## 2. HAZARDS IDENTIFICATION

**Emergency overview:** This product formulation contains no ingredients at their given percentages that are considered hazardous to your health.

**Properties affecting health:** There are no known properties to affect one's health.

This material is not a controlled product under WHMIS

**Principle routes of exposure**
| | |
| --- | --- |
| **Eye Contact:** | No effects expected. |
| **Skin contact:** | No effects expected. |
| **Ingestion:** | Not Available |
| **Inhalation:** | Not Available |

**Physico-chemical properties:** No hazards resulting from the material as supplied

**Hazard information:**
| | |
| --- | --- |
| **Target Organ(s)** | No significant organ toxicity expected. |
| **Reproductive effects:** | No effects expected. |
| **Mutagenic effects:** | No effects expected. |
| **Sensitization:** | Sensitization is not expected. |

**Signs and symptoms:** None.

**Medical conditions aggravated by exposure:** None known.

## 3. COMPOSITION/INFORMATION ON INGREDIENTS

This product formulation contains no ingredients at their given percentages that are considered hazardous to your health.

| Components | CAS Number | Synonyms | Weight % |
| --- | --- | --- | --- |
| Cocamidopropyl Betaine | 61789-40-0 | | 1-5 |

## 4. FIRST AID MEASURES

**Eye contact:**                     In the case of contact with eyes, rinse immediately with plenty of water for 15 minutes and seek medical attention.

**Skin contact:**                    In the case of skin irritation or allergic reactions see a physician.

**Ingestion:**                       If ingested, seek medical attention immediately and show the label.

**Inhalation:**                      Move to fresh air immediately. If experiencing difficulty breathing, seek medical attention.

**Protection of first-aiders:**      Wear suitable gloves and eye/face protection.

## 5. FIRE-FIGHTING MEASURES

**Suitable extinguishing media:**                          Use any extinguishing media which is suitable for the surrounding fire.

**Extinguishing media which must not be used for safety reasons:**   None.

**Special protective equipment for firefighters:**         Wear self-contained breathing apparatus for fire fighting if necessary.

**Specific methods:**                                      None.

## 6. ACCIDENTAL RELEASE MEASURES

**Personal precautions:**        Ensure adequate ventilation.
**Environmental precautions:**   No special environmental precautions required.
**Methods for cleaning up:**     Wipe up with absorbent material (e.g. cloth, fleece).

## 7. HANDLING AND STORAGE

**Handling:**
    **Technical measures/precautions:**   No special technical protective measures required.
    **Safe handling advice:**             None under normal processing.

**Storage:**
    **Technical measures/storage conditions:**   Store per labeled instructions.
    **Incompatible products:**                   No special restrictions on storage with other products.

## 8. EXPOSURE CONTROLS / PERSONAL PROTECTION

**Engineering controls:**          Ensure adequate ventilation.

**Personal protective equipment**
    **Eye protection:**              Eye and face protection recommended when manufacturing product.
    **Hand protection:**             Protective gloves recommended when manufacturing product.
    **Skin and body protection**     Wear suitable protective clothing. Wear suitable gloves and eye/face protection.
    **Respiratory protection:**      None required.
    **Other/general protection:**    None required.

## 9. PHYSICAL AND CHEMICAL PROPERTIES

**General Information**

**Physical state:**       Liquid
**Color:**                Colorless to Light yellow

EXHIBIT B

**Odor:**                            Characteristic Odor

**Important Health Safety and Environmental Information**

**Flash point:**        Not determined        **Boiling point/range:**    No information available
**pH:**                 6.5                    **Water solubility:**       Soluble

**Other information**

**Explosivity:**                     None.

## 10. STABILITY AND REACTIVITY

**Chemical stability:**          Stable under recommended storage conditions.
**Materials to avoid:**          None known
**Conditions to avoid:**         None known.
**Hazardous polymerization:**    Hazardous polymerization does not occur.

## 11. TOXICOLOGICAL INFORMATION

**Acute toxicity**

**Eye contact**        Not available.

**Skin contact**       Not available.

**Ingestion**          Not available.

**Inhalation**         Not available.

| Components | LD50 Oral | LD50 Dermal | LC50 (mg/m$^3$) Inhalation | LC50 (ppm) Inhalation |
|---|---|---|---|---|
| Cocamidopropyl Betaine (1-5%) 61789-40-0 | = 4900 mg/kg Rat | | | |

**Sub-Chronic/Chronic Toxicity**
No repeat dose data available.

**Specific effects**

**Target Organ(s)**           No significant organ toxicity expected.
**Reproductive effects**      Not available.
**Developmental effects**     Not available.
**Carcinogenic effects**      Not expected to be carcinogenic.

**Genotoxic effects**         Not available.

## 12. ECOLOGICAL INFORMATION

**Ecotoxicity**

   **Ecotoxicity effects:**        No data is available on the product itself.

## 12. ECOLOGICAL INFORMATION

**Aquatic toxicity effects:**          No data is available on the product itself.

## 13. DISPOSAL CONSIDERATIONS

**Waste from residues / unused products:**          Waste disposal must be in accordance with appropriate US, Federal, State and International regulations. This product, if unaltered by use, may be disposed of by treatment at a permitted facility or as advised by your local hazardous waste regulatory authority.

**Contaminated packaging:**          None.

## 14. TRANSPORT INFORMATION

Product not regulated by DOT, IATA/ICAO, IMO/IMDG, ADR/RID, or TDG.

## 15. REGULATORY INFORMATION

**SARA (311, 312) hazard class**

| | |
|---|---|
| **Immediate health:** | None. |
| **Delayed health:** | None. |
| **Fire:** | None. |
| **Sudden Release of** | |
| **Pressure Hazard:** | None. |
| **Reactivity:** | None. |

**State Regulations**

**International Inventories**

| Components | TSCA | DSL | NDSL |
|---|---|---|---|
| Cocamidopropyl Betaine (1-5%) | X | X | Not Listed |

**WHMIS:**

| | |
|---|---|
| **WHMIS trade secret:** | None. |
| **WHMIS hazard class:** | None. |

**Notes:**
1.  SARA = Superfund Amendments and the Reauthorization Act.
2.  CERCLA = Comprehensive Environmental Response, Compensations and Liability Act.
3.  FIFRA = Federal Insecticide, Fungicide and Rodenticide Act.
4.  TSCA = Toxic Substance Control Act.
5.  WHMIS = Canadian Workplace Hazardous Materials Information System.
6.  This product has been classified in accordance with the hazard criteria of the Controlled Products Regulations (CPR) and the MSDS contains all of the information required by the CPR.

## 16. OTHER INFORMATION

**This data sheet contains changes from the previous version in section(s):**
None.

**MSDS format:**          • North American Format - U.S. and Canada
This Material Safety Data Sheet was prepared in accordance with ANSI Z400.1-2004.

**Disclaimer:**
The information and recommendations contained herein are based upon tests believed to be reliable.  However, Johnson and Johnson does not guarantee their accuracy or completeness NOR SHALL ANY OF THIS INFORMATION CONSTITUTE A WARRANTY, WHETHER EXPRESSED OR IMPLIED, AS TO THE SAFETY OF THE GOODS, THE MERCHANTABILITY OF THE GOODS, OR THE FITNESS OF THE GOODS FOR A PARTICULAR PURPOSE.  Adjustment to conform to actual conditions of usage may be required.  Johnson and Johnson assumes no responsibility for results obtained or for incidental or consequential damages, including lost profits arising from the use of these data.  No warranty against infringement of any patent, copyright or trademark is made or implied.

**End of Safety Data Sheet**



# Material Safety Data Sheet

**Product code:** JJCUS12641-067
**Revision date:** 07-10-2013

| 1. | IDENTIFICATION OF THE SUBSTANCE/PREPARATION AND THE COMPANY/UNDERTAKING |

**Supplier:**
Johnson and Johnson Consumer Companies, Inc.
199 Grandview Road
Skillman, NJ
08558-9418

| **Customer service telephone:** | 1-866-565-2229 |
| **Emergency telephone number:** | For 24-hour emergency assistance, call the 3E Company at  1 (877) 236-9871.  Provide the technician with the following product tracking code: 2277. |

| **Product name:** | For APR purpose only Johnson's® Baby Head-To-Toe Wash |
| **Product code:** | JJCUS12641-067 |
| **Formula:** | 12641-067 |
| **Identified use:** | For external use only. |

## 2. HAZARDS IDENTIFICATION

| **Emergency overview:** | This product formulation contains no ingredients at their given percentages that are considered hazardous to your health. |

| **Properties affecting health:** | There are no known properties to affect one's health. |

Drugs and cosmetics are not subject to the Hazardous Products Act (WHMIS).

**Principle routes of  exposure:**
| **Eye Contact:** | Contact with eyes may cause irritation. |
| **Skin contact:** | No effects expected. |
| **Ingestion:** | Not Available |
| **Inhalation:** | Not Available |

| **Physico-chemical properties:** | No hazards resulting from the material as supplied. |

**Hazard information:**
| **Target Organ(s)** | No significant organ toxicity expected. |
| **Reproductive effects:** | No effects expected. |
| **Mutagenic effects:** | No effects expected. |
| **Sensitization:** | Sensitization is not expected. |

| **Signs and symptoms:** | None. |

| **Medical conditions aggravated by exposure:** | None known. |

## 3. COMPOSITION/INFORMATION ON INGREDIENTS

**Hazardous Components**

| Components | CAS Number | Synonyms | Weight % |
|---|---|---|---|
| Cocamidopropyl Betaine | 61789-40-0 | | 1-5 |
| Sodium Trideceth Sulfate | 25446-78-0 | | 1-5 |

---

**Company:** Johnson & Johnson
**Product name:** For APR purpose only Johnson's® Baby Head-To-Toe Wash

**Product code:** JJCUS12641-067
**Page 1 of 5**

EXHIBIT B

## 4. FIRST AID MEASURES

**Eye contact:**      In the case of contact with eyes, rinse immediately with plenty of water for 15 minutes and seek medical attention.

**Skin contact:**      In the case of skin irritation or allergic reactions see a physician.

**Ingestion:**      If ingested, seek medical attention immediately and show the label.

**Inhalation:**      Move to fresh air immediately. If experiencing difficulty breathing, seek medical attention.

**Protection of first-aiders:**      Wear suitable gloves and eye/face protection.

## 5. FIRE-FIGHTING MEASURES

**Suitable extinguishing media:**      Use any extinguishing media which is suitable for the surrounding fire.

**Extinguishing media which must not be used for safety reasons:**      None.

**Special protective equipment for firefighters:**      Wear a self-contained breathing apparatus and full protective gear.

**Specific methods:**      None.

## 6. ACCIDENTAL RELEASE MEASURES

**Personal precautions:**      Ensure adequate ventilation.

**Environmental precautions:**      No special environmental precautions required.

**Methods for cleaning up:**      Wipe up with absorbent material (e.g. cloth, fleece).

## 7. HANDLING AND STORAGE

**Handling:**

     **Technical measures/precautions:**      No special technical protective measures required.

     **Safe handling advice:**      None under normal processing.

**Storage:**

     **Technical measures/storage conditions:**      Store according to labeled instructions.

     **Incompatible products:**      No special restrictions on storage with other products.

## 8. EXPOSURE CONTROLS / PERSONAL PROTECTION

**Engineering controls:**      Ensure adequate ventilation.

**Personal protective equipment**

     **Eye protection:**      Eye and face protection recommended when manufacturing product.

     **Hand protection:**      Protective gloves recommended when manufacturing product.

     **Skin and body protection:**      Wear suitable protective clothing, gloves and eye/face protection when manufacturing product.

     **Respiratory protection:**      None required.

     **Other/general protection:**      None required.

## 9. PHYSICAL AND CHEMICAL PROPERTIES

**General Information**

**Physical state:**      Liquid

**Appearance:**      Pale yellow to nearly colorless smooth liquid

---

**Company:** Johnson & Johnson

**Product name:** For APR purpose only Johnson's® Baby Head-To-Toe Wash

**Product code:** JJCUS12641-067

**Page 2 of 5**

EXHIBIT B

| | |
|---|---|
| **Color:** | Pale yellow/light gold to dark yellow: may darken with aging |
| **Odor:** | Characteristic fragrance: Floral, fruity |

**Important Health Safety and Environmental Information**

| | | | |
|---|---|---|---|
| **Flash point:** | Not determined. | **Boiling point/range:** | No information available. |
| **pH:** | 4.8 - 5.8 | **Water solubility:** | Soluble |

**Other information**

**Explosivity:** None.

# 10. STABILITY AND REACTIVITY

| | |
|---|---|
| **Chemical stability:** | Stable under recommended storage conditions. |
| **Materials to avoid:** | None known. |
| **Conditions to avoid:** | None known. |
| **Hazardous polymerization:** | Hazardous polymerization does not occur. |

# 11. TOXICOLOGICAL INFORMATION

**Acute toxicity**

| | |
|---|---|
| **Eye contact** | May cause eye irritation. |
| **Skin contact** | Not available. |
| **Ingestion** | Not available. |
| **Inhalation** | Not available. |

| Components | LD50 Oral | LD50 Dermal | LC50 (mg/m$^3$) Inhalation | LC50 (ppm) Inhalation |
|---|---|---|---|---|
| Cocamidopropyl Betaine (1-5%) 61789-40-0 | 4900 mg/kg | | | |

**Sub-Chronic/Chronic Toxicity**
No repeat dose data available.

**Specific effects**

| | |
|---|---|
| **Target Organ(s)** | No significant organ toxicity expected. |
| **Reproductive effects** | Not available. |
| **Developmental effects** | Not available. |
| **Carcinogenic effects** | Not expected to be carcinogenic. |
| **Genotoxic effects** | Not available. |

## 12. ECOLOGICAL INFORMATION

**Ecotoxicity**

| | |
|---|---|
| **Ecotoxicity effects:** | This product has no known eco-toxicological effects. |
| **Aquatic toxicity effects:** | This product has no known aquatic toxicological effects. |

## 13. DISPOSAL CONSIDERATIONS

| | |
|---|---|
| **Waste from residues / unused products:** | Waste disposal must be in accordance with appropriate US, Federal, State and International regulations. This product, if unaltered by use, may be disposed of by treatment at a permitted facility or as advised by your local hazardous waste regulatory authority. |
| **Contaminated packaging:** | None. |

## 14. TRANSPORT INFORMATION

Product not regulated by DOT, IATA/ICAO, IMO/IMDG, ADR/RID, or TDG.

## 15. REGULATORY INFORMATION

**SARA (311, 312) hazard class**

| | |
|---|---|
| **Immediate health:** | None. |
| **Delayed health:** | None. |
| **Fire:** | None. |
| **Sudden Release of Pressure Hazard:** | None. |
| **Reactivity:** | None. |

**State Regulations**

**International Inventories**

| Components | TSCA | DSL | NDSL |
|---|---|---|---|
| Cocamidopropyl Betaine (1-5%) | X | X | Not Listed |
| Sodium Trideceth Sulfate (1-5%) | X | X | Not Listed |

**WHMIS:**

| | |
|---|---|
| **WHMIS trade secret:** | None. |
| **WHMIS hazard class:** | Drugs and cosmetics are not subject to the Hazardous Products Act (WHMIS). |

**Notes:**
1. SARA = Superfund Amendments and the Reauthorization Act.
2. CERCLA = Comprehensive Environmental Response, Compensations and Liability Act.
3. FIFRA = Federal Insecticide, Fungicide and Rodenticide Act.
4. TSCA = Toxic Substance Control Act.
5. WHMIS = Canadian Workplace Hazardous Materials Information System.
6. This product has been classified in accordance with the hazard criteria of the Controlled Products Regulations (CPR) and the MSDS contains all of the information required by the CPR.

## 16. OTHER INFORMATION

**This data sheet contains changes from the previous version in section(s):**
None.

**Company:** Johnson & Johnson
**Product name:** For APR purpose only Johnson's® Baby Head-To-Toe Wash

**Product code:** JJCUS12641-067
**Page 4 of 5**

EXHIBIT B

**MSDS format:**                • North American Format - U.S. and Canada
                                  This Material Safety Data Sheet was prepared in accordance with ANSI Z400.1-2004.

**Disclaimer:**
The information and recommendations contained herein are based upon tests believed to be reliable.  However, Johnson and Johnson does not guarantee their accuracy or completeness NOR SHALL ANY OF THIS INFORMATION CONSTITUTE A WARRANTY, WHETHER EXPRESSED OR IMPLIED, AS TO THE SAFETY OF THE GOODS, THE MERCHANTABILITY OF THE GOODS, OR THE FITNESS OF THE GOODS FOR A PARTICULAR PURPOSE.  Adjustment to conform to actual conditions of usage may be required.  Johnson and Johnson assumes no responsibility for results obtained or for incidental or consequential damages, including lost profits arising from the use of these data.  No warranty against infringement of any patent, copyright or trademark is made or implied.

**End of Safety Data Sheet**

EXHIBIT B



**Johnson & Johnson**
CONSUMER PRODUCTS COMPANY
Division of Johnson & Johnson Consumer Companies, Inc.

# Material Safety Data Sheet

**Product code:** JJCUS-JJB11716-072
**Revision date:** 07-08-2009

## 1. IDENTIFICATION OF THE SUBSTANCE/PREPARATION AND THE COMPANY/UNDERTAKING

**Supplier:**
Johnson and Johnson Consumer Companies, Inc.
199 Grandview Road
Distributor
Skillman, NJ
08558-9418

| | |
|---|---|
| **Customer service telephone:** | 1-866-565-2229 |
| **Emergency telephone number:** | For 24-hour emergency assistance, call the 3E Company at  1 (877) 236-9871.  Provide the technician with the following product tracking code: 2277. |

| | |
|---|---|
| **Product name:** | JOHNSON'S® BABY HONEY APPLE BABY WASH |
| **Product code:** | JJCUS-JJB11716-072 |
| **Formula:** | #11716-072 |
| **Identified use:** | For external use only. |

## 2. HAZARDS IDENTIFICATION

**Emergency overview:**          Avoid contact with eyes.

**Properties affecting health:**     Avoid contact with eyes.

This material is not a controlled product under WHMIS

**Principle routes of  exposure:**
| | |
|---|---|
| **Eye Contact:** | Contact with eyes may cause irritation. |
| **Skin contact:** | No effects expected. |
| **Ingestion:** | Not Available |
| **Inhalation:** | Not Available |

**Physico-chemical properties:**     No hazards resulting from the material as supplied

**Hazard information:**
| | |
|---|---|
| **Target Organ(s)** | No significant organ toxicity expected. |
| **Reproductive effects:** | No effects expected. |
| **Mutagenic effects:** | No effects expected. |
| **Sensitization:** | Sensitization is not expected. |

**Signs and symptoms:**          None.

**Medical conditions**
**aggravated by exposure:**       None known.

## 3. COMPOSITION/INFORMATION ON INGREDIENTS

| Components | CAS Number | Synonyms | Weight % |
|---|---|---|---|
| Sodium Trideceth Sulfate | 25446-78-0 | | 1-5 |
| Cocamidopropyl Betaine | 61789-40-0 | | 1-5 |

EXHIBIT B

## 4. FIRST AID MEASURES

**Eye contact:** In the case of contact with eyes, rinse immediately with plenty of water for 15 minutes and seek medical attention.

**Skin contact:** In the case of skin irritation or allergic reactions see a physician.

**Ingestion:** If ingested, seek medical attention immediately and show the label.

**Inhalation:** Move to fresh air immediately. If experiencing difficulty breathing, seek medical attention.

**Protection of first-aiders:** Wear suitable gloves and eye/face protection.

## 5. FIRE-FIGHTING MEASURES

**Suitable extinguishing media:** Use any extinguishing media which is suitable for the surrounding fire.

**Extinguishing media which must not be used for safety reasons:** None.

**Special protective equipment for firefighters:** Wear self-contained breathing apparatus for fire fighting if necessary.

**Specific methods:** None.

## 6. ACCIDENTAL RELEASE MEASURES

**Personal precautions:** Ensure adequate ventilation.

**Environmental precautions:** No special environmental precautions required.

**Methods for cleaning up:** Wipe up with absorbent material (e.g. cloth, fleece).

## 7. HANDLING AND STORAGE

**Handling:**

**Technical measures/precautions:** No special technical protective measures required.

**Safe handling advice:** None under normal processing.

**Storage:**

**Technical measures/storage conditions:** Store according to labeled instructions.

**Incompatible products:** No special restrictions on storage with other products.

## 8. EXPOSURE CONTROLS / PERSONAL PROTECTION

**Engineering controls:** Ensure adequate ventilation.

**Personal protective equipment**

**Eye protection:** Eye and face protection recommended when manufacturing product.

**Hand protection:** Protective gloves recommended when manufacturing product.

**Skin and body protection** Wear suitable protective clothing. Wear suitable gloves and eye/face protection.

**Respiratory protection:** None required.

**Other/general protection:** None required.

## 9. PHYSICAL AND CHEMICAL PROPERTIES

**General Information**

**Physical state:** Liquid

**Color:** Off-white to Ivory

**Odor:** Characteristic Odor

**Important Health Safety and Environmental Information**

| | | | |
|---|---|---|---|
| **Flash point:** | Not determined. | **Boiling point/range:** | No information available. |
| **pH:** | 6.5 | **Water solubility:** | Soluble |

**Other information**

**Explosivity:**            None.

## 10. STABILITY AND REACTIVITY

| | |
|---|---|
| **Chemical stability:** | Stable under recommended storage conditions. |
| **Materials to avoid:** | None known |
| **Conditions to avoid:** | None known. |
| **Hazardous polymerization:** | Hazardous polymerization does not occur. |

## 11. TOXICOLOGICAL INFORMATION

**Acute toxicity**

| **Eye contact** | May cause eye irritation. | **Method** | Based on component data. |
|---|---|---|---|

**Skin contact**      Not available.

**Ingestion**      Not available.

**Inhalation**      Not available.

| Components | LD50 Oral | LD50 Dermal | LC50 (mg/m³) Inhalation | LC50 (ppm) Inhalation |
|---|---|---|---|---|
| Cocamidopropyl Betaine (1-5%) 61789-40-0 | = 4900 mg/kg Rat | | | |

**Sub-Chronic/Chronic Toxicity**
No repeat dose data available.

**Specific effects**

| | |
|---|---|
| **Target Organ(s)** | No significant organ toxicity expected. |
| **Reproductive effects** | Not available. |
| **Developmental effects** | Not available. |
| **Carcinogenic effects** | Not expected to be carcinogenic. |
| **Genotoxic effects** | Not available. |

## 12. ECOLOGICAL INFORMATION

**Ecotoxicity**

| | |
|---|---|
| **Ecotoxicity effects:** | No data is available on the product itself. |
| **Aquatic toxicity effects:** | No data is available on the product itself. |

## 13. DISPOSAL CONSIDERATIONS

**Waste from residues / unused products:**

Waste disposal must be in accordance with appropriate US, Federal, State and International regulations. This product, if unaltered by use, may be disposed of by treatment at a permitted facility or as advised by your local hazardous waste regulatory authority.

**Contaminated packaging:** None.

## 14. TRANSPORT INFORMATION

Product not regulated by DOT, IATA/ICAO, IMO/IMDG, ADR/RID, or TDG.

## 15. REGULATORY INFORMATION

**SARA (311, 312) hazard class**

**Immediate health:** None.
**Delayed health:** None.
**Fire:** None.
**Sudden Release of**
**Pressure Hazard:** None.
**Reactivity:** None.

**State Regulations**

**International Inventories**

| Components | TSCA | DSL | NDSL |
|---|---|---|---|
| Sodium Trideceth Sulfate (1-5%) | X | X | Not Listed |
| Cocamidopropyl Betaine (1-5%) | X | X | Not Listed |

**WHMIS:**

**WHMIS trade secret:** None.
**WHMIS hazard class:** None.

**Notes:**
1. SARA = Superfund Amendments and the Reauthorization Act.
2. CERCLA = Comprehensive Environmental Response, Compensations and Liability Act.
3. FIFRA = Federal Insecticide, Fungicide and Rodenticide Act.
4. TSCA = Toxic Substance Control Act.
5. WHMIS = Canadian Workplace Hazardous Materials Information System.
6. This product has been classified in accordance with the hazard criteria of the Controlled Products Regulations (CPR) and the MSDS contains all of the information required by the CPR.

## 16. OTHER INFORMATION

**This data sheet contains changes from the previous version in section(s):**
None.

**MSDS format:**
• North American Format - U.S. and Canada
This Material Safety Data Sheet was prepared in accordance with ANSI Z400.1-2004.

EXHIBIT B

**Disclaimer:**
The information and recommendations contained herein are based upon tests believed to be reliable.  However, Johnson and Johnson does not guarantee their accuracy or completeness NOR SHALL ANY OF THIS INFORMATION CONSTITUTE A WARRANTY, WHETHER EXPRESSED OR IMPLIED, AS TO THE SAFETY OF THE GOODS, THE MERCHANTABILITY OF THE GOODS, OR THE FITNESS OF THE GOODS FOR A PARTICULAR PURPOSE.  Adjustment to conform to actual conditions of usage may be required.  Johnson and Johnson assumes no responsibility for results obtained or for incidental or consequential damages, including lost profits arising from the use of these data.  No warranty against infringement of any patent, copyright or trademark is made or implied.

**End of Safety Data Sheet**



# SAFETY DATA SHEET

**Issue Date**  01-Jul-2015

## 1. IDENTIFICATION

**Product identifier**

| | |
|---|---|
| **Product Name** | Johnson's Baby Shampoo |
| **Specification No.** | PR-013216 |
| **Pure substance/mixture** | Mixture |

**Other means of identification**

| | |
|---|---|
| **Product Code** | NA-12647-077 |

**Recommended use of the chemical and restrictions on use**

| | |
|---|---|
| **Recommended Use** | Personal care. |
| **Uses advised against** | None known |

**Details of the supplier of the safety data sheet**

| | |
|---|---|
| **Supplier Address** | Johnson & Johnson Consumer Companies Inc. |
| | 199 Grandview Road, Skillman, New Jersey |
| | 08558 |
| | Canada: 1-877-223-9807 USA: 1800-361-8068 |
| **Emergency telephone number** | Call 3E company at 1-877-236-9871. Provide Technician with the following tracking code: 2277, Hours Open: 24 hours emergency assistance |

## 2. HAZARDS IDENTIFICATION

**Classification**

**OSHA Regulatory Status**
This chemical is not considered hazardous by the 2012 OSHA Hazard Communication Standard (29 CFR 1910.1200)

**Label elements**

### Emergency Overview

**Hazard statements**
None

**Precautionary Statements - Prevention**
None

**Precautionary Statements - Response**
None

**Precautionary Statements - Storage**

EXHIBIT B

SDS Code:  NA-12647-077

None

**Precautionary Statements - Disposal**
None

**Hazards not otherwise classified (HNOC)**
Not applicable

**Other Information**
None

## 3. COMPOSITION/INFORMATION ON INGREDIENTS

**Mixture**

| Chemical Name | CAS No. | Weight-% | Trade Secret |
|---|---|---|---|
| Cocamidopropyl Betaine | 61789-40-0 | 1 - 5 | * |

## 4. FIRST AID MEASURES

**Description of first aid measures**

| | |
|---|---|
| **Eye contact** | It is unlikely that emergency treatment will be required.  If adversed effects occur, rinse immediately with plenty of water.  If irritation persists, seek medical advice/attention. |
| **Skin contact** | In the case of skin irritation or allergic reactions see a physician. |
| **Inhalation** | It is unlikely that emergency treatment will be required. If adverse effects occur, remove to uncomtaminated area. If discomfort persists, contact a physcian. |
| **Ingestion** | Not an expected route of exposure. If swallowed, do not induce vomiting: seek medical advice immediately and show this container or label. |

**Most important symptoms and effects, both acute and delayed**

| | |
|---|---|
| **Symptoms** | No information available. |

**Indication of any immediate medical attention and special treatment needed**

| | |
|---|---|
| **Note to physicians** | Treat symptomatically. |

## 5. FIRE-FIGHTING MEASURES

**Suitable extinguishing media**

Use extinguishing measures that are appropriate to local circumstances and the surrounding environment.

**Unsuitable extinguishing media**  None known

**Specific hazards arising from the chemical**

None known

**Explosion data**

**Sensitivity to Mechanical Impact** None

**Sensitivity to Static Discharge**  None

EXHIBIT B

SDS Code:  NA-12647-077

---

**Protective equipment and precautions for firefighters**

As in any fire, wear self-contained breathing apparatus pressure-demand, MSHA/NIOSH (approved or equivalent) and full protective gear.

| 6. ACCIDENTAL RELEASE MEASURES |
|---|

**Personal precautions, protective equipment and emergency procedures**

| Personal precautions | No special precautions are needed in handling this material. See section 8. |
|---|---|

**Environmental precautions**

| Environmental precautions | Do not allow into any sewer, on the ground or into any body of water. |
|---|---|

**Methods and material for containment and cleaning up**

| Methods for cleaning up | Wipe up with absorbent material (eg. cloth, fleece). Collect spillage. |
|---|---|

| 7. HANDLING AND STORAGE |
|---|

**Precautions for safe handling**

| Advice on safe handling | No special precautions are needed in handling this material. See section 8. |
|---|---|

**Conditions for safe storage, including any incompatibilities**

| Storage Conditions | Store in accordance with:. Product packaging. |
|---|---|
| Incompatible materials | None known based on information supplied. |

| 8. EXPOSURE CONTROLS/PERSONAL PROTECTION |
|---|

**Control parameters**

**Exposure Guidelines**                    .

*ACGIH TLV: American Conference of Governmental Industrial Hygienists - Threshold Limit Value*
*OSHA PEL: Occupational Safety and Health Administration - Permissible Exposure Limits*
*NIOSH IDLH  Immediately Dangerous to Life or Health*

**Appropriate engineering controls**

| Engineering Controls | None. |
|---|---|

**Individual protection measures, such as personal protective equipment**

| Eye/face protection | None. |
|---|---|
| Skin and body protection | None. |
| Respiratory protection | None. |
| General Hygiene Considerations | Handle in accordance with good industrial hygiene and safety practice. |

| 9. PHYSICAL AND CHEMICAL PROPERTIES |
|---|

**Information on basic physical and chemical properties**

| Physical state | liquid |
|---|---|

---

EXHIBIT B

SDS Code:  NA-12647-077

---

| **Appearance** | Liquid | **Odor** | Fruity Floral |
| **Color** | light yellow | **Odor threshold** | No information available |

| Property | Values | Remarks • Method |
| --- | --- | --- |
| **pH** | 4.8 - 5.8 | |
| **Melting point / freezing point** | No information available | |
| **Boiling point / boiling range** | No information available | |
| **Flash point** | No information available | |
| **Evaporation rate** | No information available | |
| **Flammability (solid, gas)** | No information available | |
| **Flammability Limit in Air** | | |
| **Upper flammability limit:** | No information available | |
| **Lower flammability limit:** | No information available | |
| **Vapor pressure** | No information available | |
| **Vapor density** | No information available | |
| **Relative density** | No information available | |
| **Water solubility** | Soluble in water | |
| **Solubility in other solvents** | No information available | |
| **Partition coefficient** | No information available | |
| **Autoignition temperature** | No information available | |
| **Decomposition temperature** | No information available | |
| **Kinematic viscosity** | No information available | |
| **Dynamic viscosity** | No information available | |
| **Explosive properties** | No information available | |
| **Oxidizing properties** | No information available | |

**Other Information**

| | |
| --- | --- |
| **Softening point** | No information available |
| **Molecular weight** | No information available |
| **VOC Content (%)** | No information available |
| **Density** | No information available |
| **Bulk density** | No information available |

## 10. STABILITY AND REACTIVITY

**Reactivity**

None under normal use conditions

**Chemical stability**

Stable under recommended storage conditions

**Possibility of Hazardous Reactions**

**Hazardous polymerization**    None under normal processing.

**Conditions to avoid**

None under normal processing

**Incompatible materials**

None known

**Hazardous Decomposition Products**

None under normal use conditions

## 11. TOXICOLOGICAL INFORMATION

---

EXHIBIT B

SDS Code:  NA-12647-077

---

**Information on likely routes of exposure**

| | |
|---|---|
| **Inhalation** | No known effect |
| **Eye contact** | No known effect |
| **Skin contact** | No known effect |
| **Ingestion** | No known effect |

**Delayed and immediate effects as well as chronic effects from short and long-term exposure**

| | |
|---|---|
| **Skin corrosion/irritation** | No known effect. |
| **Serious eye damage/eye irritation** | No known effect. |
| **Irritation** | No known effect |
| **Corrosivity** | No known effect. |
| **Sensitization** | No known effect. |
| **Germ cell mutagenicity** | No known effect. |
| **Carcinogenicity** | No known effect. |

**Numerical measures of toxicity**

| | |
|---|---|
| **Reproductive toxicity** | No known effect. |
| **Developmental Toxicity** | No known effect. |
| **Teratogenicity** | No known effect. |
| **STOT - single exposure** | No known effect. |
| **STOT - repeated exposure** | No known effect. |
| **Chronic toxicity** | No known effect. |
| **Target Organ Effects** | No known effect. |
| **Neurological effects** | No known effect. |
| **Other adverse effects** | No known effect. |
| **Aspiration hazard** | No known effect. |

**\*This product has been evaluated against the applicable toxicological health hazards and no adverse health effects are expected from the use of this finished product.**

## 12. ECOLOGICAL INFORMATION

**Ecotoxicity**

Available upon request

**Persistence and degradability**
Available upon request.

**Bioaccumulation**
Available upon request.

**Mobility**
Available upon request.

**Other adverse effects**
Available upon request

## 13. DISPOSAL CONSIDERATIONS

**Waste treatment methods**

| | |
|---|---|
| **Disposal of wastes** | Disposal should be in accordance with applicable regional, national and local laws and regulations. |

## 14. TRANSPORT INFORMATION

---

EXHIBIT B

SDS Code:  NA-12647-077

---

**DOT**
| | |
|---|---|
| **14.1 UN/ID no.** | Not regulated |
| **14.2 Proper shipping name** | Not regulated |
| **14.3 Hazard Class** | Not regulated |
| **14.4 Packing Group** | Not regulated |
| **14.5 Special Provisions** | Not regulated |

**TDG**
| | |
|---|---|
| **14.1 UN/ID no.** | Not regulated |
| **14.2 Proper shipping name** | Not regulated |
| **14.3 Hazard Class** | Not regulated |
| **14.4 Packing Group** | Not regulated |
| **14.5 Special Provisions** | Not regulated |

**IMDG**
| | |
|---|---|
| **14.1 UN/ID no.** | Not regulated |
| **14.2 Proper shipping name** | Not regulated |
| **14.3 Hazard Class** | Not regulated |
| **14.4 Packing Group** | Not regulated |
| **14.5 Marine pollutant** | Not applicable |
| **14.6 Special Provisions** | None |
| **14.7 Transport in bulk according to Annex II of MARPOL 73/78 and the IBC Code** | No information available |

**ICAO TI IATA**
| | |
|---|---|
| **14.1 UN/ID no.** | Not regulated |
| **14.2 Proper shipping name** | Not regulated |
| **14.3 Hazard Class** | Not regulated |
| **14.4 Packing Group** | Not regulated |
| **14.5 Environmental hazard** | Not applicable |
| **14.6 Special Provisions** | None |

## 15. REGULATORY INFORMATION

**International Inventories**
| | |
|---|---|
| **TSCA** | Not Listed |
| **DSL/NDSL** | Not Listed |
| **EINECS/ELINCS** | Not Listed |
| **ENCS** | Not Listed |
| **IECSC** | Not Listed |
| **KECL** | Not Listed |
| **PICCS** | Not Listed |
| **AICS** | Not Listed |

**Legend:**
**TSCA** - United States Toxic Substances Control Act Section 8(b) Inventory
**DSL/NDSL** - Canadian Domestic Substances List/Non-Domestic Substances List
**EINECS/ELINCS** - European Inventory of Existing Chemical Substances/European List of Notified Chemical Substances
**ENCS** - Japan Existing and New Chemical Substances
**IECSC** - China Inventory of Existing Chemical Substances
**KECL** - Korean Existing and Evaluated Chemical Substances
**PICCS** - Philippines Inventory of Chemicals and Chemical Substances
**AICS** - Australian Inventory of Chemical Substances

## US Federal Regulations

### SARA 313
Section 313 of Title III of the Superfund Amendments and Reauthorization Act of 1986 (SARA).  This product does not contain any chemicals which are subject to the reporting requirements of the Act and Title 40 of the Code of Federal Regulations, Part 372

---

EXHIBIT B

SDS Code:  NA-12647-077

_____

**SARA 311/312 Hazard Categories**
    Acute health hazard                          No
    Chronic Health Hazard                 No
    Fire hazard                                 No
    Sudden release of pressure hazard    No
    Reactive Hazard                      No

**CWA (Clean Water Act)**
This product contains the following substances which are regulated pollutants pursuant to the Clean Water Act (40 CFR 122.21 and 40 CFR 122.42)

**CERCLA**
This material, as supplied, contains one or more substances regulated as a hazardous substance under the Comprehensive Environmental Response Compensation and Liability Act (CERCLA) (40 CFR 302)

**US State Regulations**

**California Proposition 65**
This product is not subject to warning labeling under California Proposition 65

**U.S. State Right-to-Know Regulations**

**U.S. EPA Label Information**

**EPA Pesticide Registration Number**  Not applicable

_____
## 16. OTHER INFORMATION, INCLUDING DATE OF PREPARATION OF THE LAST REVISION
_____

**Issue Date**                      01-Jul-2015
**Preparation Date:**          01-Jul-2015

**Disclaimer**
**The information and recommendations contained herein are based upon tests believed to be reliable. However, Johnson and Johnson does not guarantee their accuracy or completeness nor shall any of this information constitute a warranty, whether expressed or implied, as to the safety of the goods, the merchantability of the good, or the fitness of the goods for a particular purpose. Adjustment to conform to actual conditions of usage may be required. Johnson and Johnson assumes no responsibility for results obtained or for incidental or consequential damages, including lost profits arising from the use of these data. No warranty against infringement of any patent, copyright or trademark is made or implied.**

**End of Safety Data Sheet**

_____

EXHIBIT B

 CONSUMER INC.

# SAFETY DATA SHEET

**Issue Date** 04-Feb-2016

## 1. IDENTIFICATION

**Product identifier**

| | |
|---|---|
| **Product Name** | Johnson's Head-to-Toe Baby Lotion |
| **Specification No.** | PR-017008 |
| **Pure substance/mixture** | Mixture |

**Other means of identification**

| | |
|---|---|
| **Product Code** | NA-13030-102 |

**Recommended use of the chemical and restrictions on use**

**Recommended Use**  Personal Care Product.  This SDS is only intended for occupational use and not for consumer use (see packaging label and or insert).  This SDS is written to provide environmental, health and safety information for personnel that will be handling this finished product.  For health and safety information during manufacturing of this product, we refer to the approriate SDS for each component.

**Uses advised against**  None known

**Details of the supplier of the safety data sheet**

**Supplier Address**  Johnson & Johnson Consumer Companies Inc.
199 Grandview Road, Skillman, New Jersey
08558
Canada: 1-877-223-9807 USA: 1800-361-8068

**Emergency telephone number**  Call 3E company at 1-877-236-9871. Provide Technician with the following tracking code: 2277, Hours Open: 24 hours emergency assistance

## 2. HAZARDS IDENTIFICATION

**Classification**

**OSHA Regulatory Status**
This chemical is not considered hazardous by the 2012 OSHA Hazard Communication Standard (29 CFR 1910.1200)

**Label elements**

**Signal word**
None

**Hazard statements**
None

**Precautionary Statements - Prevention**
None

**Precautionary Statements - Response**

EXHIBIT B

SDS Code:  NA-13030-102

None

**Precautionary Statements - Storage**
None

**Precautionary Statements - Disposal**
None

**Hazards not otherwise classified (HNOC)**
Not applicable

**Other hazards**
Not applicable

## 3. COMPOSITION/INFORMATION ON INGREDIENTS

**Mixture**

| Chemical Name | CAS No. | Weight-% | Trade Secret |
|---|---|---|---|
| Glycerin | 56-81-5 | 5 - 10 | * |

*The exact percentage (concentration) of composition has been withheld as a trade secret.

## 4. FIRST AID MEASURES

**Description of first aid measures**

| | |
|---|---|
| **Eye contact** | Rinse immediately with plenty of water, also under the eyelids, for at least 15 minutes. If eye irritation persists: Get medical advice/attention. |
| **Skin contact** | In the case of skin irritation or allergic reactions see a physician. |
| **Inhalation** | It is unlikely that emergency treatment will be required. If adverse effects occur, remove to uncontaminated area. If discomfort persists, contact a physician. |
| **Ingestion** | Not an expected route of exposure. If swallowed, do not induce vomiting: seek medical advice immediately and show this container or label. |

**Most important symptoms and effects, both acute and delayed**

**Symptoms**                    No information available.

**Indication of any immediate medical attention and special treatment needed**

**Note to physicians**          Treat symptomatically.

## 5. FIRE-FIGHTING MEASURES

**Suitable extinguishing media**

Use extinguishing measures that are appropriate to local circumstances and the surrounding environment.

**Unsuitable extinguishing media**                    None known

**Specific hazards arising from the chemical**
None known

**Hazardous combustion products**                    None known

**Explosion data**

EXHIBIT B

SDS Code:  NA-13030-102

| | |
|---|---|
| **Sensitivity to Mechanical Impact** | None known |
| **Sensitivity to Static Discharge** | None known |

**Protective equipment and precautions for firefighters**
As in any fire, wear self-contained breathing apparatus pressure-demand, MSHA/NIOSH (approved or equivalent) and full protective gear.

## 6. ACCIDENTAL RELEASE MEASURES

| | |
|---|---|
| **Personal precautions, protective equipment and emergency procedures** | In the event of an accidental release, the emergency response team must respond based on a risk assessment and use personal protective equipment as appropriate. |
| **Environmental precautions** | Do not allow into any sewer, on the ground or into any body of water. |
| **Methods and materials for containment and cleaning up** | Wipe up with absorbent material (eg. cloth, fleece). Collect spillage. |

## 7. HANDLING AND STORAGE

**Precautions for safe handling**

| | |
|---|---|
| **Advice on safe handling** | No special precautions are needed in handling this material. |

**Conditions for safe storage, including any incompatibilities**

| | |
|---|---|
| **Storage Conditions** | Store in accordance with:. Product packaging. |
| **Incompatible materials** | None known. |

## 8. EXPOSURE CONTROLS/PERSONAL PROTECTION

**Control parameters**

**Exposure Guidelines** .

| Chemical Name | ACGIH TLV | OSHA PEL | NIOSH IDLH |
|---|---|---|---|
| Glycerin 56-81-5 | - | TWA: 15 mg/m³ mist, total particulate TWA: 5 mg/m³ mist, respirable fraction (vacated) TWA: 10 mg/m³ mist, total particulate (vacated) TWA: 5 mg/m³ mist, respirable fraction | - |

| | |
|---|---|
| **Other Information** | OSHA PEL: Occupational Safety and Health Administration - Permissible Exposure Limits. TWA (time-weighted average). Vacated limits revoked by the Court of Appeals decision in AFL-CIO v. OSHA, 965 F.2d 962 (11th Cir., 1992). |

**Appropriate engineering controls**

| | |
|---|---|
| **Engineering Controls** | All personal protective equipment should be based on a risk assessment.  Consult an Environmental Health and Safety Expert if necessary. |

**Individual protection measures, such as personal protective equipment**

| | |
|---|---|
| **Eye/face protection** | None |
| **Skin and body protection** | None |

EXHIBIT B

SDS Code:  NA-13030-102

_____

| **Respiratory protection** | None |

**General Hygiene Considerations**    Handle in accordance with good industrial hygiene and safety practice.

## 9. PHYSICAL AND CHEMICAL PROPERTIES

<u>Information on basic physical and chemical properties</u>

| | | | |
|---|---|---|---|
| **Physical state** | liquid | | |
| **Appearance** | opaque smooth Lotion | **Odor** | Fruity Floral |
| **Color** | white Off white | **Odor threshold** | No information available |

| <u>**Property**</u> | <u>**Values**</u> | <u>**Remarks • Method**</u> |
|---|---|---|
| **pH** | 5.0  -  5.8 | |
| **Melting point / freezing point** | No information available | |
| **Boiling point / boiling range** | No information available | |
| **Flash point** | No information available | |
| **Evaporation rate** | No information available | |
| **Flammability (solid, gas)** | No information available | |
| **Flammability Limit in Air** | | |
|    **Upper flammability limit:** | No information available | |
|    **Lower flammability limit:** | No information available | |
| **Vapor pressure** | No information available | |
| **Vapor density** | No information available | |
| **Relative density** | No information available | |
| **Water solubility** | slightly soluble | |
| **Solubility in other solvents** | No information available | |
| **Partition coefficient** | No information available | |
| **Autoignition temperature** | No information available | |
| **Decomposition temperature** | No information available | |
| **Kinematic viscosity** | No information available | |
| **Dynamic viscosity** | No information available | |
| **Explosive properties** | No information available | |
| **Oxidizing properties** | No information available | |

<u>Other Information</u>

| | |
|---|---|
| **Softening point** | No information available |
| **Molecular weight** | No information available |
| **VOC Content (%)** | No information available |
| **Density** | No information available |
| **Bulk density** | No information available |

## 10. STABILITY AND REACTIVITY

<u>Reactivity</u>

None under normal use conditions

<u>Chemical stability</u>

Stable under recommended storage conditions

<u>Possibility of Hazardous Reactions</u>

| **Hazardous polymerization** | None under normal use conditions. |

<u>Conditions to avoid</u>

None known

<u>Incompatible materials</u>

_____

EXHIBIT B

SDS Code:  NA-13030-102

___

None known

**Hazardous Decomposition Products**

None under normal use conditions

---

## 11. TOXICOLOGICAL INFORMATION

**Information on likely routes of exposure**

| | |
|---|---|
| **Inhalation** | No known effect. |
| **Eye contact** | Avoid contact with eyes |
| **Skin contact** | This product has been evaluated against skin irritation and no adverse effects are expected from the use of this finished product. |
| **Ingestion** | No data available |

**Delayed and immediate effects as well as chronic effects from short and long-term exposure**

| | |
|---|---|
| **Skin corrosion/irritation** | No known effect. |
| **Serious eye damage/eye irritation** | No known effect. |
| **Irritation** | No known effect. |
| **Corrosivity** | No known effect. |
| **Sensitization** | This product has been evaluated for dermal sensitization and no adverse health effects are expected from the use of the finished product. |
| **Germ cell mutagenicity** | No known effect. |
| **Carcinogenicity** | No known effect. |

| | |
|---|---|
| **Reproductive toxicity** | No known effect. |
| **Developmental Toxicity** | No known effect. |
| **Teratogenicity** | No known effect. |
| **STOT - single exposure** | No known effect. |
| **STOT - repeated exposure** | No known effect. |
| **Chronic toxicity** | No known effect. |
| **Subchronic toxicity** | No known effect. |
| **Target Organ Effects** | No known effect. |
| **Neurological effects** | No known effect. |
| **Other adverse effects** | None known. |
| **Aspiration hazard** | No known effect. |

**\*This product has been evaluated against the applicable toxicological health hazards and no adverse health effects are expected from the use of this finished product.**

---

## 12. ECOLOGICAL INFORMATION

**Ecotoxicity**

Available upon request

**Persistence and degradability**
Available upon request.

**Bioaccumulation**
Available upon request.

**Mobility**
Available upon request.

**Other adverse effects**
Available upon request

---

EXHIBIT B

SDS Code: NA-13030-102

---

## 13. DISPOSAL CONSIDERATIONS

**Waste treatment methods**

**Disposal of wastes and contaminated packaging**
Disposal should be in accordance with applicable regional, national and local laws and regulations.

## 14. TRANSPORT INFORMATION

**Note:**
The information provided in section 14 is intended to provide the user with guidance only on the proper shipping requirements for the finished product in the final packaging - NOT BULK. Transport classifications may vary by container volume and may be influenced by regional or country variations in regulations. It is the responsibility of the Shipper to ensure this product is shipped in accordance with all applicable regulations. Consult your company's Hazardous/Dangerous Goods Expert for information specific to your situation.

**DOT**

| | |
|---|---|
| UN/ID no. | Not applicable |
| Proper shipping name | Not applicable |
| Hazard Class | Not applicable |
| Packing Group | Not applicable |
| Environmental Hazards | Not applicable |
| Special Provisions | Not applicable |
| Transport in bulk according to Annex II of MARPOL 73/78 and the IBC Code | Not applicable |

**TDG**

| | |
|---|---|
| UN/ID no. | Not applicable |
| Proper shipping name | Not applicable |
| Hazard Class | Not applicable |
| Packing Group | Not applicable |
| Environmental Hazards | Not applicable |
| Special Provisions | Not applicable |

**IMDG**

| | |
|---|---|
| UN/ID no. | Not applicable |
| Proper shipping name | Not applicable |
| Hazard Class | Not applicable |
| Packing Group | Not applicable |
| Marine pollutant | Not applicable |
| Special Provisions | Not applicable |

**ICAO TI IATA**

| | |
|---|---|
| UN/ID no. | Not applicable |
| Proper shipping name | Not applicable |
| Hazard Class | Not applicable |
| Packing Group | Not applicable |
| Environmental hazards | Not applicable |
| Special Provisions | Not applicable |

## 15. REGULATORY INFORMATION

**International Inventories**

| | |
|---|---|
| **TSCA** | Not Listed |
| **DSL/NDSL** | Not Listed |
| **EINECS/ELINCS** | Not Listed |
| **ENCS** | Not Listed |
| **IECSC** | Not Listed |

EXHIBIT B

SDS Code:  NA-13030-102

---

| | |
|---|---|
| **KECL** | Not Listed |
| **PICCS** | Not Listed |
| **AICS** | Not Listed |

**Legend:**
**TSCA** - United States Toxic Substances Control Act Section 8(b) Inventory
**DSL/NDSL** - Canadian Domestic Substances List/Non-Domestic Substances List
**EINECS/ELINCS** - European Inventory of Existing Chemical Substances/European List of Notified Chemical Substances
**ENCS** - Japan Existing and New Chemical Substances
**IECSC** - China Inventory of Existing Chemical Substances
**KECL** - Korean Existing and Evaluated Chemical Substances
**PICCS** - Philippines Inventory of Chemicals and Chemical Substances
**AICS** - Australian Inventory of Chemical Substances

## US Federal Regulations

**SARA 313**
Section 313 of Title III of the Superfund Amendments and Reauthorization Act of 1986 (SARA).  This product does not contain any chemicals which are subject to the reporting requirements of the Act and Title 40 of the Code of Federal Regulations, Part 372

**SARA 311/312 Hazard Categories**

| | |
|---|---|
| **Acute health hazard** | No |
| **Chronic Health Hazard** | No |
| **Fire hazard** | No |
| **Sudden release of pressure hazard** | No |
| **Reactive Hazard** | No |

**CWA (Clean Water Act)**
This product does not contain any substances regulated as pollutants pursuant to the Clean Water Act (40 CFR 122.21 and 40 CFR 122.42)

**CERCLA**
This material, as supplied, does not contain any substances regulated as hazardous substances under the Comprehensive Environmental Response Compensation and Liability Act (CERCLA) (40 CFR 302) or the Superfund Amendments and Reauthorization Act (SARA) (40 CFR 355).  There may be specific reporting requirements at the local, regional, or state level pertaining to releases of this material

## US State Regulations

**California Proposition 65**
This product is not subject to warning labeling under California Proposition 65

**U.S. State Right-to-Know**
**Regulations**

| Chemical Name | New Jersey | Massachusetts | Pennsylvania |
|---|---|---|---|
| Glycerin 56-81-5 | X | X | X |

**U.S. EPA Label Information**

**EPA Pesticide Registration Number**  Not applicable

| 16. OTHER INFORMATION, INCLUDING DATE OF PREPARATION OF THE LAST REVISION |
|---|

| | |
|---|---|
| **Issue Date** | 04-Feb-2016 |
| **Preparation Date:** | 04-Feb-2016 |

**Disclaimer**

---

SDS Code:  NA-13030-102

---

The information and recommendations contained herein are based upon tests believed to be reliable. However, Johnson and Johnson does not guarantee their accuracy or completeness nor shall any of this information constitute a warranty, whether expressed or implied, as to the safety of the goods, the merchantability of the good, or the fitness of the goods for a particular purpose. Adjustment to conform to actual conditions of usage may be required. Johnson and Johnson assumes no responsibility for results obtained or for incidental or consequential damages, including lost profits arising from the use of these data. No warranty against infringement of any patent, copyright or trademark is made or implied.

**End of Safety Data Sheet**

---

EXHIBIT B



# SAFETY DATA SHEET

**Issue Date**  24-May-2015

## 1. IDENTIFICATION

**Product identifier**

| | |
|---|---|
| **Product Name** | Johnson's Baby Head-to-Toe Wash / Johnson's Head-to-Toe Baby Wash |
| **Specification No.** | PR-013457 |
| **Pure substance/mixture** | Mixture |

**Other means of identification**

| | |
|---|---|
| **Product Code** | NA-12641-067 |

**Recommended use of the chemical and restrictions on use**

| | |
|---|---|
| **Recommended Use** | Personal care. |
| **Uses advised against** | None known |

**Details of the supplier of the safety data sheet**

| | |
|---|---|
| **Supplier Address** | Johnson & Johnson Consumer Companies Inc. |
| | 199 Grandview Road, Skillman, New Jersey |
| | 08558 |
| | Canada: 1-877-223-9807 USA: 1800-361-8068 |

| | |
|---|---|
| **Emergency telephone number** | Call 3E company at 1-877-236-9871. Provide Technician with the following tracking code: 2277, Hours Open: 24 hours emergency assistance |

## 2. HAZARDS IDENTIFICATION

**Classification**

**OSHA Regulatory Status**
This chemical is not considered hazardous by the 2012 OSHA Hazard Communication Standard (29 CFR 1910.1200)

**Label elements**

### Emergency Overview

The product contains no substances which at their given concentration, are considered to be hazardous to health

**Hazards not otherwise classified (HNOC)**
Not applicable

**Other Information**
Not applicable

---

**Preparation Date:  Enter Date**

EXHIBIT B

## 3. COMPOSITION/INFORMATION ON INGREDIENTS

**Mixture**

| Chemical Name | CAS No. | Weight-% | Trade Secret |
|---|---|---|---|
| Cocamidopropyl Betaine | 61789-40-0 | 1 - 5 | * |

## 4. FIRST AID MEASURES

**Description of first aid measures**

**Eye contact**

Rinse immediately with plenty of water, also under the eyelids, for at least 15 minutes. If eye irritation persists: Get medical advice/attention.

**Skin contact**

In the case of skin irritation or allergic reactions see a physician.

**Inhalation**

Remove to fresh air. If symptoms persist, call a physician.

**Ingestion**

If swallowed, do not induce vomiting: seek medical advice immediately and show this container or label.

**Most important symptoms and effects, both acute and delayed**

**Symptoms**

No information available.

**Indication of any immediate medical attention and special treatment needed**

**Note to physicians**

Treat symptomatically.

## 5. FIRE-FIGHTING MEASURES

**Suitable extinguishing media**

Use extinguishing measures that are appropriate to local circumstances and the surrounding environment.

**Unsuitable extinguishing media**  None

**Specific hazards arising from the chemical**

None known

**Explosion data**

**Sensitivity to Mechanical Impact** None

**Sensitivity to Static Discharge**  None

**Protective equipment and precautions for firefighters**

As in any fire, wear self-contained breathing apparatus pressure-demand, MSHA/NIOSH (approved or equivalent) and full protective gear.

## 6. ACCIDENTAL RELEASE MEASURES

**Personal precautions, protective equipment and emergency procedures**

**Personal precautions**

Use personal protective equipment as required. See section 8.

**Environmental precautions**

EXHIBIT B

---

**Environmental precautions**     Do not allow into any sewer, on the ground or into any body of water.

**Methods and material for containment and cleaning up**

**Methods for cleaning up**     Wipe up with absorbent material (eg. cloth, fleece).

## 7. HANDLING AND STORAGE

**Precautions for safe handling**

**Advice on safe handling**     Handle in accordance with good industrial hygiene and safety practice.

**Conditions for safe storage, including any incompatibilities**

**Storage Conditions**     Store in accordance with:. Product packaging.

**Incompatible materials**     None known based on information supplied.

## 8. EXPOSURE CONTROLS/PERSONAL PROTECTION

**Control parameters**

**Exposure Guidelines**     . This product, as supplied, does not contain any hazardous materials with occupational exposure limits established by the region specific regulatory bodies.

*ACGIH TLV: American Conference of Governmental Industrial Hygienists - Threshold Limit Value*
*OSHA PEL: Occupational Safety and Health Administration - Permissible Exposure Limits*
*NIOSH IDLH  Immediately Dangerous to Life or Health*

**Appropriate engineering controls**

**Engineering Controls**     None.

**Individual protection measures, such as personal protective equipment**

**Eye/face protection**     None.

**Skin and body protection**     None.

**Respiratory protection**     None.

**General Hygiene Considerations**     Handle in accordance with good industrial hygiene and safety practice.

## 9. PHYSICAL AND CHEMICAL PROPERTIES

**Information on basic physical and chemical properties**

| Physical state | liquid | | |
|---|---|---|---|
| Appearance | Liquid | **Odor** | Fruity Floral |
| Color | light yellow | **Odor threshold** | No information available |

| Property | Values | Remarks • Method |
|---|---|---|
| pH | 4.8 - 5.8 | |
| Melting point / freezing point | No information available | |
| Boiling point / boiling range | No information available | |
| Flash point | No information available | |
| Evaporation rate | No information available | |
| Flammability (solid, gas) | No information available | |
| Flammability Limit in Air | | |
| Upper flammability limit: | No information available | |

---

EXHIBIT B

| | |
|---|---|
| **Lower flammability limit:** | No information available |
| **Vapor pressure** | No information available |
| **Vapor density** | No information available |
| **Relative density** | No information available |
| **Water solubility** | Soluble in water |
| **Solubility in other solvents** | No information available |
| **Partition coefficient** | No information available |
| **Autoignition temperature** | No information available |
| **Decomposition temperature** | No information available |
| **Kinematic viscosity** | No information available |
| **Dynamic viscosity** | No information available |
| **Explosive properties** | No information available |
| **Oxidizing properties** | No information available |

**Other Information**

| | |
|---|---|
| **Softening point** | No information available |
| **Molecular weight** | No information available |
| **VOC Content (%)** | No information available |
| **Density** | No information available |
| **Bulk density** | No information available |

## 10. STABILITY AND REACTIVITY

**Reactivity**

No data available

**Chemical stability**

Stable under recommended storage conditions

**Possibility of Hazardous Reactions**

    **Hazardous polymerization**    None under normal processing.

**Conditions to avoid**

None known

**Incompatible materials**

None known

**Hazardous Decomposition Products**

None

## 11. TOXICOLOGICAL INFORMATION

**Information on likely routes of exposure**

    **Inhalation**        No data available

    **Eye contact**        No data available

    **Skin contact**        This product has been evaluated against skin irritation and no adverse effects are expected from the use of this finished product. If skin irritation occurs: Get medical advice/attention

    **Ingestion**        No data available

EXHIBIT B

**\*This product has been evaluated against the applicable toxicological health hazards and no adverse health effects are expected from the use of this finished product.**

| | |
|---|---|
| **Sensitization** | This product has been evaluated for dermal sensitization and no adverse health effects are expected from the use of the finished product. |

**Numerical measures of toxicity  - Product Information**

## 12. ECOLOGICAL INFORMATION

**Ecotoxicity**

Available upon request

**Persistence and degradability**
Available upon request.

**Bioaccumulation**
Available upon request.

**Mobility**
Available upon request.

**Other adverse effects**
Available upon request

## 13. DISPOSAL CONSIDERATIONS

**Waste treatment methods**

| | |
|---|---|
| **Disposal of wastes** | Disposal should be in accordance with applicable regional, national and local laws and regulations. |

## 14. TRANSPORT INFORMATION

**DOT**
| | | |
|---|---|---|
| 14.1 | **UN/ID no.** | Not regulated |
| 14.2 | **Proper shipping name** | Not regulated |
| 14.3 | **Hazard Class** | Not regulated |
| 14.4 | **Packing Group** | Not regulated |
| 14.5 | **Special Provisions** | Not regulated |

**TDG**
| | | |
|---|---|---|
| 14.1 | **UN/ID no.** | Not regulated |
| 14.2 | **Proper shipping name** | Not regulated |
| 14.3 | **Hazard Class** | Not regulated |
| 14.4 | **Packing Group** | Not regulated |
| 14.5 | **Special Provisions** | Not regulated |

**IMDG**
| | | |
|---|---|---|
| 14.1 | **UN/ID no.** | Not regulated |
| 14.2 | **Proper shipping name** | Not regulated |
| 14.3 | **Hazard Class** | Not regulated |
| 14.4 | **Packing Group** | Not regulated |
| 14.5 | **Marine pollutant** | Not applicable |
| 14.6 | **Special Provisions** | None |
| 14.7 | **Transport in bulk according to** | No information available |

EXHIBIT B

**Annex II of MARPOL 73/78 and the IBC Code**

<u>**ICAO TI IATA**</u>

| | |
|---|---|
| **14.1  UN/ID no.** | Not regulated |
| **14.2  Proper shipping name** | Not regulated |
| **14.3  Hazard Class** | Not regulated |
| **14.4  Packing Group** | Not regulated |
| **14.5  Environmental hazard** | Not applicable |
| **14.6  Special Provisions** | None |

## 15. REGULATORY INFORMATION

<u>**International Inventories**</u>

| | |
|---|---|
| **TSCA** | Not Listed |
| **DSL/NDSL** | Not Listed |
| **EINECS/ELINCS** | Not Listed |
| **ENCS** | Not Listed |
| **IECSC** | Not Listed |
| **KECL** | Not Listed |
| **PICCS** | Not Listed |
| **AICS** | Not Listed |

<u>**Legend:**</u>

**TSCA** - United States Toxic Substances Control Act Section 8(b) Inventory
**DSL/NDSL** - Canadian Domestic Substances List/Non-Domestic Substances List
**EINECS/ELINCS** - European Inventory of Existing Chemical Substances/European List of Notified Chemical Substances
**ENCS** - Japan Existing and New Chemical Substances
**IECSC** - China Inventory of Existing Chemical Substances
**KECL** - Korean Existing and Evaluated Chemical Substances
**PICCS** - Philippines Inventory of Chemicals and Chemical Substances
**AICS** - Australian Inventory of Chemical Substances

<u>**US Federal Regulations**</u>

<u>**SARA 313**</u>
Section 313 of Title III of the Superfund Amendments and Reauthorization Act of 1986 (SARA).  This product does not contain any chemicals which are subject to the reporting requirements of the Act and Title 40 of the Code of Federal Regulations, Part 372

<u>**SARA 311/312 Hazard Categories**</u>

| | |
|---|---|
| **Acute health hazard** | No |
| **Chronic Health Hazard** | No |
| **Fire hazard** | No |
| **Sudden release of pressure hazard** | No |
| **Reactive Hazard** | No |

<u>**CWA (Clean Water Act)**</u>
This product contains the following substances which are regulated pollutants pursuant to the Clean Water Act (40 CFR 122.21 and 40 CFR 122.42)

<u>**CERCLA**</u>
This material, as supplied, contains one or more substances regulated as a hazardous substance under the Comprehensive Environmental Response Compensation and Liability Act (CERCLA) (40 CFR 302)

<u>**US State Regulations**</u>

<u>**U.S. State Right-to-Know Regulations**</u>

U.S. EPA Label Information

**EPA Pesticide Registration Number**  Not applicable

## 16. OTHER INFORMATION, INCLUDING DATE OF PREPARATION OF THE LAST REVISION

**Issue Date**                              24-May-2015
**Preparation Date:**                  24-May-2015

**Disclaimer**
**The information and recommendations contained herein are based upon tests believed to be reliable. However, Johnson and Johnson does not guarantee their accuracy or completeness nor shall any of this information constitute a warranty, whether expressed or implied, as to the safety of the goods, the merchantability of the good, or the fitness of the goods for a particular purpose. Adjustment to conform to actual conditions of usage may be required. Johnson and Johnson assumes no responsibility for results obtained or for incidental or consequential damages, including lost profits arising from the use of these data. No warranty against infringement of any patent, copyright or trademark is made or implied.**

**End of Safety Data Sheet**

 **CONSUMER INC.**

# SAFETY DATA SHEET

**Issue Date** 04-Feb-2016

## 1. IDENTIFICATION

**Product identifier**

| | |
|---|---|
| **Product Name** | Johnson's Head-to-Toe Extra Moisturizing Baby Cream |
| **Specification No.** | PR-016912 |
| **Pure substance/mixture** | Mixture |

**Other means of identification**

| | |
|---|---|
| **Product Code** | NA-13217-036 |

**Recommended use of the chemical and restrictions on use**

**Recommended Use** Personal Care Product. This SDS is only intended for occupational use and not for consumer use (see packaging label and or insert). This SDS is written to provide environmental, health and safety information for personnel that will be handling this finished product. For health and safety information during manufacturing of this product, we refer to the appropriate SDS for each component.

**Uses advised against** None known

**Details of the supplier of the safety data sheet**

**Supplier Address** Johnson & Johnson Consumer Companies Inc.
199 Grandview Road, Skillman, New Jersey
08558
Canada: 1-877-223-9807 USA: 1800-361-8068

**Emergency telephone number** Call 3E company at 1-877-236-9871. Provide Technician with the following tracking code: 2277, Hours Open: 24 hours emergency assistance

## 2. HAZARDS IDENTIFICATION

**Classification**

**OSHA Regulatory Status**
This chemical is not considered hazardous by the 2012 OSHA Hazard Communication Standard (29 CFR 1910.1200)

**Label elements**

**Signal word**
None

**Hazard statements**
None

**Precautionary Statements - Prevention**
None

**Precautionary Statements - Response**

EXHIBIT B

SDS Code:  NA-13217-036

_____

None

**Precautionary Statements - Storage**
None

**Precautionary Statements - Disposal**
None

<u>Hazards not otherwise classified (HNOC)</u>
Not applicable

<u>Other hazards</u>
Not applicable

## 3. COMPOSITION/INFORMATION ON INGREDIENTS

<u>Mixture</u>

| Chemical Name | CAS No. | Weight-% | Trade Secret |
|---------------|---------|----------|--------------|
| Glycerin | 56-81-5 | 5 - 10 | * |

*The exact percentage (concentration) of composition has been withheld as a trade secret.

## 4. FIRST AID MEASURES

<u>Description of first aid measures</u>

| | |
|---|---|
| **Eye contact** | Rinse immediately with plenty of water, also under the eyelids, for at least 15 minutes. If eye irritation persists: Get medical advice/attention. |
| **Skin contact** | In the case of skin irritation or allergic reactions see a physician. |
| **Inhalation** | It is unlikely that emergency treatment will be required. If adverse effects occur, remove to uncontaminated area. If discomfort persists, contact a physician. |
| **Ingestion** | Not an expected route of exposure. If swallowed, do not induce vomiting: seek medical advice immediately and show this container or label. |

<u>Most important symptoms and effects, both acute and delayed</u>

**Symptoms**                           No information available.

<u>Indication of any immediate medical attention and special treatment needed</u>

**Note to physicians**                 Treat symptomatically.

## 5. FIRE-FIGHTING MEASURES

<u>Suitable extinguishing media</u>

Use extinguishing measures that are appropriate to local circumstances and the surrounding environment.

**Unsuitable extinguishing media**               None known

<u>Specific hazards arising from the chemical</u>
None known

**Hazardous combustion products**                None known

<u>Explosion data</u>

_____

EXHIBIT B

SDS Code:  NA-13217-036

_____

| | |
|---|---|
| **Sensitivity to Mechanical Impact** | None known |
| **Sensitivity to Static Discharge** | None known |

**Protective equipment and precautions for firefighters**
As in any fire, wear self-contained breathing apparatus pressure-demand, MSHA/NIOSH (approved or equivalent) and full protective gear.

| 6. ACCIDENTAL RELEASE MEASURES |
|---|

| | |
|---|---|
| **Personal precautions, protective equipment and emergency procedures** | In the event of an accidental release, the emergency response team must respond based on a risk assessment and use personal protective equipment as appropriate. |
| **Environmental precautions** | Do not allow into any sewer, on the ground or into any body of water. |
| **Methods and materials for containment and cleaning up** | Wipe up with absorbent material (eg. cloth, fleece). Collect spillage. |

| 7. HANDLING AND STORAGE |
|---|

**Precautions for safe handling**

| | |
|---|---|
| **Advice on safe handling** | No special precautions are needed in handling this material. |

**Conditions for safe storage, including any incompatibilities**

| | |
|---|---|
| **Storage Conditions** | Store in accordance with:. Product packaging. |
| **Incompatible materials** | None known. |

| 8. EXPOSURE CONTROLS/PERSONAL PROTECTION |
|---|

**Control parameters**

**Exposure Guidelines** .

| Chemical Name | ACGIH TLV | OSHA PEL | NIOSH IDLH |
|---|---|---|---|
| Glycerin 56-81-5 | - | TWA: 15 mg/m³ mist, total particulate TWA: 5 mg/m³ mist, respirable fraction (vacated) TWA: 10 mg/m³ mist, total particulate (vacated) TWA: 5 mg/m³ mist, respirable fraction | - |

**Other Information**     OSHA PEL: Occupational Safety and Health Administration - Permissible Exposure Limits. TWA (time-weighted average). Vacated limits revoked by the Court of Appeals decision in AFL-CIO v. OSHA, 965 F.2d 962 (11th Cir., 1992).

**Appropriate engineering controls**

| | |
|---|---|
| **Engineering Controls** | All personal protective equipment should be based on a risk assessment.  Consult an Environmental Health and Safety Expert if necessary. |

**Individual protection measures, such as personal protective equipment**

| | |
|---|---|
| **Eye/face protection** | None |
| **Skin and body protection** | None |

_____

EXHIBIT B

SDS Code:  NA-13217-036

_____

| **Respiratory protection** | None |
|---|---|
| **General Hygiene Considerations** | Handle in accordance with good industrial hygiene and safety practice. |

## 9. PHYSICAL AND CHEMICAL PROPERTIES

**Information on basic physical and chemical properties**

| **Physical state** | liquid | | |
|---|---|---|---|
| **Appearance** | smooth opaque cream | **Odor** | Floral Citrus |
| **Color** | white Off white | **Odor threshold** | No information available |

| **Property** | **Values** | **Remarks • Method** |
|---|---|---|
| **pH** | 5.3  -  6.1 | |
| **Melting point / freezing point** | No information available | |
| **Boiling point / boiling range** | No information available | |
| **Flash point** | No information available | |
| **Evaporation rate** | No information available | |
| **Flammability (solid, gas)** | No information available | |
| **Flammability Limit in Air** | | |
|    **Upper flammability limit:** | No information available | |
|    **Lower flammability limit:** | No information available | |
| **Vapor pressure** | No information available | |
| **Vapor density** | No information available | |
| **Relative density** | No information available | |
| **Water solubility** | Soluble in water | |
| **Solubility in other solvents** | No information available | |
| **Partition coefficient** | No information available | |
| **Autoignition temperature** | No information available | |
| **Decomposition temperature** | No information available | |
| **Kinematic viscosity** | No information available | |
| **Dynamic viscosity** | No information available | |
| **Explosive properties** | No information available | |
| **Oxidizing properties** | No information available | |

**Other Information**

| **Softening point** | No information available |
|---|---|
| **Molecular weight** | No information available |
| **VOC Content (%)** | No information available |
| **Density** | No information available |
| **Bulk density** | No information available |

## 10. STABILITY AND REACTIVITY

**Reactivity**

None under normal use conditions

**Chemical stability**

Stable under recommended storage conditions

**Possibility of Hazardous Reactions**

   **Hazardous polymerization**   None under normal use conditions.

**Conditions to avoid**

None known

**Incompatible materials**

_____

EXHIBIT B

SDS Code:  NA-13217-036

_____

None known

**Hazardous Decomposition Products**

None under normal use conditions

| 11. TOXICOLOGICAL INFORMATION |
|---|

**Information on likely routes of exposure**

| | |
|---|---|
| **Inhalation** | No known effect. |
| **Eye contact** | Avoid contact with eyes |
| **Skin contact** | This product has been evaluated against skin irritation and no adverse effects are expected from the use of this finished product. |
| **Ingestion** | No data available |

**Delayed and immediate effects as well as chronic effects from short and long-term exposure**

| | |
|---|---|
| **Skin corrosion/irritation** | No known effect. |
| **Serious eye damage/eye irritation** | No known effect. |
| **Irritation** | No known effect. |
| **Corrosivity** | No known effect. |
| **Sensitization** | This product has been evaluated for dermal sensitization and no adverse health effects are expected from the use of the finished product. |
| **Germ cell mutagenicity** | No known effect. |
| **Carcinogenicity** | No known effect. |

| | |
|---|---|
| **Reproductive toxicity** | No known effect. |
| **Developmental Toxicity** | No known effect. |
| **Teratogenicity** | No known effect. |
| **STOT - single exposure** | No known effect. |
| **STOT - repeated exposure** | No known effect. |
| **Chronic toxicity** | No known effect. |
| **Subchronic toxicity** | No known effect. |
| **Target Organ Effects** | No known effect. |
| **Neurological effects** | No known effect. |
| **Other adverse effects** | None known. |
| **Aspiration hazard** | No known effect. |

**\*This product has been evaluated against the applicable toxicological health hazards and no adverse health effects are expected from the use of this finished product.**

| 12. ECOLOGICAL INFORMATION |
|---|

**Ecotoxicity**

Available upon request

**Persistence and degradability**
Available upon request.

**Bioaccumulation**
Available upon request.

**Mobility**
Available upon request.

**Other adverse effects**
Available upon request

_____

EXHIBIT B

SDS Code:  NA-13217-036

---

## 13. DISPOSAL CONSIDERATIONS

**Waste treatment methods**

**Disposal of wastes and**                    Disposal should be in accordance with applicable regional, national and local laws and
**contaminated packaging**                    regulations.

## 14. TRANSPORT INFORMATION

**Note:**                    The information provided in section 14 is intended to provide the user with guidance only on
                             the proper shipping requirements for the finished product in the final packaging - NOT
                             BULK.  Transport classifications may vary by container volume and may be influenced by
                             regional or country variations in regulations.   It is the responsibility of the Shipper to ensure
                             this product is shipped in accordance with all applicable regulations.  Consult your
                             company's Hazardous/Dangerous Goods Expert for information specific to your situation.

**DOT**

| | |
|---|---|
| UN/ID no. | Not applicable |
| Proper shipping name | Not applicable |
| Hazard Class | Not applicable |
| Packing Group | Not applicable |
| Environmental Hazards | Not applicable |
| Special Provisions | Not applicable |
| Transport in bulk according to Annex II of MARPOL 73/78 and the IBC Code | Not applicable |

**TDG**

| | |
|---|---|
| UN/ID no. | Not applicable |
| Proper shipping name | Not applicable |
| Hazard Class | Not applicable |
| Packing Group | Not applicable |
| Environmental Hazards | Not applicable |
| Special Provisions | Not applicable |

**IMDG**

| | |
|---|---|
| UN/ID no. | Not applicable |
| Proper shipping name | Not applicable |
| Hazard Class | Not applicable |
| Packing Group | Not applicable |
| Marine pollutant | Not applicable |
| Special Provisions | Not applicable |

**ICAO TI IATA**

| | |
|---|---|
| UN/ID no. | Not applicable |
| Proper shipping name | Not applicable |
| Hazard Class | Not applicable |
| Packing Group | Not applicable |
| Environmental hazards | Not applicable |
| Special Provisions | Not applicable |

## 15. REGULATORY INFORMATION

**International Inventories**

| | |
|---|---|
| **TSCA** | Not Listed |
| **DSL/NDSL** | Not Listed |
| **EINECS/ELINCS** | Not Listed |
| **ENCS** | Not Listed |
| **IECSC** | Not Listed |

---

EXHIBIT B

SDS Code: NA-13217-036

---

| | |
|---|---|
| **KECL** | Not Listed |
| **PICCS** | Not Listed |
| **AICS** | Not Listed |

**Legend:**
**TSCA** - United States Toxic Substances Control Act Section 8(b) Inventory
**DSL/NDSL** - Canadian Domestic Substances List/Non-Domestic Substances List
**EINECS/ELINCS** - European Inventory of Existing Chemical Substances/European List of Notified Chemical Substances
**ENCS** - Japan Existing and New Chemical Substances
**IECSC** - China Inventory of Existing Chemical Substances
**KECL** - Korean Existing and Evaluated Chemical Substances
**PICCS** - Philippines Inventory of Chemicals and Chemical Substances
**AICS** - Australian Inventory of Chemical Substances

## US Federal Regulations

### SARA 313
Section 313 of Title III of the Superfund Amendments and Reauthorization Act of 1986 (SARA).  This product does not contain any chemicals which are subject to the reporting requirements of the Act and Title 40 of the Code of Federal Regulations, Part 372

### SARA 311/312 Hazard Categories

| | |
|---|---|
| **Acute health hazard** | No |
| **Chronic Health Hazard** | No |
| **Fire hazard** | No |
| **Sudden release of pressure hazard** | No |
| **Reactive Hazard** | No |

### CWA (Clean Water Act)
This product does not contain any substances regulated as pollutants pursuant to the Clean Water Act (40 CFR 122.21 and 40 CFR 122.42)

### CERCLA
This material, as supplied, does not contain any substances regulated as hazardous substances under the Comprehensive Environmental Response Compensation and Liability Act (CERCLA) (40 CFR 302) or the Superfund Amendments and Reauthorization Act (SARA) (40 CFR 355).  There may be specific reporting requirements at the local, regional, or state level pertaining to releases of this material

## US State Regulations

### California Proposition 65
This product is not subject to warning labeling under California Proposition 65

### U.S. State Right-to-Know
Regulations

| Chemical Name | New Jersey | Massachusetts | Pennsylvania |
|---|---|---|---|
| Glycerin<br>56-81-5 | X | X | X |

### U.S. EPA Label Information

**EPA Pesticide Registration Number** Not applicable

## 16. OTHER INFORMATION, INCLUDING DATE OF PREPARATION OF THE LAST REVISION

| | |
|---|---|
| **Issue Date** | 04-Feb-2016 |
| **Preparation Date:** | 04-Feb-2016 |

### Disclaimer

---

SDS Code:  NA-13217-036

---

The information and recommendations contained herein are based upon tests believed to be reliable. However, Johnson and Johnson does not guarantee their accuracy or completeness nor shall any of this information constitute a warranty, whether expressed or implied, as to the safety of the goods, the merchantability of the good, or the fitness of the goods for a particular purpose. Adjustment to conform to actual conditions of usage may be required. Johnson and Johnson assumes no responsibility for results obtained or for incidental or consequential damages, including lost profits arising from the use of these data. No warranty against infringement of any patent, copyright or trademark is made or implied.

**End of Safety Data Sheet**

---

EXHIBIT B

 **CONSUMER INC.**

# SAFETY DATA SHEET

**Issue Date** 04-Feb-2016

## 1. IDENTIFICATION

**Product identifier**

| | |
|---|---|
| **Product Name** | Johnson's Head to Toe Extra Moisturizing Baby Wash |
| **Specification No.** | PR-016911 |
| **Pure substance/mixture** | Mixture |

**Other means of identification**

**Product Code**      NA-13217-034

**Recommended use of the chemical and restrictions on use**

**Recommended Use**      Personal Care Product.  This SDS is only intended for occupational use and not for consumer use (see packaging label and or insert).  This SDS is written to provide environmental, health and safety information for personnel that will be handling this finished product.  For health and safety information during manufacturing of this product, we refer to the appropriate SDS for each component.

**Uses advised against**      None known

**Details of the supplier of the safety data sheet**

**Supplier Address**      Johnson & Johnson Consumer Companies Inc.
199 Grandview Road, Skillman, New Jersey
08558
Canada: 1-877-223-9807 USA: 1800-361-8068

**Emergency telephone number**      Call 3E company at 1-877-236-9871. Provide Technician with the following tracking code: 2277, Hours Open: 24 hours emergency assistance

## 2. HAZARDS IDENTIFICATION

**Classification**

**OSHA Regulatory Status**
This chemical is not considered hazardous by the 2012 OSHA Hazard Communication Standard (29 CFR 1910.1200)

**Label elements**

**Signal word**
None

**Hazard statements**
None

**Precautionary Statements - Prevention**
None

**Precautionary Statements - Response**

EXHIBIT B

**SDS Code:  NA-13217-034**

_____

None

**Precautionary Statements - Storage**
None

**Precautionary Statements - Disposal**
None

<u>Hazards not otherwise classified (HNOC)</u>
Not applicable

<u>Other hazards</u>
Not applicable

## 3. COMPOSITION/INFORMATION ON INGREDIENTS

<u>Mixture</u>

| Chemical Name | CAS No. | Weight-% | Trade Secret |
|---|---|---|---|
| Glycerin | 56-81-5 | 5 - 10 | * |
| Cocamidopropyl Betaine | 61789-40-0 | 1 - 5 | * |

*The exact percentage (concentration) of composition has been withheld as a trade secret.

## 4. FIRST AID MEASURES

<u>Description of first aid measures</u>

**Eye contact**          It is unlikely that emergency treatment will be required.  If adverse effects occur, rinse immediately with plenty of water.  If irritation persists, seek medical advice/attention.

**Skin contact**         In the case of skin irritation or allergic reactions see a physician.

**Inhalation**           It is unlikely that emergency treatment will be required. If adverse effects occur, remove to uncontaminated area. If discomfort persists, contact a physician.

**Ingestion**            Not an expected route of exposure. If swallowed, do not induce vomiting: seek medical advice immediately and show this container or label.

<u>Most important symptoms and effects, both acute and delayed</u>

**Symptoms**             No information available.

<u>Indication of any immediate medical attention and special treatment needed</u>

**Note to physicians**   Treat symptomatically.

## 5. FIRE-FIGHTING MEASURES

<u>Suitable extinguishing media</u>

Use extinguishing measures that are appropriate to local circumstances and the surrounding environment.

**Unsuitable extinguishing media**          None known

<u>Specific hazards arising from the chemical</u>
None known

**Hazardous combustion products**           None known

_____

EXHIBIT B

SDS Code:  NA-13217-034

---

**Explosion data**

| **Sensitivity to Mechanical Impact** | None known |
|---|---|
| **Sensitivity to Static Discharge** | None known |

**Protective equipment and precautions for firefighters**
As in any fire, wear self-contained breathing apparatus pressure-demand, MSHA/NIOSH (approved or equivalent) and full protective gear.

## 6. ACCIDENTAL RELEASE MEASURES

| **Personal precautions, protective equipment and emergency procedures** | In the event of an accidental release, the emergency response team must respond based on a risk assessment and use personal protective equipment as appropriate. |
|---|---|
| **Environmental precautions** | Do not allow into any sewer, on the ground or into any body of water. |
| **Methods and materials for containment and cleaning up** | Wipe up with absorbent material (eg. cloth, fleece). Collect spillage. |

## 7. HANDLING AND STORAGE

**Precautions for safe handling**

| **Advice on safe handling** | No special precautions are needed in handling this material. |
|---|---|

**Conditions for safe storage, including any incompatibilities**

| **Storage Conditions** | Store in accordance with:. Product packaging. |
|---|---|
| **Incompatible materials** | None known. |

## 8. EXPOSURE CONTROLS/PERSONAL PROTECTION

**Control parameters**

**Exposure Guidelines**           .

| Chemical Name | ACGIH TLV | OSHA PEL | NIOSH IDLH |
|---|---|---|---|
| Glycerin<br>56-81-5 | - | TWA: 15 mg/m$^3$  mist, total particulate<br>TWA: 5 mg/m$^3$  mist, respirable fraction<br>(vacated) TWA: 10 mg/m$^3$  mist, total particulate<br>(vacated) TWA: 5 mg/m$^3$  mist, respirable fraction | - |

| **Other Information** | OSHA PEL: Occupational Safety and Health Administration - Permissible Exposure Limits. TWA (time-weighted average). Vacated limits revoked by the Court of Appeals decision in AFL-CIO v. OSHA, 965 F.2d 962 (11th Cir., 1992). |
|---|---|

**Appropriate engineering controls**

| **Engineering Controls** | All personal protective equipment should be based on a risk assessment.  Consult an Environmental Health and Safety Expert if necessary. |
|---|---|

**Individual protection measures, such as personal protective equipment**

| **Eye/face protection** | None |
|---|---|
| **Skin and body protection** | None |

---

EXHIBIT B

SDS Code:  NA-13217-034

_____

**Respiratory protection**          None

**General Hygiene Considerations**   Handle in accordance with good industrial hygiene and safety practice.

## 9. PHYSICAL AND CHEMICAL PROPERTIES

**Information on basic physical and chemical properties**

| | | | |
|---|---|---|---|
| **Physical state** | liquid | | |
| **Appearance** | Liquid | **Odor** | Floral Citrus |
| **Color** | white Off white | **Odor threshold** | No information available |

| **Property** | **Values** | **Remarks • Method** |
|---|---|---|
| **pH** | 4.5  -  5.3 | |
| **Melting point / freezing point** | No information available | |
| **Boiling point / boiling range** | No information available | |
| **Flash point** | No information available | |
| **Evaporation rate** | No information available | |
| **Flammability (solid, gas)** | No information available | |
| **Flammability Limit in Air** | | |
| **Upper flammability limit:** | No information available | |
| **Lower flammability limit:** | No information available | |
| **Vapor pressure** | No information available | |
| **Vapor density** | No information available | |
| **Relative density** | No information available | |
| **Water solubility** | Soluble in water | |
| **Solubility in other solvents** | No information available | |
| **Partition coefficient** | No information available | |
| **Autoignition temperature** | No information available | |
| **Decomposition temperature** | No information available | |
| **Kinematic viscosity** | No information available | |
| **Dynamic viscosity** | No information available | |
| **Explosive properties** | No information available | |
| **Oxidizing properties** | No information available | |

**Other Information**

| | |
|---|---|
| **Softening point** | No information available |
| **Molecular weight** | No information available |
| **VOC Content (%)** | No information available |
| **Density** | No information available |
| **Bulk density** | No information available |

## 10. STABILITY AND REACTIVITY

**Reactivity**

None under normal use conditions

**Chemical stability**

Stable under recommended storage conditions

**Possibility of Hazardous Reactions**

**Hazardous polymerization**          None under normal use conditions.

**Conditions to avoid**

None known

_____

EXHIBIT B

SDS Code:  NA-13217-034

_____

**Incompatible materials**

None known

**Hazardous Decomposition Products**

None under normal use conditions

| **11. TOXICOLOGICAL INFORMATION** |
|---|

**Information on likely routes of exposure**

| | |
|---|---|
| **Inhalation** | No known effect. |
| **Eye contact** | No known effect |
| **Skin contact** | This product has been evaluated against skin irritation and no adverse effects are expected from the use of this finished product. |
| **Ingestion** | No data available |

**Delayed and immediate effects as well as chronic effects from short and long-term exposure**

| | |
|---|---|
| **Skin corrosion/irritation** | No known effect. |
| **Serious eye damage/eye irritation** | No known effect. |
| **Irritation** | No known effect. |
| **Corrosivity** | No known effect. |
| **Sensitization** | This product has been evaluated for dermal sensitization and no adverse health effects are expected from the use of the finished product. |
| **Germ cell mutagenicity** | No known effect. |
| **Carcinogenicity** | No known effect. |

| | |
|---|---|
| **Reproductive toxicity** | No known effect. |
| **Developmental Toxicity** | No known effect. |
| **Teratogenicity** | No known effect. |
| **STOT - single exposure** | No known effect. |
| **STOT - repeated exposure** | No known effect. |
| **Chronic toxicity** | No known effect. |
| **Subchronic toxicity** | No known effect. |
| **Target Organ Effects** | No known effect. |
| **Neurological effects** | No known effect. |
| **Other adverse effects** | None known. |
| **Aspiration hazard** | No known effect. |

**\*This product has been evaluated against the applicable toxicological health hazards and no adverse health effects are expected from the use of this finished product.**

| **12. ECOLOGICAL INFORMATION** |
|---|

**Ecotoxicity**

Available upon request

**Persistence and degradability**
Available upon request.

**Bioaccumulation**
Available upon request.

**Mobility**
Available upon request.

**Other adverse effects**
Available upon request

_____

EXHIBIT B

SDS Code:  NA-13217-034

---

## 13. DISPOSAL CONSIDERATIONS

**Waste treatment methods**

**Disposal of wastes and** | Disposal should be in accordance with applicable regional, national and local laws and
**contaminated packaging** | regulations.

## 14. TRANSPORT INFORMATION

**Note:** | The information provided in section 14 is intended to provide the user with guidance only on the proper shipping requirements for the finished product in the final packaging - NOT BULK.  Transport classifications may vary by container volume and may be influenced by regional or country variations in regulations.   It is the responsibility of the Shipper to ensure this product is shipped in accordance with all applicable regulations.  Consult your company's Hazardous/Dangerous Goods Expert for information specific to your situation.

**DOT**

| | |
|---|---|
| UN/ID no. | Not applicable |
| Proper shipping name | Not applicable |
| Hazard Class | Not applicable |
| Packing Group | Not applicable |
| Environmental Hazards | Not applicable |
| Special Provisions | Not applicable |
| Transport in bulk according to Annex II of MARPOL 73/78 and the IBC Code | Not applicable |

**TDG**

| | |
|---|---|
| UN/ID no. | Not applicable |
| Proper shipping name | Not applicable |
| Hazard Class | Not applicable |
| Packing Group | Not applicable |
| Environmental Hazards | Not applicable |
| Special Provisions | Not applicable |

**IMDG**

| | |
|---|---|
| UN/ID no. | Not applicable |
| Proper shipping name | Not applicable |
| Hazard Class | Not applicable |
| Packing Group | Not applicable |
| Marine pollutant | Not applicable |
| Special Provisions | Not applicable |

**ICAO TI IATA**

| | |
|---|---|
| UN/ID no. | Not applicable |
| Proper shipping name | Not applicable |
| Hazard Class | Not applicable |
| Packing Group | Not applicable |
| Environmental hazards | Not applicable |
| Special Provisions | Not applicable |

## 15. REGULATORY INFORMATION

**International Inventories**

| | |
|---|---|
| **TSCA** | Not Listed |
| **DSL/NDSL** | Not Listed |
| **EINECS/ELINCS** | Not Listed |
| **ENCS** | Not Listed |

---

EXHIBIT B

SDS Code:  NA-13217-034

---

| | |
|---|---|
| **IECSC** | Not Listed |
| **KECL** | Not Listed |
| **PICCS** | Not Listed |
| **AICS** | Not Listed |

## Legend:

**TSCA** - United States Toxic Substances Control Act Section 8(b) Inventory
**DSL/NDSL** - Canadian Domestic Substances List/Non-Domestic Substances List
**EINECS/ELINCS** - European Inventory of Existing Chemical Substances/European List of Notified Chemical Substances
**ENCS** - Japan Existing and New Chemical Substances
**IECSC** - China Inventory of Existing Chemical Substances
**KECL** - Korean Existing and Evaluated Chemical Substances
**PICCS** - Philippines Inventory of Chemicals and Chemical Substances
**AICS** - Australian Inventory of Chemical Substances

## US Federal Regulations

### SARA 313
Section 313 of Title III of the Superfund Amendments and Reauthorization Act of 1986 (SARA).  This product does not contain any chemicals which are subject to the reporting requirements of the Act and Title 40 of the Code of Federal Regulations, Part 372

### SARA 311/312 Hazard Categories

| | |
|---|---|
| **Acute health hazard** | No |
| **Chronic Health Hazard** | No |
| **Fire hazard** | No |
| **Sudden release of pressure hazard** | No |
| **Reactive Hazard** | No |

### CWA (Clean Water Act)
This product does not contain any substances regulated as pollutants pursuant to the Clean Water Act (40 CFR 122.21 and 40 CFR 122.42)

### CERCLA
This material, as supplied, does not contain any substances regulated as hazardous substances under the Comprehensive Environmental Response Compensation and Liability Act (CERCLA) (40 CFR 302) or the Superfund Amendments and Reauthorization Act (SARA) (40 CFR 355).  There may be specific reporting requirements at the local, regional, or state level pertaining to releases of this material

## US State Regulations

### California Proposition 65
This product is not subject to warning labeling under California Proposition 65

### U.S. State Right-to-Know
Regulations

| Chemical Name | New Jersey | Massachusetts | Pennsylvania |
|---|---|---|---|
| Glycerin 56-81-5 | X | X | X |

### U.S. EPA Label Information

**EPA Pesticide Registration Number**  Not applicable

---

## 16. OTHER INFORMATION, INCLUDING DATE OF PREPARATION OF THE LAST REVISION

| | |
|---|---|
| **Issue Date** | 04-Feb-2016 |
| **Preparation Date:** | 04-Feb-2016 |

---

EXHIBIT B

SDS Code:  NA-13217-034

**Disclaimer**
**The information and recommendations contained herein are based upon tests believed to be reliable. However, Johnson and Johnson does not guarantee their accuracy or completeness nor shall any of this information constitute a warranty, whether expressed or implied, as to the safety of the goods, the merchantability of the good, or the fitness of the goods for a particular purpose. Adjustment to conform to actual conditions of usage may be required. Johnson and Johnson assumes no responsibility for results obtained or for incidental or consequential damages, including lost profits arising from the use of these data. No warranty against infringement of any patent, copyright or trademark is made or implied.**

**End of Safety Data Sheet**

EXHIBIT B



# Material Safety Data Sheet

**Product code:** JJCUS1185-030
**Revision date:** 03-21-2012

## 1. IDENTIFICATION OF THE SUBSTANCE/PREPARATION AND THE COMPANY/UNDERTAKING

**Supplier:**
Johnson and Johnson Consumer Companies, Inc.
199 Grandview Road
Skillman, NJ
08558-9418

| | |
|---|---|
| **Customer service telephone:** | 1-866-565-2229 |
| **Emergency telephone number:** | For 24-hour emergency assistance, call the 3E Company at 1 (877) 236-9871. Provide the technician with the following product tracking code: 2277. |

| | |
|---|---|
| **Product name:** | Johnson's® Baby Lotion |
| **Product code:** | JJCUS1185-030 |
| **Formula:** | 1185-030 |
| **Identified use:** | For external use only. |

## 2. HAZARDS IDENTIFICATION

| | |
|---|---|
| **Emergency overview:** | This product formulation contains no ingredients at their given percentages that are considered hazardous to your health. |
| **Properties affecting health:** | There are no known properties to affect one's health. |

Drugs and cosmetics are not subject to the Hazardous Products Act (WHMIS).

**Principle routes of exposure:**
| | |
|---|---|
| Eye Contact: | Contact with eyes may cause irritation. |
| Skin contact: | No effects expected. |
| Ingestion: | Not Available |
| Inhalation: | Not Available |

| | |
|---|---|
| **Physico-chemical properties:** | No hazards resulting from the material as supplied. |

**Hazard information:**
| | |
|---|---|
| Target Organ(s) | No significant organ toxicity expected. |
| Reproductive effects: | No effects expected. |
| Mutagenic effects: | No effects expected. |
| Sensitization: | Sensitization is not expected. |

| | |
|---|---|
| **Signs and symptoms:** | None. |

| | |
|---|---|
| **Medical conditions aggravated by exposure:** | None known. |

## 3. COMPOSITION/INFORMATION ON INGREDIENTS

**Hazardous Components**

| Components | CAS Number | Synonyms | Weight % |
|---|---|---|---|
| Stearic Acid | 57-11-4 | | 1-5 |
| Cetyl Alcohol | 36653-82-4 | | 1-5 |

## 4. FIRST AID MEASURES

## 4. FIRST AID MEASURES

| | |
|---|---|
| **Eye contact:** | In the case of contact with eyes, rinse immediately with plenty of water for 15 minutes and seek medical attention. |
| **Skin contact:** | In the case of skin irritation or allergic reactions see a physician. |
| **Ingestion:** | If ingested, seek medical attention immediately and show the label. |
| **Inhalation:** | Move to fresh air immediately. If experiencing difficulty breathing, seek medical attention. |
| **Protection of first-aiders:** | Wear suitable gloves and eye/face protection. |

## 5. FIRE-FIGHTING MEASURES

| | |
|---|---|
| **Suitable extinguishing media:** | Use any extinguishing media which is suitable for the surrounding fire. |
| **Extinguishing media which must not be used for safety reasons:** | None. |
| **Special protective equipment for firefighters:** | Wear a self-contained breathing apparatus and full protective gear. |
| **Specific methods:** | None. |

## 6. ACCIDENTAL RELEASE MEASURES

| | |
|---|---|
| **Personal precautions:** | Ensure adequate ventilation. |
| **Environmental precautions:** | No special environmental precautions required. |
| **Methods for cleaning up:** | Wipe up with absorbent material (e.g. cloth, fleece). |

## 7. HANDLING AND STORAGE

**Handling:**

| | |
|---|---|
| **Technical measures/precautions:** | No special technical protective measures required. |
| **Safe handling advice:** | None under normal processing. |

**Storage:**

| | |
|---|---|
| **Technical measures/storage conditions:** | Store according to labeled instructions. |
| **Incompatible products:** | No special restrictions on storage with other products. |

## 8. EXPOSURE CONTROLS / PERSONAL PROTECTION

| | |
|---|---|
| **Engineering controls:** | Ensure adequate ventilation. |

**Personal protective equipment**

| | |
|---|---|
| **Eye protection:** | Eye and face protection recommended when manufacturing product. |
| **Hand protection:** | Protective gloves recommended when manufacturing product. |
| **Skin and body protection** | Wear suitable protective clothing. Wear suitable gloves and eye/face protection. |
| **Respiratory protection:** | None required. |
| **Other/general protection:** | None required. |

## 9. PHYSICAL AND CHEMICAL PROPERTIES

**General Information**

| | |
|---|---|
| **Physical state:** | Liquid |
| **Appearance:** | Smooth lotion |
| **Color:** | Pink |
| **Odor:** | Floral , fruity powdery |

**Important Health Safety and Environmental Information**

| | | | |
|---|---|---|---|
| **Flash point:** | Not determined. | **Boiling point/range:** | No information available. |
| **pH:** | 5.5 - 6.0 | **Specific gravity:** | 0.988 |
| **Water solubility:** | Slightly soluble | | |

**Other information**

**Explosivity:**                      None.

## 10. STABILITY AND REACTIVITY

| | |
|---|---|
| **Chemical stability:** | Stable under recommended storage conditions. |
| **Materials to avoid:** | None known. |
| **Conditions to avoid:** | None known. |
| **Hazardous polymerization:** | Hazardous polymerization does not occur. |

## 11. TOXICOLOGICAL INFORMATION

**Acute toxicity**

| | |
|---|---|
| **Eye contact** | May cause eye irritation. |
| **Skin contact** | Not available. |
| **Ingestion** | Not available. |
| **Inhalation** | Not available. |

| Components | LD50 Oral | LD50 Dermal | LC50 (mg/m³) Inhalation | LC50 (ppm) Inhalation |
|---|---|---|---|---|
| Stearic Acid (1-5%) 57-11-4 | | 5005 | | |
| Cetyl Alcohol (1-5%) 36653-82-4 | 5000 | 2602.6 | | |

**Sub-Chronic/Chronic Toxicity**
No repeat dose data available.

**Specific effects**

| | |
|---|---|
| **Target Organ(s)** | No significant organ toxicity expected. |
| **Reproductive effects** | Not available. |
| **Developmental effects** | Not available. |
| **Carcinogenic effects** | Not expected to be carcinogenic. |
| **Genotoxic effects** | Not available. |

## 12. ECOLOGICAL INFORMATION

## 12. ECOLOGICAL INFORMATION

**Ecotoxicity**

| | |
|---|---|
| **Ecotoxicity effects:** | This product has no known eco-toxicological effects. |
| **Aquatic toxicity effects:** | This product has no known aquatic toxicological effects. |

## 13. DISPOSAL CONSIDERATIONS

| | |
|---|---|
| **Waste from residues / unused products:** | Waste disposal must be in accordance with appropriate US, Federal, State and International regulations. This product, if unaltered by use, may be disposed of by treatment at a permitted facility or as advised by your local hazardous waste regulatory authority. |
| **Contaminated packaging:** | None. |

## 14. TRANSPORT INFORMATION

Product not regulated by DOT, IATA/ICAO, IMO/IMDG, ADR/RID, or TDG.

## 15. REGULATORY INFORMATION

| Components | SARA 313 | SARA 302 | CERCLA | CEPA |
|---|---|---|---|---|
| Cetyl Alcohol | | | | Listed |

**SARA (311, 312) hazard class**

| | |
|---|---|
| **Immediate health:** | None. |
| **Delayed health:** | None. |
| **Fire:** | None. |
| **Sudden Release of Pressure Hazard:** | None. |
| **Reactivity:** | None. |

**State Regulations**

**International Inventories**

| Components | TSCA | DSL | NDSL |
|---|---|---|---|
| Stearic Acid (1-5%) | X | X | Not Listed |
| Cetyl Alcohol (1-5%) | X | X | Not Listed |

**WHMIS:**

| | |
|---|---|
| **WHMIS trade secret:** | None. |
| **WHMIS hazard class:** | Drugs and cosmetics are not subject to the Hazardous Products Act (WHMIS). |

**Notes:**
1.  SARA = Superfund Amendments and the Reauthorization Act.
2.  CERCLA = Comprehensive Environmental Response, Compensations and Liability Act.
3.  FIFRA = Federal Insecticide, Fungicide and Rodenticide Act.
4.  TSCA = Toxic Substance Control Act.
5.  WHMIS = Canadian Workplace Hazardous Materials Information System.
6.  This product has been classified in accordance with the hazard criteria of the Controlled Products Regulations (CPR) and the MSDS contains all of the information required by the CPR.

## 16. OTHER INFORMATION

## 16. OTHER INFORMATION

**This data sheet contains changes from the previous version in section(s):**
None.

**MSDS format:**
- North American Format - U.S. and Canada
  This Material Safety Data Sheet was prepared in accordance with ANSI Z400.1-2004.

**Disclaimer:**
The information and recommendations contained herein are based upon tests believed to be reliable.  However, Johnson and Johnson does not guarantee their accuracy or completeness NOR SHALL ANY OF THIS INFORMATION CONSTITUTE A WARRANTY, WHETHER EXPRESSED OR IMPLIED, AS TO THE SAFETY OF THE GOODS, THE MERCHANTABILITY OF THE GOODS, OR THE FITNESS OF THE GOODS FOR A PARTICULAR PURPOSE.  Adjustment to conform to actual conditions of usage may be required.  Johnson and Johnson assumes no responsibility for results obtained or for incidental or consequential damages, including lost profits arising from the use of these data.  No warranty against infringement of any patent, copyright or trademark is made or implied.

**End of Safety Data Sheet**



# Material Safety Data Sheet

**Product code:** JJCUS12647-077
**Revision date:** 05-14-2013

---

## 1.   IDENTIFICATION   OF   THE   SUBSTANCE/PREPARATION   AND   THE   COMPANY/UNDERTAKING

**Supplier:**
Johnson and Johnson Consumer Companies, Inc.
199 Grandview Road
Skillman, NJ
08558-9418

| | |
|---|---|
| **Customer service telephone:** | 1-866-565-2229 |
| **Emergency telephone number:** | For 24-hour emergency assistance, call the 3E Company at  1 (877) 236-9871.  Provide the technician with the following product tracking code: 2277. |

| | |
|---|---|
| **Product name:** | For APR Purposes Only - Johnson's Baby Shampoo |
| **Product code:** | JJCUS12647-077 |
| **Formula:** | 12647-077 |
| **Identified use:** | For external use only. |

---

## 2. HAZARDS IDENTIFICATION

**Emergency overview:**   This product formulation contains no ingredients at their given percentages that are considered hazardous to your health.

**Properties affecting health:**   There are no known properties to affect one's health.

Drugs and cosmetics are not subject to the Hazardous Products Act (WHMIS).

**Principle routes of  exposure:**

| | |
|---|---|
| **Eye Contact:** | Contact with eyes may cause irritation. |
| **Skin contact:** | No effects expected. |
| **Ingestion:** | Not Available |
| **Inhalation:** | Not Available |

**Physico-chemical properties:**   No hazards resulting from the material as supplied.

**Hazard information:**

| | |
|---|---|
| **Target Organ(s)** | No significant organ toxicity expected. |
| **Reproductive effects:** | No effects expected. |
| **Mutagenic effects:** | No effects expected. |
| **Sensitization:** | Sensitization is not expected. |

**Signs and symptoms:**   None.

**Medical conditions
aggravated by exposure:**   None known.

---

## 3. COMPOSITION/INFORMATION ON INGREDIENTS

**Hazardous Components**

| Components | CAS Number | Synonyms | Weight % |
|---|---|---|---|
| Cocamidopropyl Betaine | 61789-40-0 | | 1-5 |
| Sodium Trideceth Sulfate | 25446-78-0 | | 1-5 |

## 4. FIRST AID MEASURES

**Eye contact:** In the case of contact with eyes, rinse immediately with plenty of water for 15 minutes and seek medical attention.

**Skin contact:** In the case of skin irritation or allergic reactions see a physician.

**Ingestion:** If ingested, seek medical attention immediately and show the label.

**Inhalation:** Move to fresh air immediately. If experiencing difficulty breathing, seek medical attention.

**Protection of first-aiders:** Wear suitable gloves and eye/face protection.

## 5. FIRE-FIGHTING MEASURES

**Suitable extinguishing media:** Use any extinguishing media which is suitable for the surrounding fire.

**Extinguishing media which must not be used for safety reasons:** None.

**Special protective equipment for firefighters:** Wear a self-contained breathing apparatus and full protective gear.

**Specific methods:** None.

## 6. ACCIDENTAL RELEASE MEASURES

**Personal precautions:** Ensure adequate ventilation.

**Environmental precautions:** No special environmental precautions required.

**Methods for cleaning up:** Wipe up with absorbent material (e.g. cloth, fleece).

## 7. HANDLING AND STORAGE

**Handling:**

**Technical measures/precautions:** No special technical protective measures required.

**Safe handling advice:** None under normal processing.

**Storage:**

**Technical measures/storage conditions:** Must be stored at 40-80°F, not to exceed 100°F and do not freeze.

**Incompatible products:** No special restrictions on storage with other products.

## 8. EXPOSURE CONTROLS / PERSONAL PROTECTION

**Engineering controls:** Ensure adequate ventilation.

**Personal protective equipment**

**Eye protection:** Eye and face protection recommended when manufacturing product.

**Hand protection:** Protective gloves recommended when manufacturing product.

**Skin and body protection:** Wear suitable protective clothing, gloves and eye/face protection when manufacturing product.

**Respiratory protection:** None required.

**Other/general protection:** None required.

## 9. PHYSICAL AND CHEMICAL PROPERTIES

**General Information**

**Appearance:** Clear liquid

**Color:** Gold to pale yellow

**Odor:** Floral , fruity

**Important Health Safety and Environmental Information**

| | | | |
|---|---|---|---|
| **Flash point:** | Not determined. | **Boiling point/range:** | No information available. |
| **pH:** | 4.8 - 5.8 | **Water solubility:** | Soluble |

**Other information**

**Explosivity:**          None.

## 10. STABILITY AND REACTIVITY

| | |
|---|---|
| **Chemical stability:** | Stable under recommended storage conditions. |
| **Materials to avoid:** | None known. |
| **Conditions to avoid:** | Temperatures below 10ºC or above 40ºC |
| **Hazardous polymerization:** | Hazardous polymerization does not occur. |

## 11. TOXICOLOGICAL INFORMATION

**Acute toxicity**

**Eye contact**          May cause eye irritation.

**Skin contact**          Not available.

**Ingestion**          Not available.

**Inhalation**          Not available.

| Components | LD50 Oral | LD50 Dermal | LC50 (mg/m³) Inhalation | LC50 (ppm) Inhalation |
|---|---|---|---|---|
| Cocamidopropyl Betaine (1-5%) 61789-40-0 | 4900 mg/kg | | | |

**Sub-Chronic/Chronic Toxicity**
No repeat dose data available.

**Specific effects**

| | |
|---|---|
| **Target Organ(s)** | No significant organ toxicity expected. |
| **Reproductive effects** | Not available. |
| **Developmental effects** | Not available. |
| **Carcinogenic effects** | Not expected to be carcinogenic. |
| **Genotoxic effects** | Not available. |

## 12. ECOLOGICAL INFORMATION

**Ecotoxicity**

     **Ecotoxicity effects:**          This product has no known eco-toxicological effects.

## 12. ECOLOGICAL INFORMATION

**Aquatic toxicity effects:**          This product has no known aquatic toxicological effects.

## 13. DISPOSAL CONSIDERATIONS

**Waste from residues / unused products:**          Waste disposal must be in accordance with appropriate US, Federal, State and International regulations. This product, if unaltered by use, may be disposed of by treatment at a permitted facility or as advised by your local hazardous waste regulatory authority.

**Contaminated packaging:**          None.

## 14. TRANSPORT INFORMATION

Product not regulated by DOT, IATA/ICAO, IMO/IMDG, ADR/RID, or TDG.

## 15. REGULATORY INFORMATION

**SARA (311, 312) hazard class**

**Immediate health:**          None.
**Delayed health:**          None.
**Fire:**          None.
**Sudden Release of**
**Pressure Hazard:**          None.
**Reactivity:**          None.

**State Regulations**

**International Inventories**

| Components | TSCA | DSL | NDSL |
|---|---|---|---|
| Cocamidopropyl Betaine (1-5%) | X | X | Not Listed |
| Sodium Trideceth Sulfate (1-5%) | X | X | Not Listed |

**WHMIS:**

**WHMIS trade secret:**          None.
**WHMIS hazard class:**          Drugs and cosmetics are not subject to the Hazardous Products Act (WHMIS).

**Notes:**
1.   SARA = Superfund Amendments and the Reauthorization Act.
2.   CERCLA = Comprehensive Environmental Response, Compensations and Liability Act.
3.   FIFRA = Federal Insecticide, Fungicide and Rodenticide Act.
4.   TSCA = Toxic Substance Control Act.
5.   WHMIS = Canadian Workplace Hazardous Materials Information System.
6.   This product has been classified in accordance with the hazard criteria of the Controlled Products Regulations (CPR) and the MSDS contains all of the information required by the CPR.

## 16. OTHER INFORMATION

**This data sheet contains changes from the previous version in section(s):**
None.

**MSDS format:**          • North American Format - U.S. and Canada
This Material Safety Data Sheet was prepared in accordance with ANSI Z400.1-2004.

**Company:** Johnson & Johnson
**Product name:** For APR Purposes Only - Johnson's Baby Shampoo
**Product code:** JJCUS12647-077
**Page 4 of 5**

EXHIBIT B

**Disclaimer:**
The information and recommendations contained herein are based upon tests believed to be reliable.  However, Johnson and Johnson does not guarantee their accuracy or completeness NOR SHALL ANY OF THIS INFORMATION CONSTITUTE A WARRANTY, WHETHER EXPRESSED OR IMPLIED, AS TO THE SAFETY OF THE GOODS, THE MERCHANTABILITY OF THE GOODS, OR THE FITNESS OF THE GOODS FOR A PARTICULAR PURPOSE.  Adjustment to conform to actual conditions of usage may be required.  Johnson and Johnson assumes no responsibility for results obtained or for incidental or consequential damages, including lost profits arising from the use of these data.  No warranty against infringement of any patent, copyright or trademark is made or implied.

**End of Safety Data Sheet**



# SAFETY DATA SHEET
**This safety datasheet complies with the requirements of Regulation (EC) No. 1907/2006**

**Product code:** JJCFR528-052A
**Revision date:** 22-Jan-2015

## 1. IDENTIFICATION OF THE SUBSTANCE/PREPARATION AND OF THE COMPANY/UNDERTAKING

**Supplier:**
Johnson and Johnson Consumer
Companies, Inc.
Campus de Maigremont
27100 Val de Reuil
France

| | |
|---|---|
| **Product name:** | Johnson's Baby Pink Lotion |
| **Product code:** | JJCFR528-052A |
| **Pure substance/preparation** | Preparation |

| | |
|---|---|
| **Customer service telephone:** | +33 2 32 61 72 00 |
| **Emergency telephone number:** | For 24-hour emergency assistance, call the 3E Company at 1-760-476-3959.  Provide the technician with the following tracking code: 2277. |

## 2. HAZARDS IDENTIFICATION

Classification and labelling        The product is classified and labelled in accordance with Directive 1999/45/EC

**Indication of danger:** Not dangerous goods

**Most important hazards**
**Risk Phrase**

| | |
|---|---|
| **General hazard information:** | None. |

**Carcinogenicity rating:**
| | |
|---|---|
| **Johnson & Johnson:** | None. |
| **European Union:** | None. |

## 3. COMPOSITION/INFORMATION ON INGREDIENTS

## 3. COMPOSITION/INFORMATION ON INGREDIENTS

**Chemical nature of the preparation:**
No information available

| Components | CAS Number | Weight % | REACH No. | EINECS-No. | Synonyms | Classification |
|---|---|---|---|---|---|---|
| Mineral Oil | 8042-47-5 | 10-20 | | | | |
| Propylene Glycol | 57-55-6 | 1-5 | | | | |

## 4. FIRST AID MEASURES

**Eye contact:** In the case of contact with eyes, rinse immediately with plenty of water for 15 minutes and seek medical attention.

**Skin contact:** In the case of skin irritation or allergic reactions see a physician.

**Ingestion:** If ingested, seek medical attention immediately and show the label.

**Inhalation:** Move to fresh air immediately. If experiencing difficulty breathing, seek medical attention.

## 5. FIRE-FIGHTING MEASURES

**Suitable extinguishing media:** Use any extinguishing media which is suitable for the surrounding fire.

**Extinguishing media which must not be used for safety reasons:** None.

**Special exposure hazards arising from the substance or preparation itself, combustion products, resulting gases:** None reasonably foreseeable.

**Combustion products or resulting gases:** Carbon dioxide ($CO_2$) Carbon Monoxide and unidentified organic compounds may be formed during combustion

**Special protective equipment for firefighters:** Wear a self-contained breathing apparatus and full protective gear.

## 6. ACCIDENTAL RELEASE MEASURES

**Personal precautions:** Ensure adequate ventilation.

**Environmental precautions:** No special environmental precautions required.

**Methods for cleaning up:** Wipe up with absorbent material (e.g. cloth, fleece).

## 7. HANDLING AND STORAGE

**Handling:**
**Technical measures/precautions:** No special technical protective measures required.
**Safe handling advice:** None under normal processing.

**Storage:**
**Technical measures/storage conditions:** Protect from freezing, excessive heat (more than 40°C/104°F) and direct sunlight.

**Incompatible products:** No special restrictions on storage with other products.

**Company:** Johnson & Johnson
**Product name:** Johnson's Baby Pink Lotion
EXHIBIT B

**Product code:** JJCFR528-052A
**Page 2 of 6**

**Specific use(s):**                                                    Use according to the label of the product.

## 8. EXPOSURE CONTROLS / PERSONAL PROTECTION

**Exposure limits:**

| Components | European Union | France | Germany | Switzerland | The Netherlands | The United Kingdom |
|---|---|---|---|---|---|---|
| Mineral Oil (10-20%) 8042-47-5 | N/A | N/A | N/A | N/A | N/A | N/A |
| Propylene Glycol (1-5%) 57-55-6 | N/A | N/A | N/A | N/A | N/A | STEL  450 ppm<br>STEL  1422 mg/m³<br>STEL  30 mg/m³<br>TWA  150 ppm<br>TWA  474 mg/m³<br>TWA  10 mg/m³ |

| Components | Spain | Italy | Portugal | Finland | Denmark | Austria |
|---|---|---|---|---|---|---|
| Mineral Oil (10-20%) 8042-47-5 | N/A | N/A | N/A | N/A | N/A | N/A |
| Propylene Glycol (1-5%) 57-55-6 | N/A | N/A | N/A | N/A | N/A | N/A |

| Components | Norway | Poland | Ireland | Belgium | Bulgaria | Czech Republic |
|---|---|---|---|---|---|---|
| Mineral Oil (10-20%) 8042-47-5 | N/A | N/A | N/A | N/A | N/A | N/A |
| Propylene Glycol (1-5%) 57-55-6 | TWA  25 ppm<br>TWA  79 mg/m³<br>STEL  37.5 ppm<br>STEL  118.5 mg/m³ | N/A | TWA  150 ppm<br>TWA  470 mg/m³<br>TWA  10 mg/m³ | N/A | N/A | N/A |

| Components | Estonia | Greece | Hungary | Latvia | Lithuania | Luxembourg |
|---|---|---|---|---|---|---|
| Mineral Oil (10-20%) 8042-47-5 | N/A | N/A | N/A | N/A | N/A | N/A |
| Propylene Glycol (1-5%) 57-55-6 | N/A | N/A | N/A | TWA  7 mg/m³ | TWA  7 mg/m³ | N/A |

| Components | Slovenia | Slovakia | Sweden | Cyprus | Malta | Romania |
|---|---|---|---|---|---|---|
| Mineral Oil (10-20%) 8042-47-5 | N/A | N/A | N/A | N/A | N/A | N/A |
| Propylene Glycol (1-5%) 57-55-6 | N/A | N/A | N/A | N/A | N/A | N/A |

| Components | Argentina | Brazil | Chile | Venezuela | Chile Prohibited Substances List |
|---|---|---|---|---|---|
| Mineral Oil (10-20%) 8042-47-5 | N/A | N/A | N/A | N/A | N/A |
| Propylene Glycol (1-5%) 57-55-6 | N/A | N/A | N/A | N/A | N/A |

**Exposure controls / personal protection**

**Engineering controls:**            Ensure adequate ventilation.

**Respiratory protection:**          Not Available

**Hand protection:**                 Protective gloves recommended when manufacturing product.

**Eye protection:**                  Eye and face protection recommended when manufacturing product.

**Skin and body protection:**        Skin protection recommended when manufacturing product.

**Environmental exposure controls:**            No information available

## 9. PHYSICAL AND CHEMICAL PROPERTIES

**General Information**

**Physical state:**        Liquid, Lotion
**Appearance:**            Lotion free from foreign matters
**Colour:**                Pink

**Odour:**                                   Not available

**Important Health Safety and Environmental Information**

**Flash point:**                Not determined.              **Boiling point/range:**        No information available.

**pH:**                                       6.60 - 7.40
**Flammability (solid, gas):**                No information available
**Explosive properties:**                     No information available
**Oxidising properties:**                     No information available
**Vapor pressure:**                           No information available
**Specific Gravity:**                         No information available
**Density (20/4):**                           No information available
**Water solubility:**                         Slightly soluble
**Solubility in other solvents:**             No information available
**Partition coefficient**                     No information available
**(n-octanol/water):**
**Viscosity:**                                7500 - 20000cps @25°C
**Vapor density:**                            No information available
**Evaporation rate:**                         No information available

**Other information**

**Autoignition temperature:** No information available        **Melting point/range:**        No information available

**Miscibility**                               No information available
**Fat solubility (g/l)**                      No information available
**Volume resistivity or conductivity:**       No information available
**Gas Group**                                 No information available

## 10. STABILITY AND REACTIVITY

**Chemical stability:**               Stable under recommended storage conditions.
**Materials to avoid:**               No information available
**Conditions to avoid:**              No information available
**Hazardous polymerisation:**         Hazardous polymerisation does not occur.
**Possibility of hazardous**          No information available
**reactions:**
**Hazardous decomposition**           No information available
**products:**

## 11. TOXICOLOGICAL INFORMATION

**Acute toxicity**

**Eye contact**  May cause eye irritation.

**Skin contact**  Not available.

**Ingestion**  Not available.

**Inhalation**  Not available.

| Components | LD50 Oral | LD50 Dermal | LC50 (mg/m³) Inhalation | LC50 (ppm) Inhalation |
|---|---|---|---|---|
| Mineral Oil (10-20%) 8042-47-5 | 5000 mg/kg | | | |
| Propylene Glycol (1-5%) 57-55-6 | 20000 mg/kg | 20800 | | |

**Sub-Chronic/Chronic Toxicity**
No repeat dose data available.

**Target Organ(s)**  Not available.
**Reproductive effects**  Not available.
**Developmental effects**  Not available.
**Carcinogenic effects**  Not available.

**Genotoxic effects**  Not available.

## 12. ECOLOGICAL INFORMATION

**Ecotoxicity**
  **Ecotoxicity effects:**  This product has no known eco-toxicological effects.
  **Aquatic toxicity effects:**  This product has no known aquatic toxicological effects.

**Mobility:**  No information available
**Persistence / degradability:**  No information available
**Bioaccumulation:**  No information available
**Degradation:**  No information available.

## 13. DISPOSAL CONSIDERATIONS

## 13. DISPOSAL CONSIDERATIONS

**Waste from residues / unused products:** Waste disposal must be in accordance with applicable international, national, federal, state and local regulations.

**Contaminated packaging:** Since emptied containers may retain product residue, follow label warnings even after container is emptied.

## 14. TRANSPORT INFORMATION

Product not regulated by DOT, IATA/ICAO, IMO/IMDG, ADR/RID, or TDG.

## 15. REGULATORY INFORMATION

The product is classified and labelled in accordance with Directive 1999/45/EC

**Indication of danger:** Not dangerous goods

**R -phrase(s)**

**S -phrase(s)**

## 16. OTHER INFORMATION

**This data sheet contains changes from the previous version in section(s):**
none.

**Restrictions on use:** No information available
**Additional advice:** None.

**Full text of R-phrases referred to under sections 2 and 3**

**MSDS Format:** European Format
**Regulation** This safety datasheet complies with the requirements of Regulation (EC) No. 1907/2006

**Disclaimer:**
The information and recommendations contained herein are based upon tests believed to be reliable. However, Johnson and Johnson does not guarantee their accuracy or completeness NOR SHALL ANY OF THIS INFORMATION CONSTITUTE A WARRANTY, WHETHER EXPRESSED OR IMPLIED, AS TO THE SAFETY OF THE GOODS, THE MERCHANTABILITY OF THE GOODS, OR THE FITNESS OF THE GOODS FOR A PARTICULAR PURPOSE. Adjustment to conform to actual conditions of usage may be required. Johnson and Johnson assumes no responsibility for results obtained or for incidental or consequential damages, including lost profits arising from the use of these data. No warranty against infringement of any patent, copyright or trademark is made or implied.

**End of Safety Data Sheet**

# Exhibit E



INTERNET ARCHIVE WaybackMachine
http://www.johnsonsbaby.com/best-for-baby-standard Go
19 captures
16 Dec 2010 – 9 Nov 2013
APR JUN JUL
01
2012 2013 2014
About this capture

# Our "BEST FOR BABY™ Standard"

**Our Promise**
Providing the best in care to moms and babies worldwide

**Baby Science**
The research and discoveries behind our products

**BEST FOR BABY™ Standard**

What our standards mean for you and your baby

**BEST FOR BABY NATURALS™ Standard**
Natural ingredients specially chosen for baby's delicate skin

Overview | BEST FOR BABY™ Standard | CLINICALLY PROVEN MILDNESS® Formula | NO MORE TEARS® Formula | Preservatives

Because we have the highest ideals for your baby, every JOHNSON'S® product available to moms and babies is guided by our "BEST FOR BABY™ Standard." That means safety is our priority. However, when it comes to what's ideal for babies, we go well beyond safety to ensure that every product builds in the highest levels of comfort. That's why we promise to deliver only products designed specially for baby that are gentle and mild.

The JOHNSON'S® Brand values the trust that moms and health care professionals have placed in us for over 100 years. We conduct ongoing research and continually review the latest scientific findings. We actively engage with external experts, like pediatricians, pediatric dermatologists, midwives and nurses. We make sure our standards are always set high—and work every day to ensure that we meet them.

All JOHNSON'S® Baby Products must pass comprehensive evaluation to ensure they're appropriate for your baby. Our safety process involves four well-defined stages:

1. We determine exactly how the product will be used.
   Our Safety Team considers who the product is intended for, its intended use, what areas of the body the product will come in contact with, how often it will be used, and whether the product will be rinsed off or remain on the skin.

2. We carefully assess ingredients and formulations.
   When developing new products, the JOHNSON'S® Brand applies rigorous and internally high standards that set us apart in the industry. Our Safety Team carefully considers each ingredient and its impact on a product's final formulation.

   This assessment involves ongoing review of the latest scientific information, including staying fully abreast of current and pending regulations in each country where we market our products. We thoroughly review and assess information for each ingredient, including supplier information and independent safety analyses, including clinical data.

3. We conduct real-world evaluations with moms.
   Our ingredients are carefully selected and reviewed for safety, and our product formulations are clinically evaluated with appropriate testing. We ensure each product displaying the NO MORE TEARS® or CLINICALLY PROVEN MILDNESS® trademark has the right body of research and support behind it and that claims like "hypoallergenic" and "designed gentle enough for newborns" have

EXHIBIT B

appropriate data behind them.

Products that make it through our rigorous assessment and become "candidates" for the marketplace are placed with real moms to use in the real world. This helps us learn how the product will really be used and lets us know if there is anything more we need to do before the product can go to market.

4.  We never stop monitoring what you say about our products.
    After a product becomes available for your baby, the Safety Team continues to conduct ongoing research and seeks your feedback. Based on that information, we continue to improve and develop the next generation of safe, quality products.

Next: How we protect baby's delicate skin

Johnson & Johnson FAMILY OF CONSUMER COMPANIES

Get Coupons & Offers! Save on the products you love at HEALTHY ESSENTIALS™ Start saving →

**Contact Us    FAQ    Our Safety & Care Commitment    Where to Buy    Legal    Privacy Policy    Site Map    Healthcare Professionals**

© Johnson & Johnson Consumer Companies, Inc. 1998-2013. This site is published by Johnson & Johnson Consumer Products Company Division of Johnson & Johnson Consumer Companies, Inc. which is solely responsible for its content. It is intended for visitors from the U.S.

This site contains links to websites to which our Privacy Policy does not apply. We encourage you to read the privacy policy of every website you visit.

EXHIBIT B

# Exhibit F



SAFETY & CARE COMMITMENT

Johnson & Johnson FAMILY OF CONSUMER COMPANIES    CONTACT US

CHOOSE LANGUAGE    Search...

| COMMITMENT | SAFETY | INGREDIENTS |

Home  >  Ingredients

# Ingredients

For us, safe ingredients aren't just a consideration. Safe ingredients are the focus of how our baby and beauty personal care products are created. Our industry-leading safety assurance process ensures that our products meet or exceed governmental safety standards around the world. But that's just where we start. We are committed both to the science of safety and to the art of creating products that are gentle on people, as well as the environment.

Our Safety & Care Commitment brings your feedback into that process. When consumers have raised concerns about an ingredient, we have, on numerous occasions, changed the ingredients in our products. Click on the links below to read more about specific ingredient positions.

## Ingredients we don't use

Because your confidence in our products is so important to us, you won't find any of the following in our baby and beauty cosmetic and personal care products.

- Butylparaben
- Phthalates
- Triclosan
- PFOA

- Styrene
- Animal-derived fragrances
- Nitromusks and polycyclic musks
- Tagetes

- Rose crystal
- Diacetyl
- Cocamide DEA
- Toluene

EXHIBIT B



Preservatives >

Sunscreen Filters >

1,4 Dioxane >

Fragrance Oils >

Microbeads >

Talc >

Home                    Sitemap                    Privacy Policy                    Legal Notice                    Contact Us

© J&JCI 2017. All rights reserved. This site is published by Johnson & Johnson Consumer Inc., which is solely responsible for its contents. This site is intended for use by residents of the United States and follows U.S. data protection rules. If you reside in the US; call toll free 1-800-361-8068.  If you are outside of the US, click here to contact us.
This site was last modified on February 2, 2017.

EXHIBIT B

# Exhibit G



Why Choose JOHNSON'S®? | Bedtime App | Coupons & Offers | Where to Buy | BabyCenter

**Johnson's®**

**Español**     Search...

Baby Products | Safety Standards | Preparing For Baby | Caring For Your Baby | Bathing Your Baby | Bedtime | Massaging Your Baby | Diapering

Home  >  Why Choose JOHNSON'S®?  >  A Brand Built on Love & Science



A Brand Built on Love and Science

### Why Choose

**A Brand Built On Love And Science**

**Baby Products: Ingredients & Preservatives**

**The Science Of Happy And Healthy Babies**

**Commitment To A Healthy Planet**

**So Much More™**

*Our mission is to create the best baby care products in the world.*

We want to make sure families around the world have access to products that are safe, rigorously tested, environmentally-friendly, and created specifically to care for a baby's unique needs.

Our choices are deeply rooted in science and love. We're parents too, so we understand that without the input and know-how from moms and dads like you— we couldn't make the products that we do.

Here are some of our stories:

# JOHNSON'S® 3-Step Routine

Our unique 3-step routine is the first and only nighttime routine clinically proven to help children aged 7 to 36



### Janet Nikolovski, Ph.D.
Associate Director and Fellow

EXHIBIT B



Associate Director and Fellow
JOHNSON'S® Baby Research & Development
Mother to twins

I know what goes into the development of our products, the time, the giant team of experts, the care. Not just in selecting the best ingredients for babies, but the effort that goes into the whole process to meet the high standards we follow. That's why I've always had JOHNSON'S® products in our home, both for myself and for my kids.



**Gabby Kosmoski**
Principal Scientist Johnson & Johnson Consumer Inc.
Mom of two boys

Becoming a mom has been one of the greatest joys and accomplishments of my life.  I knew when it came to everyday care for my baby and toddler, JOHNSONS® would be my products of choice. I was raised on JOHNSON'S® and I'm proud to be a part of the generations of families who have counted on them.

I'm happy knowing JOHNSON'S® is there to help me care for and nurture my baby without worry, which lets me enjoy the special moments and memories I'm creating for my kids. There is nothing better than hearing a fit of giggles during bath time, playing with bubbles or a snuggly, sweet yawn of sleepiness as my kids drift off to sleep. I know JOHNSON'S® will always be there every step of the way.



**Neena Tierny**
Associate Director, Fellow Global R&D
Johnson & Johnson Consumer & Personal Products Worldwide
Mother of three - one girl and two boys

months sleep better in just 1 week.

**Learn about the 3 steps to sleep**



## Diaper Rash Guide

Identify, prevent and treat diaper rash with this helpful guide from DESITIN®, the #1 choice of pediatricians and moms.

**View our visual diaper rash guide**



## Save on your favorite JOHNSON'S® Baby Products

Explore all of JOHNSON'S® baby

EXHIBIT B

One of my favorite projects at JOHNSON'S® was studying babies' eyes — how they develop, what makes them different from adult eyes, and how to take care of them. My specific role is to clinically evaluate products, which, for us, always starts with understanding babies. We do that work like no other company.

I used JOHNSON'S® products for all my babies. My youngest still doesn't always close his eyes in the shower, so he still uses JOHNSON'S® baby shampoo!

products or use our product filters to narrow your search, helping you find just what you're looking for—fast.

**View JOHNSON'S® products**

# How We Got Here

We know you wouldn't use a product on your baby without researching it first. Neither would we. We examine every ingredient, combination of ingredients and the safety of our products with the level of scrutiny we would want for our own babies. Our scientists review the latest research to choose ingredients that are best for your baby.

JOHNSON'S® was the 1st to:

- Study how a baby's skin is different from adult skin and how it develops from birth
- Evaluate baby skin care products across different ethnicities
- Research the critical role routines like bath time and before bed, play in happy healthy baby development

As you and your baby grow together, you can feel comfortable and confident that the JOHNSON'S® team leaves nothing to chance when it comes to your baby.

EXHIBIT B

# Moms around the world trust JOHNSON'S® to safely care for their babies

We are committed to working with moms, healthcare experts and scientists to ensure our baby products continue achieving the highest JOHNSON'S® baby standards.

**Making JOHNSON'S® products even better for baby**

## Moms & Dads

Preparing for Your Baby

Your Body

First 10 Days

Traveling with Your Baby

## Babies

About Your Baby's Skin

Common Skin Conditions

How to Bathe Your Baby

Newborn Sleep

Baby Sleep

## Toddlers

Haircare

Teeth

Playing with Your Toddler

## Products

Products

Coupons & Offers

Where to Buy

FAQs

Safety Standards

Ingredients

## Get to Know Us

A Brand Built on Love & Science

Why Choose JOHNSON'S®?

The Science of Happy & Healthy Babies

Commitment to A Healthy Planet

So Much More™

Privacy Policy    Legal Notice    Global Sites    Contact US    Sitemap    Healthcare Professionals

© J&JCI 2016.
This site is published by Johnson & Johnson Consumer Inc. which is solely responsible for its content. It is intended for visitors from the U.S. Third party trademarks used herein are trademarks of their respective owners.
Last Updated: April 21, 2016

This site contains links to websites to which our Privacy Policy does not apply. We encourage you to read the privacy policy of every website you visit.

EXHIBIT B

EXHIBIT B

# Exhibit H

EXHIBIT B



Home  >  Our Safety Standards  >  Baby Products: Ingredients  >  JOHNSON'S® Ingredient Guidelines

There is so much information out there; it sometimes can be difficult to feel confident you're making the best choices for your little one.

We know you wouldn't use a product on your baby without researching it first. Neither would we. We examine every ingredient, combination of ingredients and the safety of our products with the level of scrutiny we would want for our own babies. So to help, we wanted to share additional considerations that guide our ingredient choices and product development.

## Selecting the Right Preservatives

Think of preservatives as ingredients that prevent spoilage—just like with some foods. We need them to help keep products fresh, preventing mold or bacteria from growing in them. In fact, without some type of preservative system, you'd have to throw away a product after only a few weeks to prevent it from getting moldy.

JOHNSON'S® takes a lot of care in figuring out the best way to preserve our products so they stay safe. There are lots of preservatives worldwide but only a small number meet all of our strict requirements for babies.



# JOHNSON'S® Safety

The JOHNSON'S® products you enjoy are rigorously and repeatedly evaluated, to meet the highest standards of safety and quality. It's how we've set the bar for developing the best baby products in the world for more than a century.

**View JOHNSON'S® five-level safety** →

EXHIBIT B

## Worldwide Safety Standards

JOHNSON'S® products are rigorously and repeatedly evaluated, to meet the highest standards of safety and quality. It's how we've set the bar for developing the best baby products in the world for more than a century.

So why do some of our ingredients differ between countries? You might be surprised to know it's due to the preferences of parents. In the U.S., most moms prefer a rich lather, whereas in Europe, moms prefer a creamy lather. To meet these preferences, we use different ingredients, which are equally mild, gentle and safe.

## Ingredient Names: What Do They Mean?

We know a list of ingredients on the back of our bottles can be confusing. We follow the INCI Dictionary guide to naming our ingredients. As a result, some relatively simple ingredients sound more complicated than they are. For example, coconut oil extract needs to be labeled as its INCI name, lauric acid.

See our Behind the Label section to get a better understanding of the purpose of each of our ingredients.

## Non-Toxic Ingredients

Our products are safe and non-toxic. In fact, we have very rigorous and comprehensive safety evaluation standards to ensure our products are always safe. On top of this, we're constantly researching and updating our products to respond to new research and preferences.

## No Animal Testing

JOHNSON'S® brand does not test cosmetic products or ingredients on animals.

When it comes to the evaluating of medicines and medical devices which other parts of the Johnson & Johnson Family of Companies develop, animal use may be required by governing bodies, such as the Food and Drug Administration.

Johnson & Johnson Family of Companies must abide by these requirements, but when we do, we also have our own detailed animal testing policy that reflects the highest animal welfare standards.

## No Numbing Agents

We sometimes hear the misperception that we use numbing agents in our NO MORE TEARS® products. We do not use any numbing agents in our NO MORE TEARS® products or any other products.



five-level safety assurance process

# Frequently Asked Ingredient Questions

Get answers to our commonly asked questions around ingredients and JOHNSON'S® product reformulations.

**View our Ingredient FAQs** 

EXHIBIT B



## Contact Us

Our first priority is helping you do what's best for your baby.
If you have a question you don't see answered here, don't hesitate to reach out!

**Contact Us** ›

# Moms around the world trust JOHNSON'S® to safely care for their babies

We are committed to working with moms, healthcare experts and scientists to ensure our baby products continue achieving the highest JOHNSON'S® baby standards.

**Making JOHNSON'S® products even better for baby** ›

EXHIBIT B

## Moms & Dads

Preparing for Your Baby

Your Body

First 10 Days

Traveling with Your Baby

## Babies

About Your Baby's Skin

Common Skin Conditions

How to Bathe Your Baby

Newborn Sleep

Baby Sleep

## Toddlers

Haircare

Teeth

Playing with Your Toddler

## Products

Products

Coupons & Offers

Where to Buy

JOHNSON'S® Safety

Baby Products: Ingredients

## Get to Know Us

A Brand Built on Love & Science

The Science of Happy & Healthy Babies

Commitment to A Healthy Planet

So Much More™

Privacy Policy          Legal Notice          Global Sites          Contact US          Sitemap          Healthcare Professionals

© J&JCI 2016.
This site is published by Johnson & Johnson Consumer Inc. which is solely responsible for its content. It is intended for visitors from the U.S. Third party trademarks used herein are trademarks of their respective owners.
Last Updated: April 21, 2016

This site contains links to websites to which our Privacy Policy does not apply. We encourage you to read the privacy policy of every website you visit.

EXHIBIT B

# Exhibit I



Our Safety Standards | Bedtime App | Coupons & Offers | Where to Buy | BabyCenter

Home  >  Our Safety Standards  >  JOHNSON'S® Safety



JOHNSONS® Safety

Why Choose JOHNSON'S®?

A Brand Built On Love And Science

JOHNSON'S® Safety

Baby Products: Ingredients & Preservatives

The Science Of Happy And Healthy Babies

Commitment To A Healthy Planet

So Much More™

As a mom or dad, one of your first instincts when you see her delicate little toes and hold her gently in your arms, is to make sure she's always safe.



EXHIBIT B

hold her gently in your arms, is to make sure she's always safe.

We get it, because we're parents too. That's why we have some of the most rigorous product testing and safety and quality standards—and that's how we set the bar for developing the best baby products around the world.



# JOHNSON'S®
# 3-Step
# Routine

Our unique 3-step routine is the first and only nighttime routine clinically proven to help children aged 7 to 36 months sleep better in just 1 week.

**Learn about the 3 steps to sleep** >



## Our BEST FOR BABY Standard



# Diaper Rash
# Guide

Identify, prevent and treat diaper rash with this helpful guide from DESITIN®, the #1 choice of pediatricians and moms.

Developing a new baby care product requires extensive research, review, and testing —with input from parents like you.  We've conducted more than 8000 clinical trials —covering over 12,000 ingredients with 550,000 volunteers—and every JOHNSON'S® baby product is developed based on insights in partnership with three key groups:

EXHIBIT B

🔴 **Medical Professionals,** including pediatricians, pediatric dermatologists, nurses, and midwives help guide our understanding of your baby's every need.

🔴 **Scientific Thought Leaders** help us gather information on the latest discoveries, trends, and technologies to bring innovation to our baby skin and hair care products.

🔴 **Parents from all around the world** teach us about the bonds and interactions between parents and babies.

But before any new JOHNSON'S® baby product becomes available, it must also first pass our five-level safety assurance process. This process is uniquely designed to select ingredients and develop products that are repeatedly tested and specifically suited to be used on babies.

Take a closer look at how our safety assurance process helps create the products you trust



No More Tears®

Your baby's eyes are more sensitive. So in 1953 we invented JOHNSON'S® baby shampoo with its NO MORE TEARS® formula. And since then, we've continued to refine our formula and have extended this technology across our portfolio of products.

**View our visual diaper rash guide** ›



## Save on your favorite JOHNSON'S® Baby Products

Explore all of JOHNSON'S® baby products or use our product filters to narrow your search, helping you find just what you're looking for—fast.

**View JOHNSON'S® products** ›

Look for our NO MORE TEARS® trademark which lets you know this product has been specially designed to be gentle to your baby's eyes.

Learn more about the science behind NO MORE TEARS®

# Clinically Proven Mildness™

JOHNSON'S® Brand pioneered research into the unique nature of infant skin care. To help protect baby's skin, we developed JOHNSON'S® baby lotion, which is now just one of the many JOHNSON'S® baby products that carries the CLINICALLY PROVEN MILDNESS™ trademark. Our products that complete this extensive and rigorous testing are awarded this trademark, which ensures that the product is safe and gentle enough for your baby's delicate skin.

## 1. Sourcing

Every supplier must meet our quality and safety standards

## 2. Safety Assessment

Every ingredient is evaluated by safety experts

## 3. Clinical Evaluation

Product formulations are evaluated  by independent clinical experts to make sure our ingredients aren't just safe, but work together without adverse reactions

## 4. Consumer In-Use Testing

We observe actual use in the home, with the help of thousands of volunteers who trial our products and provide feedback from the parent's perspective

## 5. Continual Evaluation

We speak to thousands of moms, scientists, and regulators to remain vigilant and

EXHIBIT B

ensure products meet our safety standards throughout its lifetime.

# Moms around the world trust JOHNSON'S® to safely care for their babies

We are committed to working with moms, healthcare experts and scientists to ensure our baby products continue achieving the highest JOHNSON'S® baby standards.

**Making JOHNSON'S® products even better for baby** ›

## Moms & Dads

Preparing for Your Baby

Your Body

First 10 Days

Traveling with Your Baby

## Babies

About Your Baby's Skin

Common Skin Conditions

How to Bathe Your Baby

Newborn Sleep

Baby Sleep

## Toddlers

Haircare

Teeth

Playing with Your Toddler

## Products

Products

Coupons & Offers

Where to Buy

JOHNSON'S® Safety

Baby Products: Ingredients

## Get to Know Us

A Brand Built on Love & Science

The Science of Happy & Healthy Babies

Commitment to A Healthy Planet

So Much More™

Privacy Policy          Legal Notice          Global Sites          Contact US          Sitemap          Healthcare Professionals

© J&JCI 2016.
This site is published by Johnson & Johnson Consumer Inc. which is solely responsible for its content. It is intended for visitors from the U.S. Third party trademarks used herein are trademarks of their respective owners.
Last Updated: April 21, 2016

This site contains links to websites to which our Privacy Policy does not apply. We encourage you to read the privacy policy of every website you visit.

EXHIBIT B

EXHIBIT B

# Exhibit J



*Get to Know Us*  |  *For Professionals*  |  *Where to Buy*  |  *BabyCenter*

**Johnson's®**

Search...

Log In    Sign Up

| Baby Products | Preparing For Your Baby | Caring For Your Baby | Bathing Your Baby | Massaging Your Baby |

**Home** > FAQs

# Frequently Asked Questions

Here you'll find answers to the questions we receive most often.

## BRAND

How safe are JOHNSON's® baby products?    **+**

Why is JOHNSON'S® special?    **−**

All our products, designed especially for baby, are gentle and mild. All our products adhere to the JOHNSON'S® BEST FOR BABY™ Standard. These standards are embodied in our five-level safety assurance process which is guided by leading scientific and medical experts from around the globe.

Johnson & Johnson products comply with regulatory requirements in every country or region where our products are available. Johnson & Johnson endeavours to exceed regulatory requirements, if we feel it is best for baby.

Proven scientific methods are used to assess the ingredients used in our products and to ensure, based on the evidence, that all ingredients are safe and appropriate for baby.

As we develop new formulations, we reject those prototypes that do not meet standards. Comprehensive assessment of the final formulation ensures that our marketed product is safe, mild, gentle, and appropriate for baby. Informed by our knowledge of consumer behaviour and experiences, our product safety labelling and



Will a JOHNSON'S® Baby product really play a vital role in the socio-emotional development of my baby?    **+**

Why are fragrances used and are they safe?

EXHIBIT B

Why are fragrances used and are they safe?                                              +

Why do some JOHNSON'S® Baby products contain ingredients that are not naturally derived?  +

Does JOHNSON'S® test on animals?                                                         +

What does NO MORE TEARS® mean?                                                           +

What is Clinically Proven Mild and what does it mean?                                    +

What is TRIPLE BABY PROTECTION™?                                                          +

Did JOHNSON'S® recently remove ingredients due to safety concerns?                       +

What role does a JOHNSON'S® product play in my baby's development?                       +

Do all baby formulations remain the same across the globe?                               +

Are these products packages recyclable?                                                  +

Do JOHNSON'S® baby products work on adults?                                              +

# PRODUCT USAGE

We use Johnson's products for our baby. I use powder, too. Since she keeps her mouth open, is it harmful  +
to swallow or inhale these products?

We've heard JOHNSON'S® Baby Soap gives rashes on the baby's face. What is the reason?    +

EXHIBIT B

Is JOHNSON'S® Baby Powder safe for my baby?                                               + 

## GENERAL

How can I get my baby to be in one of your ads?                                           + 

I want to email my baby's picture to you.                                                 + 

Back to Top

Don't see your question? Contact us

# Moms around the world trust JOHNSON'S® to care for their babies

We are committed to working with moms, healthcare experts and scientists to ensure our products continue achieving the highest standards in safety, quality and care.

**Learn how love and science come together to make every JOHNSON'S® product better for your baby** ›

EXHIBIT B

## Moms & Dads

Preparing for Baby

Your Body

First 10 Days

Traveling with Your Baby

## Babies

About Your Baby's Skin

Common Skin Conditions

How to Bathe Your Baby

Baby Massage Guide: Six Weeks Plus

Newborn Sleep

Baby Sleep

## Toddlers

Baby Hair Care & Styling

Baby Massage Guide: Six Months Plus

Toddler Teeth

Playing with Your Toddler

## Products

Products

Where to Buy

Safety

Ingredients

## Get to Know Us

About Us

The Science of Baby

So Much More

Beyond the Bath

For Professionals

Press Release

Privacy Policy

Sitemap

Legal Notice

Healthcare Professionals

Global Sites

FAQs

Contact Us

© Johnson & Johnson Private Limited 2015-17

This site is published by Johnson & Johnson  Private Limited which is solely responsible for its content. It is intended for visitors from India. This site may contain links to websites to which our Privacy Policy does not apply.  These links are provided for your convenience, for informational purpose only.  Some content may be applicable/valid for specified geographical locations only.  We encourage you to read the Legal Notice, Terms and Privacy Policy of every website you visit.

Last Updated: May 4th, 2017

Disclaimer:  The content of this website is intended for general information purposes only.  It is not intended as medical or healthcare advice or to be used for medical diagnosis or treatment or for any individual problem.  Always seek the advice of your doctor or other qualified healthcare provider regarding any medical condition or before starting any new treatment.

EXHIBIT B

# Exhibit K

EXHIBIT B

# Our Five Level Safety Assurance Process

*Johnson-Johnson*
FAMILY OF CONSUMER COMPANIES

*At the Johnson & Johnson Family of Consumer Companies, each product formulation must pass our five-level safety assurance process. We continually re-evaluate ingredients to reflect new scientific developments, and your views and concerns.*

## Level 1
## Sourcing Raw Materials

*We only partner with suppliers who meet our required safety standards and stewardship principles.*

  

**12 categories**
covered by our detailed supplier questionnaire

**1 year**
for a new material to qualify for use, on average

**350**
approximate number of manufacturers and distributors we work with

## Level 2
## Toxicology Assessment

*Toxicology is about assessing safety – in our case, about the safe use of ingredients in our products. We conduct tiered assessments by accredited toxicologists and from independent safety experts.*

  

**15**
global regulatory standards our products meet or exceed

**2,500**
raw materials in our products – and we've evaluated every single one

ingredients without a full safety profile or without full composition are rejected.

## Level 3
## Clinical Evaluation

*In this step we test specific product formulations to make sure our ingredients don't just work, but work together and are well tolerated.*





**TESTS** √

• Skin irritation √
• Allergic reaction √
• Sunlight √
• Efficacy √

Depending on the product, we work with many experts including dermatologists, ophthalmologists, pediatricians, midwives, and pediatric dermatologists

## Level 4
## In-Use Testing

*Product safety isn't just about ingredients; it's about how a product is used. Before a product can be placed on store shelves, we want to thoroughly understand how people will use it in their*



© Johnson & Johnson Consumer Companies, Inc. 2014

EXHIBIT B

# Exhibit L

EXHIBIT B



INTERNET ARCHIVE
**Wayback Machine**

6 captures
3 Mar 2015 – 13 Apr 2016

http://www.safetyandcarecommitment.com/safety-promise/level-2-toxic    Go

JAN **MAR** APR
◄ **22** ►
**2015** **2016** 2017

▼ About
this cap

 Johnson & Johnson FAMILY OF CONSUMER COMPANIES

# Our Safety & Care Commitment

| Home | Our Commitment | Our Safety Process | Ingredient Policies | Our Sustainability | Contact Us |

**Our Five-Level Safety Assurance Process**

Level 1: Sourcing Raw Materials

**Level 2: Toxicology Assessment**

Level 3: Clinical Evaluation

Level 4: In-Use Testing

Level 5: Continual Evaluation

Research Leadership

NO MORE TEARS® Technology

Meeting Global Standards of Care

## Level 2: Toxicology Assessment



All of our ingredient choices are supported by the best available science, as well as by research from our global team of toxicologists — scientists who specialize in ingredient safety. In our laboratories, we go well beyond basic screening to ensure that we meet or exceed government regulatory standards for ingredients and trace materials. It's a rigorous assessment process that leaves nothing to chance.

Contact Us | Glossary | Site Map | Privacy Policy | Legal Notice

© J&JCI 2016. All rights reserved. This site is published by Johnson & Johnson Consumer Inc., which is solely responsible for its contents. This site is intended for use by residents of the United States and follows U.S. data protection rules. If you reside in the US: call toll free 1-800-361-8068.  If you are outside of the US, click here to contact us.

This site was last modified on March 7, 2016.

EXHIBIT B

# Exhibit M



*Johnson & Johnson* FAMILY OF CONSUMER COMPANIES

CONTACT US

# SAFETY CARE
## COMMITMENT

CHOOSE LANGUAGE

Search...

**COMMITMENT**          **SAFETY**          **INGREDIENTS**

Home  >  Commitment

# Commitment

Your safety is our priority. That's why our safety assurance process exceeds industry and regulatory standards for baby and beauty personal care products. It's a process that never ends– we continually review our product ingredients against the latest research and consumer feedback. We believe our process is among the most rigorous in the world and is at the core of our Safety & Care Commitment.

Our Safety & Care Commitment reflects our company's focus on creating products that our consumers can trust. We've worked hard to build and maintain this trust for more than 100 years with millions of consumers.

The following principles guide Our Safety & Care Commitment. They reflect your highest expectations of us and all that we expect of ourselves.



## Good enough is not enough.

Our goal is to meet or exceed the safety standards in every country where our products are sold.

EXHIBIT B

## Safe products start with the safe ingredients.



Our ingredients are supported by the latest safety guidelines, testing, the latest published research and our high quality standards for personal care products.



## Science isn't set in stone.

Innovation is ongoing and as a result, we continually check the latest data on our ingredients. When necessary we update our products to make sure they are still safe

## Human health and the health of our planet are forever linked.



Our sustainability efforts help us create products and packaging that help people while minimizing any negative impact on our planet.



## We alone shouldn't be the last word on safety.

That's why we also seek out the guidance of healthcare providers, safety professionals and consumers to help us ensure the safety of our products.

EXHIBIT B



Home                    Sitemap                    Privacy Policy                    Legal Notice                    Contact Us

---

© J&JCI 2017. All rights reserved. This site is published by Johnson & Johnson Consumer Inc., which is solely responsible for its contents. This site is intended for use by residents of the United States and follows U.S. data protection rules. If you reside in the US; call toll free 1-800-361-8068.  If you are outside of the US, click here to contact us.
This site was last modified on February 2, 2017.

EXHIBIT B

# Exhibit N

EXHIBIT B

INTERNET ARCHIVE
Wayback Machine

http://www.safetyandcarecommitment.com/ingredient-info    Go

38 captures
18 Aug 2012 – 2 Nov 2016

FEB **MAR** APR
◀ **22** ▶
2015 **2016** 2017



▼ About this cap...

**Johnson & Johnson** FAMILY OF CONSUMER COMPANIES

# Our Safety & Care Commitment

| Home | Our Commitment | Our Safety Process | Ingredient Policies | Our Sustainability | Contact Us |



Select Language ▾

**Ingredient Policies**

Preservatives

   Formaldehyde Releasers

   Parabens

Sunscreen Filters

Other Materials

   1,4 Dioxane

   Fragrance Oils

   Microbeads

   Phthalates

   Triclosan

   Talc

## Ingredient Policies



All of our products worldwide and their ingredients meet the rigorous scientific standards of our safety assurance process. They also meet or exceed government standards in the countries where they are sold, as well as U.S. and E.U. cosmetic ingredient safety guidelines, or whichever is stricter when they differ. If new scientific evidence raises legitimate questions about the safety or safe use of our ingredients, we will innovate to find alternatives and, if necessary, we will reduce it or remove it from our products.

But that's just where we start. We are committed both to the science of safety and to the art of creating products that are gentle on people and the environment. Like you, we have a healthy skepticism when it comes to the use of any chemicals – whether found in nature or made in a factory.

Every one of our products on the market today is safe when used as directed. But Our Safety & Care Commitment takes us beyond safety alone, to meet your highest expectations of us. If consumers raise concerns about an ingredient, even if that ingredient meets government safety regulations and is supported by science, we'll always listen.

In order to protect your peace of mind, we may set a goal of reducing or eliminating that ingredient, and developing new alternatives through our continuous research and development efforts.

Remember, every time we change a formulation – and we have thousands of formulas around the world – we need to take it through our five-level safety assurance process to ensure that it meets or exceeds government standards and the high standards we expect of ourselves. After all, if we decide to eliminate an ingredient, we have to ensure that its replacement is also safe. When dealing with human or environmental safety, there are no shortcuts and we do not compromise on safety for expediency in the process. This takes time, well over a year for each new formula. That's why moving beyond safety is a journey, and it's a journey we hope you will continue to take with us.

The Ingredient Policies pages on this website are a roadmap for our journey. In them, you'll find information about how we currently use ingredients. You'll see that in some cases we've made commitments to eliminate certain ingredients or reduce their levels. Because we apply the same rigorous safety standards in all countries where we operate, you can be confident that every policy you see here will be applied to the products you use, no matter where in the world you live.

You have our personal commitment to tell you about progress on our journey. As we develop new policies to meet evolving science, changing government regulations and your needs, we'll let you know about it right here on this website.

EXHIBIT B

Case 5:17-cv-05010-BLF   Document 1-2   Filed 08/29/17   Page 314 of 365

Click on the links below to read more about specific ingredient policies:

- Preservatives
- Other materials

**Back to Top**

Contact Us | Glossary | Site Map | Privacy Policy | Legal Notice

© J&JCI 2016. All rights reserved. This site is published by Johnson & Johnson Consumer Inc., which is solely responsible for its contents. This site is intended for use by residents of the United States and follows U.S. data protection rules. If you reside in the US: call toll free 1-800-361-8068.  If you are outside of the US, click here to contact us.

This site was last modified on March 7, 2016.

EXHIBIT B

# Exhibit O

EXHIBIT B

INTERNET ARCHIVE
Wayback Machine

http://www.safetyandcarecommitment.com/ingredient-info/other   Go

13 captures
24 Aug 2012 – 7 Oct 2016

JUN   MAR   MAY
2015  15    2017
      2016

About
this cap




Johnson & Johnson FAMILY OF CONSUMER COMPANIES

# Our Safety & Care Commitment

| Home | Our Commitment | Our Safety Process | Ingredient Policies | Our Sustainability | Contact Us |

Select Language

**Ingredient Policies**

Preservatives

   Formaldehyde Releasers

   Parabens

Sunscreen Filters

**Other Materials**

   1,4 Dioxane

   Fragrance Oils

   Microbeads

   Phthalates

   Triclosan

   Talc



## Other Materials

The way a product feels, smells and looks is an essential part of your experience using it. Does a lotion leave the skin feeling soft, but not greasy? Does a shampoo rinse away easily? Does a sunscreen apply evenly? These are all important factors in designing the right products with the right qualities for you. In the end, all of these characteristics are tied back to how we use specific ingredients that help to ensure that each product is safe and effective.

**Complexity of Ingredients**

You've asked us many questions about our ingredients over the years. One of the concerns we hear most often is about the number of ingredients in personal care products. Another common question is about the complicated names of ingredients.

We understand how the ingredient label can sometimes be confusing. Personal care products, in the US and internationally, must follow standardized labeling requirements, governed by international nomenclature of cosmetic ingredients (INCI) dictionary, to ensure the accuracy and transparency of ingredient labels to support consumer safety. These ingredients are identified by their scientific names. That's why some extracts of coconut oil for example are listed as Lauric acid.

Having a lot of ingredients with complicated-sounding names doesn't make it bad or harmful. The key is to understand how we source these ingredients and formulate them into our products. And, ultimately, how they work in harmony to increase the safety and the effectiveness of the products you use in your home.

**Our Position**

The ingredients we use are all thoroughly evaluated during our five-level safety assurance process. We also test each formulation to be confident that the raw materials we've selected remain safe and effective when we combine them in a product.

Our Safety & Care Commitment includes ongoing reviews of the latest available science about the ingredients used in personal care products, including byproducts and trace materials. As scientists, we always look ahead. New science is always emerging, and concern can grow around a particular ingredient based on new information. If emerging evidence raises legitimate concerns about the safety or safe use of our ingredients, we will reduce it or remove it from our products.

Sometimes, concerns come to public attention based on speculation or questionable science, which still might make people uncomfortable with a particular ingredient "just in case." We listen carefully to these discussions and to what you have to say to us, and often we'll find ways to reduce or eliminate ingredients of concern, even if it's not a matter of safety, to help ensure your peace of mind.

Whenever we change a product formulation, rest assured that we will put it through our rigorous five-level safety assurance process to ensure that the new formula is safe. This includes a thorough evaluation of any new raw ingredients, toxicology studies, clinical evaluations, in-use trials and ongoing assessment after it goes to market. We will only use

EXHIBIT B

         7/20/17, 3:26 PM

ingredients that meet our high standards for safety and quality. And yours.

Click on the links below to read more about our policies on specific trace materials and ingredients:

- 1,4 Dioxane
- Fragrances
- Microbeads
- Phthalates
- Triclosan
- Talc

Contact Us  |  Glossary  |  Site Map  |  Privacy Policy  |  Legal Notice

© J&JCI 2016. All rights reserved. This site is published by Johnson & Johnson Consumer Inc., which is solely responsible for its contents. This site is intended for use by residents of the United States and follows U.S. data protection rules. If you reside in the US: call toll free 1-800-361-8068.  If you are outside of the US, click here to contact us.

This site was last modified on March 7, 2016.

EXHIBIT B

# Exhibit P

EXHIBIT B





# Our Safety & Care Commitment

| Home | Our Commitment | Our Safety Process | Ingredient Policies | Our Sustainability | Contact Us |

**Select Language**

**Ingredient Policies**

**Preservatives**

    Formaldehyde Releasers

    Parabens

**Sunscreen Filters**

**Other Materials**

    1,4 Dioxane

    Fragrance Oils

    Microbeads

    Phthalates

    Triclosan

    Talc

## Preservatives

We use preservatives in our products to protect you from potentially harmful mold and bacteria that could develop in personal care products if they were not preserved.

Preservatives maintain freshness and quality long after you take our products home. Many preservatives in use today are found in nature. Parabens, for example, are found in blueberries – it's nature's way of preventing spoilage in fruits and vegetables. Others are specially created in the laboratory to be both mild and effective. Still, preservatives need to be chosen with great care. Some of the same properties that make preservatives effective in managing harmful bacteria can also give them the potential to be harsh on our skin, which is where our expert formulators and other scientists come in. Our scientists ensure that the preservatives we use have been thoroughly evaluated for safety, are mild, and that we use the minimum amounts necessary to protect the product from spoiling. This is part of our Our Safety & Care Commitment to you.

No one preservative is right for every product. Because products differ in how they are used, and in chemical properties such as their pH balance, different preservatives are needed for different product formulations. That's an important reason to have a variety of preservatives available to help maintain ingredient diversity.

### Our Position on Preservatives

There are many factors that guide our selection of preservatives for our formulations. Will the product be used on babies or adults? Will it be washed off, or remain on the skin? How does the preservative work in combination with other ingredients or products?

Our goal is to use the smallest quantities possible to deliver the safety and effectiveness you expect. These quantities are often far below the limits set by regulators, and always meet government guidelines for safety. But our safety processes go well beyond government guidelines.

We also evaluate any preservatives we use for mildness and the potential to cause allergies. And as part of our in-use testing process, we consider how you might use or store the product in your home.

No matter which of our products you choose for you and your family, you have our commitment that it has gone through our five-level safety assurance process and that we're confident you will have a pleasant experience using it.

Click on the below links to read more about specific preservatives and our position on their use:

- Formaldehyde-Releasing Preservatives
- Parabens

**Back to Top**

EXHIBIT B

Contact Us | Glossary | Site Map | Privacy Policy | Legal Notice

© J&JCI 2016. All rights reserved. This site is published by Johnson & Johnson Consumer Inc., which is solely responsible for its contents. This site is intended for use by residents of the United States and follows U.S. data protection rules. If you reside in the US: call toll free 1-800-361-8068.  If you are outside of the US, click here to contact us.

This site was last modified on March 7, 2016.

EXHIBIT B

# Exhibit Q



EXHIBIT B



**We love babies.**
**And we love nature.**
That's why JOHNSON'S® Baby Naturals™
nourishing lotion combines 99% naturally derived
ingredients and over 100 years of trusted baby care
knowledge. Simply made with our ALLERFREE™ natural
fragrance, our lotion is clinically proven to moisturize for 24
hours to help strengthen baby's natural skin barrier, leaving
skin nourished and feeling soft all day. Designed to be
gentle enough for newborns.

**Moms Trust JOHNSON'S® Always Mild & Gentle®**
**SAFETY TIP: Keep out of reach of children.**
**To Use:** Gently massage lotion over entire body
to nourish baby's skin. Snuggle.

| Ingredient | Source |
|---|---|
| Water | Water |
| Glycerin | Soybean, Palm, Coconut |
| Cetyl Alcohol | Coconut, Palm |
| Glycine Soja (Soybean) Oil | Soybean |
| Zea Mays (Corn) Starch | Corn |
| Phenoxyethanol | * |
| Dicaprylyl Ether | Coconut, Palm Kernel |
| Dicaprylyl Carbonate | Coconut, Palm |
| Acrylates/C10-30 Alkyl Acrylate Crosspolymer | * |
| Potassium Cetyl Phosphate | Coconut, Palm |
| Hydrogenated Palm Glycerides | Palm |
| Hydrogenated Cottonseed Oil | Cottonseed |
| Fragrance | Plant |
| Ethylhexylglycerin | * |
| Sodium Hydroxide | * |

*The remaining ingredients are essential to blend
the product together and maintain effectiveness.

**Our Babies Will Inherit Our Planet.®**
This bottle contains up to 60% post-consumer recycled
material. Please Recycle.

U.S. patents
8,070,003 and D645,752

**Question? 866-JNJ-BABY;**
Outside US, dial collect
215-273-8755
www.johnsonsbaby.com/natural
Distributed in the U.S. by:
**JOHNSON & JOHNSON**
**CONSUMER PRODUCTS**
**COMPANY**
Division of Johnson &
Johnson Consumer
Companies, Inc.
Skillman, NJ
08558-9418
Made in Canada
©J&J CCI 2012

8137-102797

30017602

EXHIBIT B



EXHIBIT B



**JOHNSON'S® NO MORE TANGLES® Leave-in Conditioner** is a light, non-greasy formula developed to help unlock stubborn knots and tangles, leaving hair easy to comb and manage. No rinsing required! Use this great formula to help tame wild fly-aways and to help leave hair beautifully shiny, and healthy looking.

**JOHNSON'S® NO MORE TANGLES® Leave-in Conditioner** can be used on wet or dry hair as a daily conditioner. This gentle formula has a light fresh scent and is allergy tested.

Try **JOHNSON'S® NO MORE TANGLES® Leave-in Conditioner** on all hair types.

**Directions:** Apply to damp or dry hair. Dispense a small amount into palm and then spread between hands to form a thin layer. Gently work downward throughout hair with fingers. Use more as necessary. Comb and style, no rinsing required!

**INSTRUCCIONES:** Aplique al cabello húmedo o seco. Coloque una pequeña cantidad en una palma y frote las manos para formar una delgada capa. Pase las manos hacia abajo y con los dedos aplique en todo el cabello. Use más si es necesario. Péinese y arréglese el cabello a su gusto. ¡No es necesario enjuagar!

Remove quality seal before use. Do not use if quality seal is broken.

**SAFETY TIP:** Keep out of reach of children.

**CONSEJO DE SEGURIDAD:** Manténgase fuera del alcance de los niños. Retire el sello de calidad antes de usarlo. No lo use si el sello de calidad está dañado.

**Ingredients:** Water, Dimethicone, Glycerin, Behenyl Alcohol, Polyquaternium-37, Propylene Glycol Dicaprylate/Dicaprate, Behentrimonium Chloride, Fragrance, Methylparaben, PPG-1 Trideceth6, Propylparaben, Cetrimonium Chloride, Sodium Hydroxide

Questions?
USA 1-866-JNJ-BABY
www.johnsonsbaby.com

Distributed in the US by/
Distribuido en los Estados Unidos por:
**JOHNSON & JOHNSON**
**CONSUMER PRODUCTS COMPANY**
Division of Johnson & Johnson
Consumer Companies, Inc.
Skillman, NJ 08558-9418
©J&J CCI 2007

Made in Canada

T31384

EXHIBIT B



EXHIBIT B



**We love babies.**
And we understand how to soothe and moisturize baby soft skin to help relieve dryness. That's why our oil gel creates a silky, protective moisturizing barrier on the skin. It locks in up to 10 times more moisture on wet skin than an ordinary lotion can on dry skin.* Moms Trust JOHNSON'S® Always Mild & Gentle®

**To Use:** Gently massage onto damp skin after stepping out of the shower or bath to help lock in moisture and leave skin feeling baby soft.
Works best on damp, not dry skin.

*Para Usar: Masajear delicadamente sobre la piel húmeda después de salir de la ducha o del baño para ayudar a retener la humedad y dejar la piel suave como la de un bebé. Funciona mejor sobre la piel húmeda, no seca.*

**WARNING:** For external use only. If rash occurs, discontinue use. Keep out of children's reach to avoid drinking and accidental inhalation which can cause serious injury. Should breathing problems occur, consult a doctor immediately.

*ADVERTENCIA: Para uso externo exclusivamente. En caso de presentar sarpullido, interrumpa su uso. Mantener fuera del alcance de los niños para evitar su ingestión e inhalación accidental, lo cual puede causar lesiones graves. En caso de presentar problemas respiratorios, consulte con un médico.*

**SAFETY TIP:** Keep out of reach of children. Do not use if quality seal is broken. *CONSEJO DE SEGURIDAD: Mantener fuera del alcance de los niños. No usar si el sello de seguridad está roto.*
Ingredients: Mineral Oil, Hydrogenated Styrene/Isoprene Copolymer, Fragrance.

**Care To Recycle™**
our babies will inherit our planet®

Questions? 866-JNJ-BABY;
Outside US, dial collect
**215-273-8755.**
*¿Preguntas? EE. UU.*
**866-JNJ-BABY;** *fuera de los EE. UU. llamada de cobro revertido al* **215-273-8755.**
www.johnsonsbaby.com
Distributed in the U.S. by: /
*Distribuido en los EE. UU. por:*
**JOHNSON & JOHNSON CONSUMER PRODUCTS COMPANY**
Division of / *División de*
Johnson & Johnson
Consumer Companies, Inc.
Skillman, NJ 08558-9418
Made in Italy
©J&J CCI 2015

0 8137-001258 3

633090

EXHIBIT B



EXHIBIT B



EXHIBIT B

# Exhibit R

EXHIBIT B



Home > Get to Know Us > The Science of Baby

## The Science of Baby

We love continuously learning about babies and their unique skin needs.

**Get To Know Us**

So Much More

About Us

The Science Of Baby

Safety

Beyond The Bath

Ingredients

That's why we have published more research in this area than any other global skin care company over the last five years. Our research is being used to set the standards in baby care around the world. As a global healthcare company focused on skin health, we have strived to fill critical research gaps by helping to advance 90 % of publications and peer-reviewed scientific literature on the understanding of baby skin.



## Development During Bathtime

At JOHNSON'S®, we believe that every baby deserves more. Learn how we can together transform everyday moments into rituals that provide rich sensory experiences.

**So much more** ›

## JOHNSON'S® 

EXHIBIT B



# Sight

There are no words to describe the feeling you get when you first gaze into your newborn's eyes.

## Safety Promise

You made a promise to protect your baby from all harm. See how JOHNSON'S® helps you keep that commitment and provides products that uphold the best standards.

**Our Promise to Babies** ➜

Sight is among the last of your baby's senses to fully develop, and babies' eyes continue to develop even after birth!

🔴 **At birth, babies see only in black and white and shades of gray.** After about four months they see in colour.

🔴 **Newborns can only focus at a short distance, about 8 to 12 inches,** which is the distance between your face and your baby's when you're cradling or feeding.

🔴 **During their first year, babies blink 2 to 5 times each minute** while grownups blink 12 to 20 times each minute.

🔴 **Eye contact is part of the foundation for communication and social development.**



## Save on your favorite JOHNSON'S® Baby Products

Explore all of JOHNSON'S® baby products or use our product filters to narrow your search, helping you find just what you're looking for—fast.

**View JOHNSON'S® products** ›



▶



# Touch

EXHIBIT B



You know it intuitively, and research has confirmed that routine touch and massage can lead to improved physiological, cognitive, emotional and social development.

Your baby's first emotional bonds are built from physical contact, and these serve as the foundation for emotional and intellectual development later in life.

**Plus, it's hard to resist that amazingly soft skin! Baby's skin is much more delicate than your own.**

- **Skin acts as a protective barrier,** the first line of defense against outside organisms, toxins, irritants and allergens.

- **Baby's skin is thinner than that of adults, and may be more sensitive to irritants.**

- **Skin needs to remain properly hydrated to keep its barrier strong.** Daily moisturizing with lotion or oil can help maintain skin's essential hydration.

Understanding what makes your baby's skin delicate and how best to protect it has been the focus of years of study at JOHNSON'S®. We design all of our baby products to support baby's uniquely different and still developing skin. Look for the CLINICALLY PROVEN MILD seal, only from JOHNSON'S®, which lets you know you can trust this product for baby's delicate skin.





EXHIBIT B



# Scent

Did you know your baby is able to smell before she's even born? Scent is such an important sense because it is directly linked to and influences emotion and memory in the brain. Enjoyable and familiar scents have been shown to improve mood, calmness and alertness, and the scent of a mother can help reduce crying. Studies have also shown that babies bathed with a fragranced bath product, compared to those who were not, displayed 30% more engagement cues with their parent after bath.



# Bedtime for Baby

Ahhhh, sleep. There's nothing like a good night's sleep.

Our scientists worked with external experts, including Dr. Jodi Mindell from Saint Joseph's University and the Children's Hospital of Philadelphia. Dr. Mindell is an internationally known, leading pediatric sleep expert, and we worked with her to develop a helpful solution to the bedtime blues.

Our 3-step before-bed routine has been proven to help babies fall asleep faster, stay asleep longer and reduce awakenings during the night.

1   **Start the routine with a warm, soothing bath.** The bath is a signal to baby that you're starting to move from "busy time" to "time for bed."

2   Pat your baby dry and try a gentle **massage** to help calm and relax your baby.

EXHIBIT B

3  **Spend some quality time together.** Whether you're singing lullabies, reading a story, or talking about the day, this can help your baby wind down before lights out.

**P.S. Moms who tried the routine for their baby also got better sleep and saw benefits for their own mood, including feeling less tense and less tired. Sounds good to us!**

# Moms around the world trust JOHNSON'S® to care for their babies

We are committed to working with moms, healthcare experts and scientists to ensure our products continue achieving the highest standards in safety, quality and care.

**Learn how love and science come together to make every JOHNSON'S® product better for your baby** ›

| Moms & Dads | Babies | Toddlers | Products | Get to Know Us |
|---|---|---|---|---|
| Preparing for Baby | About Your Baby's Skin | Baby Hair Care & Styling | Products | About Us |
| Your Body | Common Skin Conditions | Baby Massage Guide: Six Months Plus | Where to Buy | The Science of Baby |
| First 10 Days | How to Bathe Your Baby | Toddler Teeth | Safety | So Much More |
| Traveling with Your Baby | Baby Massage Guide: Six Weeks Plus | Playing with Your Toddler | Ingredients | Beyond the Bath |
| | Newborn Sleep | | | For Professionals |
| | Baby Sleep | | | Press Release |

| Privacy Policy | Legal Notice | Global Sites | FAQs | Contact Us |
|---|---|---|---|---|
| Sitemap | Healthcare Professionals | | | |

© Johnson & Johnson Private Limited 2015-17

This site is published by Johnson & Johnson  Private Limited which is solely responsible for its content. It is intended for visitors from India. This site may contain links to websites to which our Privacy Policy does not apply.  These links are provided for your convenience, for informational purpose only.  Some content may be applicable/valid for specified geographical locations only.  We encourage you to read the Legal Notice, Terms and Privacy Policy of every website you visit.

Last Updated: May 4th, 2017

EXHIBIT B

Disclaimer:  The content of this website is intended for general information purposes only.  It is not intended as medical or healthcare advice or to be used for medical diagnosis or treatment or for any individual problem.  Always seek the advice of your doctor or other qualified healthcare provider regarding any medical condition or before starting any new treatment.

EXHIBIT B

# Exhibit S

EXHIBIT B



**CONSUMER COMPANIES, INC.**

Dear Customer,

In 2011, the Johnson & Johnson Family of Consumer Companies started on a journey to enhance our products based on your suggestions. Today, we're pleased to let you know that we have met our commitment to remove formaldehyde-releasing preservatives and reduce traces of 1,4 dioxane from all of our baby products, everywhere around the world.

We've been listening to you, and that's why we've made a public pledge to reduce or eliminate certain ingredients in our baby and beauty products worldwide. We want our beauty and baby care products to reflect your current and future needs, so you will always have complete peace of mind when you bring them into your home.

Over one billion people trust the quality and safety of our products, and maintaining this trust is of paramount importance to us. Every one of our products on the market today is safe and effective when used as directed, and either meets or exceeds government standards, as well as stringent regulations globally, including N.A. and E.U. cosmetic ingredient safety guidelines. Where guidelines differ, we apply whichever standard is stricter.

We understand that earning your trust means more than meeting government safety regulations, and sometimes even more than meeting the highest scientific standards for safety. Trust means gaining your complete confidence in our ingredient selection and decision-making process as a company, and also making your views and concerns a part of this process. That's why we've created a website that brings to life all we do to ensure the quality and safety of every product: Our Safety & Care Commitment.

We're proud to be the first major company to set and meet this public commitment, and we'll continue to lead by working with our suppliers and partners to produce the very best products for you and your family. Already, we've committed to make further enhancements to our baby products by the end of 2015.

As science advances and your preferences change, we'll continue to listen to you and earn your trust.

Thank you for choosing Johnson & Johnson.

Sincerely,

Zephanie Jordan
Vice President of Global Regulatory Affairs

EXHIBIT B

# Exhibit T

EXHIBIT B



Get to Know Us    For Professionals    Where to Buy    BabyCenter

Search...

Log In    Sign Up

Baby Products | Preparing For Your Baby | Caring For Your Baby | Bathing Your Baby | Massaging Your Baby

Home  >  Get to Know Us  >  Beyond the Bath



# Beyond the Bath
## Healthy Children, Healthy Families

### Get To Know Us

So Much More

About Us

The Science Of Baby

Safety

Beyond The Bath

Ingredients

Some of the programs we're involved with include:



Save the Children -- JOHNSON'S® is an advocate for all babies all around the globe. Through our partnership with Save the Children, we can support efforts to create a safe and stimulating environment for babies today and tomorrow to help them thrive.

UNITED NATIONS FOUNDATION

Millennial Development Goals (UNF) - The United Nations Foundation has established 8 Millennium Development Goals designed to aid the world's poorest people, and Goals 4, 5 and 6 focus specifically on the health and well-being of babies and mothers. In 2010, JOHNSON'S® along with our parent company, J&J, pledged to support Millennium Development Goals 4, 5 and 6 with a comprehensive, five-year commitment to reach as many as 120 million women and children a year by 2015. We are on track to fulfill these commitment and will continue to focus on these vital issues through 2015 and beyond.

### Know Your Baby Science

Do you know how many colours your baby can see? Or when she can start smelling things around her? Read on to know all the science about your little one!

The Science of Baby →

JOHNSON'S®

EXHIBIT B



## Our Babies Will Inherit the Planet

For more information on how our parent company, Johnson & Johnson, has been caring for the planet for more than 120 years, please visit HealthyEssentials.com.

With 9 billion people expected to be living in the world by 2050, and natural resources already being consumed faster than the planet can replenish, caring for the planet that cares for us has never been more important.

**EARTHWARDS®:** One of the ways we hold ourselves accountable for environmental improvement is our EARTHWARDS® program. EARTHWARDS® defines how we address the environmental and social impacts of our products. To become EARTHWARDS® recognized is no easy feat. It requires a product to deliver on Johnson & Johnson's highest standards for product sustainability. We consider the impacts of sourcing the ingredients for the product, making the product, packaging the product, and delivering the product to you. We also think about the impacts while you use it - think hot water - and after you use it - think recycling!

By 2020, all new JOHNSON'S® products will be EARTHWARDS® recognized, meaning that they will meet higher science-based environmental standards across at least three of seven categories: materials, packaging, energy, water, waste, innovation, and social impacts. We will keep you updated on our EARTHWARDS® progress here.

**CARE TO RECYCLE®:** You can make a difference in your home, as well especially in the smallest room in the house – the bathroom. By recycling your empty JOHNSON'S® bottles you are helping us turn plastic into possibilities. For more information on our CARE TO RECYCLE® program, visit CaretoRecycle.com.

**Our Safety & Care Commitment:** We've developed tools that help us ensure that our products are not only gentle on baby, but also gentle on the environment long after you use them. Since many of our products are washed off the body into the local wastewater systems, which then feed into the broader water supply, we seek to understand how our products interact with these water environments using a tool we call GAIA — Global Aquatic Ingredient Assessment™. For more information, visit Our Safety & Care Commitment.

### Safety Promise

You made a promise to protect your baby from all harm. See how JOHNSON'S® helps you keep that commitment and provides products that uphold the best standards.

**Our Promise to Babies** →



### Save on your favorite JOHNSON'S® Baby Products

Explore all of JOHNSON'S® baby products or use our product filters to narrow your search, helping you find just what you're looking for—fast.

**View JOHNSON'S® products** →

https://www.johnsonsbaby.in/johnsons-baby-skin-care/johnsons-healthy-planet-commitment

EXHIBIT B

# Moms around the world trust JOHNSON'S® to care for their babies

We are committed to working with moms, healthcare experts and scientists to ensure our products continue achieving the highest standards in safety, quality and care.

**Learn how love and science come together to make every JOHNSON'S® product better for your baby** >

## Moms & Dads

Preparing for Baby

Your Body

First 10 Days

Traveling with Your Baby

## Babies

About Your Baby's Skin

Common Skin Conditions

How to Bathe Your Baby

Baby Massage Guide: Six Weeks Plus

Newborn Sleep

Baby Sleep

## Toddlers

Baby Hair Care & Styling

Baby Massage Guide: Six Months Plus

Toddler Teeth

Playing with Your Toddler

## Products

Products

Where to Buy

Safety

Ingredients

## Get to Know Us

About Us

The Science of Baby

So Much More

Beyond the Bath

For Professionals

Press Release

Privacy Policy

Sitemap

Legal Notice

Healthcare Professionals

Global Sites

FAQs

Contact Us

© Johnson & Johnson Private Limited 2015-17

This site is published by Johnson & Johnson  Private Limited which is solely responsible for its content. It is intended for visitors from India. This site may contain links to websites to which our Privacy Policy does not apply.  These links are provided for your convenience, for

EXHIBIT B

informational purpose only.  Some content may be applicable/valid for specified geographical locations only.  We encourage you to read the Legal Notice, Terms and Privacy Policy of every website you visit.

Last Updated: May 4th, 2017

Disclaimer:  The content of this website is intended for general information purposes only.  It is not intended as medical or healthcare advice or to be used for medical diagnosis or treatment or for any individual problem.  Always seek the advice of your doctor or other qualified healthcare provider regarding any medical condition or before starting any new treatment.

EXHIBIT B

# Exhibit U

EXHIBIT B

INTERNET ARCHIVE
Wayback Machine

http://www.safetyandcarecommitment.com/commitment/principles    Go

14 captures
19 Aug 2012 – 3 Jan 2017

AUG  MAR  MAY
◄  24  ►
2015  2016  2017

▼ About
this cap

Johnson & Johnson FAMILY OF CONSUMER COMPANIES

# Our Safety & Care Commitment

| Home | Our Commitment | Our Safety Process | Ingredient Policies | Our Sustainability | Contact Us |

**Our Commitment**

Our 2016 Update

Our 2015 Update

Our 2014 Update

**Our Principles**

What You've Asked Us

## Our Principles

Over one billion people around the world use our products, and we value our place in your home and in your life.

Over the years, you've told us that you want to hear more from us about our ingredients and how we ensure the safety of our products. This site is one of the ways we're doing that, so that you can hear directly from us about the science of ingredient selection and sophisticated process of product formulation.

We believe the principles that guide Our Safety & Care Commitment reflect your highest expectations of us, and all that we expect of ourselves.

- All of our products are safe and effective when used as directed.
- Our products are designed to meet, and often exceed, the safety standards in every country where they are sold.
- We require all our ingredient suppliers to meet or exceed regulatory standards for safety, quality and product stewardship.
- We continually evaluate the latest scientific data on ingredients, and innovate to develop new formulations to better meet your beauty and baby care needs.
- We believe that human health and environmental health are inextricably linked, and our sustainability goals are designed to advance the health and well-being of people around the world and our planet.
- We actively seek the input of parents, healthcare providers and other stakeholders, and we reflect their needs and perspectives in our decisions. To advance science and public health, we share our expertise and research with healthcare professionals and regulatory bodies around the world.

Contact Us  |  Glossary  |  Site Map  |  Privacy Policy  |  Legal Notice

© J&JCI 2016. All rights reserved. This site is published by Johnson & Johnson Consumer Inc., which is solely responsible for its contents. This site is intended for use by residents of the United States and follows U.S. data protection rules. If you reside in the US: call toll free 1-800-361-8068.  If you are outside of the US, click here to contact us.

This site was last modified on March 7, 2016.

EXHIBIT B

# Exhibit V



INTERNET ARCHIVE
Wayback Machine

http://www.safetyandcarecommitment.com/ingredient-info    Go

**38 captures**
18 Aug 2012 – 2 Nov 2016

JAN **MAR** APR
◀ **15** ▶
2015 **2016** 2017

▼ About this cap

Johnson & Johnson FAMILY OF CONSUMER COMPANIES

# Our Safety & Care Commitment

| Home | Our Commitment | Our Safety Process | Ingredient Policies | Our Sustainability | Contact Us |

Select Language ▼

**Ingredient Policies**

Preservatives

   Formaldehyde Releasers

   Parabens

Sunscreen Filters

Other Materials

   1,4 Dioxane

   Fragrance Oils

   Microbeads

   Phthalates

   Triclosan

   Talc

## Ingredient Policies




All of our products worldwide and their ingredients meet the rigorous scientific standards of our safety assurance process. They also meet or exceed government standards in the countries where they are sold, as well as U.S. and E.U. cosmetic ingredient safety guidelines, or whichever is stricter when they differ. If new scientific evidence raises legitimate questions about the safety or safe use of our ingredients, we will innovate to find alternatives and, if necessary, we will reduce it or remove it from our products.

But that's just where we start. We are committed both to the science of safety and to the art of creating products that are gentle on people and the environment. Like you, we have a healthy skepticism when it comes to the use of any chemicals – whether found in nature or made in a factory.

Every one of our products on the market today is safe when used as directed. But Our Safety & Care Commitment takes us beyond safety alone, to meet your highest expectations of us. If consumers raise concerns about an ingredient, even if that ingredient meets government safety regulations and is supported by science, we'll always listen.

In order to protect your peace of mind, we may set a goal of reducing or eliminating that ingredient, and developing new alternatives through our continuous research and development efforts.

Remember, every time we change a formulation – and we have thousands of formulas around the world – we need to take it through our five-level safety assurance process to ensure that it meets or exceeds government standards and the high standards we expect of ourselves. After all, if we decide to eliminate an ingredient, we have to ensure that its replacement is also safe. When dealing with human or environmental safety, there are no shortcuts and we do not compromise on safety for expediency in the process. This takes time, well over a year for each new formula. That's why moving beyond safety is a journey, and it's a journey we hope you will continue to take with us.

The Ingredient Policies pages on this website are a roadmap for our journey. In them, you'll find information about how we currently use ingredients. You'll see that in some cases we've made commitments to eliminate certain ingredients or reduce their levels. Because we apply the same rigorous safety standards in all countries where we operate, you can be confident that every policy you see here will be applied to the products you use, no matter where in the world you live.

You have our personal commitment to tell you about progress on our journey. As we develop new policies to meet evolving science, changing government regulations and your needs, we'll let you know about it right here on this website.

EXHIBIT B

Click on the links below to read more about specific ingredient policies:

- Preservatives
- Other materials

**Back to Top**

Contact Us  |  Glossary  |  Site Map  |  Privacy Policy  |  Legal Notice

© J&JCI 2016. All rights reserved. This site is published by Johnson & Johnson Consumer Inc., which is solely responsible for its contents. This site is intended for use by residents of the United States and follows U.S. data protection rules. If you reside in the US: call toll free 1-800-361-8068.  If you are outside of the US, click here to contact us.

This site was last modified on March 7, 2016.

EXHIBIT B

# Exhibit W

http://www.safetyandcarecommitment.com/commitment/faq    Go

INTERNET ARCHIVE
WaybackMachine
17 captures
18 Aug 2012 – 29 Aug 2016

FEB  MAR  MAY
◄  **24**  ►
2015  2016  2017

**Johnson&Johnson** FAMILY OF CONSUMER COMPANIES

# Our Safety & Care Commitment

| Home | Our Commitment | Our Safety Process | Ingredient Policies | Our Sustainability | Contact Us |

Our Commitment

　Our 2016 Update

　Our 2015 Update

　Our 2014 Update

Our Principles

**What You've Asked Us**

## What You've Asked Us

**1. What is the Johnson & Johnson Family of Consumer Companies' Safety & Care Commitment?**

You have our commitment that every beauty and baby care product from the Johnson & Johnson Family of Consumer Companies is safe and effective when used as directed. The safety of our beauty and baby care products begins with our comprehensive five-level safety assurance process, which is guided by leading science and medical experts from around the globe.

We hold ourselves to the very highest standards, but we also know that earning your trust means more than simply meeting government safety regulations, and sometimes even more than meeting the highest scientific standards for safety. Trust means gaining your complete confidence in our ingredient selection and decision-making, and also making your views and concerns part of our process. This is why we are always listening to you and looking ahead – so you can use our products with complete confidence and peace of mind. In short, Our Safety & Care Commitment means that our products are supported by science, recommended by healthcare professionals, and trusted by people like you around the world.

**2. Are you eliminating any of the ingredients mentioned on this site for safety reasons?**

Safety is our highest priority, which is one reason for this website – so consumers can see for themselves all we do to ensure the safety of our products. Our products on the market today are safe when used as directed, and meet or exceed government standards in the countries where they are sold, as well as U.S. and E.U. cosmetic ingredient safety guidelines. Where standards differ, we apply whichever is stricter.

While we have and will change ingredients for safety reasons based on new science, the policies discussed on this website are driven by changing consumer sentiment and expectations. We want our beauty and baby care products to reflect consumers' current and future needs so they will always have complete peace of mind when using our products.

**3. Which brands are included in Our Safety & Care Commitment?**

Every one of our beauty and baby care brands around the world is covered by Our Safety & Care Commitment – including global brands like AVEENO®, CLEAN & CLEAR®, JOHNSON'S®, LUBRIDERM®, NEUTROGENA® and RoC®, as well as regional and local brands like SUNDOWN® in Brazil, ELSKER® in China (by 2015) and LE PETIT MARSEILLAIS™ in Europe.

Click here to learn more about our beauty and baby care brands. If you're looking for more detailed information about a particular brand, you can always visit the brand's website.

**4. Which products are included in this commitment?**

EXHIBIT B

Our Safety & Care Commitment applies to all our products classified as cosmetics. This includes those formulations that are classified as cosmetics in some countries and as treatment products in others. For example, sunscreens are classified as OTC medicines in the U.S., but are classified as cosmetics in the E.U. These are included in Our Safety & Care Commitment, as consumers tend to think of them no differently than other skincare products.

5. **Why are over-the-counter (OTC) medicines, prescription (Rx) medicines and medical devices different?**

OTC medicines, Rx medicines and medical devices are regulated differently than cosmetics, and have their own rigorous regulatory and safety standards. In addition, OTC medicines, Rx medicines and medical devices are designed to treat medical conditions and diseases that may be serious and in some cases life-threatening. Because of these differences, the ingredients in those products are regulated differently and covered under policies separate from Our Safety & Care Commitment, which applies mainly to beauty and baby care products regulated as "cosmetics."

Our Safety & Care Commitment applies to all our products classified as cosmetics. We have, however, included our sunscreens and acne products under Our Safety & Care Commitment, even though they are technically classified as OTC products in the U.S., and consumers tend to think of them no differently than our other skincare products.

6. **What is the difference between a cosmetic and an OTC drug?**

Generally speaking, a cosmetic is a personal care product applied to the body that is intended to cleanse or beautify. If a personal care product makes certain therapeutic claims, the U.S. Food and Drug Administration may consider it an OTC drug, in which case it would need to conform to government drug regulations. In other countries, government agencies have different ways of classifying OTC drugs and cosmetics.

7. **What are your safety standards?**

Our five-level safety assurance process goes beyond most government standards. We also set and implement our policies globally.

Our process begins with our approach to **sourcing** ingredients, and continues with an **ingredient safety assessment**. We follow this up with a **clinical evaluation** of our formulations. We know safety is not limited to the lab, so we conduct **in-use testing** and **ongoing evaluation** of our beauty and baby care products and the ingredients they contain. This evaluation is based on new developments in science and changes in government regulations, as well as feedback from you.

8. **What were the goals and specifics of the reformulations completed in 2013 versus those that were completed in 2015?**

The Johnson & Johnson Family of Consumer Companies has conducted a global reformulation of baby care products to remove formaldehyde-releasing preservatives and reduce traces of 1,4 dioxane from products where those ingredients were present. Although all ingredients used in our baby care products have always been safe for use as directed, we made the decision to reduce or eliminate certain ingredients based on changing consumer sentiment.

The reformulations removing formaldehyde-releasing preservatives and reduce traces of 1,4 dioxane was completed at the end of 2013. We also phased out or restricted several additional ingredients from our products in 2015, including removing parabens from all baby skincare products. For adult beauty products, the use of parabens in new products will be restricted to methyl, ethyl and propyl parabens, which have been extensively studied for safety and are approved for use in pharmaceutical and food products. We also discontinued the use of polycyclic musks in all of our product fragrances in 2015.

9. **Which ingredients are you removing as part of your 2015 reformulation efforts?**

Although all ingredients used in the current beauty and baby care formulations are safe, and meet or exceed government standards for safety, we've proactively decided to reduce

EXHIBIT B

or eliminate certain ingredients due to changing consumer sentiment and expectations. We've decided to phase out of parabens and polycyclic musks in all our baby products. We'll also be phasing out of polycyclic musks, phthalates, triclosan, and select parabens in those beauty skincare cosmetic products that still contain those ingredients.

**10.  Why does the reformulation take so long?**

For each product we change, we have to first find a new formula and assess it for the safety and stability that consumers have come to expect from us. This rigorous safety and stability testing alone takes months. We also work to ensure that our new formulas meet consumer expectations for aesthetics and efficacy. We then line up qualified suppliers for any new ingredients, and prepare our manufacturing lines to make the new products. Reformulation is a commitment we're happy to make, but it does take a considerable amount of time and resources.

For more information on how a personal care product gets made, check out this video.

**11.  Are there any exceptions to the global reformulation?**

The reformulation of our baby care products to remove formaldehyde-releasing preservatives and reduce traces of 1,4 dioxane is a global initiative and was completed in December 2013. In certain local markets no reformulation was required, because products there did not contain formaldehyde-releasing preservatives or traces of 1,4 dioxane. Additionally, a regulatory body in Argentina required that we source the replacement ingredients locally, which has led to a delay in the delivery of reformulated products in that country.

**12.  When does your Safety & Care Commitment come to an end?**

It doesn't.We are always evaluating our products to ensure they reflect the latest science, as well as your preferences and concerns.

The fifth level in our five-level safety assurance process is ongoing evaluation after a product goes to market. We created an internal Ingredients Working Group made up of scientists and medical professionals from around the globe – whose sole job is to spearhead the ongoing evaluation of the ingredients we use in our products.
The Group monitors the latest scientific data on safety; investigates new information in scientific journals and other reports; keeps abreast of new regulations; reviews concerns from consumers and other stakeholders; and then determines what additional information or actions are needed.

**13.  How do you source your ingredients?**

To ensure that we use safe and effective ingredients in our product formulations, our sourcing process begins with the selection of high-purity ingredients that we then put through a comprehensive technical and safety review. This includes a detailed 12-category questionnaire from our suppliers about each raw material, which is updated periodically to reflect the latest safety data. After we receive the data on a new ingredient, we create a detailed specification for it and test multiple lots to ensure it is of consistent and high quality. Only then will we qualify it for use in our products. Lastly, as each lot of ingredients is received by the product manufacturing location, it is sampled and tested to our specifications before we put it in a formulation. In this way, we provide constant vigilance over the incoming quality of our ingredients.

**14.  Do any of the raw materials you receive from suppliers contain preservatives that you have restricted?**

We've been working with our suppliers to make sure that all the raw ingredients meet our new global policies, including restricting certain preservatives such as formaldehyde-releasing preservatives. We take this extra step to make sure that every part of our product development process meets the very highest standards consumers expect from us. And, as we're establishing new standards for our industry, we're committed to getting it right and will continue to collaborate closely with our suppliers.

EXHIBIT B

15. **Does the Johnson & Johnson Family of Consumer Companies conduct animal testing?**

The Johnson & Johnson Family of Consumer Companies does not test cosmetic products or ingredients on animals, except in those cases where testing is required by law or government regulations.

16. **Do you evaluate the potential environmental impact of your products as well as the potential human health impact?**

Yes. All ingredients are assessed for human and environmental safety. For us, good product stewardship means understanding potential impacts and employing life-cycle thinking and tools to minimize them – from the early stages of raw materials assessment, product design and formulation, through manufacturing to product use and disposal. The journey to understand and reduce potential impacts is core to our environmental stewardship. We use an array of Design for the Environment tools, including, but not limited to, the EARTHWARDS™ life-cycle process and GAIA, a product formulation tool that measures the environmental impact potential of ingredients in new formulations.

17. **Why are you providing this information about your ingredient policies?**

You've told us that trust is built on more than safety alone. And while all our products are safe and effective, you've said that you want to hear more about our ingredients and our safety decision-making process.

It's one of the reasons we created this website – to share our approach to safety and our ingredient policies with you. And while Our Safety & Care Commitment is constant, the information here will be updated as our products and our policies evolve to reflect new regulations, new scientific developments, and your views and concerns.

18. **Where can I get more information about your ingredient policies?**

As part of Our Safety & Care Commitment, we created this website to share our ingredient policies with you. We see it as an important part of our ongoing dialogue with you and with others who have a stake in the safety and integrity of our products. Click here to read about our specific ingredient policies.

We will update this website to keep you informed as our products and our policies evolve to reflect new regulations and new scientific developments, as well as your views and concerns.

19. **How do I contact the Johnson & Johnson Family of Consumer Companies with my feedback?**

We would like to hear from you. If you have a question about Our Safety & Care Commitment, please call us toll free at 1-800-526-3967 from Monday to Friday, 8am to 8pm EST or click here.

20. **Does Johnson & Johnson Consumer Inc. have a policy on testing for trace impurities?**

In order to ensure the highest standards are maintained, we assess every ingredient for impurities/contaminants and we continually evaluate our products once they go to market. Our personal care products are safe and effective, when used as directed, and meet or exceed government standards in the countries where they are sold, as well as U.S. and E.U. cosmetic ingredient safety guidelines. Where standards differ, we apply whichever is stricter.
This policy also covers impurities that may occur in our products such as lead, heavy metals, acrylamide, and PFOA. Our ingredients are tested for low levels of these impurities before use in our personal care products.

EXHIBIT B

**Back to Top**

Contact Us  |  Glossary  |  Site Map  |  Privacy Policy  |  Legal Notice

© J&JCI 2016. All rights reserved. This site is published by Johnson &amp; Johnson Consumer Inc., which is solely responsible for its contents. This site is intended for use by residents of the United States and follows U.S. data protection rules. If you reside in the US: call toll free 1-800-361-8068.  If you are outside of the US, click here to contact us.

This site was last modified on March 7, 2016.

EXHIBIT B

# Exhibit X



Home  >  Caring for Your Baby  >  About Your Baby's Skin



# Baby Skin Care Guide

**Caring For Your**

About Your Baby's Skin

Newborn Skin Conditions

Umbilical Cord Care

Keeping Baby Skin Healthy

Baby's Eyes, Ears, Nose & Nails

Baby Skin Sun Protection

Toddler Teeth

Your baby's skin is not just amazingly soft, it is also a unique and essential shield that offers protection from the outside world.

Your baby's skin plays an important role in maintaining his health and in defending against irritants, germs and bacteria. Skin also regulates your baby's internal temperature and is a tool for exploring his world through touch.

Your baby's skin is different than adult skin. It may look perfect, but it is very delicate so it needs extra special care throughout the first years of life. Compared to adult's skin, baby's skin:

- Is about 30 % thinner



## Moisturizing Baby Skin

Elle Walker on the importance of moisturizing baby's skin

EXHIBIT B

- Can lose moisture faster
- Is more prone to irritation
- Absorbs water at a faster rate, and can lose it faster, too

Because it is more delicate, baby's skin needs more protection from environmental changes and harsh cleansers. So when caring for your little one, use a mild and gentle cleanser and moisturizer that are developed especially for baby like JOHNSON'S® baby HEAD-TO-TOE® wash and JOHNSON'S® baby lotion.

Whether you're bathing your baby or applying a moisturizer, you're doing more than helping to keep his skin healthy. With your gentle hand, you're also forming a special bond with your baby through the power of your touch.

As your baby grows he'll start to explore —

and you may need to wash his face and hands more often. Try a cleanser that gently restores moisture to your baby's skin. JOHNSON'S® baby HEAD-TO-TOE® wash gently cleanses, leaving your baby's skin touchably soft.

Gentle Baby Wash for Baby Bath Time

We believe that your newborn deserves a baby wash that gently cleans her skin without drying it out.





**Watch Video  ❯**

## How to Massage a Baby

Routine massage can help you bond with your baby and has great developmental benefits.

**Watch Video  ❯**



## Keeping Baby Skin Moisturized

When a baby first comes into the world, their skin barrier is still developing and it loses moisture more quickly than adults.

**Watch Video  ❯**

EXHIBIT B

## Related Products









JOHNSON'S® HEAD-TO-TOE® baby wash

JOHNSON'S® baby lotion

JOHNSON'S® baby intense moisture cream

JOHNSON'S® baby shampoo

# Moms around the world trust JOHNSON'S® to safely care for their babies

We are committed to working with moms, healthcare experts and scientists to ensure our baby products continue achieving the highest JOHNSON'S® baby standards.

**Making JOHNSON'S® products even better for baby**  ›

EXHIBIT B

## Moms & Dads

Preparing for Your Baby

Your Body

First 10 Days

Traveling with Your Baby

## Babies

About Your Baby's Skin

Common Skin Conditions

How to Bathe Your Baby

Newborn Sleep

Baby Sleep

## Toddlers

Haircare

Teeth

Playing with Your Toddler

## Products

Products

Coupons & Offers

Where to Buy

FAQs

Safety Standards

Ingredients

## Get to Know Us

A Brand Built on Love & Science

Why Choose JOHNSON'S®?

The Science of Happy & Healthy Babies

Commitment to A Healthy Planet

So Much More™

Privacy Policy          Legal Notice          Global Sites          Contact US          Sitemap          Healthcare Professionals

© J&JCI 2016.
This site is published by Johnson & Johnson Consumer Inc. which is solely responsible for its content. It is intended for visitors from the U.S. Third party trademarks used herein are trademarks of their respective owners.
Last Updated: April 21, 2016

This site contains links to websites to which our Privacy Policy does not apply. We encourage you to read the privacy policy of every website you visit.

EXHIBIT B

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Stephanie R. Tatar -- State Bar No. 237792<br>Tatar Law Firm, APC<br>3500 W. Olive Ave., Suite 300<br>Burbank, CA 91505<br>TELEPHONE NO.: (323) 744-1146   FAX NO.: (888) 778-5695<br>ATTORNEY FOR *(Name):* Austin Rugg, Plaintiff | **E-FILED**<br>7/21/2017 1:14:27 PM<br>Clerk of Court<br>Superior Court of CA,<br>County of Santa Clara<br>17CV313463<br>Reviewed By:R. Walker |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Santa Clara
STREET ADDRESS: 191 North First Street
MAILING ADDRESS: 191 North First Street
CITY AND ZIP CODE: San Jose, 95113
BRANCH NAME: Downtown Superior Court

CASE NAME:
Rugg v. Johnson & Johnson

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [✓] Unlimited   [ ] Limited<br>(Amount   (Amount<br>demanded   demanded is<br>exceeds $25,000)   $25,000 or less) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | **17CV313463**<br><br>JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[✓] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [✓] is   [ ] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [✓] Large number of separately represented parties
   b. [✓] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [✓] Substantial amount of documentary evidence
   d. [✓] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [✓] monetary   b. [✓] nonmonetary; declaratory or injunctive relief   c. [✓] punitive
4. Number of causes of action *(specify):*  5
5. This case [✓] is   [ ] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date:
Stephanie R. Tatar
_____
(TYPE OR PRINT NAME)                                   (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
*www.courtinfo.ca.gov*

EXHIBIT B

**ATTACHMENT CV-5012**

# CIVIL LAWSUIT NOTICE

CASE NUMBER: __17CV313463__

**Superior Court of California, County of Santa Clara**
**191 N. First St., San Jose, CA  95113**

> ## READ THIS ENTIRE FORM

_**PLAINTIFFS**_ (the person(s) suing):  Within 60 days after filing the lawsuit, you must serve each defendant with the _Complaint_, _Summons_, an _Alternative Dispute Resolution (ADR) Information Sheet_, and a copy of this _Civil Lawsuit Notice_, and you must file written proof of such service.

---

_**DEFENDANTS**_ (The person(s) being sued):  **You must do each of the following to protect your rights:**

1. You must file a **written response** to the _Complaint_, in the Clerk's Office of the Court, within **30 days** of the date the _Summons_ and _Complaint_ were served on you;
2. You must send a copy of your written response to the plaintiff; and
3. You must attend the first Case Management Conference.

**Warning:  If you do not do these three things, you may automatically lose this case.**

---

_**RULES AND FORMS:**_  You must follow the California Rules of Court (CRC) and the Santa Clara County Superior Court Local Civil Rules and use proper forms.  You can get legal information, view the rules and get forms, free of charge, from the Self-Service Center at 99 Notre Dame Avenue, San Jose (408-882-2900 x-2926), or from:

- State Rules and Judicial Council Forms: www.courtinfo.ca.gov/forms and www.courtinfo.ca.gov/rules
- Local Rules and Forms: http://www.sccsuperiorcourt.org/civil/rule1toc.htm
- Rose Printing: 408-293-8177 or becky@rose-printing.com (there is a charge for forms)

For other local legal information, visit the Court's Self-Service website www.scselfservice.org and select "Civil."

_**CASE MANAGEMENT CONFERENCE (CMC):**_  You must meet with the other parties and discuss the case, in person or by telephone, at least 30 calendar days before the CMC.  You must also fill out, file and serve a _Case Management Statement_ (Judicial Council form CM-110) at least 15 calendar days before the CMC.

_You or your attorney must appear at the CMC.  You may ask to appear by telephone – see Local Civil Rule 8._

---

_Your Case Management Judge is:_  **Hon. Brian C. Walsh**          Department: __1__

_The 1st CMC is scheduled for:_ (Completed by Clerk of Court)

　　　　　　　　　　　Date: __11/03/2017__    Time: __10:00 am__  in Department ___1___

_The next CMC is scheduled for:_ (Completed by party if the 1st CMC was continued or has passed)

　　　　　　　　　　　Date: _____    Time: _____  in Department _____

---

_**ALTERNATIVE DISPUTE RESOLUTION (ADR):**_  If all parties have appeared and filed a completed _ADR Stipulation Form_ (local form CV-5008) at least 15 days before the CMC, the Court will cancel the CMC and mail notice of an ADR Status Conference.  Visit the Court's website at www.sccsuperiorcourt.org/civil/ADR/ or call the ADR Administrator (408-882-2100 x-2530) for a list of ADR providers and their qualifications, services, and fees.

_**WARNING:**_ Sanctions may be imposed if you do not follow the California Rules of Court or the Local Rules of Court.

---

EXHIBIT B

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>GUIDELINES FOR MOTIONS RELATING TO CLASS CERTIFICATION</u>**

**<u>DEPARTMENTS 1 AND 5 – COMPLEX CIVIL LITIGATION</u>**

The party moving for or against class certification must present in the moving papers <u>admissible</u> evidence, as required by applicable law, establishing that the elements for certification are, or are not, present.

All facts other than purely rebuttal matters upon which the moving party will rely in the hearing must be set out in evidence submitted with the notice of motion and moving papers.

Each party should address all elements relevant to deciding the appropriateness of class certification. The list of elements set forth below is offered by the Court as a general summary and is not intended to supplant substantive law.

1. Commonality and Predominance
   a. The class definition, including a statement of criteria that putative class members must possess to be eligible for class membership
   b. A description/definition of proposed subclasses, if any
   c. Those issues of law which are common to all class members
   d. Those issues of law which are unique to one or more class members but which must be presented at trial.  In describing these unique issues of law, the segments of the class to which they are applicable should be described with a statement of the number within the class to whom each unique issue applies
   e. Whether, and if so how, common issues of law predominate
   f. Those issues of fact which are common to all class members
   g. Those issues of fact which are unique to one or more class members but which must be presented at trial.  In describing these unique issues of fact, the segments of the class to which they are applicable should be described with a statement of the number within the class to whom each unique issue applies
   h. Whether, and if so how, common issues of fact predominate
   i. Conflicts, if any, between class members
2. Ascertainability
   a. The manner in which and the time when the individual class members will be identified if such identification is contemplated
3. Numerosity
   a. The approximate number of persons in the class, and if there are subclasses, the approximate number of persons in each subclass
   b. The basis for the above approximations
   c. The general geographic location[s] of the class members.  If the class is not confined to the state of California, the description should include those locations outside California where class members are located
   d. Whether, and if so why, joinder is impracticable
4. Typicality
   a. Why the claims and status of each of the proposed class representative[s] are typical of those of the proposed class or of the proposed subclass

EXHIBIT B

     b.  Factual and/or legal differences, if any, in the representative's status as a class member and those of any other persons within the class.  If there are subclasses, a factual statement of the subclass of which the representative is a member

     c.  Unique legal and/or factual issues, if any, pertaining to the representative[s] which must be litigated

     d.  Conflicts, if any, between the class representative[s] and the class members

5.  Adequacy

     a.  The adequacy of class counsel, including the ability of class counsel to represent class members with conflicting claims or interest

     b.  The adequacy of the class representative[s], including the ability of the class representative[s] to serve as fiduciaries for class members with conflicting or inconsistent claims or interests

     c.  The issues of law and/or fact which must be litigated between class members

6.  Substantial Benefits/Superiority

     a.  Procedures alternative to a class action which might be used to adjudicate the issues involved in the action

     b.  Why a class action is, or is not, procedurally superior to each alternative procedure, unless superiority is not an element of certifying that cause of action, including a discussion of the ability of the Court to manage the alternative proceedings in relation to its ability to manage the conduct of the class action

     c.  Whether there are substantial benefits to the Court, the parties, and/or the public to proceeding as a class action

7.  Notice

     a.  Counsel requesting class certification should provide specifics regarding necessary notice to class members and the methods proposed for giving notice.

# SANTA CLARA COUNTY SUPERIOR COURT
# ALTERNATIVE DISPUTE RESOLUTION
# INFORMATION SHEET

Many cases can be resolved to the satisfaction of all parties without the necessity of traditional litigation, which can be expensive, time consuming, and stressful. The Court finds that it is in the best interests of the parties that they participate in alternatives to traditional litigation, including arbitration, mediation, neutral evaluation, special masters and referees, and settlement conferences. Therefore, all matters shall be referred to an appropriate form of Alternative Dispute Resolution (ADR) before they are set for trial, unless there is good cause to dispense with the ADR requirement.

### What is ADR?

ADR is the general term for a wide variety of dispute resolution processes that are alternatives to litigation. Types of ADR processes include mediation, arbitration, neutral evaluation, special masters and referees, and settlement conferences, among others forms.

### What are the advantages of choosing ADR instead of litigation?

ADR can have a number of advantages over litigation:

- **ADR can save time.** A dispute can be resolved in a matter of months, or even weeks, while litigation can take years.

- **ADR can save money.** Attorney's fees, court costs, and expert fees can be reduced or avoided altogether.

- **ADR provides more participation.** Parties have more opportunities with ADR to express their interests and concerns, instead of focusing exclusively on legal rights.

- **ADR provides more control and flexibility.** Parties can choose the ADR process that is most likely to bring a satisfactory resolution to their dispute.

- **ADR can reduce stress.** ADR encourages cooperation and communication, while discouraging the adversarial atmosphere of litigation. Surveys of parties who have participated in an ADR process have found much greater satisfaction than with parties who have gone through litigation.

### What are the main forms of ADR offered by the Court?

**Mediation** is an informal, confidential, flexible and non-binding process in the mediator helps the parties to understand the interests of everyone involved, and their practical and legal choices. The mediator helps the parties to communicate better, explore legal and practical settlement options, and reach an acceptable solution of the problem. The mediator does not decide the solution to the dispute; the parties do.

Mediation may be appropriate when:
- The parties want a non-adversary procedure
- The parties have a continuing business or personal relationship
- Communication problems are interfering with a resolution
- There is an emotional element involved
- The parties are interested in an injunction, consent decree, or other form of equitable relief

**Neutral evaluation**, sometimes called "Early Neutral Evaluation" or "ENE", is an informal process in which the evaluator, an experienced neutral lawyer, hears a compact presentation of both sides of the case, gives a non-binding assessment of the strengths and weaknesses on each side, and predicts the likely outcome. The evaluator can help parties to identify issues, prepare stipulations, and draft discovery plans. The parties may use the neutral's evaluation to discuss settlement.

Neutral evaluation may be appropriate when:
- The parties are far apart in their view of the law or value of the case
- The case involves a technical issue in which the evaluator has expertise
- Case planning assistance would be helpful and would save legal fees and costs
- The parties are interested in an injunction, consent decree, or other form of equitable relief

-over-

### ALTERNATIVE DISPUTE RESOLUTION INFORMATION SHEET
### CIVIL DIVISION

EXHIBIT B

**Arbitration** is a less formal process than a trial, with no jury. The arbitrator hears the evidence and arguments of the parties and then makes a written decision. The parties can agree to binding or non-binding arbitration. In binding arbitration, the arbitrator's decision is final and completely resolves the case, without the opportunity for appeal. In non-binding arbitration, the arbitrator's decision could resolve the case, without the opportunity for appeal, unless a party timely rejects the arbitrator's decision within 30 days and requests a trial. Private arbitrators are allowed to charge for their time.

Arbitration may be appropriate when:

- The action is for personal injury, property damage, or breach of contract
- Only monetary damages are sought
- Witness testimony, under oath, needs to be evaluated
- An advisory opinion is sought from an experienced litigator (if a non-binding arbitration)

**Civil Judge ADR** allows parties to have a mediation or settlement conference with an experienced judge of the Superior Court. Mediation is an informal, confidential, flexible and non-binding process in which the judge helps the parties to understand the interests of everyone involved, and their practical and legal choices. A settlement conference is an informal process in which the judge meets with the parties or their attorneys, hears the facts of the dispute, helps identify issues to be resolved, and normally suggests a resolution that the parties may accept or use as a basis for further negotiations. The request for mediation or settlement conference may be made promptly by stipulation (agreement) upon the filing of the Civil complaint and the answer. There is no charge for this service.

Civil Judge ADR may be appropriate when:

- The parties have complex facts to review
- The case involves multiple parties and problems
- The courthouse surroundings would he helpful to the settlement process

**Special masters and referees** are neutral parties who may be appointed by the court to obtain information or to make specific fact findings that may lead to a resolution of a dispute.
Special masters and referees can be particularly effective in complex cases with a number of parties, like construction disputes.

**Settlement conferences** are informal processes in which the neutral (a judge or an experienced attorney) meets with the parties or their attorneys, hears the facts of the dispute, helps identify issues to be resolved, and normally suggests a resolution that the parties may accept or use as a basis for further negotiations.
Settlement conferences can be effective when the authority or expertise of the judge or experienced attorney may help the parties reach a resolution.

*What kind of disputes can be resolved by ADR?*
Although some disputes must go to court, almost any dispute can be resolved through ADR. This includes disputes involving business matters; civil rights; collections; corporations; construction; consumer protection; contracts; copyrights; defamation; disabilities; discrimination; employment; environmental problems; fraud; harassment; health care; housing; insurance; intellectual property; labor; landlord/tenant; media; medical malpractice and other professional negligence; neighborhood problems; partnerships; patents; personal injury; probate; product liability; property damage; real estate; securities; sports; trade secret; and wrongful death, among other matters.

*Where can you get assistance with selecting an appropriate form of ADR and a neutral for your case, information about ADR procedures, or answers to other questions about ADR?*

*Contact:*
Santa Clara County Superior Court               Santa Clara County DRPA Coordinator
ADR Administrator                                408-792-2784
408-882-2530